**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PERSONAL REPRESENTATIVE OF** | ) |
| **THE DAWABSHEH FAMILY** | ) |
| **HEBRON VILLAGE** | ) |
| **PALESTINE** | ) |
| | ) |
| **PERSONAL REPRESENTATIVE OF** | ) |
| **AHMED DAWABSHEH** | ) |
| **HEBRON VILLAGE** | ) |
| **PALESTINE** | ) |
| | ) |
| **ALI HASSAN ALI** | ) |
| **4201 Don Diablo Dr.** | ) |
| **LOS ANGELES, CALIFORNIA** | ) |
| | ) |
| **AHED AL TAMIMI** | ) |
| **NABI SALEH** | ) |
| **RAMALLAH GOVERNORATE** | ) |
| **PALESTINE** | ) |
| | ) |
| **BASSIM AL TAMIMI** | ) |
| **NABI SALEH** | ) |
| **RAMALLAH GOVERNORATE** | ) |
| **PALESTINE** | ) |
| | ) |
| **HIBA BARGHOUTHI** | ) |
| **AS NEXT OF KIN** | ) |
| **ABDELRAHMAN BARGHOUTHI;** | ) |
| **Home next to the big mosque of Abood,** | ) |
| **MAIN ROAD, ABOOD VILLAGE** | ) |
| **RAMALLAH, PALESTINE** | ) |
| | ) |
| **TY EBRIGHT** | ) |
| **46 LIME ROCK STREET** | ) |
| **ROCK PORT, MAINE 04856** | ) |
| | ) |
| | ) |
| **JOHN HEALY** | ) |
| **4126 5TH ST, NW** | ) |
| **WASHINGTON, DC 20011** | ) |
| | ) |
| **RAY GORDON** | ) |
| **440 DERBYSHIRE DR.** | ) |

1

VENICE, FL 34285 )
)
)
LINDA KHATEEB )
8933 Beacon Court )
Orland Hills, IL 6048 )
)
TAMARA JONES )
712 H STREET NE )
WASHINGTON, DC 20002 )
)
HOMER LANGE )
FORMERLY WASHINGTON, DC )
CURRENTLY AYVALIK VILLAGE, TURKEY )
)
RICH SIEGEL )
26 ELM AVENUE )
TEANECK, NEW JERSEY 07666 )
)
)
) Civil Action No. _____
)
Plaintiffs, )
)
)
v. )
)
)
BENJAMIN NETANYAHU )
PRIME MINISTER'S OFFICE )
PUBLIC ENQUIRIES DEPARTMENT )
KIRYAT BEN GURION )
BUILDING C )
JERUSALEM, ISRAEL 91950 )
)
)
ANDREW CUOMO )
NEW YORK STATE EXECUTIVE MANSION )
138 EAGLE STREET )
ALBANY, NY 12202 )
)
MIRIAM ADELSON )
201 SANDS AVENUE )
LAS VEGAS, NV 89169 )
)
AIPAC )
251 H STREET NW )

WASHINGTON, D.C. 20001 )
)
BRIAN SHANKMAN )
AIPAC DIRECTOR OF REGIONAL AFFAIRS & )
DEVELOPMENT )
251 H STREET NW )
WASHINGTON, D.C. 20001 )
)
HOWARD KOHR, )
AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE )
251 H STREET NW )
WASHINGTON, D.C. 20001 )
)
GUSTAF CARDELIUS, ATTORNEY AT LAW )
ADVOKATFIRMAN CARTHIEL AB )
BOX 7212 )
SE-103 88 STOCKHOLM )
)
AMBASSADOR DAVID FRIEDMAN )
U.S. STATE DEPARTMENT )
2201 C STREET NW )
WASHINGTON, D.C. 20520 )
)
DANIEL GILBERT )
ROCKET MORTGAGE FIELDHOUSE )
1 CENTER COURT )
CLEVELAND, OH 44115 )
)
NEWT GINGRICH )
GINGRICH FOUNDATION )
4501 FAIRFAX DR STE 900, ARLINGTON, VA 22203 )
)
RUDOLPH GIULIANI, ATTORNEY AT LAW )
5 TIMES SQUARE, 24th FLOOR )
NEW YORK, NY 10036 )
)
)
JASON GREENBLATT )
THE WHITE HOUSE )
1600 PENNSYLVANIA AVE. NW WASHINGTON, D.C. )
)
NEW YORK STATE ASSYMBLYMAN DONALD HIKIND )
47TH DISTRICT BROUROUGH PARK OFFICE )
BROOKLYN, NY )
)
MICHAEL HUCKABEE )

1134 SILVERWOOD TRAIL )
NORTH LITTLE ROCK, AR 72116 )
)
JARED KUSHNER )
THE WHITE HOUSE )
1600 PENNSYLVANIA AVE. NW, WASHINGTON, D.C. )
)
SUSAN LEVIN-ABIR )
FRIENDS OF ISRAELI DEFENSE FORCES )
2815 N. FLAGLER DRIVE )
WEST PALM BEACH/ BROWARD, FL 33407 )
)
WALID SHOEBAT )
RESCUE CHRISTIANS )
FORUM FOR MIDDLE EAST UNDERSTANDING )
1150 N. LOOP 1604 W. #108-270 )
SAN ANTONIO, TX 78248 )
)
DONALD TRUMP )
THE WHITE HOUSE )
1600 PENNSYLVANIA AVE. NW, WASHINGTON, D.C. )
)
DOV WEISSGLAS )
CHAIRMAN OF THE EXECUTIVE COMMITTEE )
UNIVERSITY OF HAIFA )
199 ABA KHOUSHY AVE. )
MOUNT CARMEL, HAIFA ISRAEL )
)
)
)
)
Defendants. )
_____ )

## COMPLAINT FOR AIDING AND ABETTING (1) THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE, (2) THE INSTALLATION OF AN APARTHEID REGIME IN THE OPT, AND (3) AND (4) SECURING AWARDS OF DECLARATORY RELIEF THAT THE ISRAELI CITIZEN KNOWN AS MR. NETANYAHU IS A WAR CRIMINAL AND THAT THE ISSUE OF THE LAND TRANSFER COMPONENT OF DEFENDANT KUSHNER'S PEACE PLAN SHOULD BE REFERED TO THE UNITED NATIONS GENERAL ASSEMBLY.

COME NOW the Plaintiffs named herein, Palestinian nationals, Palestinian Americans,

and average U.S. citizens, and relying on the Alien Tort Statute 18 U.S.C. § 1350 (hereinafter

"ATS"), and the <u>Torture Victim Protection Act 28 U.S.C. § 1350</u> ("TVPA") hereby complain of the Defendants as follows. As alleged in the first and second causes of action, they have aided and abetted the commission of numerous war crimes and crimes against humanity i.e. the denationalization and dehumanization of the Palestinian people and aiding and abetting the establishment of an apartheid regime in the OPT.

As defined in the Nuremburg Charter, war crimes are: "violations of the laws or customs of war which include, but are not limited to, murder, ill-treatment or deportation to slave labor or for any other purpose of civilian population of or in occupied territory, murder or ill-treatment of prisoners of war or persons on the seas, killing of hostages, plunder of public or private property, wanton destruction of cities, towns, or villages, or devastation not justified by military necessity." Belligerent settlers financed by Defendants like Adelson, Gilbert, and Levin-Abir, and protected by rogue Israeli soldiers, have been engaging in this type of criminal activity for at least 30 years in the OPT.

As also alleged in those causes of action, the Defendants have financed the theft of real property owned by Palestinian-Americans Ali and Khateeb. Their combined property holdings are worth $3 million (based on Remax values) and they seek a separate monetary judgement in that amount against the Defendants for financing the trespass, pillage, and the conversion of their real property in the OPT. Pillage is a separate war crime in and of itself and is only one war crime that has been implemented by Defendant PMN in Palestine.

Defendant BiBi Netanyahu (herein after PMN) is named as the sole Defendant in the Third Cause of Action pursuant to which Plaintiffs request an award of declaratory relief. *See* <u>28 U.S.C. § 2201</u>. It appears he will shortly become an ordinary Israeli citizen and not eligible for public office unless all three indictments lodged against him are dismissed, which is highly

unlikely. Therefore, he can be named as a Defendant in a civil proceeding[1]. *There is abundant evidence that Defendant Netanyahu is a war criminal.* He started an ethnic cleaning/genocidal campaign against the Palestinian people in 1998 when the world's attention was focused on the demonstrations occurring in Tiananmen Square. He initiated an ethnic cleansing/genocide program which resulted in the removal of at least 400,000 Palestinians from the OPT.

He has authorized Israeli Army leadership to adopt policies in the OPT designed to effectuate extra-judicial killings. For example, the Israeli Army can now shoot an unarmed Palestinian on sight. Another policy he adopted is "a bullet for each Palestinian child." *See* Lords of the Land, pg. 413. His apartheid regime is the reason why 28,000 world citizens located in 27 different countries view Israel in a very negative light and everything it stands for. *See* PIO, pg. 462. According to General Petraeus, that animosity has resulted in needless deaths of U.S. soldiers deployed abroad because the world believes, and rightly so, AIPAC's spokesperson Shankman that, "American stands with Israel, good or bad."

For most Americans, the concepts relied upon by the Palestinian Plaintiffs in this case (i.e. ethnic cleansing, genocide, denationalization, and dehumanization) are foreign concepts not part of normal American vernacular. *However, these concepts are as American as apple pie*. The indigenous American Indian population and the African slaves brought to America have been

---

[1] It is unclear at this time, because of three pending criminal cases against him, whether he will ever be a sitting president again. Even if he is able to form a government, PMN may still need a grant of immunity afforded him by the Israeli Legislature- Knesset, since he has now been indicted. He could be elected technically but unable to perform the duties of his office. If he is able to form a government, even though he has now been indicted, and the Knesset deems him to be Israeli's Prime Minister, Plaintiffs will consider dismissing this cause of action. The problem- "We are in a historical and unprecedented situation with new legal questions almost every day." Washington Post, November 22, 2019, Professor of Constitution law, Ms. Nevot at the Hiam Striks Law School in Rishon Le Zion. She was referencing the issue of how the indictment of PMN affects his ability to serve in any government position. What makes the situation so unpredictable is that PMN is facing over 300 witnesses who will give testimony about the crimes he was indicted for. How will he be able to deal with that onslaught and be able to perform routine functions of his office?

victimized by these identical war crimes. Each group has been subject to ethnic cleansing, genocide, expropriation of private property, confinement to reservations and ghettos, wholesale denial of their fundamental freedoms, subjected to a biased criminal justice system, and deemed to be irrelevant and disenfranchised members of American society.

Like Palestinian-Americans these groups can file their own war crime lawsuits here in federal district court. The reasons: (a) the similarity of injuries sustained (wanton destruction of property, starvation diets, and poisoning of water wells and livestock); (b) the identical means employed to subjugate these groups (The New York Police Department murdered Amadou Diallo with 51 bullets and Mr. Shapira used 87 bullets to massacre 29 Palestinians); and (c) for over 400 years, they have been victims of an ethnic cleaning/genocidal campaign similar to the one started by Defendant PMN in 1998. *See* U.S. State Department Manual on the 10 Stages of Genocide, Exhibit B.

The war crimes inflicted on the Palestinian civilian population were necessary because the Zionist Organization of America (herein after ZOA) mandated in 1898 that the country of Palestine would be the location of the new Jewish homeland. Consistent with that mandate, PMN and former PM Sharon decided forty years ago that Palestinians had to become a denationalized, dehumanized, and an irrelevant population if Ben-Gurion's vision of a sterile Jewish state was to be established in Palestine. The World Zionist platform (removal of all non-Jews from Palestine) dictated that Israel's founding father, Ben-Gurion (1948)- "must take over all of Palestine," as confirmed by former PM Golda Meir- "We must destroy any vestige of the Palestinian culture." To accomplish these objectives, PMN gave a green light to his local guerila army, i.e. settlement militia units, to maim and murder Palestinians, destroy their olive groves and their livestock, and steal their private property.

As a result of the policies implemented by PMN, the Palestinians have no country to call their own, have suffered the loss of their national heritage, their ability to procreate, their right to exist, their culture, their native (Aramaic) language spoken by Jesus, their identity, and in the process, at least 440,000 square miles of valuable private property (that was the size of Palestine before the UN 1948 Partition Plan was implemented), including 49,000 homes. Their options are limited: to resign themselves to permanent subjugation or move out of the OPT and abandon their 200-year-old homes and 400-year-old olive groves.

The Defendants named herein are U.S. and Israeli-based entities and individuals who have each played a role in the denationalization and dehumanization of the Palestinian population in the OPT. These individuals and entities include AIPAC officials, donors Adelson and Gilbert, Attorney Gustav Cardelius, Governor Andrew Cuomo, U.S. Ambassador Friedman, White House Advisor Jason Greenblatt, Former U.S. House leader Newt Gingrich, Rabbi Donald Hikind, former Governor Huckabee, Jared Kushner, Susan Levin-Abir [Executive Director Friends of the Israeli Army], Bibi Netanyahu, Walid Shoebat, President Trump and Dov Weissglas.

Defendant Trump is included in this group for two reasons: (a) he led the effort on U.S. soil with PMN to denationalize the Palestinian population and conspired to commit crimes against peace in the OPT in violation of the Nuremberg principles; and (b) received the assistance of a foreign government (Israel) in the 2016 presidential election. He accepted a $50 million bribe given to him by the Adelson family to save his campaign which was "broke dick," according to senior advisor Bannon. In consideration of that bribe, he agreed to cede control of U.S. foreign policy in the Middle East to PMN, and Zionists Kushner, the Adelson family, and Ambassador Friedman.

All of these Defendants have encouraged, financed, ratified, approved, or otherwise aided and abetted the commission of war crimes. *See* Halberstam v. Welch 705 F. 2 d 472 (DC Cir. 1983). As cited by Judge Scheindlin in Re Apartheid Litigation, see *infra,* individuals who provide financial and practical assistance to tortfeasors can be accused of aiding and abetting the commission of war crimes. Without the incredible financial and practical assistance provided by donors like Adelson, Gilbert, and FIDF Executive Director Defendant Levin-Abir, and the immunity granted to settlers by PMN, regarding criminal acts committed against Palestinians and required by PMN policies, the war crimes detailed herein would not have occurred. First, without the annual massive financing ($2 billion) coming from phony U.S.-based 501 (c) 3s, settlement leaders could not afford to spend $150,000 every year on their local militia guerilla units (military jeeps each cost $35,000).

Second, "out of control" settlers (*See* "Breaking the Silence" Treatise, "Our Harsh Logic" written by 700 veteran IDF soldiers) if not for the immunity granted them by PMN, would have received twenty-year jail sentences and been deterred from killing anymore Palestinians. They instead received on average three to six months of probation for killing Palestinian children. *See* Lords of the Land pgs. 382-383. More than one Israeli General has complained about Netanyahu's immunity policy because no incarceration means no fear of killing more Palestinians. That's an essential part of PMN's genocide agenda and that of the Adelson family, i.e. let the settlers steal Palestinian property and do their dirty work and encourage U.S. donors, like Defendant Gilbert, to finance their criminal activities. That arrangement has worked remarkably well for at least 30 years at the expense of the U.S. taxpayer.

To solve the problem of Palestinians who choose to remain in the OPT, every year Defendants, except for Cardelius, Cuomo and Shoebat (herein after "EFCC"), send $2 billion in

tax deductible, charitable contributions to finance arms trafficking, settlement expansion, property theft, ethnic cleansing, and genocide in the OPT.  *See* 2010 New York Times Investigative report - "these tax-deductible gifts, besides benefitting Jewish settlements, pay for legally questionable commodities such as *bullet proof vests, rifle scopes, and vehicles used to patrol settlements.*" In the case of the Yanoun settlement, "they ask for donations because they need armored Jeeps and trained guard dogs," which settlement officials claim on their website, are "tax deductible" contributions. *See* Witness in Palestine, pg. 197.

The reason they can do that is because AIPAC officials set up a bogus nationwide charitable network composed of phony, pro-Israel 501(c)(3)s [like Friends of the Israeli Army] who are dedicated to the ethnic cleansing of Palestine. They are not your classic non-profit organizations, which operate soup kitchens or homeless shelters- they are "funnels." They raise money on U.S. soil and ship it overseas for illegal purposes. Sending charitable donations overseas to intend to, or actually intimidate a civilian population violates the U.S. Army War Manual, President Lincoln's 1863 Lieber Code (the world's first war crimes statute), the US Constitution (Law of Nations Clause), the Fourth Geneva Convention, Israel's War Crimes Statute, its money laundering statute, and also the U.S. money laundering statute (18 U.S.C. § 1956), and at least eight federal criminal statutes. *See* Exhibit A.  Ten parents indicted in Boston have pled guilty to "conspiracy to commit wire fraud," because they funded phony 501(c)(3)s for an illicit purpose. That is the identical conduct that the Defendants EFCC have and still engage in today. *It's called income tax fraud.*

As a direct result of the criminal conduct encouraged, financed, authorized, promoted, or engaged in, directly or indirectly, by the Defendants, massive ethnic cleansing has occurred. 500,000 Palestinians (the number keeps growing) have been removed from the OPT and

approximately 49,000 Palestinian homes have either been demolished or confiscated. That's the equivalent of destroying the city of Berkeley in California, and such activity has been deemed to be genocide. *See* Simon v. Republic of Hungary, 812 F.3d 127 (D.C. Cir. 2016).

Since that conduct promotes arms trafficking and violence abroad, it also violates Executive Order 12947 (enacted in January 23, 1995) and Executive Order 13224 (enacted in September 23, 2001) issued by President Clinton and President Bush, respectively, i.e. an American citizen cannot finance international terrorism in the Middle East. All Defendants EFCC and Shoebat have also violated 18 U.S.C. § 2339C, Prohibitions Against the Financing of Terrorism, which codified U.S. law based upon the UN Convention against Terrorist Financing.

That statute prohibits U.S. nationals from directly or indirectly, by any means, raising funds on U.S. soil and sending those funds abroad, (i.e., the Middle East) which are used to intimidate a civilian population (poisoning livestock and water wells, burning olive groves, terrorizing children and live target practice). Live target practice has resulted in Palestinian kids being murdered on their way to school because shooting ranges in settlements have no safety features to protect people [non-Jews] living outside the settlement. The reason- only "beasts" live outside the settlement.  "Bassam's two daughters, ten-year-old Abir and twelve-year-old Arin were walking home from school. An Israeli soldier took aim and shot Abir in the head. Arin would later describe how Abir suddenly flew out of her hand and lay bleeding on the ground." *See* The General's Son pg. 204. A settler on patrol looking for Palestinian savages had alerted the IDF to the presence of these young Palestinian terrorists.

With respect to the role that Defendant Cuomo played in terms of denationalization, he has not directly funded international terrorists. However, along with his hero, Defendant Hikind, he has deprived 195 million Americans in thirty-six different states of the right to support the

Palestinian cause and criticize PMN's campaign to denationalize the Palestinian population. These Americans cannot criticize Israel unless they have first signed loyalty oaths to Israel. Defendant Coumo has been assisted by AIPAC officials, U.S. Israeli Ambassador Friedman, and Defendants Gingrich, Giuliani, and Huckabee in their successful effort to infringe upon the First Amendment rights of 195 million Americans. On behalf of the Israeli government, *not his New York state constituency* (which rejected the anti-BDS legislation), Defendant Cuomo convinced forty governors to enact an unconstitutional executive order criminalizing the <u>anti- Boycott, Divestiture, and Sanction movement</u> [hereinafter BDS].

The New York State anti-BDS legislation violated fundamental liberties cherished by Americans, e.g. their right to criticize a foreign country's human rights record. *That legislation requires U.S. citizens to sign what amounts to loyalty oaths to Israel*. It has had a serious chilling effect on freedom of speech and inter-state commerce. The Israeli spokespersons in charge of this program and tasked with convincing their fellow Americans that Palestinians are "savages" not deserving of their own state are Defendants Cuomo and Hikind, even though they are not registered as Israeli agents under the <u>Federal Agent Registration Act</u> 22 U.S.C. 611 (herein after FARA).

As explained herein, the conduct of Defendant Cardelius (Swedish, international real estate attorney specializing in real estate law in the OPT) and that of Defendant Shoebat is different than that of Governor Cuomo, e.g. Shoebat advocates the national registration of Muslims. While Attorney Cardelius has not deprived U.S. citizens of valuable First Amendment rights like Defendant Coumo, he has aided and abetted PMN in his campaign to denationalize the Palestinian population by recording forged deeds and ignoring Christian religious land covenants registered in Palestine. He has concentrated on removing Palestinians from the Silwan area of

East Jerusalem courtesy of funding provided by the Moskowitz Family Foundation and other phony, pro-settlement 501(c)(3)'s, some affiliated with Defendant Hikind and his wife. He's the reason why the Israeli government, in the Spitzer report, specifically referenced, "scandalous land theft."

As for Defendant Shoebat, his mission is two-fold: (a) convince Americans that Palestinians are "savages" and "terrorists;" and (b) convince first responders to support the national registration of all Muslims. He has warned first responders about the need to profile Palestinians because they are dedicated to inflicting acts of terrorism on the American population. He is a "profiteer" and makes money by convincing Americans and Congressional members that Palestinians are responsible for terrorism and are not deserving of their own state. He is an absolute fraud, as shown by a recent CNN documentary produced by Drew Griffin.

With respect to Defendant Levin-Abir, it is clear that she has, in the words of Judge Scheindlin, rendered "practical assistance and encouragement" to belligerent settlers and rogue Israeli soldiers. Every day, according to IDF veterans (See Breaking the Silence), these groups maim and murder Palestinians, steal their property, ruin their olive groves, poison their livestock and water wells, all in attempt to convince them to vacate their 200-year-old homes in the OPT. Defendant Levin-Abir has played a critical role, because every year she sends over to the Israeli Army approximately $104 million along with her colleagues in other FDIF chapters. She does not apologize in any way for the war crimes that these soldiers and settlers have committed in the OPT. She, like Defendant Gilbert, enthusiastically supports the Israeli Army, claiming that it is the most moral army in the world. Like Defendant Gilbert she also despises IDF veterans who have confessed to committing war crimes i.e. she considers them traitors they are members of Breaking the Silence movement.

Allegations made herein are sourced from the following: reports, books, studies, and four official Israeli government reports concerning settlements, two reports on massacres inflicted by the Israeli Army on innocent Palestinian civilians, and the Israeli government Spitzer database, which referenced the "scandalous theft of Palestinian property."  The books relied on are Memoirs of Moshe Dyan, Our Harsh Logic, The General's Son, (Jewish American) Witness in Palestine (WIP), Israeli Lobby, Palestine Inside Out (PIO), and Lords of the Land. Plaintiffs also cite herein Amnesty International reports (which confirm that Palestinian children must eat sand and kiss the boots of settlers to clear security checkpoints), Human Rights reports, UN Rapporteur reports, U.S. State Department Annual Reports, UN resolutions, The Gaza Diary in a 1990 Vanity Fair article by Pulitzer Prize winner Chris Hedges, articles in the *New York Times* and the *Washington Post*, and editorials in the Ha'aretz newspaper.  For example, "Get Aboard the Apartheid Bus," *See* Second Cause of Action. Plaintiffs also rely on: (a) U.S. State Department's Genocidal Manual, known as "The Ten Stages of Genocide" (Exhibit B); and (b) the psychological study known as "The Five Steps of Dehumanization."

## **JURISDICTION**

1.  28 U.S.C. § 1331 (Federal Question) is invoked on behalf of the Plaintiffs against all Defendants.

2.  Based on 28 U.S.C. § 1332 (Diversity of Citizenship), jurisdiction is invoked on behalf of the plaintiffs against all Defendants. The Defendants are U.S. citizens, Israeli citizens, and a Swedish citizen.  If any of the U.S. Plaintiffs named herein are domiciled in states where the Defendants reside, the Plaintiffs will drop that Plaintiff if it becomes necessary to preserve diversity jurisdiction.

3.   The causes of action alleged herein fall under the Alien Tort Claims Act, 28 U.S.C. §
1350 ("Alien Tort Statute" or "ATS"). This Court has jurisdiction under the ATS to
adjudicate Plaintiffs' claims because they: (i) are aliens; (ii) the case involves violations of
well-established Customary International Law; and (iii) *touch and concern* the territory of the
United States. *See Doe v. Exxon Mobil Corp.*, 69 F. Supp. 3d 75, 94 (D.D.C. 2014)
(Lamberth, J.). For example, U.S. citizens are prohibited from planning or financing on U.S.
soil the commission of war crimes abroad, including arms trafficking, ethnic cleansing, and
genocide.

4.   Re the Jurisdictional Issue:

(a)      Defendants Adelson, Cuomo, Friedman, Gilbert, Gingrich, Guiliani, Greenblatt, Hikind,
Huckabee, Kushner, Levin-Abir, Shoebat, and Trump are all U.S. citizens;


(b)      Based upon information and belief, Brian Shankman and Mr. Kohr (AIPAC employees)
are either American citizens or have joint Israeli American citizenship.


(c)      Defendant Weissglas approved and financed along with former PM Netanyahu and
conspired and collaborated with U.S.-based, tax-exempt, pro-occupation entities and
donors and AIPAC officials to commit war crimes in the OPT. As a direct result of
engaging in such criminal activity on U.S. soil, they had participated in or financed
the commission of war crimes and crimes against humanity, including
denationalization, establishing an apartheid regime, genocide, and ethnic cleansing in
the OPT;

(d)     All Defendants herein, EFCC, formulated their plan to conspire, fund wholesale violence and arms trafficking, and otherwise collaborate in the commission of war crimes including denationalization of the Palestinian population in the OPT while in the United States;

(e)     All Defendants, EFCC, engaged in various activities here in the U.S. with respect to aiding and abetting the denationalization and dehumanization of the Palestinian population. They: (1) funded and participated in National Basketball Association ("NBA") fundraising events, sponsored by the Adelson family for the Israeli army and illegal settlements; (2) held meetings with settlement leaders, IDF (Israeli army) representatives, and international conglomerate representatives in this judicial district and elsewhere within the United States; (3) sent money to settlements and the IDF from the United States; and/or (4) from their different locations in America, they established and maintained regular telephone, email, fax, telegraph, mail, and other communications with overseas settlement officials, including security coordinators paid for by U.S. donors who train belligerent settlers protected by senior IDF military commanders to promote settlement expansion and ethnic cleansing.

5.   Defendant Weissglas has frequently visited the U.S. along with former PM Sharon and current PMN to discuss Israeli U.S. foreign relations with U.S. government agencies including the U.S. State Department. He has conferred with both the State and Defense Departments and AIPAC officials and has met with U.S. Ambassador Friedman to discuss

various issues including how to stop the Boycott Divestiture and Sanction Movement (BDS movement).

6.    The U.S. citizen Plaintiffs who own private property in the OPT are non-Jews, like the Palestinian Plaintiffs, and therefore have no potential remedies to exhaust in Israel because:

(a)    The remedies sought by the Plaintiffs herein are not available in the OPT or Israel. To the extent a Palestinian family (see, for example, the Dawabsheh family) wanted to sue individuals and entities in Israel for intentional murder, they could not do so. Recently, members of the Dawabsheh family tried to secure monetary redress in connection with the intentional burning down of their house, which cost three lives. Israeli Deputy Defense Minister Eli Ben-Dahan refused them access to Israel's courts.

(b)    The Plaintiffs are filing this suit in Federal District Court for another reason—the war crimes and atrocities alleged herein cannot be adjudicated in Israel. The HCJ has consistently rejected judicial disposition of these claims.

7.     Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over "all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." Thus, this Court will have supplemental jurisdiction over the Plaintiffs' state claims for real estate trespass and conversion brought herein.

8.    Fed. R. Civ. P. 4(k)(2) provides this Court with personal jurisdiction over international Defendants who have transacted any business or contracted to provide services in this judicial district pursuant to the District of Columbia Long-Arm Statute, D.C. Code Ann. § 13-423.  The foreign Defendants PMN and Weissglas, including Cardelius, Cuomo, and

Shoebat, have transacted some business or contracted to provide some services in this jurisdictional district during the last 20 years.

9.  Jurisdiction is invoked also on the basis of the allegations made herein, consistent with Amnesty International's Principles on Jurisdiction. The District Court of Jerusalem in 1961 decided the case of *Attorney-General of the Government of Israel v. Eichmann*, 36 I.L.R. 5 (1961). The Court's jurisdiction was founded upon paragraph 12 of Israel's Nazi and Nazi Collaborators (Punishment) Act 5710-1950, which statute contains the same provisions that the Nuremberg Charter and the U.S. war crimes statute contains.

10. The "Touch and Concern" test is satisfied. The authoritative case authority regarding the touch and concern test is *Doe v. Exxon Mobil Corp.*, 69 F. Supp. 3d 75, 94 (D.D.C. 2014). For example, Defendants, EFCC, have raised substantial sums ($2 billion dollars each year) on U.S. soil and sent those funds overseas courtesy of donations made to pro-occupation U.S.-based 501(c)(3) entities to promote violence in the OPT. That conduct violates the U.S. money laundering (18 U.S.C. § 1956) statute and President Bush's and President Clinton's Executive Orders barring financing of violence in the OPT.

11. The Plaintiffs explain herein how they satisfy the "touch and concern" test, i.e., Defendants EFCC and Shoebat have planned on U.S. soil for at least thirty years how to denationalize the Palestinian population and aid and abet the installation of an apartheid regime in the OPT. *See* Judge Lamberth's opinion in Doe v. Exxon Mobil Corporation, 69 F.Supp.3d. 75 (D.D.C. 2014). Defendant Levin-Abir has raised on U.S. soil huge sums of money to support the Israeli army. She has set up numerous fundraising events in the Florida area and was part of a group who sent $104 million to the Israeli army two years ago. Coordinated by Israeli leadership (PMN) and senior AIPAC officials, Defendants Cuomo,

Kushner, Greenblatt, and U.S. Ambassador Friedman have attended numerous meetings on

U.S. soil. The goals: (a) discuss how to deprive 165 million Americans of their First

Amendment freedoms and force them to sign loyalty oaths to Israel; and (b) convince

Americans to refrain from criticizing Israel fearing incarceration and a substantial fine.

12. Like Defendant Levin-Abir, they also raised funds on U.S. soil for the Israeli Army. In

fact, they send $100 million every year to the Israeli army in violation of 18 U.S.C. § 960

which prohibits the funding of a foreign militia unit. See Boim v. Holy Land Found. for

Relief & Dev., 549 F.3d 685 (7th Cir. 2008)- American citizens can't fund any foreign army

or augment its ability as an organization to maim and murder a foreign population. They

know those funds will be used in part to arm belligerent settlers whose mission is to maim

and murder their Palestinian neighbors, steal their property, poison their water wells and

livestock in order to coerce them into abandoning their 200 year old homes and olive

groves—classic ethnic cleansing under both the U.S. and Israeli War Crimes Statutes. *See*

WIP, pg. 162.

13. Ambassador Friedman, AIPAC's anti-Palestinian trio (Giuliani, Huckabee, and Gingrich)

twenty-year propaganda efforts (e.g., a country known as Palestine never existed) have been

engaged in on U.S. soil including attacking U.S. citizens as anti-Semitics who have criticized

Israeli policies and its racist, 60-year-old occupation of the OPT. As a result, American

citizens are now afraid of exercising their First Amendment freedoms and their freedom to

associate to complain about Israel's racist policies and its 60-year-old occupation and the

ethnic cleansing of 400,000 Palestinians. The reason– the Anti-BDS Executive Orders signed

by at least thirty different governors and the new federal anti-BDS legislation compel

ordinary Americans to sign loyalty oaths to Israel or keep their anti-occupation views to themselves.

## **VENUE**

12. Plaintiffs hereby repeat and reallege the allegations made in the Jurisdiction Section regarding the extensive criminal activities engaged in by the Defendants on U.S. soil, including raising funds to denationalize and dehumanize the Palestinian population and aid and abet the establishment of an apartheid regime in the OPT.  All Defendants exclusive of Defendant Cuomo have: (a) filed fraudulent tax returns (both 1040s and 990s) with the IRS by sending in returns to the IRS main office in Washington, D.C. and IRS regional offices; (b) planned on U.S. soil their campaign to have Jewish-only settlers permanently occupy the OPT; and (c) raised funds on U.S. Soil so that settlement leaders could oversee the process to forcibly remove all Palestinians, even Christians, from the OPT.

The rationale being Palestinians don't deserve their own country because they are an invented people- a complete fabrication. Israel's first president Ben Gorian did not think they were an invited people. Neither did ZOA officials in 1898 when they decided that the country of Palestine would be the new Jewish homeland. Ben Gorian even remarked "Don't you understand we stole their country-Palestine."

13. AIPAC officials built their headquarters in this judicial district many years ago and every year host an annual party celebrating the occupation and the ethnic cleansing and genocide of the civilian Palestinian population.  All of the Defendants named herein including Cuomo have attended one or more of these functions in the past 20 years.  They typically show up to either offer financing for settlement expansion and ethnic cleansing and genocide (the donors) or seek (non-profits) financing for this criminal activity, which is why approximately

fifty pro-occupation 501(c)(3)s show up at that event every year.  They get a chance to mingle with pro-occupation advocates like Adelson, Gingrich, Pastor Hagee, Hikind, PMN and senior Israeli army leadership looking for additional funding. With respect to Defendant Cuomo, they get a chance to book him for speaking engagements to extoll the virtues of the Israeli Army and the occupation and repeat AIPAC's charge that all Palestinians are savages. Defendant Levin-Abir is very interested in having Giuliani speak, for example, in order to raise funds for the Israeli Army in greater Broward county.

## PARTIES
### THE PLAINTIFFS

14. All Plaintiffs have sustained injuries as a result of the permanent occupation of the OPT, funded, directly or indirectly, by all Defendants herein, EFCC and Shoebat, and the deliberate attempt by the Defendants to denationalize and dehumanize the Palestinian population and aid and abet the establishment of an apartheid regime in the OPT. These injuries include but are not limited to: (a) siblings and parents maimed and murdered (*see* the Dawabsheh family, *see* Barghouthi family); (b) outright theft of private property (Plaintiffs Khateeb and Ali Ali); (c) arrest, torture and incarceration (*see* both Ahed and Bassem Al-Tamimi). *See* <u>WIP</u>, pg. 210, 211, 212.

15. The U.S. Plaintiffs named herein have taken a "not in my name" approach re the use of American taxpayer funds or the abuse of the tax code to support wanton destruction of civilian property and cluster bomb operations, ethnic cleansing, and genocide. They do not want to be accused of aiding and abetting the commission of war crimes, consistent with the "Law of Nations" clause in the U.S. Constitution and the holding in *re apartheid litigation*.

16. The Palestinian Plaintiffs named herein have suffered extreme emotional distress, loss of livelihood, loss of family heritage, loss of family property, loss of Palestinian culture and inability due to Israeli government regulations to live as a family unit in the OPT and other indignities like having to eat sand or kiss boots of Israeli soldiers or settlers if they forget their national ID card.  This is a direct result of having an apartheid regime established in the OPT which the Defendants EFCC and Shoebat have financed for the last 30 years. Palestinian kids have been, for example, hearing aids paid for by European NGOs- classic collective punishment.

17. There may be John Doe Plaintiffs who will want to join this case. They will need protection of this court for a number of reasons. First, they know that undersigned counsel's life was threatened simply because he filed a lawsuit before, alleging genocidal behavior on part of the settlement population. See *Al Tamimi v Adelson.* Second, they all know that the lead plaintiff in that case had his visa revoked when he was attempting to travel to the states to confer with counsel. Third, they also know that his daughter was arrested and incarcerated. They also know, as federal employees, that one word from the White House could secure their dismissal. They also know that AIPAC officials forced the revocation of a Freedom of Medal Honor to Angela Davis, simply because she advocated a two-state solution. They also know that CNN commentator Marc Lamont Hill was terminated from his position simply because he advocated a two-state solution.


**DEFENDANTS**

18. **AIPAC** is a unique lobbying organization located in Washington, DC. It is unique because: a) its power derives from a clandestine political campaign financing network

and b) it represents a foreign country (Israel) even though it has failed to register as an agent of that country. It is a 501(c)(4) entity that specializes in protecting Israeli interests in the U.S. and is the reason why a $2 billion money laundering scheme currently operates on U.S. soil. AIPAC officials have made it possible for pro-Israeli donors to send $2 billion every year into the OPT to finance the Israeli army, belligerent settlers, and promote the theft of private Palestinian property. It is one of the top lobbying firms in Washington, DC. It writes all the legislation and the Congressional anti-Palestinian resolutions pertaining to the Middle East and owns Senator McConnell– "let me make this perfectly clear, what do I have to do to get your money in the next election." It supports war crimes, i.e. AIPAC officials have encouraged the use of cluster bombs in the OPT to maximize Palestinian civilian deaths. It continues to work with Defendants Cuomo and Giuliani to make sure Americans are stripped of valuable First Amendment rights by enacting anti-BDS legislation, both state and federal. AIPAC officials are the major reason why the two-state solution is dead. If real peace every broke out in the OPT, AIPAC would be out of business.

19. **Defendant Miriam Adelson** is an Israeli army veteran, dedicated to financing the criminal activity in the OPT. As a dedicated IDF veteran, just like Defendant Levin-Abir, she despises members of "Breaking the Silence Movement" see discussion infra, because they have admitted to committing war crimes ordered by their superiors. For diversity purposes she is domiciled in Las Vegas, Nevada, and like her husband, is a dedicated Zionist. She is an Israeli and U.S. citizen and is the wife of Sheldon Adelson. Because of his enormous wealth and campaign financing ability and because of his close relationship with AIPAC, the Adelson family owns Senator McConnell and Senator Cardin.

20. She and her family have donated millions of dollars to support AIPAC's mission which is to forcibly remove all non-Jews from the OPT. She and her husband bribed President Trump (via a $50 million-dollar campaign contribution) to, *inter alia,* move the U.S. embassy to Jerusalem and announce it as the capital of Israel. That decision confirmed the death of the two-state solution in the process. A two-state solution and giving property back to the Palestinians has always been anathema for AIPAC officials, donor Gilbert, Ambassador Friedman, and the Adelson and Kushner families.

21. **Defendant Gustav Cardelius** is domiciled in Sweden and is an international attorney who specializes in real estate closings in the OPT.  He has intentionally maintained a low profile, but has played an important role in the denationalization of the Palestinian people and in the establishment of an apartheid regime in the OPT.  He has been on the payroll of the Moskowitz Family Foundation for at least ten years and has worked with Ateret Cohanim and The Everest Foundation, two U.S. based, phony 501(c)(3) entities desirous of ethnically cleansing the Silwan area in East Jerusalem of all non-Jews. As detailed herein, he has played an instrumental role in the denationalization of the Palestinian people by making sure hundreds of Palestinian individuals, homeowners in East Jerusalem, have been forcibly removed from the Silwan area, in order to accommodate new Jewish settlers. He knowingly records forged deeds and when necessary to promote settlement expansion, ignores religious Christian-only land covenants. He and Ambassador Friedman are the reasons why the Israeli government used the term "scandalous land theft" in the OPT in its Spitzer Report.

22. **Defendant Cuomo** is domiciled in New York. He is a very competent New York governor and he has a close friend and "hero," Rabbi Hikind i.e., who despises

Palestinians and has done everything possible to forcibly remove them from the OPT i.e., financing massive ethnic cleansing efforts. In an effort to secure the support of AIPAC officials, Rabbi Hikind, and other Jewish supporters and Evangelical Christians, Cuomo signed an executive order which precludes any American citizen from doing business with any New York State agency unless he has first signed an oath of loyalty to Israel. This restriction violates the rights that are recited in the Bill of Rights including the First Amendment right to associate. As a result of his conduct and that of Defendant Hikind, they placed illegal restrictions on both interstate and foreign commerce at the request of AIPAC officials and PMN. He has secured the approval of at least twenty-five other governors and is working today as a representative of Israel even though he is not registered under the <u>Alien Registration Act</u>. He signed up to be AIPAC's partner and the Israeli spokesperson on the BDS issue on a nationwide basis in order to secure political campaign contributions in case he sought political office in 2020- an almost certainty.

23. **Defendant U.S. Israeli Ambassador David Friedman** is domiciled in New York City and maintains a law firm partnership there.  He is a proud Zionist who has funded the Israeli army and his own illegal settlement (Beit-El) for forty years. It was the first illegal settlement built in the OPT. Former PM Golda Meir requested that he set up the settlement to cut Palestine in half. He and Defendant Greenblat traveled to Cleveland to remove the plank in the Republican platform, referencing a two-state solution.

24. He has funded the Israeli army and the settlement enterprise, and he has espoused the forcible removal of all non-Jews from the OPT. *See* <u>fifth stage in a Genocidal Manual</u>, *see also* <u>Exhibit B</u>. At all relevant times herein, he was not an employee of the United States. He only became an employee when he was sworn in as the Israeli ambassador.

The criminal conduct that is alleged against him herein was engaged in during the last

forty years up to and including early 2017. As a result, plaintiffs do not have to pursue

any remedies they have against him, courtesy of the Federal Tort Claims Act, with

respect to any conduct he engaged in while not a U.S. employee. He has definitely

provided practical assistance (lots of money) and encouraged violent settlers in the OPT

to continue maiming and murdering Palestinians and stealing their private property.

25. **Defendant Gilbert** is domiciled in Cleveland, Ohio for diversity purposes. He is also a

huge supporter of AIPAC and its mission to cleanse the OPT of all non-Jews. He attends

all their conferences, and espouses the ethnic cleansing/genocide of all non-Jews from the

OPT. The only difference between him and Defendant Adelson is that he only has a $6

billion-dollar fortune. In the words of Judge Scheindlin, there is no doubt that Defendant

Gilbert has provided practical assistance (lots of money) and encouragement (hosting

fundraising dinners for the army) to both the Israeli army and to belligerent settlers.

26. He has received numerous awards from the FDIF, a funnel organization that sends

millions of dollars every year to the Israeli army in violation of 18 U.S.C. § 960. He

respects and admires Defendants like Levin-Abir who believe that the IDF is the most

moral army in the world. He has hosted and attended numerous fundraising events for the

Israeli army and Israeli settlements all over America and sends, along with his

colleagues, $100 million a year to the Israeli army and violates 18 U.S.C. § 960 as a

result. *See* Exhibit A. He has thoroughly embraced Ben-Gurion's goal–take over all of

Palestine.

27. Defendant Gilbert has fully endorsed AIPAC's mission i.e., the forceful expulsion of all

non-Jews from the OPT. As detailed herein*, he and Defendant Adelson knew that the*

*Israeli army was committing war crimes in the OPT as early as thirty years ago*. This is the same army they are sending millions of dollars to every year whose members force Palestinian kids to eat sand if they forget their national ID card and use their scalps as ash trays. Even though these are deemed to be inhumane acts, they will continue because Defendant PMN and his guerilla soldiers, i.e. out of control settlers, think these acts will convince Palestinian families to abandon the OPT.

28. **Defendant Gingrich**, for purposes of diversity jurisdiction, is domiciled in Georgia and is a huge supporter of AIPAC and its mission i.e., to rid the OPT of all non-Jews. Since 1994, when he introduced and enacted the first legislation to move the U.S. embassy to Jerusalem, he has been adamant on punishing Palestinians because in his opinion they are not human beings. He has advocated the total occupation of the OPT by Jewish-only settlers.  Since 1998, he has been on the Adelson family payroll and has been used to prepare and disseminate anti-Palestinian propaganda.

29. For example, he tells his fellow Americans that there never was a country known as Palestine and the Palestinians are an invented people. He does this even though Israeli's first President Ben-Gurion has opined that, "once we have a viable army, we'll take over all of Palestine" and that we "stole their country, Palestine" and that "Jews must recognize that we stole their country." He has, like all Defendants, rendered practical assistance (lots of money) and encouraged belligerent settlers to continue maiming and murdering innocent Palestinians and stealing thousands of acres of private property.

30. **Defendant Rudolph Giuliani** is domiciled in NYC for purposes of diversity and jurisdiction. He has been named in this lawsuit for a number of reasons including the fact that he has rendered practical assistance to violent settlers in the OPT and to rogue Israeli

soldiers. He spearheaded an effort to denationalize the Palestinian people and dehumanize them by suggesting the national registry of all Muslims. He was tasked by AIPAC officials to condemn all Palestinians as "terrorists," and suggest like Defendant Gingrich, that there was never a country named Palestine, and that Palestinians are an invented people. As shown herein, that is sheer nonsense. For example, what is the country called Palestine that both Mark Twain and Lowell Thomas visited and wrote about. And when Israel's first president stated, "we have stolen their country, Palestine," if not the country of Palestine, what was he making reference to?

31. Another important task that Giuliani had was to convince the U.S. Congress that the Palestinians have a program in place to reward the families of terrorists. He claims that these Palestinian families basically offer up their children to be suicide bombers, so that they can collect on these payments. What Giuliani fails to point out is that Israeli officials have perfected this practice over the last ten years using a phony 501(c)(3) called Honenu. U.S. Honenu raises millions of dollars on U.S. soil and sends it to Honenu Israel. This money is used to hire the best criminal defense lawyers there are, and of course, they only represent Jewish terrorists, which violates IRS non-profit regulations. See, US v. Jones University, supra. The man who assassinated former PM Rabin (the PM who wanted to achieve peace with Palestine) and another family of an individual who set a Palestinian child on fire receive substantial monthly stipends. Of course, Giuliani never informs Congressional staff members about Israel's long standing program to pay the families of Jewish terrorists who have committed war crimes in the OPT against innocent Palestinians.  Instead of disclosing this material fact, he instead encourages Senators to

cut all aid to Palestinian leadership for engaging in identical conduct. This is another example of course of the double-standard which US Senators have adopted.

32. What makes it so egregious is the fact that Honenu offers topflight legal defense and is there from the beginning of the indictment all the way through the end of the trial. Rabbi Jill Jacobs of the organization, TRUAH, has condemned this practice as being similar to that engaged in by Hamas. She specifically referenced the revenge killing of the Dewabshe family. The husband, wife, and 18-month infant were incinerated. Young settlers coming from the Beit-El settlement, founded by Ambassador Friedman and others, crept up on the house at 2AM and placed fire accelerants in the celler to burn down the building. They were able to do so because U.S. donors bought them very expensive night vision goggles. They were taught how to do this by IDF specialists who apparently Defendant Levin-Abir does not know about.

33. Giuliani works with the other Defendants in this case to make sure that Congressional, anti-Palestinian resolutions are passed, and he attempts, like AIPAC officials, to cover up war crimes committed by Israeli soldiers and violent settlers. He works with Gingrich and Huckabee, and together they form a very successful propaganda arm of AIPAC. There is no doubt that they have rendered "practical assistance" (lots of money) to belligerent settlers and to rogue members of the Israeli Army. If Giuliani had his way, OPT would be occupied 100 percent by Jewish settlers only.

34. **Defendant Greenblatt** is currently employed in the Trump White House as a Middle East advisor and just like Gingrich, is a huge supporter of AIPAC and its illegal mission i.e., to rid the West Bank of all non-Jews.  He is an avowed Zionist who believes that all Palestinians should be removed from the OPT and if necessary, by violent means. *See*

==eighth stag==e in the cycle of genocide contained in the U.S. State Department's Manual on
Genocide; Exhibit B. Whenever Sheldon Adelson asks him to jump, he responds "how
high." He also traveled to Cleveland Ohio with Defendant Ambassador Friedman to
remove the plank in the Republican platform referencing the two-state solution. Just like
Ambassador Friedman, he cherishes his White House job because it enables him to
promote the agenda of PMN, AIPAC officials, and the Adelson family–his heroes. Their
agenda is two-fold: secure $5 billion from the U.S. government every year for doing
nothing and distribute these funds to support Israeli military forces and belligerent who
use those funds to maim and murder Palestinians.

35. He is preparing, with Defendant Kushner, a one-sided pro-Israel peace plan that he
knows will immediately be rejected by Palestinian leadership. Why? President Trump
and PMN need to boast about the fact that Israel has no effective peace partner. That has
been a broken record articulated by senior AIPAC officials, and the anti-Palestinian trio
(Defendants Gingrich, Giuliani, and Huckabee), for at least thirty years. Their goal is to
promote a disingenuous profile of Palestinians as being savages and not interested in
living peacefully side-by-side with Israeli neighbors. They managed to place
advertisements on Washington, DC buses articulating that Palestinians are savages. There
is no doubt that Defendant Greenblatt, too, rendered practical assistance to belligerent
settlers and rogue members of the Israeli Army.

36. **Defendant Hikind** has been a New York State Assemblyman (District 48) for over
twenty years. At all relevant times, he has pursued an Israeli-first agenda. That agenda is
consistent with PMN's plan to forcibly remove or exterminate all non-Jews from
Palestine. He has taken upon himself an obligation to secure termination of New York

state employees who have criticized Israel. Recently, he has stepped into the forefront of the anti-BDS battle. Along with Defendant Cuomo, he has convinced Secretary of State Pompeo to expand the definition of anti-Semitism. *The reason- individuals like Congresswoman Omar had been comparing conditions in the OPT with conditions in the Nazi regime.*

37. As the table on page 39 shows, she was correct in her assessment. At all relevant times, Defendant Hikind was more than a cheerleader for apartheid and was, along with Defendants Cuomo and Giuliani, an unofficial Israeli spokesperson whose job was to kill the BDS movement and promote the disingenuous message that the sixty-year occupation is legitimate. As a review of the table comparing conditions in the OPT to Nazi, Germany, it is rather obvious that there are substantial similarities between the way Polish Jews were treated and how Palestinians are treated today by the Israeli army. That's the direct result of establishing an apartheid regime in the OPT – the government can do whatever it wants.

38. **Defendant Huckabee** is domiciled in Arkansas and was the governor. He ran for President in 2016 and solicited funds in Israel because he's very close to PMN. He is an ordained Baptist minister who has, at least for thirty-five years, been a fervent supporter of Israeli settlements and as an advocate of Palestinians setting up a state in Jordan anywhere but next to Israel. *See* eighth stage in the cycle of genocide contained in U.S. State Department's Manual on Genocide. He regularly attends the grand opening of settlements and encourages Americans to buy vacation homes in the OPT. He has his own TV show and broadcasts all over America propaganda like the fact that Palestine never existed even though the UN's Palestine 1948 Partition Plan mentioned the state of

Palestine twenty-five times.  He has definitely rendered practical assistance and encouragement to belligerent settlers and rogue Israeli soldiers by claiming that Palestinians are seeking to destroy Israel instead of living in peace next to Israel.

39. He has solicited campaign funds in Israel on behalf of PMN and worked to reelect him. He knew like all other Defendants that if PMN was reelected, there would be more ethnic cleansing in the OPT.  He has libeled the BDS Movement leaders, claiming that they have ties to international terrorism.  Recently, The Daily Mail London based newspaper paid 120 thousand UK pounds to settle a case filed by an Islamic charity for libel, i.e., the charity was accused of having ties to international terrorism. *See* Weaver, Matthew. "Daily Mail Pays Charity Damages over 'Hate Festival' Allegations." *The Guardian*, Guardian News and Media, and 13 June 2019. This is a favorite lie circulated by AIPAC officials and Defendants Cuomo, Gingrich, Giuliani, and Kushner every day without any proof at all. These individuals are not concerned about being challenged because they will assert that anyone that supports Islamic charities is an anti-Semite.

40. **Defendant Jared Kushner** is domiciled in New York City and today serves as a White House Senior Advisor. His agenda is three-fold: continue the forcible removal of all non-Jews from the OPT, establish Jerusalem as the capital of Israel, and aid and abet the installation of an apartheid regime in the OPT. He doesn't think that Palestinians are human beings and therefore they can be exterminated during the last stage of the genocide campaign. *See* Exhibit B. His supporters and friends have given financial assistance to the settlement enterprise and have given the financial means to settlement leaders to purchase sophisticated military hardware which is used by its local militia unit to maim and murder Palestinian people and steal private Palestinian property. His goal is

to finance belligerent settlers who will do his family's dirty work and that of PMN i.e,

threaten and intimidate the Palestinian civilian population so that they will leave the OPT.

*See* 18 U.S.C § 2339C i.e., classic international terrorism.

41. **Defendant Susan Levin-Abir** is domiciled in Florida and is the Executive Director of

Friends of the Israeli Defense Forces for the Palm Beach/Broward community in Florida.

Her main job is to raise lots of money every year and ship $104 million overseas to the

Israeli Army so they can continue to maim and murder Palestinians. She has adopted a

pro-settlement agenda and an attitude that the Israeli Army is the most moral military

entity in the world. She doesn't hide the respect and affection she has for the Israeli

Army. For the Court's edification, the Army's name was cleverly changed by PMN so

that they could stress the defensive nature of the occupation. It is intended to convey the

impression it is defending the homeland against roving Palestinian gangs, armed with

butter knives or pitchforks, who are raping female Jewish settlers and shooting innocent

Jewish homeowners trying to eke out a living on barren land.

42. She has definitely drunk the Koolaid, i.e. "it's an amazing organization that contributes to

the cultural education and spiritual well-being of Israeli veterans." She helped send $104

million last year to the Israeli Army, and consistent with the Boim case *supra*, has

therefore, augmented the Israeli Army's ability to maim and murder innocent Palestinian

civilians in the OPT. As alleged herein, the war crimes that the army has been

committing in the OPT since 1990, courtesy of her fundraising organization, are detailed

in the "Aiding and Abetting" section, including ethnic cleansing, genocide, and theft of

Palestinian property. 700 Israeli Army veterans have confessed to committing war crimes

in the OPT. That is the reason why Defendants Adelson and  Levin-Abir despises these

veterans, because they have tried to educate the Israeli population about what is really going on in the OPT.

43. **Senator Mitch McConnell** is not named herein as a Defendant but should be for a number of reasons. He has done everything possible to implement PMN's and AIPAC's strategy to rid the OPT of all non-Jews and establish a Jewish-only enclave in the OPT, financed by American taxpayers. He is the Senate majority leader and he wields enormous power and has spent his time and energy ensuring the demise of the two-state solution and the forced removal of non-Jews from the OPT. The reason-every couple years, the Adelson family gives him $20 million dollars to advance an Israeli first agenda, which has been matched by AIPAC campaign funding. If he devoted himself to the welfare of his constituency (his job) and stopped soliciting AIPAC contributions, ("what do I have to do to get your money next year") Kentucky wouldn't be such a depressed state.

44. Senator McConnell, like AIPAC Officials, has made sure that certain material facts about Israel and the financial commitment made by the American taxpayer are not discussed or debated in the Senate. For example, because of his devotion to Israel and the $5 billion it receives every year from the U.S., its citizens, unlike Kentuckians, can expect to live to the ripe old age of 85 years old. He has also made sure that the average American taxpayer has no idea that Israel ranks 22nd on the Human Development Index, which is a very high development ranking. And it is "a high-income country," according to the World Bank. It has a $351 billion-dollar GDP. Palestine in contrast because it's not gifted $5 billion dollars a year by Senator McConnell, ranks 119th on the Human Development Index. It is one of the poorest countries in the world and its children have one of the

highest dysentery rates in the world. Query: what could the citizens of Kentucky do with Israel's annual windfall of $5 billion?

45. **Defendant BiBi Netanyahu** (PMN) is commonly known as the war criminal of the century and has been governing the Israeli people for approximately 35 years. He has had two overriding objectives. He has convinced that Palestinians are terrorists and need to be eliminated from the OPT.  And second, there can never be a separate Palestinian state next door to Israel. If that is the case, Palestinians will rise up one day and murder all Jews. He decided that if Israeli leadership was serious about establishing a Jewish only enclave in the OPT, they had to get rid of all non-Jews living in the OPT, i.e. 99% Palestinians.

46. In 1998, at the height of the Tiananem Square demonstrations, PMN wanted to remove approximately 50,000 non-Jews from the OPT, thinking the world's focus would be elsewhere, which it was. He concluded that if Israeli leadership could not get rid of the Palestinians, he must exterminate them, much like the Nazi regime concluded with respect to the Warsaw Jewish population, i.e. the final solution. He knew he needed some major financial support to make this happen, so he assembled a group of zealous, wealthy Americans, a representative sample being the Defendants named herein. He also needed a propaganda campaign machine, enter AIPAC. He needed massive off the books funding-enter Adelson and Kushner families and phony 501(c)(3)s. He needed a core group of vile, disgusting individuals who would do his dirty work and that of the Adelson family, i.e. settlers from Brooklyn. They never owned property before, and they took advantage of the situation in the OPT. They basically proclaimed that Jesus gave them this property, and told a BBC work crew, "this is our land, get the fuck out of here." See PIO, pg. 138.

47. PMN also knew he needed to implement a set of apartheid policies, which are described in the Third Cause of Action. He made sure that Palestinian mothers would deliver children, i.e. "snakes" with handcuffs on. He made sure Palestinian male prisoners would have thread sewn into their testicles to inflict maximum pain. Most Americans don't know that Israeli authorities allow Palestinian children the right to see counsel, but only after they have pled guilty. Quite a system American taxpayers support. His separate war crimes number about 20 and that is why much of the world does not support Israel.

48. He delivered a masterstroke in terms of destroying the self-esteem of the Palestinians when he moved the U.S. embassy to Jerusalem. He also made a fantastic selection in terms of selecting Governor Cuomo to be the anti BDS spokesperson. He continues today to remove Palestinians from the OPT and believes they are unclean. If re-elected, he will continue his racist anti-Palestinian programs. The bottom line is, more innocent Palestinians will die. The Plaintiffs request that he be deemed to be a war criminal for very good reasons, as detailed in the third cause of action.

49. **Defendant Walid Shoebat** is known as a profiteer because he spreads vile propaganda about Palestinian terrorists. He benefits from grants awarded by the Department of Homeland Security in its never-ending war on terror. Recipients of these grants are encouraged to engage individuals like Defendant Shoebat in an effort to educate first responders about the dangers posed by Palestinian terrorists. The problem is that Defendant Shoebat has no basis to claim that he is an expert in terrorism. For example, he claimed that he fire-bombed a branch of Bank Leumi while he was a member of a terrorist organization- not true as a review of pertinent records would reveal.

50. He also claims that he was arrested, incarcerated, and tortured by Israeli security forces-not true. He charges approximately $6,000 for every speech he delivers pertaining to alleged Palestinian terrorists. His mission in life appears to portray Palestinians as "savages" who are not deserving of their own country and who deserve to be profiled. Plaintiffs seek herein to expose him as the fraud he is and stop any further dissemination of propaganda designed to frighten Americans about Palestinian people. They ask that a monetary judgement be awarded against him for the damages sustained as the direct result of his conduct.

51. **Defendant Donald Trump** is domiciled in Florida, although he lives today in the White House. He is also a huge supporter of AIPAC and fully endorses its criminal mission to rid the West Bank of all non-Jews. Before he became President, according to senior advisor Bannon, he desired to fast-track measures which would severely damage the prospects of a two-state solution and hurt the Palestinian people. *See* <u>Fire and Fury</u>, pg. 6. He supported the settlement enterprise, funded the Israeli army, and approved moving the U.S. embassy to Jerusalem.  In fact, he declared that Jerusalem would be forever the capital of Israel. For the last twenty years, he has been a huge fan and supporter of Israeli settlements and learned to detest Palestinians. He has funded at least ten nonprofit, pro-Israel entities in the greater New York City metropolitan area.  He shares Netanyahu's view that Palestinians are "carcinogens", "lice", an "invented people", and "savage terrorists."

52. In his mind, they are just like the black and brown Queens residents who applied to rent his father's apartments in Queens. That's the third stage in the U.S. State Department's manual on genocide. His father routinely rejected black tenant applicants because as he

was fond of telling his son, "we don't rent to niggers." His rationale for funding

settlements and the Israeli army was to impress his Jewish colleagues he worked with in

the high-end New York real estate industry. He and Defendant Friedman are extremely

close because he supports the settlement that Friedman founded forty years ago where the

Netanyahu family lives today. He founded that settlement at the request of President Ben-

Gurion and former PM Golda Meir to make sure there would never be a contiguous

Palestinian state. Ambassador Friedman agreed to find a suitable home for PMN's family

in Beit-El and convinced the absorption committee to accept them. It is nothing short of

amazing that President Obama, a black man and a Christian, would not be allowed to

apply for a home in the Beit-El settlement- a blatant violation of 501(c)(3) regulations.

53.  **Defendant Weissglas** is also a huge supporter of AIPAC and its criminal mission to rid

the West Bank of all non-Jews. He is domiciled in Israel and was a senior aide to his

close friend PM Sharon and is a close friend of current PM Netanyahu. He believes that

all non-Jews, even Christians, should be forcibly removed from the OPT to establish a

Jewish-only homeland. *See* fourth stage in the cycle of genocide which is recited in U.S.

State Department's Manual on Genocide.

54. He was former PM Sharon's right-hand man and formulated the strategy which removed

all Palestinian issues from the negotiating table (for example, the two-state solution) in

terms of potential peace-talk discussions. He also played an important role in designing

and constructing the apartheid wall, telling the architect to make sure Jews end up inside,

and Palestinians end up outside. He has coordinated PMN's efforts to starve Palestinians

and create conditions which affect both the mental and physical health of Palestinians, for

example, closing Palestinian hospitals and emergency wards, which is classic genocide.

_See_ third stage in the cycle of genocide contained in U.S. State Department's Manual on Genocide and in the International Convention on Genocide.

55. He has applauded Former UN Ambassador Haley's efforts to render Palestinian hospitals and clinics bankrupt, which is a war crime–genocide. Soon, as a result of his and Haley's efforts, Palestinian kidney and cancer patients who desperately need dialysis and chemotherapy, will start dying off, especially without a full-time electrical supply and a clean water supply. This possibility does not appear to concern him at all because in the final analysis, Palestinians are not human beings; they are savages, intent on murdering their peaceful Jewish neighbors. According to PMN, they will shortly be bombing U.S. shopping malls and forcing local city council bodies to adopt Sharia law, which is complete nonsense. _See_ WIP, pg. 292. This is part of his strategy to convince Americans that Muslims are taking over the country.

56. **Other Defendants** including Defendants Gingrich, Huckabee, Levin-Abir, and Shoebat are peas in a pod. They have all rendered practical assistance to belligerent settlers and rogue Israeli army soldiers. They have aall labeled Palestinians as terrorists, have worked to frustrate the two-state solution, and believe that all non-Jews should be forcibly removed from the OPT. Defendant Shoebat even advocates racial profiling. They all claim that Palestinians are not human beings, but "beasts" and have played a significant role in the denationalization of the Palestinian civilian population.

57. They accuse the Palestinians of not having a culture, a history, a language, an identity, or any entitlement to a separate county. Defendant Gingrich started the "back to Jerusalem" movement in 1994 and was responsible for sending Defendants Friedman and Greenblatt

to Cleveland, Ohio to remove the plank in the Republican platform that called for a two-state solution.

58. Shoebat is in a separate category because he functions as a profiteer and lectures first responders about the need to profile members of the Muslim community and monitor their activities. He even advocates deportation much like the Nazi Advisor in the White House, Steve Miller. He has abused the discretion afforded to Homeland Security officials to authorize grants to individuals who are fighting the war against terrorism.

59. Defendants Gingrich, Giuliani, Huckabee and Shoebat share a common interest in terms of seeking to advance, on U.S. soil, the mission of AIPAC and the ethnic cleansing/ genocidal campaign started by Defendant PMN. They have sought to convince the U.S. Congress that Palestinians are terrorists and not deserving of their own state. Huckabee, in fact, has urged his Congressional representative to advance the argument that any and all non-Jews remaining in the OPT should be shipped off to Jordan. They have all made a contribution, directly or indirectly, to Defendant Netanyahu's ethnic cleansing/genocidal campaign.

60. Gingrich, Giuliani,  and Huckabee along with Ambassador Friedman lobbied the State Department to expand upon the definition of anti-Semite. The reason they did that is because Congresswoman Omar has made a number of comparisons between conditions in the Third Reich and in the OPT. *See* table below. It appears that she is correct in terms of similarity of conditions in the Third Reich and in the OPT. Having an expanded definition of anti-Semite allows critics of Congresswoman Omar to label her an anti-Semite and further malign her reputation. Labeling her as an anti-Semite is an easy way for U.S. congressional members to inform their constituents that Palestinian advocates

like her want to wipe out the state of Israel. This is not true – she desires that a separate

Palestinian country can be established with Israel as a good neighbor.

| STATE CONDUCT | NAZI REGIME | NETANYAHU REGIME |
|---|---|---|
| National Registration | Yellow star | National ID card |
| Vehicle state sponsored regulation | Special Nazi designated license plates | Specially designated yellow license plates |
| Sterile only highways | Yes | Yes |
| Sterile only hospitals | Yes | Yes |
| No access to civil courts | Yes | Yes |
| Racial and religious confinement | Ghettos, concentration camps | Ghettos, Bantustans |
| Militia units | Storm troopers | Belligerent settlers |
| Starvation diet | Yes | Yes |
| Arbitrary arrest and incarceration | Yes | Yes |
| Ethnic cleansing and genocide | Yes | Yes |
| Prohibition of pro-creation | Yes | Yes |
| Discriminatory laws | Yes | Yes |
| Destruction or closure of retail shops | Yes | Yes, closing of Palestinian shops only and closure of main commercial thoroughfare |

61. Along with his close friend, Dick Armey, former House representative, Defendant

Gingrich in 1994 started the movement, bankrolled by the Adelson family, which

encouraged the U.S. Embassy in Tel Aviv to be relocated to Jerusalem. Former

Congressman Armey is on record stating that he believed Palestine should be ethnically

cleansed of all non-Jews. *See* Israeli Lobby, pg. 135. They have both testified in Congress

that funding a Palestinian state would result in the end of the Israeli regime. They were

quite vocal in terms of suggesting that all aid to Palestine be eliminated. It is not known

at this time whether they have funded the settlement enterprise, but that will be the

subject of discovery herein. Both of them have engaged in deceptive propaganda to the effect that there was never a country known as Palestine. Neither of them complained about the murder of 27 American sailors aboard the USS Liberty in 1967 or about the murder of U.S. college student Rachel Corrie. They are afraid that if they would voice such criticism of the Israeli military, any and all lucrative consulting contracts which they have with the Adelson family or phony, pro-Israel 501(c)3s on U.S. soil would be canceled.

## **RELEVANT CASE LAW**

62. Two cases are relied on extensively by the Plaintiffs in terms of advancing their claim that the Defendants had been instrumental in aiding and abetting the commission of war crimes.  The first case is *Simon v. Hungary,* 812 F.3d 127 (D.C. Cir. 2016).  That case stands for the proposition that intentional destruction of homes can be deemed to be an act of genocide.  Plaintiffs claim herein that 49,000 homes have been either confiscated or demolished in an effort to cleanse the OPT of all non-Jews.

63. The second case is the *In re South African Apartheid Litigation*, 617 F. Supp. 2d 228 (S.D.N.Y. 2009).  That case stands for the proposition that it has been recognized by various international conventions and hundreds of countries that the tort of denationalization and dehumanization is a war crime and that aggrieved plaintiffs can advance aiding and abetting the commission of war crimes and Plaintiffs can allege those claims in an ATS case.

64. In 2009, in the Southern District of New York, the Honorable Shira A. Scheindlin discussed extensively why she held that *"in short, I conclude that [the tort of arbitrary denationalization including racial, ethnic, religious or political beliefs] satisfies the*

*Second Circuit's test for recognition of a tort in violation of the Law of Nations." See In re South African Apartheid Litigation*, 617 F. Supp. 2d 228 (S.D.N.Y. 2009)*. She explained her rationale as follows--"this prohibition is defined with specificity is based upon an accepted universal norm and is nearly universally accepted out of both legal obligation and mutual concern." That is the same test employed by the D.C. Circuit and most other federal circuits.

65. Re the *Simon* case, *supra,* the Court relied on <u>The Convention on the Prevention of the Crime of Genocide,</u> adopted by the United Nations in the immediate aftermath of World War II and ratified or acceded to by nearly 150 nations (including the United States). The Court concluded that the Defendants had committed acts with intent to destroy, in whole or in part, a national, ethnical, racial or religious group. The acts included killing members of the group; causing serious bodily or mental harm to members of the group; deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part. For example, PMN and Defendant Weissglas have banned Palestinian husbands and wives from living together, out of fear that they will procreate-classic ethnic cleansing.

66. *There is one other specific act, which when committed with the intent to destroy a national ethically racial or religious group constitutes genocide*, which has application on our facts. PMN and Defendant Weissglas have been violating the subsection (d) for years because it prohibits an occupying army from imposing measures on the civilian population which are intended to interfere with or prevent births within the victim group. As explained herein, PMN and Defendant Weissglas have been interfering with the Palestinian population in terms of preventing births. The other Defendants named herein

knew that was their intention and funded that policy i.e. zero growth in the Palestinian population.

67. With respect to subsection (c) there are a number of genocidal stages that Defendant Weissglas and PMN were able to accomplish, financed by U.S.-based pro-Israel 501(c)(3)s, which affected the conditions of life of the Palestinians. For example, legislation was introduced by PMN and Defendant Weissglas known as the "Family Separation Act" i.e. mothers and fathers can't live together because they would increase the population of the oppressed civilian population i.e., the Palestinians. This legislation violated subsection (d) because it was designed to interfere with or prevent Palestinian births from occurring in the OPT.

68. PMN and Defendant Weissglas have taken other measures financed by the U.S. based Defendants EFC named herein to adversely affect the conditions of life of the Palestinian populations: (1) hospitals and emergency wards were either destroyed or closed or deemed not to have sufficient licenses to operate; these are bogus charges designed to endanger the lives of Palestinians. The Nasser hospital, for example, can only utilize one intensive care unit; (2) revoked authorization to import critical medicine products. *See* See PIO pg. 167; (3) Palestinians are restricted to receiving 17% of the daily water consumption that they should be receiving to survive;

69. (4) they only get one meal a day because settlers often ambush UN food supply trucks; (5) it takes at least 10 hours to secure an ambulance to go to the nearest hospital; (6) ambulances are often attacked and delayed by settlers hoping that injured Palestinians will die before they can be treated; (7) Palestinians males are often physically attacked at check points to make sure that they can't enter Israeli proper and go to a nearby hospital;

(8) dialysis and chemotherapy machines are outdated and often broken down. In the case

of dialysis machines, they do not have a constant flow of clean water, *See* <u>WIP</u>, pg 292;

(9) Palestinian women have to endure being felt up by 16 year old bored, Israeli recruits

at checkpoints; and (10) Palestinian children are stunted in their physical and mental

growth, they have inadequate educational facilities (*See* <u>PIO</u>, pg. 170) and they lose

approximately 40% of the school year due to forced border closures and emergency

shutdowns of the OPT.

70. Plaintiffs also rely on the <u>U.S. State Department's Manual on Genocide</u> and <u>A Guide to</u>

<u>How the Dehumanization Process</u> develops and operates. As detailed herein, the

Defendants have financed, encouraged, and enabled PMN and Defendant Weissglas to

achieve every stage of genocide listed in the U.S. State Department's Manual on

Genocide. Thus, they have aided and abetted the commission of war crimes, a separate

crime itself. They have also been instrumental in aiding and abetting the successful

operation of a comprehensive denationalization program which is the fifth stage in a

genocide campaign. *See* <u>Exhibit B</u>.

## **INTERNATIONAL LAW CONVENTIONS**

71. Most international scholars view the 1907 Hague Regulations as a mere codification of

existing, customary international law. *See* <u>U.S. Judge Advocate Generals School Text</u>

<u>Number 11 "Law of Belligerent Occupation" (1944)</u>. As stated therein, the principles

contained in Section 3 of The Hague Regulations, "are binding on signatories and non-

signatories alike." The contracting states to the 1899 Hague Convention also recognized

that they were codifying existing customary international law.

72. The <u>Commission on the Responsibility of the Authors of War and Enforcement of Penalties</u> convened a meeting at the Paris Peace Conference in 1919. The goal of the commission was to investigate the allegations of war crimes committed during WWI and recommended the individuals who should be prosecuted. *The commission identified thirty-two separate war crimes*, two of which are applicable to the facts alleged herein, i.e., "usurpation of sovereignty during military occupation" and "*attempts to denationalize the inhabitants of occupied territories."*

73. <u>In 1907, the Hague Convention first articulated that all individuals have the right to retain their citizenship even in the face of a hostile invasion.</u> Israel has invaded Palestine at least four times; The first time in 1949 when PM Ben-Gurion stole two separate countries, i.e., Israel Proper and Palestine. Each country at that time had approximately had 4,400 square miles of territory. Since the U.S. has joined that Convention, over a hundred other nations have signed and ratified the *"International Convention on the Elimination of All Forms of Racial Discrimination, which recognizes that a country may not deprive citizens of their nationality on the basis of race."* This is classic ethnic cleansing. That identical criminal conduct was the basis for filing the Nuremberg Indictment against Third Reich senior officials.

74. <u>The Restatement (Third) of the Foreign Relations Law of the U.S.</u> notes "denationalization can be an instrument of racial, religious, ethnic…or of political beliefs."  The plaintiffs herein have specifically alleged that Israeli actors going back to Ben-Gurion and followed by Sharon have used denationalization as an instrument of racial (isolated "Bantustans" like Gaza and two sets of laws) religious (mosques and Palestinian churches burnt down, Korans burned and mutilated, shooting up mosques)

and political beliefs "all vestiges of Palestinian villages must be destroyed" consistent

with former PM Golda Meir's specific instruction and also Palestinian culture and

heritage, including the ubiquitous olive tree. According to veteran war hero, Moshe

Dayan, beneath every settlement in the OPT are the ruins of a Palestinian village. *See*

Israeli Lobby, pg. 96.

**FIRST CAUSE OF ACTION**

**AIDING AND ABETTING THE DENATIONALIZATION AND DEHUMANIZATION
OF THE PALESTINIAN PEOPLE BY ALL DEFENDANTS**

75. Plaintiffs repeat and reallege paragraphs 1 through 61 as if fully stated herein.

76. The plan to denationalize the Palestinian population began in 1898 at the first Zionist

World Convention. The decision was made to target the state of Palestine as the site for

the new Jewish homeland. Based on Central Intelligence Agency ("CIA") and Zionist

Organization of North America ("ZOA") documents newly discovered, it is obvious that

its leadership, Ben-Gurion and Golda Meir and the head of the ZOA never had any

intention of honoring the 1948 UN Partition Plan. The painful result- Israel is a rogue

nation founded on the principle "what's yours is mine and what's mine is mine" in terms

of Palestinian property, all 4,400 square miles of it.

1) All members of the U.S. King Crane Commission, after visiting Palestine,

concluded that "the Zionists looked forward to a practically complete

dispossession of the present non-Jewish inhabitants of Palestine." That is one way

of saying ethnic cleansing.

2) Menachem Begin warned, "the peace of the world will be threatened if the

Hebrew (biblical) homeland is not given in full to the Zionists."

3) ZOA President in America Abba Silver publicly condemned any mention of partition and demanded an aggressive and militant line of action to take over all of Palestine.

4) London Conference with Ben Gurion and Weitzman and other Zionists met in London in 1941 to discuss future plans. Ben Gurion asked, "will there be equal rights for Arabs?" Weitzman's response, "Of course, but only after all Arabs have been removed from the homeland;" the Mayor of Tel Aviv announced that "Tel Aviv, would never be the Jewish capital," instead, "it would be Jerusalem" which is a direct violation of the 1948 UN Partition Plan.

5) The advocate for the right of return UN mediator Count Bernadotte was murdered while sitting in a UN vehicle with flags flying at a checkpoint it was a scene right out of the Godfather. His crime- he advocated for the right of return for the displaced Palestinians, something that Ben Gurion and Golda Meir rejected out of hand. They killed him simply because he was trying to assert the rights of Palestinian refugees.

77. AIPAC officials and PMN have done their best to bury this historical truth. As detailed herein, Israel is a ruthless, immoral trespasser on Palestinian land and has pillaged private property owned by the Plaintiffs named herein and their ancestors. AIPAC officials and PMN never had any intention to set up a separate Palestinian state (the Adelson family $36 billion fortune and Gilbert family fortune of $6 billion guaranteed that to be the case.)  As Sheldon Adelson has frequently remarked, Senator McConnell is the best investment he has ever made.

78. As part of their campaign to denationalize and dehumanize the Palestinian people, state actors (Sharon, Olmstead, Netanyahu, Defendant Weissglas) implemented a number of measures. First—making sure that "killing machines" (rogue Israeli army soldiers and ruthless settlers) were available to commit extrajudicial killings, force expansion of settlements, violently subjugate the civilian population, and ethnically cleanse the new Jewish homeland (the country of Palestine) of all non-Jews. Second—They realized that they had to find the right collection of wealthy individuals and U.S.-based Zionists to accomplish the objectives of PMN's ethnic cleansing and genocide programs. A sample of those individuals have been named herein as Defendants.

79. Third—their primary role was to supply settlements in the OPT with a stable source of annual funding. Wealthy Zionists (Kusner and Sheldon Adelson and Defendant Gilbert, owner of the Cleveland Cavaliers) and Christian Evangelicals (Pastor Hagee) eagerly provided that funding. Every year, Ambassador Friedman, along with other pro-settlement advocates send $2 billion dollars to approximately 60 settlements and the Israeli army and deduct these monies as "charitable" donations on their tax returns. *That's income tax fraud. See* Exhibit A.

80.  In the process they have violated eight separate criminal statutes (*See* Exhibit A) because, *inter alia*, buying M16s, sniper scopes, military jeeps, body armor, and stun grenades to outfit a local militia unit are not "charitable" endeavors. In addition to explaining how each individual Defendant played a significant role in the denationalization of the Palestinian people, the five steps of a dehumanization program are examined herein in the context of the ongoing occupation of the OPT. They have

been extensively examined by Professor Ronald Rizzo in, "The Psychology of Racism and Discrimination." *See* <u>Psychology Today</u> (June 19, 2018).

81. The <u>first step</u> is suggesting that the occupied people are subpar on an intelligence level to the occupier. Numerous PMN associates have referred to Palestinians as "apes" and "beasts." The author of the Pilot's Letter (Jonatan Shapira) was told by his commanding officer that "you have to remember, we are superior to dirty Arabs." A similar refrain is that, "Zionists are superior to your typical Arab." *See* <u>PIO</u>, pg. 242. The <u>second step</u> in the process is the use of an "infestation" analogy. We have numerous statements made by Israeli leadership accusing Palestinians of infesting Israel. For example, Palestinians are "rats" and "cockroaches in a bottle" and their children are "snakes" who are currently infesting the state of Israel. *See* <u>The Israeli Lobby</u>, pg. 89.

82. The <u>third step</u> in a dehumanization program makes comparisons to animals. As pled herein already, Palestinians are routinely referred to "beasts" and thus not deserving of their own state. *See* <u>The Israeli Lobby</u>, pg. 89. The <u>fourth step</u> in a dehumanization program concerns threats of violence made against the occupied people. Palestinian fathers are threatened every day if they don't pack up and leave the OPT and take all family members with them. *Belligerent settlers have developed a unique method of reminding them that they're jeopardizing the lives of family members by remaining in the OPT.* After the settlers slaughter some goats at 2AM, they deposit severed goat heads in the front yards of Palestinian property owners- classic intimidation. *See* <u>18 U.S. Code § 2339 (C)</u>. PMN thinks this is an effective reminder and his military colleagues had requested photoshoots to raise money for the army to show at fundraising events. That's

the reason a number of Shinbet officials have stated they no longer recognize what the Israeli Army has become.

83. The <u>last step</u> in a dehumanization program concerns the removal of oppressed groups from society. They are typically sent to ghettos, Bantustans a la South Africa, or in the words of PM Olmstead, "open air prisons" in Hebron and Gaza. The result- 600 settlers live in Hebron and control the physical movements of 220,000 Palestinians who are basically locked up in large cages.

84. Based upon the allegations made herein it is obvious that PMN and Defendant Weissglas have managed to achieve, with the help of U.S.-based donors and phony 501(c)(3) entities each stage of genocide listed in the U.S. State Department's Policy Manual on genocide. They have also been able to implement the five steps of the dehumanization process in the OPT. Thus, the campaign to denationalize and dehumanize the Palestinian people is relatively complete. That's why PMN is ecstatic because he knows he can use Defendant Trump "of rather limited intelligence" according to Secretary of State Tillerson and Anne Coulter to complete his campaign to denationalize and dehumanize the Palestinian people.

85. Trump's attention, limited as it is, is focused on developing investment possibilities in the OPT, not protecting the Palestinian population. He apparently does not understand that based upon the UN Charter, Article 73, that he, and PMN and even UN Representative Haley, each have a fiduciary obligation to protect the Palestinian population and their assets. That's only one reason why they will be charged with war crimes upon leaving office.

86. Approximately fifty years ago, Israeli leadership (e.g. Ben-Gurion) and continuing with state actors PMN Olmert, Barak, Sharon, and Netanyahu, decided that they needed to forcibly remove all Palestinians from the OPT if they wanted to establish a Jewish only enclave in Palestine. They then would insert Jewish-only settlers into the OPT and finance the permanent occupation of the OPT.  As pled herein, pro-occupation 501(c)(3)'s, wealthy U.S. donors like Defendants Adelson and Gilbert, and Evangelical Christians (like Pastor Hagee) have sent their Israeli partners approximately $50 million during the last twenty years to make Ben Gurion's dream a reality, i.e. "take over all of Palestine." Pastor Hagee has repeatedly told Israeli officials that they should ignore international law, including the Law of Nations in the U.S. Constitution. Defendants PMN, Trump, Ambassador Freidman, and Kushner have taken his advice literally.

87. These U.S.-based partners knew exactly what the settlement leaders and rogue Israeli army officers would do with their donations–outfit and train a paramilitary unit to teach them how to maim and murder Palestinian neighbors, burn down Palestinian homes and olive groves, poison livestock and water wells, prepare forged deeds and false affidavits to justify the illegal theft of private Palestinian property. They purposefully take target practice near Palestinian villages, hoping to murder some Palestinian children walking by.

88. Palestinian kids, on their way to school, as a result of target practice, and the settlers' inexperience using firearms, run the risk of having their heads blown off. See General's Son, pg. 186.  "Her head just flew off her shoulders." Settlers and errant bullets go hand in hand for a good reason- there are no safety features built into settlement shooting

ranges because the only potential casualties are Palestinian neighbors living outside the settlement, i.e. they are not human beings but "beasts."

89. Thanks to policies implemented by Defendants PMN and Weissglas, protein intake has dropped so dramatically in Palestinian children under ten years of age, which is approved by Defendant Trump, and it has resulted in their stunted physical and mental development (another war crime- genocide). According to international law, including the Law of Nations in the U.S. Constitution, particularly UN Charter Article 73, Israeli leadership (PMN and Weissglas) is responsible for the welfare of all people living under Israel's military occupation.

90. The problem is that the strangulation of Gaza and the ten-year-old blockade, and the denial of basic food necessities is part of PMN's overall strategy to rid the OTP of all non-Jews. This is a classic pattern of genocidal behavior, which has been condemned by every US-UN representative except for Ambassador Haley. The reason- when she embarked on her UN position, she knew nothing about the history of the Israeli/Palestinian conflict, assuming all Palestinians were "terrorists." She apparently never even bothered to read the UN Charter, especially Article 73. Something her intellectually challenged President probably knows nothing about.

91. Dov Weissglas, a veteran, senior Israel government advisor to both Sharon and Netanyahu, joked that "the idea is to put the Palestinians on a diet, but not make them die of hunger." *See* PIO, pg. 170. That joke is prima facie evidence of an intent to commit genocide, i.e., creating conditions dangerous to the health of the civilian population as recited in the UN Convention on Genocide.  And so are the remarks of *Sofer Enowen, a settlement advocate and a Zionist,* who explained what Jewish settlers must do to

maintain a Jewish-only homeland— "if we want to remain alive, we will have to kill, kill, and kill (Palestinians)." *See* <u>PIO</u>, pgs. 288-89.

92. All Defendants EFCC and even Shoebat knew about the inhumane treatment that Palestinians have to endure on a daily basis at the 150 plus checkpoints scattered throughout the OPT. Jewish-American author, Anna Balzar, cites numerous examples in her book. *See* <u>WIP</u> pgs. 49 and 104. In January 2006, IDF soldiers, encouraged by settlers, ordered a taxi driver and his passengers to undress in public and then detain them for hours wrapped in nylon sheets. Sixteen-year-old recruits are excited because they get the opportunity to feel up Palestinian women.

93. In the Araba area, September 2005, IDF soldiers, encouraged by armed settlers, beat a Palestinian ambulance driver and medic at the checkpoint near the Ofra settlement, which Ambassador Friedman financially supports. *See* PIO, pg. 104.  The out of control settlers that he sponsors have been accused of murdering the Duwabshi family- a war crime.

94. In September 2003, near the Bit Furik village, IDF soldiers and belligerent settlers beat Mohammed Hanani and buried him under dirt and stones.  This inhumane treatment was not reported by a single US. media outlet. Had Mr. Hanani been a Jewish settler, AIPAC officials would have made certain that story would be covered extensively. Defendants like Ambassador Friedman and members of the Kushner and Adelson families financed near-by settlements whose residents aided and abetted that assault and battery. *See* <u>PIO</u>, pgs. 49 and 104.

95. At the Huwwara checkpoint in August 2003, IDF soldiers and rampaging settlers forced a Palestinian woman in obvious labor out of an ambulance and beat the driver, hoping she would have a miscarriage as a result. *See* <u>PIO</u> pg. 49. This conduct has been applauded

by PMN, i.e. it means one less "snake" being born into the OPT. That contempt for the life of a Palestinian child is simply another reason why he should be declared a war criminal. *See* Third Cause of Action *infra*.

### DESCRIPTION OF DEFENDANTS' RESPECTIVE ROLES IN THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE

### A.  THE AIPAC ORGANIZATION, ITS OFFICIALS (DEFENDANTS SHANKMAN AND KOHR) PLAYED A HUGE ROLE IN THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE

96. One of AIPAC's main roles is to make sure that Jewish Americans and Evangelical Christians who support belligerent settlers and rogue Israeli soldiers are immune from criminal prosecution even if they have violated approximately 8 separate federal criminal statutes. As the table below reveals, the average American is indicted and prosecuted if he violates any of the enumerated federal criminal statutes. That is not the case with Jews and Evangelicals who finance and support Defendant's PMN ethnic cleansings and genocide campaign. They are immune from Criminal prosecution.

| TABLE OF CRIMES | | |
|---|---|---|
| **CRIMES** | **ORDINARY AMERICANS** | **JEWS/EVANGELICALS (FINANCE AND SUPPORT)** |
| Financing arms trafficking | YES | NO |
| Income tax fraud | YES | NO |
| Filing fraudulent non-profit declarations | YES | NO |
| Financing ethnic cleansing | YES | NO |
| Financing genocide in violation of U.S. State Department Manual | YES | NO |
| Financing crimes against peace and other violations of Nuremberg principles | YES | NO |

| Engaging in money laundering and theft of private property abroad. | YES | NO |
|---|---|---|
| Conspiracy to defraud the U.S. government of revenues 18 U.S.C 371 | YES | NO |

97. AIPAC, of course, has a lot more duties to fulfill. It is an unusual lobbying organization primarily because it engages in a lot of non-lobbyist activities (some criminal in nature like income tax fraud, money laundering and arms trafficking). That has resulted in the denationalization of the Plaintiffs and the impossibility of establishing a two-state solution. The reasons are: (a) its power to influence is dependent on maintaining a national, covert political campaign funding network which Congresswoman Omar recently exposed. She was promptly labeled by AIPAC officials and pro-Israel Congressional members as an anti-Semite for suggesting that AIPAC funds political campaigns and influencing Congress on a grand scale, which is absolutely the case as detailed herein. When asked why AIPAC officials have such enormous influence in Congress, a Congressional aid remarked, "Its quite simple- money." *See* Tikkum article cited herein. "Money, it's as simple as that" is your typical answer on the Hill when someone is asked how AIPAC has such influence over Congress. *See* Israeli Lobby, pg. 156.

98. (b) it is dedicated to establishing an apartheid regime overseas and a "Jewish only" enclave located on private Palestinian property in the OPT; (c) it has promoted and financed ethnic cleansing and genocide overseas in violation of the U.S. State Department Manual on Genocide; (d) it has aided and abetted the violation of eight separate federal criminal statutes; See Exhibit A; (e) AIPAC officials have implemented a

unique $2 billion money laundering scheme involving phony 501(c)(3)s and wealthy pro-Israel individuals, which deprives the IRS of approximately $500 million a year in tax revenues. This is the identical 501(c)3 scheme described in a pending indictment in Boston, Massachusetts; wealthy parents used that scheme to fraudulently secure college admissions for their unqualified kids and engage in income-tax fraud. Defendant Gilbert and Defendant Adelson engage in income-tax fraud every year but will never be prosecuted for doing so.

99. (f) AIPAC officials have conspired with state governors, like Israeli spokesperson Governor Cuomo, in 30 to 40 states to deprive Americans of their fundamental First Amendment rights and freedom to associate; AIPAC officials wrote every piece of the anti-BDS legislation; (g) AIPAC officials used the U.S. Congress to cover up Israeli Airforce war crimes i.e. due to extensive lobbying work done by AIPAC officials, a Senate resolution was passed reciting that Israeli Airforce pilots dropping cluster bombs on civilians has been endorsed by U.S. senior military officials as a legitimate military operation. *See* WIP, The Israeli Lobby pg. 157; of course, dropping cluster bombs is a *classic illustration* of a war crime- "collective punishment" under the Fourth Geneva Convention. PMN has authorized that practice and this is one more reason why he can be deemed to be a war criminal.

100.     *AIPAC has been at the forefront of the settlement enterprise and ethnic cleansing/genocide campaign in the OPT resulting therefrom for the last thirty years*. First, as already noted, it is dedicated to the establishment of a pure Jewish only state in Palestine which means that all the non-Jews residing in Palestine have to be ethnically cleansed. That's what the Defendants EFCC, named herein have been financing and

encouraging for the last thirty years, especially donors Gilbert, Giuliani, Adelson, Huckabee, Kushner, and AIPAC officials.

101.     AIPAC has also functioned as Israel's undisclosed agent on U.S. soil in violation of the Foreign Alien Registration Act, 8 U.S.C. § 1302. With the assistance of Defendant Kushner and Adelson family funds, AIPAC officials operate a back-channel U.S./Israel communications network with Israeli intelligence operations based in Tel Aviv. For example, PMN wanted to fund pro-Israel, U.S. based organizations with $25 million dollars a year to stop the BDS movement.

102.     So, he sought AIPAC's assistance to determine how he could transfer $25 million covertly into the American economy- *money laundering is not something your typical lobbying organization doe*s. This is nothing new, however, Senator Fulbright during the Sixties discovered during Congressional hearings, that is exactly what Israeli Mossad agents had been doing to improve Israel's image in the U.S. They washed money coming back from Israel to pay public relations firms to embellish Israel's image.

103.     The General Accounting Office concluded years ago that Mossad agents run one of the most aggressive espionage campaigns on U.S. soil and the Justice Department has done absolutely nothing about it. *See* The Israeli Lobby pg. 76. AIPAC officials have played a significant role in that campaign. *See* Rosen v. AIPAC, District of Columbia Superior Court, Civil Action No. 09-1256. Plaintiff Rosen's legal argument was simple but, on the mark, - "Why am I being fired, if I'm doing the same thing as other AIPAC officials are doing, i.e. stealing sensitive Department of Defense documents to be passed on to the Israeli Embassy." That is called classic espionage. AIPAC officials, of course, don't see it as espionage because they pursue an Israeli-first agenda.

104.     Rosen was a well-respected, twenty-year AIPAC veteran official who knew

exactly what PMN's, the Adelson family, and AIPAC's agenda was and how it was being

implemented on U.S. soil using laundered funds. AIPAC officials had no choice but to

shut him up. Based on all the activities that he was involved in, especially directing

sensitive DOD documents to be delivered to the Israeli embassy, the question that has to

be asked is, is the Justice Department asleep at the wheel on the issue of foreign agents

operating on U.S. soil? Or, is it that Israeli agents are not monitored for activities engaged

in on US soil?

105.     Twice a year, approximately 40 senior AIPAC officials travel to Tel Aviv using

the U.S. tax code to deduct travel expenses to coordinate U.S.-based activities to advance

the Israeli agenda on U.S. soil, i.e. destroying the BDS movement and convincing

Americans that Palestinians are "savages" who do not deserve a separate state to live in.

A long time ago, AIPAC officials leased their own AIPAC building in downtown Tel

Aviv to coordinate U.S. spy operations with Israeli clandestine officials in Room 8200.

Every day, AIPAC officials receive the Israeli Army's censored news report coming out

of Tel Aviv. The report contains the usual propaganda, i.e. settlers being attacked by

"savage" Palestinians armed with butter knives and pitchforks.

106.     Of course, there is never any mention about the numerous attacks inflicted on

Palestinian farmers by irate settlers or the fact that Palestinian kids are forced to eat sand

if they forget their national ID card or that severed goat heads repeatedly show up in the

front yard of Palestinian shepherds. That propaganda is then distributed nationwide to

solicit money to support the denationalization of the Palestinian population. 160 pro-

Israel, beltway nonprofits then repeat the alleged "news" that all Palestinians are

terrorists. This is the identical strategy that the Third Reich Propaganda Minister

Goebbels had successfully employed, i.e. destroy the Fourth Estate's credibility (Trump's

daily mission) and tell a lie enough times and it becomes the truth (Congress is living

proof of how effective this strategy can be), i.e., Palestinians are terrorists and savages.

107.     AIPAC is also an unusual organization because it aids and abets income tax fraud

and denies the IRS at least $500 million a year in lost tax revenues. AIPAC's uncanny

ability to amend 501(c)(3) IRS regulations (sponsored by Senators Cardin and Rubin) is

the reason why: (a) pro-Israel nonprofits don't pay taxes on their considerable income

[(NF grossed $65 million last year in donations); and (b) donations to phony pro-Israel

501(c)(3)s, used to buy military jeeps, sniper scopes, and body armor to outfit the

settlement's militia units. The key to AIPAC's fraudulent behavior is that these

contributions are deemed by IRS officials to be "charitable" contributions and therefore

tax deductible.

108.     Each U.S. based pro-Israel non-profit adopts a settlement (Friends of X) and

agrees to fund its militia unit for approximately $100,000 a year. Because of extensive

lobbying work done by AIPAC senior officials and their ability to intimidate Treasury

Department officials re future career moves, AIPAC officials have been able to change

501(c)(3) income reporting requirements. As a result, IRS officials have no idea that $2

billion dollars every year actually goes to fund settlements and the Israeli army and

promote arms trafficking and ethnic cleaning/genocide in the OPT.

109.     AIPAC officials have made sure that the only requirement that pro-settlement

501(c)(3) officials now have to comply with in terms of IRS regulations is to disclose the

fact that these overseas donations are being directed into a specific geographical area.

Having wrote the regulations, AIPAC officials advise 501(c)(3) officials, like Friends of Beit-El, to state the destination as the "Middle East." The reason- there is a total of 18 different countries in the "Middle East." As a result, Treasury Department officials don't know that 98% of the funds originating from U.S. based, pro-Israel 501 (c)(3)s, like the Friends of the Israeli Defense Forces (FIDF) will end up in the OPT and promote wholesale violence, ethnic cleansing, and genocide.

110.    During the past thirty years, AIPAC officials have developed and perfected a $2 billion money laundering scheme (the same phony nonprofit scheme laid out in the criminal case now pending in Boston regarding fraudulent college admissions), which allows wealthy Jewish donors and Evangelical Christians to fund war crimes in the OPT. That activity, *inter alia*, violates eight federal criminal statutes including 18 U.S. Code § 960 (can't fund a foreign army) and 18 U.S. Code § 1956 (can't send clean funds overseas to promote ethnic cleansing and genocide). *See* Exhibit A. Because of AIPAC's successful lobbying efforts, there are now approximately 50-60 militia units operating in the OPT maiming and murdering their Palestinian neighbors and engaging in arms trafficking everyday with the blessing of the Treasury Department. *See* fourth stage of genocide.

111.    For at least thirty years, AIPAC officials have been encouraging and financing arms trafficking in the OPT, which is a very effective means to destroy any hopes of a peaceful resolution of the Israeli-Palestinian conflict. AIPAC officials have killed the Oslo Accords, the Global Saudi Arabia 2010 Comprehensive Peace Agreement, the Quartet's Peace Plan, Secretary of State Albright's "Land for Peace Swap," President Bush's two state solution, and at least ten other viable peace proposals advanced by U.S.

senior State Department officials. *See* WIP, pg. 382-388. If any of these peace proposals

would gain traction, AIPAC would be out of business.

112.     AIPAC officials have also convinced a majority of Americans that: (a)

Palestinians are "savages" and "terrorists" (*See* Polarization stage of genocide); (b)

covered up massacres perpetrated by belligerent settlers and rogue Israeli army soldiers in

the OPT every day; (c) *covered up a major massacre* i.e. 34 U.S. sailors murdered by the

Israeli Air Force in 1967 on the USS Liberty; (d) Air Force Major Jonatan Shapira,

author of the Pilot's Letter, has concluded that the Israeli Airforce is a "terrorist

organization" for dumping tons of cluster bombs on civilian targets, including UN

schools; (e) discredited the UN as a biased, anti-Israel institution, simply because it

supports a large Palestinian refugee population (f) helped cut off all humanitarian aid to

Palestinians with the assistance of non-party Haley, a war criminal collaborator based

upon the definition in the International Convention on Genocide; (g) encouraged ethnic

cleansing and genocide in the OPT; and (h) made sure the U.S. Congress continues to

condemn all Palestinian supporters, especially BDS supporters as "terrorists".

113.     In its ongoing efforts to quell dissent on the part of the American public AIPAC

officials, *inter alia*, have conspired with numerous organizations based in America and

Israel to abridge the freedom of U.S. citizens who want to protest Israel's war crimes and

its occupation of Palestine. *See* Section Herein Devoted to Governor Cuomo's Conduct.

These officials work with numerous organizations with close ties to the Israeli

government (including the clandestine Room 8200 group and the Army's special social

media unit- Havlit) whose agenda is to destroy the BDS movement. It doesn't bother

these officials that boycotting is legal and is a cherished American tradition, and its roots go back 250 years, i.e. dumping tea in the Boston harbor.

114.     AIPAC officials have also played a major role in the denationalization and dehumanization of the Palestinian people in the OPT by protecting Israel's image in the U.S. when it comes to explaining how innocent American citizens were maimed and murdered.  For example, the young college student from Connecticut, Brian Avery, was shot point blank in his left eye and can no longer see out of that eye. *See* <u>PIO,</u> pg. 35, and <u>Democracy Now</u> article "U.S. Peace Activist Brian Avery Returns to Israel Two Years After Being Shot in the Face."

115.      His crime- he was an idealistic, unarmed, peaceful demonstrator- another victim of PMN's "shoot first" policy. Another example is the young American college student, Rachel Corrie, a twenty-two-year-old who was murdered while protesting comprehensive demolition of Palestinian homes in the OPT. *See* <u>WIP,</u> pg. 156. Based on a policy specifically approved by PMN, Israel's weaponized v-caterpillar tractors are designed to murder demonstrators who protest the illegal destruction of Palestinian homes.  In the case of Rachel Corrie, the v-caterpillar ran over her twice, crushed her to death and mangled her body.

116.     Senior Israeli military officials, as instructed by PMN took the position that it was her own fault even if she was wearing an orange reflective construction vest and yelling into a bullhorn. In fact, five witnesses testified that the individual operating that armored tractor clearly saw where she was. Had the operator simply shut off the tractor, she would not have been murdered. This is the sort of reckless conduct that results from the fact that PMN has adopted a shoot first policy when it comes to breaking up demonstrations even

if U.S. citizens are maimed and murdered in the process. As her Congressional Representative concluded, senior IDF officials viewed his involvement in the matter with contempt for trying to ascertain what actually happened. They displayed a "how dare you" attitude and "how can you accuse the Israeli army of being an immoral army." That was followed by the usual propaganda- "you are an anti-Semite" accusation.

117.    AIPAC hides the fact that the Israeli government, with U.S. taxpayer money, funds 27 companies based in downtown of Tel Aviv with millions of dollars every year whose mission is to spy on world citizens. *See* An Israeli Tech Firm is Selling Spy Software to Dictators, Betraying the Country's Ideals, Washington Post Article, Max Boot, December 5, 2019. Columnist Boot did not claim that this group spies on BDS leaders nor did he identify the entities that provide Mossad agents with the ability to spy on world citizens. One of those companies is AnyVision, funded by Microsoft, which uses advanced military facial recognition technology to spy on Palestinians and Americans. Plaintiffs claim some part of that spy mission is directed at U.S. citizens who have criticized Israel's occupation or support the BDS movement.

118.    At AIPAC's urging, in order to convince the American public that Israel is not really occupying the OPT (what else could their army be doing?), U.S. Ambassador Friedman, with direct assistance of AIPAC officials, Defendants Huckabee, Giuliani, Greenblatt and Gingrich, have demanded that the U.S. State Department refrain from using the term "occupied territories." Ambassador Friedman prefers the term "disputed territories." No one in the world believes that the OPT is a "disputed territory." That is only one reason why Secretary of State Pompeo is viewed as a joke by senior State Department officials.

119.     AIPAC officials working with Defendant Gingrich and his lifelong buddy, Rush

Limbaugh, for at least 30 years, have disseminated vile propaganda to the effect that there

never was a country known as Palestine and that Palestinians are an invented people and

therefore don't deserve their own country. Gingrich, Giuliani, Huckabee, Limbaugh and

the AIPAC officials who encouraged that propaganda effort knew that President Ben-

Gurion had repeatedly proclaimed, "*After the formation of a large army in the wake of*

*the establishment of the state, we will abolish partition and expand to the whole of*

*Palestine*." *See* WIP, pg. 396 and– "*We have stolen their country, Palestine." See* WIP,

pg. 397.  Golda Meir- "there must be no vestige of a Palestinian population."

120.     In addition, they all knew that when the UN announced its official Palestine

Partition Plan in 1948, the State of Palestine was referenced at least twenty times. One

hundred years ago, Mark Twain wrote about his visit to the state of Palestine, and Lowell

Thomas did the same fifty years ago. If not Palestine, what was this strange country they

visited and wrote about that Gingrich says never existed? Professor Gingrich

unfortunately interprets history based upon who is paying him to do so, i.e. the Adelson

family.

121.     In his effort to denationalize the Palestinian people, Defendant Gingrich makes up

facts to suit his political agenda, much like the white supremacist he works for,

Defendant Trump.  For example, his denial that the country of Palestine ever existed. The

reason he advances this agenda is based on research he allegedly performed. That

justifies his denial that the country of Palestine ever existed. However, the Israeli

government, Israeli military leaders, the UN, and 128 countries disagree with his

conclusion that there never was a country known as Palestine. PMN even contradicts

him, i.e. "The state of Palestine is ours to occupy" and the Israeli army has been trying to conquer the state of Palestine for 60 years.

122.     Former PMs Golda Meir and Sharon, Former Attorney General Ben-Yair, Lord Balfour and General Peled (the most decorated Israeli General) all acknowledge that a Palestinian state did exist. The Israeli Army War Manual and the 1948 UN Palestine Partition Plan also reference the state of Palestine. As already referenced, Mark Twain and Lowell Thomas wrote about their visits to the state of Palestine. Finally, every UN Representative, 14 in total, except for non-party Haley, has opined that the state of Palestine and its citizens must be protected. *See* Article 73, UN Charter. Apparently, non-party Haley has never even bothered to read the UN Charter. Her boss probably doesn't know that one exists- the tragedy of having Donald Trump in the Oval Office.

123.     The enormous power of PMN and AIPAC was also on display during the hearings on the nomination of Ambassador Friedman to be the next U.S.-Israeli Ambassador. He extolled the virtues of Greater Israel and promised he would strengthen the U.S.-Israel alliance. As instructed by AIPAC officials, he did not talk about strengthening the U.S.-Palestine alliance and did not utter a single word pertaining to Palestinians or a possible two-state solution.  His silence revealed a great deal about the Israeli agenda, i.e. crush any Palestinian protests, and in the words of former PM Golda Meir, "wipe out every trace of any Palestinian heritage."

*124.*     There is another stark example of how important and powerful AIPAC, PMN, and Ambassador Friedman are in terms of controlling the U.S. Congress and using Senator McConnell as their "puppet". After they criminalized the act of criticizing Israel on a state level (Governor Cuomo, New York State), they have now done so on a federal level,

even though the BDS boycotting activities are perfectly legal. *See* <u>NAACP v. Claiborne Hardware Co.</u>, 458 U.S. 886 (1982). *As a result, if an American citizen supports, demonstrates for, or contributes financially to the BDS movement and has not signed a loyalty oath to Israel, he may face five years in jail and a hefty fine thanks to the activities of Governor Cuomo and Senator McConnell. Senator McConnell had no qualms of passing the federal version of the anti-BDS legislation.*

125.     A remarkable AIPAC victory occurred when Senator Percy, a pro-Israel advocate, was literally run out of the Senate to prove a point- he wasn't pro-Israel enough. Tom Dine, former AIPAC Executive Director, gloated after Percy's defeat and issued a dire warning when citing the fact that "all the Jews coast to coast gathered to oust Percy." *See* <u>Israeli Lobby</u>, pg. 158. AIPAC political contributors who do not exist, according to critics of Congresswoman Omar, had donated more than $1 million to get rid of him. The specific warning: "*American politicians*, those who hold public positions now and, in the future, will realize that we (senior AIPAC officials) will decide who will hold power in this town." *See* <u>Israeli Lobby</u>, pg. 158.

126.     AIPAC officials have been very careful to make sure that Americans do not learn about its duplicitous method of hiding its significant campaign financing role which has been recently exposed by Congresswoman Omar. The way they do it was explained by David Ochs, who arranges for young people to visit AIPAC's annual WDC event*. "AIPAC donors organize fundraisers outside the official umbrella of the organization so that the money doesn't show up on federal disclosure forms as coming from AIPAC." See* <u>Mondo Weiss</u>, February 11, 2019.  Mr. Ochs stated the obvious "Senators don't do anything unless you pressure them. The only way to do that is with money."

127.    Illustrative thereof is the fact that every year, Senator McConnell grovels and begs AIPAC officials and the Adelson family for campaign financing support. Mr. Eric Gallagher, once a senior AIPAC official admitted that: "*Everything AIPAC does is focused on influencing Congress,*" and as Mr. Ochs expressed it, *"the only way you do that is with money."* Congresswoman Omar made the mistake of adding the words *"also known as Benjamins"* made famous by a popular song.  A former Congressman, when asked why AIPAC has such enormous influence over Congress: "It's quite simple—money!" *See* Tikkun Newspaper Article, August 10, 2011. *See* also Israeli Lobby, pg. 156.

128.    Evidence of AIPAC's national clandestine campaign network has been detailed in the book The Israeli Lobby. The candidate receives pro-Israel talking points, is told what to say, and is sent a list of American supporters of Israel who he should call for campaign contributions so that AIPAC officials can claim deniability. According to veteran diplomat, David Newson, who served as assistant under Secretary of State for Political Affairs in the Carter administration when asked why AIPAC is so powerful, he replied "money, it's as simple as that." *See* The Israeli Lobby pg. 156.

129.    According to Steven Weiss of the Center for Responsive Politics, "if you are a candidate and you get the pro-Israel label from AIPAC, the money will start coming in from contributors all over the country." According to the Jewish Telegraph, the money for a successful candidate is "raised by a loose network of donors (for example, a plastic surgeon in San Diego is given the green light to fund a new candidate), all of whom have strong ties to AIPAC. "To get rid of Congressman Paul Findlay, AIPAC President Robert Asher traveled around the country "talking about we had the opportunity to defeat

someone unfriendly to Israel." *See* The Israeli Lobby pg. 157. Findlay was defeated as a result and his colleagues got the message, "don't antagonize AIPAC or it will cost you your congressional seat."

130.     As already noted, there was a special campaign to oust Senator Percy according to Tom Dine, former AIPAC President.  *The unsaid message was "you don't cross these people, or they take you down." See* The Israeli Lobby pg. 159. When threats to cut campaign funding don't work, AIPAC officials resort to vicious tactics like accusations of supporting terrorists. *That was the case with Congresswoman Betty McCollum.* AIPAC senior officials said, "her support for terrorists will not be tolerated," simply because Congresswoman McCollum cast one vote against an AIPAC initiative. *See* The Israeli Lobby, pgs. 159-160.

131.     As explained in that book, Congressional members are terrified to vote against any AIPAC initiative because they will be labeled as "Anti-Semites." *See* The Israeli Lobby pg. 160. That tactic, according to former Israeli Education Minister Shulamit Aloni, is a "trick," which had been devised by AIPAC officials, PMN, PM Sharon, and the Adelson and Kushner families to discredit anyone who criticizes Israel. In America, these critics are labeled as anti-Semites, and in Europe, they are called Holocaust deniers. That is more effective than being an anti-Semite in Europe. The "trick" has been very successful. CNN commentator, Marc Lamont Hill, is living proof- he was fired because he advocated for a separate state for Palestine. That was anathema to AIPAC officials, Ambassador Friedman, Adelson and Kushner family members, Rodolph Giuliani, and PMN. If AIPAC was active during the colonial days, Patriot Tom Payne would have been hanged for advocating independence for the colonies.

## 2. DEFENDANT ATTORNEY CARDELIUS' ROLE IN THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE

132.     **Attorney Gustav Cardelius** has maintained a low profile in the OPT, but has in a unique and significant way, aided and abetted the commission of property theft and violated the rights of Christian and Muslim Palestinians who regularly attended mosques and Christian facilities in the OPT for religious purposes and social gatherings. In the process, he enabled PMN to achieve the third and fourth stages of genocide and the third and fourth steps of dehumanization.

133.     For example, he knew about the Al Baraka Christian compound, located near Bethlehem. He ended up doing the closing on that compound and in the process deprived numerous non-Jews of their continued right to attend the Al Baraka compound for religious or social services. The way he did it was to overlook a religious land covenant duly recorded in the local Bethlehem real estate records. Because of his familiarity with the area and the limited number of Christian church religious facilities, he knew what to expect after he did the illegal closing on Al Baraka Christian compound i.e., wholesale violence would be inflicted on Palestinian demonstrators and homeowners living in the area if they protested to acquisition of Al Baraka.

134.     Simply because they were demonstrating against the takeover of the Al-Baraka compound by belligerent settlers and rogue Israeli Army soldiers, four Al Baraka parishioners were murdered. The reason- they were demonstrating against the takeover of the church by construction of military barracks and new settlement homes. Defendant Cardelius knew that this would occur since he had witnessed similar extra judicial killings of Palestinians before, who were simply demonstrating against the occupation or kids walking to school.

135.     The reason that there were many concerns arising out of Defendant Cardelius's role in the takeover of the Al Baraka compound include: a) after registering the purchase with the Civil Administration in 2012, the Swedish company *set up by Attorney Cardelius* had announced its dissolution. Why? - to hide his involvement in the transaction. He was the liquidator of the company and declined to provide details on the liquidation process; and b) in 2012, the Swedish company transferred the Al Baraka property, as expected, to new ownership, the non-profit organization <u>American Friends of the Everest Foundation</u> (AFEF) which reported on its American tax return, that it now owned the Swedish group.

136.     The reason for the transfer- AFEF was notorious for stealing Palestinian property in East Jerusalem. It was simply another shell corporation set up by the Moskowitz Family Foundation to hide the acquisition of private Palestinian property in East Jerusalem; the other entity that is used as an anonymous purchaser is <u>Ateret Cohanim</u>.

137.     PMN and Defendant Cardelius knew Al Baraka's location was of strategic importance to settlers Israeli leadership, and Ambassador Freidman, since there is only one settlement made up of numerous Arab Palestinian villages between the Etzion settlement block and the Hebron settler population. A compound with Jewish only settlers located there would consolidate Israeli leadership's hold on the southern part of Palestine. Thus, confiscation of the Al Baraka compound was vital to implementing PMN's strategy to establish a Jewish only enclave in the OPT and eventually rid the OPT of all non-Jews. He was simply following PM Ben Gurion's mandate.

138.     Defendant Attorney Cardelius is no stranger to "forged deeds" and knew about the Israeli Government Database, i.e., the "Spitzer Report," which specifically referenced

"scandalous land theft" by belligerent settlers. He is one of the characters responsible for this "scandalous land theft." When convenient, he ignores religious land use restrictions if they impair the ability of Jewish settlers to acquire Palestinian property. As only one example thereof, when he did the closing on the Al Baraka Christian compound, he simply ignored the Christian land use restriction that was recorded on the property. The owner of the property thought he was selling the property to an individual or entity that would continue the exclusive Christian land use. Defendant Cardelius did not tell him otherwise- he wanted the deed to be finalized and recorded.

139.  Defendant Attorney Cardelius knew that forcing Christians out of the area would be devastating to them and the Al Baraka congregation. He intended that to occur, and that's exactly what happened when he performed the Al Baraka real estate closing and deeded over ownership of the church to a shell corporation set up by the Moskowitz Family Foundation. That was only one of the roles he played in the denationalization of the Palestinian people, i.e., remove all Palestinian people from East Jerusalem courtesy of closings he attended and supervised the creation and use of forged deeds. He has, thus, aided and abetted the commission of war crimes by, *inter alia*, stealing acres of Palestinian property. He aided and abetted ethnic cleansing, i.e. without a mosque or church to attend and gather to discuss village activity, Palestinian families feel they have no other choice but to evacuate the area.

140. Approximately 10,000-15,000 acres of private Palestinian property in East Jerusalem have been illegally confiscated, courtesy of attorney Cardelius' handiwork, by settlers financed by their U.S. donors, like Adelson and Gilbert. Cardelius' task was to create legal facades to cover up the illegal confiscation of that property and provide proof that

settlers owned the Palestinian property which was not the case. *See* The General's Son, pg. 166- the deed in question of first quality had been forged. He has been part of a fraudulent scheme for the last ten years whereby Palestinian landowners mostly located in or near East Jerusalem have been deprived of their property.

141.     The way Attorney Cardelius' fraudulent scheme works involves three simple steps. Number one, unsuspecting donors make contributions to U.S.-based, phony, pro-Israel 501(c)(3)s who assure them the money will be funneled into Israel proper to help needy, elderly Jews, a complete fabrication. Number two, these nonprofits send these funds overseas and violate the US money laundering statute 18 U.S.C. § 1956, i.e., they are funding violence in the OPT, courtesy of the international transmission of funds. Number three, charities located in the OPT distribute the funds to settlement leadership intent on acquiring more Palestinian property by maiming and murdering their Palestinian neighbors.

142.     The inevitable result–more Palestinians are forcibly removed from the Silwan area of East Jerusalem, i.e., the Judaification of Jerusalem.  That is the goal of the Adelson family, the Kushner family, PMN, the Cardelius law firm, the Moskowitz Family Foundation, Ateret Cohanim, and AIPAC officials. Without the professional services performed by Defendant Cardelius, the fraudulent closings referenced herein would never have taken place and the Palestinian families forcibly removed from East Jerusalem would still be living there and the Al Baraka compound would still be available for non-Jews to visit.

143.     In 2014, Defendant Cardelius learned that Sweden had announced its formal position on the Israeli-Palestinian Conflict. He realized that the conduct he was engaging

in including the theft of Palestinian property violated his own country's public policy. That didn't faze him in the least, however, because of the prospect of receiving substantial legal fees for additional closing work in East Jerusalem. He continues to aid and abet the Judaification of Jerusalem and works for different pro-occupation 501(c)(3)s whose goal is to rid East Jerusalem of all non-Jews in the Silwan area. Defendant Cardelius' only requirement in order to do the dirty work of the Adelson and Moskowitz families is the posting of a substantial retainer fee, and if a forged deed is necessary, there is a substantial additional charge.

## B. DEFENDANT ANDREW CUOMO'S ROLE AND THAT OF DEFENDANT HIKIND IN THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE

144.      Defendants Cuomo and Hikind, as leading proponents of the anti-BDS movement, have aided and abetted PMN in terms of denationalizing and dehumanizing the Palestinian population by helping to implement the goals that PMN announced in 1998 i.e., extermination or forced expulsion of the Palestinian population as reported in the Jerusalem Post. As a direct result of their conduct, 95 million Americans have had their First Amendment speech rights curtailed, i.e. 26-40 states have passed some form of anti-BDS legislation, all drafted by AIPAC officials. They have also played a significant role in the establishment of an apartheid regime in the OPT. At all relevant times, they were more than cheerleaders for apartheid and in fact were Israel's credible, unofficial spokespersons on US soil concerning the anti-BDS movement and the legitimacy of the occupation. They represented the country of Israel but never registered under the Federal Alien Registration Act.

145.      Defendant Cuomo is a prestigious governor who decided to enact the

unconstitutional anti-BDS legislation to secure key campaign financing support from

U.S.-based pro-Israel donors in the New York area. By doing so, he has required

Americans to sign what are basically loyalty oaths to Israel in order to do business with

New York State. As a result of signing the anti-BDS executive order, criticizing Israel

today and the apartheid regime installed in the OPT and associating with BDS advocates

aka "terrorists" could subject a New York State citizen to a hefty fine and possibly a

prison sentence. AIPAC officials drafted New York state's anti-BDS legislation and that

of 30 other states.

146.      Defendant Cuomo knows that Evangelical Christians like Pastor Hagee and

wealthy Jewish donors like Defendants Gilbert and Adelson and Kushner family

members can make or break any planned political campaign in 2020. For years, he has

received the support of the New York City Jewish community at large by working with

his hero, Mr. Hikind. Defendant Cuomo has helped to achieve the objectives of AIPAC,

the Adelson and Kushner families, PMN, and Defendant Weissglas. i.e., establish a

Jewish only enclave in the OPT and forcibly remove all non-Jews in the process. It's

called ethnic cleansing.

147.  According to Defendant Cuomo, New York State Assemblyman Hikind, an avowed

Zionist, is one of his heroes and boasted that Hikind knew his dad, a former and well-

respected New York State governor. While that may be the case, his dad certainly would

not have approved of the racist and un-American policies that Assembly Hikind and his

wife have been advocating for at least thirty years as instructed by senior AIPAC officials

and Adelson family members. For example, while his father, former Governor Cuomo,

condemned the South African apartheid regime, Rabbi Hikind and his wife (as explained

herein) have actually financed the establishment of an apartheid regime in the OPT by

setting up a phony, U.S.-based 501(c)(3). They simply don't believe that any non-Jews

should be allowed to live in the OPT, even if their families had been living there for

centuries until 1948 when the UN Palestinian Partition Plan was implemented

148.  Defendant Cuomo knows but ignores the fact that Rabbi Hikind typically issues

propaganda like the goal of Palestinian supporters is that "it's not a state next to Israel

that they want but Israel instead." This is an example of the propaganda that AIPAC

officials put out on a daily basis after receiving the censored news report from the Tel

Aviv-based IDF authority, i.e., supporters of the BDS movement want to destroy the state

of Israel. This is not the case at all.

149.  In 1948, President Ben Gurion illegally confiscated two countries (Israel and Palestine)

in the guise of adhering to the UN 1948 Palestinian Partition Plan. By virtue of that plan,

the Israeli Army was only authorized to enter and occupy the new state of Israel, not the

ancient country of Palestine also.  Rabbi Hikind and Defendant Cuomo know that

supporters of the BDS movement want Palestine to be returned to the Palestinians, which

was the case before the UN's 1948 Partition Plan, which Ben-Gurion himself admittedly

breached in his effort to steal two countries.

150. Rabbi Hikind's wife, Shoshana, is the executive vice president of a bogus 501(c)(3),

U.S. based charity entity known as *American Friends of Ateret Cohanim*. That

organization is personally responsible for forcibly removing approximately 2,000

Palestinian families from East Jerusalem, in the guise of architectural excavations. *See*

Defendant Attorney Cardelius' Section. She has organized a number of charity

fundraising events all across America to support the Israeli army and various settlements. Even today, she engages in efforts to forcibly remove all non-Jews from East Jerusalem. She, her husband, and all Defendants EFC favor the forced removal of all Palestinians who choose to remain in the OPT. That is the fourth stage of the U.S. State Department's 1998 Policy Manual on Genocide.

151. Just like all Defendants, she visits Israel and the OPT every year with her husband and inspects her handiwork involving the forced expulsion of Palestinian families from East Jerusalem and the confiscation of various Christian churches. She looks for vacant and abandoned Palestinian villages. Why? That's prima facie proof of genocidal progress. *See* State Department Manual on Genocide, fourth stage.

152. She and her husband fervently supported the Jewish Defense League which the FBI eventually shut down as a terrorist organization, along with an organization set up by Rabbi Kahane. They had started a political party in Israel known as Kach, which publicly espoused the ethnic cleansing of all Palestinians from the OPT. *See* sixth stage of genocide.

153. One of their disciples, an individual named Baruch Goldstein, single handedly murdered twenty-nine Palestinians during a Friday prayer service. *See* ninth stage of genocide. Despite these extrajudicial killings, Mr. Hikind considers Mr. Goldstein to be a hero. In fact, his Israeli colleague that he works with has a picture of Mr. Goldstein hanging in his living room. His political party Kach was associated with various attempts to assassinate Palestinian mayors. That is the third stage in the Genocide Manual.

154. Rabbi Hikind has encouraged U.S. citizens to move into Palestine and confiscate Palestinian property and finance the settlement enterprise. He and family members have

for the past twenty years, subsidized both the Israeli army and the settlement enterprise. He is famous for proclaiming that, "Jews don't kill people, Arabs do," and that Palestinians are terrorists. This is one of the stages which occur in the process of genocide. That is an indication that the <u>fourth stage of genocide</u> has been reached and the first step of denationalization has been achieved.

155.  As a result of Governor Cuomo's conduct which amounts to abuse of his executive privileges by a governor, the average New York State resident is reluctant and frightened to criticize Israel about any number of important topics which arise out of the occupation of Palestine. A large block of American citizens (20 million New York State residents) are not able to openly discuss serious foreign affairs issues that affect the National Security of the United States. This is exactly what PMN and AIPAC officials wanted to achieve when they: a) enlisted his support to enact an unconstitutional executive order; and b) appointed him to be Israel's main spokesperson in America to discredit the BDS movement and justify the occupation and; c) to convince Congress to pass a federal version of the local, New York anti-BDS statute.

156.  Like AIPAC officials, Defendant Cuomo has chosen not to register as an official agent of Israel under FARA even though he is certainly doing the business that Israel wants him to do on its behalf, i.e., have 30-40 governors adopt state anti-BDS legislation to impress Congress to enact a federal anti-BDS legislation. This is the same legislation that New York State Assembly specifically vetoed.

157.  As a result of his conduct, the average American has no idea: <u>a)</u> that an apartheid regime has been installed in the OPT and has resulted in the brutal oppression of the Palestinian people; and <u>b)</u> that settlements in the OPT at U.S. tax payers expense receive

$2 billion dollars a year from U.S. based pro-settlement 501(c)(3)'s; c) that Palestinians can't drive on "Jewish only" highways; d) that they can't swim in public swimming pools; e) gain access to civil courts; f) receive a normal allotment of a daily water consumption amount as specified by international health authorities; and g) not be subject to strict diets and limits on water consumption. The rationale–Palestinians are not human beings, but "beasts" and "savages". *See* fourth stage of genocide. PMN and Defendant Weissglas think nothing of putting Palestinian children, also known as "snakes," on strict diets as a result- a harbinger of genocide.

158. The average American without open public discourse is ignorant of fact that Palestinian mothers and fathers can't live together because PMN is afraid that they will bring more "snakes" into the world, his term for Palestinian children. The average American also has no idea that the Palestinians are not protected by Israeli police (paid for by U.S. taxpayers), and in fact belligerent settlers maim and murder them every day, while the police look the other way. While settlers find it amusing and intimidating, the average New York citizen would be shocked to learn that when a Palestinian farmer steps out of his door in the morning, he typically sees ten-fifteen severed goat heads on his lawn-the settlers refer to the goat heads as their "calling cards."

159. Because of Governor Cuomo's illegal and discriminatory conduct that violates the Free Speech Clause contained in the First Amendment, the average American has no idea that (a) Palestinian females are routinely molested and forced to disrobe at border crossings.; or (b) if a Palestinian kid forgot his military ID card, he would be forced to kiss the boots of an Israeli soldier and eat sand as punishment; or (c) PMN has adopted a policy that it is

perfectly legal to kill unarmed Palestinian demonstrators because they are not human

beings, they are "beasts" instead. *See* WIP, pg. 17, 44, 53, 57, 79

160. That conduct occurs at the third stage of genocide and is the first step in the

denationalization process. The average American would also be disgusted to learn that:

(a) the Israeli Air Force murdered 34 Americans and wounded approximately 160 serving

aboard the U.S. Constitution in 1967; (b) American college student Rachel Corrie was

murdered because an Israeli soldier decided to run his caterpillar tractor over her twice

because she was demonstrating against home demolitions in the OPT. *See* WIP, pg. 156.

161. Also, the average American because of Governor Cuomo's efforts, unless he visited

Israel, would not see the effects of an apartheid regime in terms of local downtown bus

transportation. Palestinians are not allowed to board or use Jewish only local buses. That

was a hallmark indication of an apartheid regime in South Africa which Defendant

Cuomo is certainly well aware of because his father frequently expressed moral outrage

against that regime.

162. It is difficult to conceive how Governor Cuomo would not know how AIPAC officials,

Ambassador Friedman, the Adelson Family and PMN would be able to influence

American public opinion on the issue of the BDS movement considering his impressive

stature as a New York governor. Who could or would want to challenge him on the anti

BDS executive order? And who would not believe him that "when you boycott Israel,

you boycott New York" or "that the BDS movement has ties to international terrorism."

163. Those are the specific instructions which were given to Defendant Cuomo by senior

AIPAC officials like Brian Shankman, Howard Kohr, and the U.S. Israeli Ambassador.

Accusing the BDS movement of having ties to international terrorism is an effective way

to discredit the movement. Much like other US-based agents of Israel, Defendant Cuomo
has never produced any proof that the BDS movement has promoted international
terrorism.  *See* 18 U.S. Code § 2339 (C). At least fifty Senators believe that is the case
courtesy of AIPAC propaganda, which is repeated on a daily basis by Defendants
Gingrich, Giuliani, and Huckabee.

164. Working as Israel's Ambassador, he or his staff has traveled to a number of states and
secured by now at least thirty-five versions of an anti-BDS proclamation as an Israeli
agent under the Foreign Agent Registration Act. All of his activities concerning anti-BDS
legislation have been engaged in to promote Israeli interests, not N.Y. State interests.

165. FARA was enacted in 1942 in response to propaganda coming from Nazi funded groups
in America. FARA required Americans to publicly register with the Attorney General for
a very good reason-i.e. identify individuals who are being paid by a foreign government
to influence US public opinion. The only issue in Cuomo's case is whether the campaign
financing that he received from AIPAC officials and the Adelson Family constitutes
"payment" under the FARA statute.

166. As a result of executing an anti-BDS, unconstitutional executive order and his conduct
bypassing the state legislature, Palestinian-Americans and American Jews (see infra) are
now left with no peaceful means to oppose Israel's sixty-year occupation. That has
destroyed the hope that Palestinian supporters once had that there would be one country
where they could criticize the occupation and now, they can't do that, and they can't
openly support the BDS movement.  And there remains the very real possibility that the
Arab League in response to this anti-BDS legislation will transfer the bulk of their New

York State holdings to London. That would certainly damage the New York State economy something that a Governor concerned about is contingency would not do.

167. There is no question that at all relevant times Defendant Cuomo was working for a foreign country i.e. Israel. He was told by AIPAC officials that if he could secure signatures from 40-50 different state governors supporting anti-BDS legislation prepared by AIPAC officials, that would convince the US Congress to enact a federal anti-BDS statute. That federal legislation has just recently been adopted by the U.S. Congress. That is a remarkable achievement not for New York State residents (his constituency) but for the Israeli government. Again, the only question therefore is whether Defendant Cuomo was paid in any manner to influence U.S. BDS policy on behalf of Israel.

168. Plaintiffs contend that the Adelson Family and AIPAC's national covert political campaign apparatus provided Defendant Cuomo with substantial financial assistance; in other words, he was paid for advancing the interests of a foreign government. The fact that the New York legislature rejected the anti-BDS legislation also proves how determined Defendant Cuomo was to influence U.S. foreign policy on behalf of the Israeli government and earn his money as a U.S. based Israeli spokesperson.

169. Defendant Cuomo knew that Prime Minister Netanyahu, faced with a burgeoning international BDS movement that he knew would embarrass Israel and damage its economy, instructed AIPAC officials and the Israeli Ambassador to the U.S. and Defendant Kushner to lobby governments across America—from states to counties to cities. They would demand that anyone wishing to do business with their respective governments sign—under penalty of perjury–what are nothing less than Israeli loyalty oaths or forfeit millions of dollars in annual business gross revenues.

170.  As was the case with the New York State legislature, when state officials opposed Governor Cuomo's anti-BDS legislation, he turned to an Executive Order to accomplish the goals of PMN and AIPAC officials. The reason—such states ordinances could bypass a state legislative chamber like the New York State Assembly which had rejected AIPAC's anti-BDS legislation. Also, these ordinances are very easy to enact by convincing a government leader that AIPAC would make sure that he would face stiff opposition in his upcoming reelection bid if he opposed the anti-BDS initiative.

171.  These local officials, like every member of Congress were well aware of the power of AIPAC—a $70 million organization which can raise millions of dollars and fund an alternative political opponent in a New York minute to defeat any public official who disagrees with them.  *The goal of the conspiracy, started by PMN, initiated on U.S. soil by AIPAC officials and financed by the Defendants named herein was to identify and stop anyone, including elected officials, who dared to criticize Israel's 60-year violent subjugation of the Palestinian people.*

172.  As this Court knows, the freedom to criticize and freedom to associate are bedrock principles of the U.S. Constitution. *The idea that a well-funded* political lobbying group, in collusion with high powered lobbyists who represent a foreign country, would conspire to infringe upon the fundamental Constitutional rights of Americans is outrageous. Furthermore, it is inconceivable that American elected officials like Governor Cuomo and governors in more than 30 states—who have sworn an oath to uphold the U.S. Constitution–have marched in lockstep to infringe on the First Amendment rights of their constituents—*on behalf of a foreign country.*

173.  No doubt Defendant Cuomo will claim that he has qualified immunity, i.e., he was

simply acting as a cheerleader to support Israeli efforts to enact anti-BDS legislation. It

does not appear however that Defendant Cuomo can assert the defense of qualified

immunity for a number of reasons.  First—he was not performing a legitimate

government function when he issued the Executive Order, for example stopping

unscrupulous roofing or home improvement contractors' intent on defrauding New York

State residents.  Second—he knew how his constituency felt about anti-BDS legislation

because, despite his efforts, he was not able to pass the anti-BDS legislation in the State

Assembly.  He heard First Amendment and freedom of association concerns.  Third—

based on the facts alleged herein, he was motivated by campaign financing promises

made by the Adelson family and AIPAC officials.  Fourth—he knew that federal case

law sanctioned the BDS Movement. *See* NAACP v. Claiborne Hardware 458 U.S. 886

(1982).

174.  Finally, it appears that Defendant Cuomo has three strikes against him when it comes to

the issue of anti-BDS legislation. First, the New York Civil Liberties Union said in a

statement "a government cannot penalize people or entities on the basis of free

expression and political boycotts are a form of free expression." The NYCLU stated

"creating a government blacklist that imposes state sanctions based on political beliefs

raises First Amendment concerns and this is no exception." Defendant Cuomo being the

exceptional lawyer he is understood the consequences of creating a government blacklist

similar to the list established in Hollywood during the 1950's by FBI authorities. The

second consideration is that his own father in 1985 proposed identical legislation in the

New York State Assembly which would have imposed a boycott on the commercial

activities engaged in the New York State by the South African apartheid regime. The reason he proposed that legislation is because the world had condemned the apparent apartheid regime established in South Africa. That is totally different than curtailing free speech in exchange for executing loyalty oaths to Israel .

175. The third consideration, in 1985, his father reminded his audience in his keynote speech address at the National Democratic Convention that Archbishop Tutu and others in South Africa were still treated like slaves working on a southern plantation, as a result of living under an apartheid regime, just like the Palestinians living in the OPT. *See*. PIO, pg. 177. The fourth consideration is that Defendant Cuomo had to know that there are Jewish New York state residents that have serious issues with the anti-BDS legislation he signed and promoted without their consent.

176. One definite critic of Governor Cuomo is Alex Katch, who summarized the situation perfectly—"I was raised Jewish, so while everyone should be deeply concerned about anti-Semitism, I know the issue affects me personally.... *That's why I along with many American Jews support BDS and unapologetically condemn the current government of Israel*." This statement was published in The Guardian by Alex Katch, Senior Investigator at Sludge. He also pointed out that Congresswoman Omar was right about AIPAC, i.e., "AIPAC spends more money than any other pro-Israel group every year to lobby the federal government." Congressional members of the anti-Omar coalition have never challenged his conclusion.

**C. DEFENDANT AMBASSADOR FRIEDMAN'S ROLE AND THAT OF DEFENDANT GREENBLATT IN THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE**

177. **Defendants Friedman and Greenblatt** have shown clearly, like donors Adelson and
Gilbert, Defendant Kushner, and AIPAC officials, that their first loyalty is to Israel, not
to the U.S.  For example, Defendant Friedman founded his own illegal settlement named
Beit-El forty years ago to make sure there would not be enough territory left in Palestine
to establish a contiguous Palestinian homeland. And, Defendant Greenblatt, based on
information and belief has made charitable donations to support Defendant Friedman's
settlement and its militia unit as well as the Israeli Army. These donations violate 18
U.S.C. 960 (support a foreign militia) and 18 U.S.C. 1956 (send clean dollars overseas to
promote ethnic cleansing and genocide). The donations have enabled PMN to achieve the
first three stages of genocide listed in the State Department's Manual and the first two
steps in PMN's dehumanization program.

178. They both view legitimate Palestinian American property owners like Plaintiff Khateeb
as intruding on their precious Jewish homeland and have brought about the forceful
removal of non-Jews from the OPT. They have both funded settlement expansion, and
that is only one way they have assisted PMN in his genocidal campaign. Such activity has
been cited and condemned by the U.S. State Department in its Manual on Genocide–*See*
Ten Stages of Genocide as discussed *infra*. *See* Exhibit B.

179. They are both close friends of Defendant Trump and with his son-in-law, Defendant
Kushner, they helped candidate Trump negotiate a bribe with the Adelson family to, *inter
alia,* move the U.S. embassy to Jerusalem, declare that all settlements are legal, and that
Israel's number one nemesis, Iranian Government official Soleimani would be
assassinated in due-time. They both financed PMN's re-election bid, which every

Defendant knew meant continued ethnic cleansing of all non-Jews in the OPT. They also

knew that PMN's re-election would mean the end of the two-state solution.

180.  Forty years ago, Defendant Friedman made sure his new settlement would have the

finances necessary to purchase sophisticated military hardware for the settlement's militia

group. The unit needed that hardware to engage in periodic rampages against their

Palestinian neighbors in an effort to expand the settlement boundaries. He raised money

on U.S. soil by setting up his own phony 501(c)(3) entity (Friends of Beit El) so that he

could solicit funds on U.S. soil at fundraising gala events for the Israeli Army and for his

own settlement. Defendant Greenblatt has attended these gala events held at the Waldorf

Astoria in New York City and the Hollywood Bowl. He has also supported the Israeli

Army and Defendant Friedman's militia unit, in violation of 18 U.S.C § 960.

181.  They both encouraged the "hate speech" spread by extremist rabbis who wanted to

promote polarization between settlers and their Palestinian neighbors. That is a specific

stage described in the State Department's Genocide Manual and the 5 Stages of

Dehumanization. Their views were consistent with Chief Rabbi Eli Yahu domiciled in

the city of Safed, i.e. it is appropriate to maim and murder Palestinians. *See* article

describing this kind of ethnic hatred which is entitled "Rabbis-Killing Palestinians is a

Religious Duty" IMEC News Article, Oct. 22, 2015.

182.  As the New York Times has reported, PMN and Defendant Weissglas have been silent

on the subject of Rabbis encouraging war crimes even though that rhetoric promotes

violence in the OPT. As Rabbi Ayelet Shake said, "They have to die, and their houses

should be demolished so they could not bear anymore terrorists. All Palestinians are

enemies and their blood should be on our hands. This also applies to mothers of the dead

terrorists." Defendant Trump, Ambassador Freidman and Defendant Greenblatt have never raised this issue with PMN or voiced their concern about extra-judicial killings. The reason- this conduct has enabled PMN and Defendant Weissglas to: (a) achieve all of the stages in the genocide process as described in the State Department's Manual; (b) achieve all of the steps in the denationalization process; and (c) establish and maintain an apartheid regime in the OPT.

183. **Ambassador Friedman** and Defendant Greenblatt, as directed by PMN, President Trump, and Defendant Kushner were assigned the task of interacting with the U.S. State Department personnel concerning a number of topics that were of great concern to Israeli leadership. Their most important assignment was to convince senior State Department leadership to expand the definition of "anti-Semite" to encompass the activities of those Americans who made comparisons between conditions in the OPT and the third Reich. *See* Table listed in "Parties" section, and specifically the section dealing with the conduct of Defendants Cuomo and Hikind. Congresswoman Omar had been making such comparisons and AIPAC officials, Defendants Cuomo and Hikind and the Ambassador Friedman wanted to put an end to that activity.

184. Their other major assignment was to order State Department officials to stop using the term "occupied territories" and instead replace that with the term "disputed territories." That is the same strategy that they employed, along with Defendant Gilbert and the Adelson family, to convince NBA Commissioner Silver to remove any reference to "occupied territories" in the NBA website.

185. They also recommended that Schedule C supporters of the Trump administration newly appointed to the State Department discharge or transfer any and all employees who

appeared to be Palestinian sympathizers. *See* <u>NPR Broadcast, April 17, 2019</u>. By discharging or transferring these pro-Palestinian employees, they made sure there were no State Department officials left to criticize the extraordinary concessions made by Defendant Trump, which were given to BiBi Netanyahu, e.g. a declaration that all settlements are legal.

186. They ordered senior State Department officials to praise the Trump/Kushner Investment Infrastructure plan and convince "dumb Arab rulers" (Defendant Trump's characterization) to make extraordinary financial pledges to rebuild the OPT infrastructure. <u>The problem</u>- they both knew, just like Defendant Kushner, that since these countries had never occupied the OPT, they had no financial obligation under International Law to rebuild the OPT. In fact, the only country responsible for funding any Marshall reinvestment-type infrastructure plan was and is Israel, the lone occupier and destroyer of the OPT. Then General Barak admitted that his goal was "to destroy as much infrastructure in the OPT as possible in the next 24 hours."

187. Both Ambassador Friedman and Defendant Greenblatt have, *inter alia,* violated a number of protocols to be adhered to by diplomatic missions as enumerated in Article 3 of the <u>Vienna Convention on Diplomatic Relations</u>. In doing so, they have enabled PMN to achieve the third and fourth stages of genocide and the fourth and fifth steps of dehumanization. In protecting U.S. interests, Defendants Freidman, Greenblatt and Kushner knew that the U.S. diplomatic mission must adhere to the protocols proscribed by international law. *See* <u>Article 3(b).</u>

188. Article 41 Paragraph 3 of the Vienna Convention provides that "the premises of the mission must not be used in any manner incompatible with…general international law."

General international law includes the Law of Nations listed in the U.S. Constitution, the UN Charter, Israel's War Crimes Statute, Article 73 of the UN Charter, the U.S. War Crime Statute and the Universal Declaration of Human Rights, and Israel's own Declaration of Independence.

189. In direct violation of the Vienna Convention Principles, Ambassador Friedman and Defendant Greenblatt have covertly met in the new U.S. Embassy located in Jerusalem, with settlement leaders, IDF senior officials, PMN and Defendant Weissglas and sometimes with Defendants Huckabee, Giuliani, and Gingrich. The goals of those meetings were: a) to encourage settlement expansion, especially that of Defendant Friedman's settlement Beit-El; b) to repeatedly discredit the two-state solution; c) to convince the Israeli population that the two-state solution would result in mass casualties; d) to reject out-of-hand any Palestinian claims of property theft, ethnic cleansing, torture or brutality; and e) to work with Room 8200 (clandestine spy group) employees to commit computer fraud in the United States in connection with computer networks owned by Palestinian supporters and BDS advocates. *See* 11 U.S.C. 251 and 18 U.S.C. 1030.

190. Their goal, like that of all Defendants EFC, was to make sure that an independent Palestinian state in the West Bank, Gaza, and East Jerusalem, became a geographical impossibility. That was one of the reasons that they traveled to Cleveland, Ohio in 2016 to convince senior Republican party leaders that there was no need for a statement in the platform about a viable two-state solution. That had been requested by Sheldon Adelson. Their criminal activity has enabled PMN to achieve the third and fourth stages of the genocidal campaign and the fifth step of the dehumanization program.

191. Defendant Friedman made his initial contribution by cutting the West Bank in half from orders by PM Golda Meir when he established his own settlement in the OPT forty years ago, Beit-El. Based on the 990 form filed by the 501©(3) entity know as Friends of Beit-El, Yeshiva, he sends $2.2 million in "charitable" donations to his illegal Jewish-only settlement every year. The reason- to make sure belligerent settlers can continue to illegally annex their neighbor's property and ensure that no property in that area will be left to establish a contiguous Palestinian state. He has been very successful in that endeavor.

192. Forty years ago, Defendant Friedman, with financial assistance provided by the Adelson family, established the first local militia unit in the OPT in his Beit-El settlement. He wanted to supply his settlement's militia unit with military hardware to maim and murder unarmed Palestinian farmers living nearby in order to steal more Palestinian property. He initially spent approximately $50,000 in charitable donations to outfit them with sophisticated military hardware. Today, they both make sure that Beit-El's local militia unit receives approximately $100,000 a year to purchase new M-16s, body armor, sniper scopes, night vision goggles, and armored military jeeps. This is another *relevant fact* that Ambassador Friedman failed to mention during his Senate confirmation hearing.

193. Ambassador Friedman and Defendant Greenblatt have both used American taxpayer money, i.e. "charitable donations" to: (a) construct Jewish-only "sterile" highways, i.e., no Palestinians allowed which link up the settlements and bypass Palestinian villages; and (b) set up target practice facilities and sniper schools in the Beit-El settlement as has been confirmed in the Israeli government's official Spitzer Report; and (c) illegally confiscate approximately 6,000 acres of Palestinian property adjacent to other settlements

like Ofra and Hebron. In Hebron, 600 hardcore settlers live there and dictate curfews starting at 5pm for the 128,000 Palestinians that live there also. Palestinians are not allowed to leave their homes after 5pm. There is a good chance that if they do so they will be either maimed or murdered by belligerent settlers. This is just another indication of an apartheid regime at work. All that criminal activity enabled PMN to achieve the third and fourth stages of genocide.

194.  Neither Greenblatt nor Ambassador Friedman told the Senate Confirmation Committee that: a) Ambassador Friedman had his own settlement (Beit El), which he founded 40 years ago; b) they have both financed that settlement and others with charitable donations raised by Friedman's phony 501(c)(3) entity- Friends of Beit-El; and (c) that Ambassador Friedman has constructed shooting ranges and established sniper schools in his settlement in violation of numerous IRS nonprofit regulations;

195. Committee members didn't know, courtesy of Ambassador Friedman's testimony that: (d) that only Jews are permitted to live in the settlement like PMN's family, attend school there, and travel on Jewish-only super; or (e) that Ambassador Friedman funded the construction of a "Jewish-only" military academy with donations solicited by his phony 501(c)(3) nonprofit. The Ambassador and Defendant Greenblatt knowingly violated numerous IRS 501(c)(3) regulations in doing so. *See Bob Jones University v. United States*, 461 U.S. 574 (1983).

196.  They have also violated numerous federal criminal statutes, including 18 U.S.C. § 960, 18 U.S.C. § 1956, and the federal perjury statute. *See* Attached Exhibit A. The reason they can be accused of perjury is that they have both failed to disclose to the IRS the true purpose in setting up Friedman's phony 501(c)(3) (rid the OPT of all non-Jews). They

have both taken illegal, charitable donations on their form 1040 because buying M16's and body armor is not a tax-deductible, "charitable" activity. They knew that when Ambassador Friedman transferred $2.2 million to his settlement every year, federal law did not allow him to engage in money laundering activity (18 U.S.C. § 1956) and funding violence abroad (President Clinton's and President Bush's Executive Orders specifically prohibited that funding).

197. They also knew that when Ambassador Friedman transferred with colleagues like Defendant Greenblatt, $104 million each year to the Israeli army, that federal law prohibited them from doing so, i.e. funding a foreign militia unit or a foreign army is prohibited (18 U.S.C. § 960). *See* also <u>Boim v. Holy Land Found. for Relief & Dev.</u>, 549 F.3d 685 (7th Cir. 2008). Consistent with the analysis laid out in <u>Boim v. Holy Land Foundation,</u> *See supra*, they both knew they were augmenting the Israeli army's ability and the settlers' ability to maim and murder their Palestinian neighbors.

198. Neither of them thought to inform the confirmation committee that they helped secure passage of a new law in the Knesset eliminating Arabic as a recognized language and assigning only Jewish citizens "the right to exercise national self-determination." That's a clear violation of the State Department's genocide manual and numerous Middle East policy pronouncements. Congresswoman McCollum (D-MN) considered that law to be prima facie evidence of an apartheid regime.

199. They both took a personal interest in the re-election of Defendant PMN. They had promised him that Defendant Trump would influence Israel's upcoming election by announcing, *inter alia,* that the U.S. government viewed the annexation of the Golan Heights as a legal confiscation of Syrian privately-owned real estate (a distinct war

crime).  Former war hero Moshe Dayan had concluded the shelling was staged to justify

the Israeli invasion into the Golan Heights. They also convinced Trump to announce that

all settlements in the OPT were legal. They agreed to convince Defendant Trump to make

a special trip to Israel to personally endorse PMN in the event of a close election. They

both knew, like all Defendants that the reelection of PMN would guarantee: (a) that all

remaining non-Jews in the OPT would be forcibly removed; and (b) the death of the two-

state solution.

200. All the above conduct engaged in by Ambassador Friedman and Greenblatt was

prompted by their desire to fulfill President Ben-Gurion's strategy when he rejected the

UN Partition Plan in 1949. His announced goal was to, "take over all of Palestine," which

was the exact mission statement of the ZOA. *See* WIP, pg. 397. It is no coincidence that

is exactly what PMN proposed as a final solution in 1998 during the Tiananmen Square

massacre. They do not believe in a two-state solution and are both fervent supporters of

Defendant Trump's peace plan because it would force "dumb" Arab neighbors, not Israel,

to pay for the enormous damage that Israel has inflicted on the infrastructure in the OPT.

That's only part of their commitment to Israel and their Israel-first agenda.

201. At all relevant times herein, Defendants Friedman and Greenblatt were not employees of

the United States. They only became U.S. employees when they were sworn in as the

Israeli Ambassador, in the case of Defendant Friedman, and as senior White House

Advisor in the case of Defendant Greenblatt. The criminal conduct that is alleged against

them herein was engaged in during the last forty years up to and including early-mid

2017. As a result, Plaintiffs do not have to pursue any remedies they have against them,

under the Federal Tort Claims Act, with respect to any conduct they engaged in while not

U.S. employees.

### D. DEFENDANT KUSHNER'S ROLE IN THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE

202. Defendant Kushner, just like Ambassador Friedman, and White House Advisor

Defendant Greenblatt, played a significant role in the denationalization of the Palestinian

people long before he became a U.S. government employee.  As a result, the plaintiffs do

not have to pursue a remedy against him under the Federal Tort Claims Act.

203. Because of his close personal relationship with the Trump family, Defendant Kushner

had a very challenging agenda to deal with once Trump won the election, based on

various demands made of him by PMN. Even though he is a U.S. citizen, he thought,

being Jewish, that it was perfectly appropriate to take orders from PMN, then the sitting

president of Israel. PMN had discussed with his father-in-law, prior to the inauguration,

the preparation of a unique peace plan for the Middle East.

204. There would be a monetary incentive- $25 billion, basically a bribe for the Palestinians.

There would be another $50 billion available to rebuild the infrastructure of the OPT. Of

course, Kushner made sure that Israel would not be required to fund any portion of the

expense involved in rebuilding the Gaza infrastructure even though it was only Israel that

destroyed that infrastructure. *See* comment made by General Barak, "destroy as much

infrastructure as we can in the next 24 hours."

205. The responsibility to respond to PMN's demands was very difficult to discharge because

he had to convince the "dumb" rulers (Trump's characterization) of neighboring Arab

countries to put up a large portion of the infrastructure investment fund. The reason that

would be difficult is that international law makes it clear that only the occupying country

(Israel) is responsible for rebuilding an occupied territory. In other words, countries like Saudi Arabia and the UAE had no obligation to rebuild the infrastructure in the OPT because it was destroyed by Israeli military forces on instructions from former PM's Sharon and Barak and from PMN. There is no doubt that Israeli leadership (former MP Barak) had every intention of destroying the infrastructure of the OPT *"it's time to do all we can to destroy as much as we can of the infrastructure in the OPT in the next 12-13 hours." See* Israeli Lobby, pg. 458.

206. Kushner deliberated on how he could convince these countries even though they never occupied the OPT that they had a financial obligation to clean up the destruction caused by Israeli leadership's war crimes. After all, it was only Israel who occupied and destroyed the OPT. To this day, however, he's been stymied, and Defendant Trump remains unaware that his best friend PMN is one UN General Assembly vote and resolution away from being presented with a $50 billion-dollar infrastructure bill in order to re-build the OPT. This is a reality that the U.S.-UN Representative will not be able to prevent. In addition, not a single "dumb Arab ruler" has put up any irrevocable funds at all.

207. Palestinian leadership at all relevant times, knew that neither PMN nor Kushner want to have the OPT infrastructure rebuilt out of humanitarian concerns for Palestinian refugees. They want to move 50,000 Jewish families into that newly refurbished territory to tighten control over the West Bank. Airports and luxury Trump hotels would be built along with water purification plants, vegetable markets, electric grids, hospitals, schools, soccer fields, public swimming pools, paved highways, and state of the art environmental facilities. *These facilities would only be accessed by Jewish settlers*.

208. The reason–Kushner, PMN and Trump had no desire to rebuild the OPT to improve the lives of the Palestinian population, a direct violation of <u>Article 73 UN Charter</u>. That article imposed a fiduciary duty on Trump and PMN to protect the Palestinian people and their assets. Therefore, to the extent that Israel claims they did not sign up for the Fourth Geneva Convention, that is irrelevant. Luxury hotels were not something the Palestinian people needed. They needed hospitals, emergency clinics, and electric power grids.

209. Having served under the best liar in the world, his father-in-law—Defendant Kushner has become a proven liar himself.  Recently, he told the world that Palestinians are ungrateful recipients of U.S. financial aid and that they have received the most financial aid handed out by the State Department.  Of course, he fails to mention that it is Israel (one of the wealthiest small countries in the world), not Palestine, which has received the most U.S. financial aid--$156 billion. *See <u>Washington Post,</u> May 12, 2019.*  He engaged in this conduct to aid and abet PMN's campaign to vilify Palestinians as terrorists and ingrates. The Post awarded him four Pinocchio noses for that obvious lie.

210. Before he became a White House advisor, he worked with some of the 27 companies located in Room 8200 based in Tel Aviv, Israel, whose mission is to spy on world citizens. They seek to sabotage the BDS movement and any pro-Palestinian organization located in the U.S. *See* Article written by Max Boot in the Washington Post already referenced herein. He knows about these entities and the criminal activities they engage in today as a result of receiving daily briefings at the White House which focuses on, among other things, cyberwarfare tactics employed by foreign entities and countries. For example, destroying databases including lists of financial supporters of the BDS movement.

211. Defendant Kushner, like all Defendants knew that with the reality of a substantial Jewish presence in the OPT, and the need to support the settlement enterprise, those conditions would always require lots of money. He knew that without the tremendous financial support of the Adelson and Kushner families and other pro-Israel 501(c)(3) donors like Defendant Gilbert, PMN's ability to achieve the last stages of genocide would be impaired. That's what motivated his and his family's generous support for the Israeli army (approximately $350,000 in 2014). He and his family are willing participants in AIPAC's $2 billion annual money laundering scheme which funds settlement expansion, ethnic cleansing, genocide, and the theft of Palestinian property in the OPT.

212. Long before he became a White House advisor, Defendant Kushner had repeatedly rejected the notion of a two-state solution. Like Ambassador Friedman, his family, and the Adelson family, he prefers full time occupation to peace with the Palestinians, which would require Israel giving up thousands of acres in the OPT to create a Palestinian state. That is why Defendant Kushner has no incentive to come up with a fair peace plan which would be acceptable to Palestinian leadership because it would provide a path for a two-state solution. AIPAC officials, Kushner and Adelson families, Friedman and PMN are diametrically opposed to the two-state solution.

213. As ordered by Defendant Trump, the Adelson family, and PMN, it will be a one-sided peace plan, which everyone knows Palestinian leadership will reject immediately. AIPAC officials, Governor Cuomo, Ambassador Friedman, Gingrich, Giuliani, Huckabee, President Trump and PMN will then use this rejection as a basis for arguing that Israel has no real peace partner. A lot of gullible Americans, including members of Congress unfortunately believe this to be the case- because of the lies issues by President Trump.

214. After being briefed by AIPAC officials on 501(c)(3) tax deduction write-offs, he met with U.S. Treasury and IRS officials to revise tax-exempt organization forms and regulations so that the U.S. Treasury Department  can look the other way when $2 billion dollars flows out of the country every year to fund illegal settlements in the OPT and the Israeli army. That conduct necessarily promotes violence in the OPT by funding arms trafficking, which violates 18 U.S.C. § 1956 and at least seven other federal criminal statutes, including perjury. *See* Exhibit A.  Arms trafficking is the proverbial kiss of death with respect to any on-going peaceful resolution of a longstanding conflict. Even President Trump knows that.

215.  That conduct also violates President Clinton's and President Bush's Executive Orders, which barred American citizens from funding violence in the Middle East. The punishment for violating those federal criminal statutes is significant jail time and a $500,000 penalty for each instance of money laundering. The penalty for violation of those Executive Orders is to be designated as a "terrorist" by the Office of Foreign Assets Control (OFAC), a Treasury Department division. American citizens, however, have no idea that AIPAC officials, not U.S. Senators, created OFAC, have appointed every head of OFAC since it opened (all Jewish Americans) and basically determined who ends up on the terrorist list. A review of that list does not include the air force major who orchestrated the murder of 34 U.S. sailors aboard the USS Liberty, nor the field officer who murdered Rachael Corrie.

216. Before becoming a White House advisor, Kushner had met with settlement leaders and Israeli army officials here on U.S. soil and in Israel. Settlement officials tell him what financial aid they need in order to expand settlements and update militia members'

military hardware so that they can continue going on rampages against Palestinian neighbors as confirmed by 700 Israeli army veterans in their book, <u>Our Harsh Logic</u>. Israeli army leadership informs him what the amount of proposed budget cuts were which they would have to absorb. He assures them that he will work with PMN, the Adelson family, and other pro-Israel donors like Defendant Gilbert, so they will receive at least $100 million dollars in a hidden cash subsidy each year. Not a difficult proposition-JNF's annual budget is $740 million dollars.

217. According to Steve Bannon, Kushner's peace plan calls for Palestinians to keep a limited number of villages in the OPT (known as "Bantustans" in South Africa), Palestinians being subject to an ongoing permanent occupation of the OPT, the location of a Palestinian capitol in the outer suburbs of Jerusalem, no right of return, no compensation of any kind, and prohibits Palestinians from accessing Israeli civil courts. This is the same one-sided peace plan that Palestinian leadership rejected at Camp David eighteen years ago. Former PM Barak's foreign minister admitted that if he was a Palestinian, he would never have signed that agreement. *See* <u>Israeli Lobby</u>, pg. 106.

218. Before he became a White House advisor, he continued to fund Ambassador Friedman's private settlement known as Beit-El, which Defendant Friedman set up forty years ago to literally cut Palestine in half and assure that there would not be a contiguous Palestinian state. That was Defendant Friedman's promise which he made to former Israeli prime ministers like Golda Meir. He knew when he and his family (The Kushner Foundation) made these contributions that some of their money would be used to arm settlers with military hardware: M16s, sniper scopes, night vision goggles, and body armor. This is an activity which was condemned in <u>Boim v. Holy Land Found. for Relief & Dev.</u>, 549 F.3d

685 (7th Cir. 2008).  How Defendant Kushner maintains his national security clearance under these circumstances is a complete mystery.

219. He also knew that their funds would be used to construct firing ranges and set up sniper schools in the Beit-El settlement, as was confirmed by the Israeli government official "Spitzer Report database". Soldiers training belligerent settlers in the art of maiming and murdering Palestinian civilians allowed PMN to achieve the fourth and fifth stages of genocide. That conduct was also consistent with the goal espoused by President Ben-Gurion "to take over all of Palestine." All his life, he has enthusiastically shared ZOA's and Netanyahu's and Friedman's vision, i.e., the insertion of 1.2 million Jewish-only settlers into Palestine by 2020.

220. With respect to the issue of aiding and abetting international terrorism, (See 18 U.S. Code § 2339 (C)) Defendant Kushner knew that as far back in 1990 according to Pulitzer Prize winner Hedges that the Israeli army was murdering 12-year-old Palestinian children. He also knew that the Israeli army was a "killing machine" as characterized by Shin Bet officials and as reported on in numerous Ha'aretz articles. He also knew, courtesy of the sworn statements made by 700 Israeli army veterans, who actually served in the OPT, that the army was committing war crimes in the OPT on a daily basis. For example, "recruits were instructed to fill Palestinian bodies with bullets" and "aim for the eyes." *See* Our Harsh Logic, pg. 79.

221. Defendant Kushner, before he became Senior White House Advisor, working with AIPAC officials, Defendants Friedman, Greenblatt, and Gingrich, Defendant Kushner convinced Candidate Trump to accept a $50 million bribe, made by the Adelson family. That bribe was contingent on Trump pursuing a pro-Israel agenda at the UN, moving the

U.S. embassy to Jerusalem and designating it as the capital of Israel, and removing the two-state solution as a discussion point in final peace talks. That was Dov Weissglas's strategy re final peace talks. He even used the term "formaldehyde."

222. Candidate Trump had to accept that bribe because: first, his campaign was "broke dick" (Bannon's characterization) it had no cash which he was well aware of because of non-existent campaign contribution; second, he is a greedy individual as he stated in a recent Washington Post article who loves to spend other people's money; third, the Deutsche Bank had turned down an interim loan request which was the only bank who was willing to finance his reelection campaign; and fourth, he was dead set against funding his campaign unless someone could guarantee a victory in November. He brushed aside Kushner and Bannon's warning that unless the campaign received a substantial cash infusion, it would remain "broke dick." *See* Fire and Fury, pg. 12.

223. Finally, like all Defendants named herein EFC Kushner's first loyalty is to the State of Israel, not to America. His role model is Netanyahu and he shares his vision and that of the ZOA, i.e., the insertion of 1.2 million Jews into Palestine by 2020.  Ever since he was a young man, he has enthusiastically embraced Ben-Gurion's long-term goal, announced in 1948, i.e., the total takeover of Palestine and the removal of all non-Jews, including Christians, using military force if necessary. For the last twenty years, all Defendants EFC have been doing their best to make Ben-Gurion's vision a reality, including providing settlements an annual subsidy of $2 billion dollars. They need those funds to continue maiming and murdering their Palestinian neighbors.

## E. DEFENDANT GIULIANI'S ROLE IN THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN POPULATION

224.  Defendant Giuliani has played a significant role in the denationalization and dehumanization of the Palestinian civilian population. He has made sure that PMN and AIPAC have achieved a number of stages contained in the State Department's genocide manual and he has worked with President Trump to make sure AIPAC's mission, i.e. rid the West Bank of all non-Jews, is accomplished. He is a strong supporter of AIPAC and works to make sure that Congress votes to send $5 billion a year to send to Israel. He attacks anybody who criticizes Israel and he concentrates specifically on denigrating the BDS movement. He works with governor Cuomo to make sure that unless American citizens sign loyalty oaths to Israel, they can face five years in jail and hefty fines if they support, demonstrate for, or financially contribute to the BDS movement.

225.  He has long been part of AIPAC's propaganda machine, which includes himself, Gingrich, and Huckabee. Defendant Giuliani was tasked by AIPAC officials, PMN, the Israeli Ambassador, and U.S. Ambassador Friedman to attack Palestinian leadership for paying a monthly stipend to families of Palestinian "terrorists." Giuliani and PMN both labeled this conduct to be terrorist financing in violation of 18 U.S. Code § 2339 (C). They convinced the U.S. Congress to cut all aid to Palestinian authorities as a result.

226.  Giuliani and AIPAC officials, emulating Propaganda Minister Goebells, know that a pro-settlement 501(c)(3) set up by PMN, the Kushner family, and the Adelson family engages in the identical conduct, i.e. supporting international terrorism. It pays Israeli settler families approximately $20,000 a month (U.S. taxpayer $). The entity is known as Honenu. It raises approximately $500,000 a year on U.S. soil, then ships it to Honenu Israel so that Palestinian homeowners will be maimed and murdered. It violates IRS

regulations because it only pays Jewish settlers who need legal representation. That's

blatant discrimination. *See Bob Jones University caselaw.*

227. Rabbi Jill Jacobs of T'ruah has condemned this practice and specifically referenced the

murder of the Dewabshe family (the lead Plaintiff herein). Defendant Giuliani failed to

inform Congress about the activities of Honenu. The reason- if PMN, AIPAC officials

and U.S. Ambassador Friedman know that Honenu is funding international terrorism,

Israel could be condemned for the same conduct. The problem is that everyone is afraid

to criticize Israel for criminal conduct of its army and belligerent settlers are engaging in

in the OPT they are afraid that they will be labeled anti-Semites AIPAC's brilliant tactic.

228. Each member of the AIPAC propaganda machine had a distinct role. Defendant

Giuliani accuses Palestinian authorities of funding international terrorism by paying

families of "suicide bombers" i.e. kids who attack border guards with kitchen butter

knives. However, Defendant Giuliani knew, at all relevant times, that the Israeli

government was engaging in identical conduct on a much larger scale, i.e. paying

approximately 100 families, including the family of the individual who assassinated

former PM Rabin or Mr. Popper who burned a 12 year old Palestinian child alive-

revenge killing financed by donors Gilbert and Adelson and members of the Kushner

family. He also knew that the U.S. entity controlled by its Israeli-based partner (Honenu)

sends millions overseas to pay for top legal representation. Bottom line, worse than the

Palestinian authorities, Honenu has been protecting hundreds of Israeli terrorists for

approximately twenty years. Of course, since it is the Israeli government who has been

doing this, Congress will not cut any of the $5 billion funding package it gives to Israel

every year. Another example of the double-standard employed by the US Congress.

229. Defendant Giuliani continues to assert that all Palestinians are savages and terrorists not deserving of their own homeland. He played a role in making sure that Washington, DC buses would have signage reciting that Palestinians are savages. He continues to criticize anyone who objects to the $5 billion funding package that Israel receives every year or the occupation. He believes that Palestinians should be registered as potential terrorist and be subject to intensive screening at all international airports. He continues to work with Defendants Coumo's staff to kill the BDS movement. For the right price he will lecture Americans on the need to defend Israel at all costs even if that means denying Palestinians their right to their own homeland.

**F. CANDIDATE TRUMP PLAYED A LEADING ROLE BEFORE BEING INAUGURATED IN THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE**

230. Long before the inauguration, Defendant Trump had displayed an unusual animosity for Muslims in general, i.e., he actually tried to implement a Muslim travel ban with his Nazi collaborator Steve Miller who is in the White House directing U.S. immigration policy. Even though he avoided being drafted due to suspicious bone spurs, Trump delighted in criticizing Muslim army veterans. For example, he mocked the Gold Star parents of a Muslim soldier who died in Iraq fighting to promote American ideals overseas and keep America safe. Defendant Trump had no desire to defend America. His focus was to make as much money as he could while in office.

231. He has, against all advice received from senior military officials, pardoned service members who have been accused or convicted of killing innocent civilians in countries with a predominant Muslim population. He does not try to hide his utter disgust and contempt for those black and brown individuals in general, including Palestinian

Americans, who have successfully navigated the immigration path to U.S. citizenship. His only regret is that he has no automatic citizenship revocation remedy to pursue.

232. Defendant Trump had been quite active in terms of denationalizing and dehumanizing the Palestinian population before the inauguration. To impress his wealthy Jewish colleagues in the New York City real estate industry, he had entered into an informal partnership with PMN before he was sworn in. Their goals were: (a) fund the Israeli Army in violation of 18 U.S.C. 1960; (b) rid the West Bank of all non-Jews; (c) create a sterile Jewish state; (d) cede over control of US- Middle East policy to Ambassador Friedman, Defendant Kushner, and the Adelson family; and (e) eventually declare that the settlement enterprise is legal and that any properties annexed by Israel, for example Jerusalem and the Golan Heights are also legal. By doing so, he has condoned the wholesale theft of private property, which is a distinct war crime, especially when an ethnic cleaning/genocidal campaign is underway. *See* <u>Simon v. Hungary</u>, *supra*. Defendant PMN launched his ethnic cleansing/genocide campaign in 1998 and it is an ongoing venture funded by the Defendants named herein.

233. Evidence of his intent to denationalize the Palestinian population is abundant. <u>First</u>– He has allowed, even encouraged, along with Treasury Officials, U.S. based, phony, pro-occupation 501 (c)(3)s, and Christian Evangelicals to send $2 billion dollars a year into the OPT to aggressively promote theft of private property, inhumane acts, ethnic cleansing, genocide, and arms trafficking- conduct he knew would result in maiming and murdering Palestinians.

234. <u>Second</u>–He knew and approved that PMN had granted blanket immunity to settlers even if they had murdered Palestinians. No other ally except Israel is allowed to engage in

extrajudicial killings and continue to receive U.S. foreign aid assistance with such

impunity and violate the <u>Leahy Law</u>. *See* <u>22 U.S. Code § 2378d.</u> Trump allows PMN to

engage in extra-judicial killings as long as he is killing Palestinians in the OPT. The

reason- they are "beasts," not really human beings.

235. <u>Third</u>–He knew that there were racist rabbis in Israel financed by donors in the U.S. who

have convinced young Jews that they have a religious duty to maim and murder

Palestinians. Trump has done nothing to stop these U.S. donors from financing the racist

rabbis and spreading their hate-filled propaganda.

236. <u>Fourth</u>– He refuses to condemn racist statements issued by settler leadership designed to

generate racial hatred–"kill, kill, and kill more Palestinians," As a consequence, settlers

can continue to maim and murder Palestinians knowing they had a friend at the United

Nations (non-party Haley) who would prevent the passage of any UN Resolution

condemning this behavior. He liked the fact that Haley would engage in this type of

activity because it impressed his friends in the high-end real estate industry.

237. <u>Fifth</u>– He knew and approved, as reported in the Jerusalem Post, thirty years ago when

demonstrations were occurring in Tiananmen Square, PMN's recommendation re the

expulsion or extermination of all non-Jews in the OPT, which is prohibited by numerous

international legal conventions and the State Department's Genocide Manual. *See* <u>Exhibit</u>

<u>B</u>.  <u>Sixth</u>– Consistent with advice received from AIPAC officials, he has ignored obvious

signs that a genocide regime has been established in the OPT, which has been funded by

pro-Israel U.S. donors and U.S. taxpayers. Pastor Hagee, for example, has sent at least

$20 million into the OPT to ensure that Palestinian civilians will continue to be maimed

and murdered.

238. Seventh– He knows that there are now approximately 50-60 settlement militia units in the OPT composed of settlers who do not believe Palestinians are human beings and hence can be summarily murdered. These settlers know they will have to serve a maximum of ninety days in jail and pay a small fine if they murder a Palestinian kid. See Lions of the Land, page ___. He has made contributions to fund the Beit-El Settlement Militia Unit which Ambassador Friedman started forty years ago. The unit's purpose-expand the settlement parameters by encroaching on private Palestinian property, which guarantees more violence and bloodshed. Unfortunately, it is settler violence and Palestinian bloodshed.

239. Eighth– He is on notice that, based on admissions made by Shinbet officials that the Israeli army has been engaged in wholesale human rights violations in violation of the Leahy Act, and that *700 Israeli veteran soldiers* have: (a) detailed similar war crimes engaged in by the belligerent settlers who they are obligated to protect in the OPT. "Settlers can do whatever they want." They are part of the "Breaking the Silence Movement." *See* Our Harsh Logic, pg. 1; and (b) have confirmed that IDF's and settlement leaders' policy of intimidation and aggression was designed to force the ethnic cleansing of all non-Jews in the OPT-PMN's agenda for the last thirty years. *See* Our Harsh Logic, pg. 1.

240. Candidate Trump, long before he was inaugurated, personally engaged in other activities on U.S. soil which advanced Defendant PMN's racist and apartheid policies. He: (a) agreed with the Adelson Family to appoint a racist Zionist, Defendant Friedman, to be the new Israeli U.S. Ambassador. His claim to fame is that he built the first illegal settlement in the OPT; (b) personally financed settlement expansion in Beit-El, Ambassador

Friedman's settlement; (c) with non-party Haley's assistance, agreed to cut $500 million in American foreign aid to the Palestinians- a war crime; as a direct result, Palestinian cancer patients will start dying off; (d) agreed to appoint an individual with no foreign policy experience to be the UN representative  (non-party Haley). Her job was to "take names of all countries" which voted for anti-Israeli resolutions so that reprisals could be undertaken; (e) ordered his son-in-law to prepare a bogus peace proposal that Palestinian leadership would reject out of hand. This ended up being the identical peace proposal which Palestinian leadership rejected at Camp David eighteen years ago;

241. (f) Agreed to declare Jerusalem to be the capital of Israel; (g) authorized his advisors to work with AIPAC officials, Gingrich, Huckabee, Giuliani, and Governor Cuomo's staff to kill the BDS movement long  before he was inaugurated; (h) instructed the White House Nazi advisor Steve Miller to plan the elimination of the U.S. State Department's Refugee Office, the only source of financial aid for thousands of Palestinian refugees; and (i) he planned an immediate shutdown PLO's office in Georgetown, DC to further convince the Palestinian people that they were worthless human beings and did not deserve their own state. Defendant Trump intended that these aforementioned activities would advance PMN's campaign to denationalize the Palestinian people and result in a "Jewish only" enclave in the OPT. Much to no one's surprise, they did. Other evidence is available that he intended to advance PMN's ethnic cleansing/genocidal campaign which began in 1998..

242. Based solely on the activity described in (a)- (i), it is relatively easy to prove that Defendant Trump had the requisite racial animus to aid and abet the denationalization and dehumanization of a brown, foreign, civilian population and also the installation of a

racist apartheid regime in the OPT. Other evidence is available, however. <u>First</u>, he has

used racist remarks to attack four Congresswomen of color telling them to go back to the

country they came from even though they are all U.S. citizens and three of them were

born in the U.S. He recalled his dad's advice re black and brown tenant rental applicants:

"these people come from shithole countries." <u>Second</u>, he has maligned a Black Baltimore

District as "rat and rodent infested territory," effectively destroying the reputation of

deceased Elijah Cummings.  <u>Third</u>, he has relished hearing his anti-immigrant rhetoric

repeated by white supremacists, one who lived in New Zealand and one who visited El

Paso, Texas specifically to find and kill Mexicans.

243. Besides insulting the Baltimore Black political leadership (the deceased Congressman

Cummings), he has insulted all black and brown U.S. citizens. He has made racist

remarks like "invasion, rapist, criminals" and called racist white men denouncing Jews

while marching in Charlottesville, "very fine people." That's the equivalent of calling

Nazi stormtroopers "nice young men who had a thing about killing Jews." He has even

gone so far as to admit that one method of deterring brown, asylum petitioners from

Central America is shooting at them with live ammunition. Afterall, in his mind, they are

the "scum of the earth" as his father repeatedly reminded him as he was growing up.

These black and brown, obvious inferior people were allowed to maintain golf courses,

clean urinals, and perform menial, manual labor jobs, but that was it.

244. Based on the criminal activity engaged in by Defendant Trump on U.S. soil, he has

violated the <u>U.S. State Department's Manual on Genocide and the Five Steps to</u>

<u>Dehumanization</u>. Based on the fact that he has aided and abetted genocidal activity ("ill

treatment of a civilian population")which is prohibited under <u>the International</u>

Convention on Genocide, it appears that Defendant Trump at all relevant times had the requisite animus to punish a largely Muslim civilian population located overseas by denationalizing and dehumanizing them. He deemed that to be a favor that he owed to his war criminal colleague, PMN. Besides violating the U.S. State Department's Manual on Genocide by verbally attacking black and brown U.S. citizens (who come from "shithole countries"), he has initiated a campaign of genocide against them on US soil. *See* Exhibit B. Stages 3 and 4.

245. According to his senior advisor Bannon, candidate Trump*, long before the inauguration*, adopted a plan, in case he got elected President, to delegitimize various institutions as part of his effort to dehumanize and denationalize the Palestinian people. They were the U.S. Federal Judicial System, (he accused a Mexican American judge of being biased and incompetent), government agencies, like the CIA, FBI, and Justice Department (he prefers his own intelligence), The United Nations, and European based alliances like NATO. With the assistance of non-party Haley and Ambassador Friedman, he planned to defund the UN before being inaugurated so he could deprive Palestinians of any foreign aid and deny them healthcare, i.e. genocide.

246. Before he was inaugurated, in order to sell his peace proposal, he decided that he would not disclose to Palestinian leadership that Jews were his favorite people. They were largely New Yorkers, homeowners, wealthy individuals, real estate investors, very intelligent and God's chosen people.  He was told that God had given Palestine to Israel as part of a religious covenant. Basic research would have revealed, however, *that Israel's first president Ben-Gurion had actually stolen the country of Palestine. In 1948, the Israeli Army invaded and still occupy two separate countries- Palestine and Israel.*

Much like the daily agenda that he confronts as the U.S. President, whether God gave Palestine to Israel was way beyond Defendant Trump's limited intellectual capacity to understand.

247.  Trump knew from his dad ("son, you know we don't rent to niggers") that if you deprive a group of inferior people as to what are their important goals and concerns, that it tends to demoralize the group. That's the first step in terms of a denationalization campaign i.e., make the oppressed citizens feel unworthy as if they were less than human beings. Defendant PMN has been doing that to the Palestinian civilians for the past thirty years. PMN's credo re Palestinians- "don't you understand that you are not human enough for Israeli leadership to care about you?" *See* PIO, pg. 159. Trump, the Adelson family, Kushner, and Ambassador Friedman went out of their way to make all Palestinians realize they were niggers, refugees, stateless persons and an illegitimate people, not entitled to their own homeland and deserving of ethnic cleansing and genocide. AIPAC's anti-Palestinian group [Gingrich, Giuliani, and Huckabee] have repeated that nonsense for at least 20 years.

248. Senior advisor Steve Bannon has confirmed that Defendant Trump had developed his own anti-Palestinian plan, long before he was inaugurated, to fast track his anti-Palestinian policies designed to dehumanize and denationalize the Palestinian population. *"Really, he's on his own (anti-Palestinian program.)  It's his program."  See* Fire and Fury, pg. 6.  "Day one, we're moving the U.S. embassy to Jerusalem. Netanyahu's all in. Sheldon (Sheldon Adelson, the casino billionaire and far-right Israel defender and Trump supporter) is all in.  And we know where we're heading on this."  As these statements make clear, before the inauguration, Trump had assembled a bigoted anti-Palestinian task

force, including the Nazi Steve Miller who was hell-bent on promoting his anti-refugee and anti-Muslim policies. For Defendant Miller, just like Defendant Trump, it wasn't so much "Make America Great Again," it was "Make America White Again."

249. Bannon continued describing the pre-inauguration Trump plan to explain "where they were heading." "Let Jordan take the West Bank, let Egypt take Gaza, let them deal with it or sink trying.  The Saudis are on the brink, Egyptians are on the brink, all scared to death of Persia."  In a telling remark, multi-billionaire Mr. Ailes had warned Bannon, "I wouldn't give Donald too much to think about." *See* Fire and Fury pg. 7. Newly hired White House aides in January 2017, after their first meeting with Trump, immediately realized how insightful Mr. Ailes' remarks were i.e. Trump was intellectually challenged and had no business running the country.

250. As a result of receiving zero contributions and because the candidate who billed himself as a billionaire (ten times over) refused to invest his own money in the campaign, the Trump campaign was "broke dick" according to Steve Bannon See Fire and Fury, pg. 12. He told Jared Kushner what he was afraid of, i.e., after the first debate and after Trump had gained an edge on Candidate Clinton, they would need at least an additional $50 million to cover them until election day- money they didn't have. Otherwise, they would have to close up shop. Once Bannon and Kushner learned that the bank of last resort, Deutsche Bank had rejected Trump's application for an interim campaign loan, the Adelson family bribe became an urgent topic to discuss, i.e. it was the only option available to the Trump team.  *See* Fire and Fury, Inside the Trump White House, pg. 12.

251. Knowing he had Trump in a bind, there were a number of extraordinary conditions set by Adelson family to fulfill the terms of the bribe, including that Candidate Trump would

immediately: (a) authorize the relocation of the U.S. embassy from Tel Aviv to Jerusalem (the Gingrich 1994 strategy); (b) declare that Jerusalem was the capital of Israel; (c) Israel could annex all of private Palestinian property in the OPT including the Jordan Valley; and (d) cede control of State Department leadership to U.S. Israeli Ambassador Friedman, Defendant Kushner, and the Adelson family. In return, Trump would receive support from the government of Israel (largely Mossad agents engaging in cyberwarfare) to assist him in terms of getting elected in 2016. [2]

252. He immediately instructed Defendant Friedman to fast track the opening of the Jerusalem embassy on the condition that Israeli undercover volunteers got out the vote in Florida and vigorously lobbied US citizens living in Israel to vote for him. Candidate Trump, PMN, Kushner, Ambassador Friedman, and the Adelson family knew that the Jerusalem move would be a devastating blow for the Palestinian leadership to absorb and they intended it, as such.

253. As a result of the Adelson family bribe, U.S.- Middle East Foreign policy is now dictated by PMN, the Adelson and Kushner families, AIPAC officials, and Ambassador Friedman. (See for example the recent extra-judicial killing of Iranian official Mr. Soleimani ordered by PMN, not by President Trump). They have removed or transferred all senior State Department personnel who were known as two-state supporters. As a result, Defendant Trump can pursue an all-out Israeli-first agenda, which included approving the theft of the Golan Heights (which according Moshe Dayan, Israel acquired

---

[2] The Act and Commission regulations prohibit foreign nationals, directly or indirectly, from making a "contribution or a donation of money or other thing of value…in connection with a Federal, State, or local election." 2 U.S.C. 441 a(a)(1)(A). However, the Act and Commission regulations also provide that the term "contribution" does not include "the value of services provided without compensation by any individual who volunteers on behalf of a candidate or political committee." 2 U.S.C. 431 (8) (B)(i); *see* also 11 CFR 100.74

by faking a military assault on Israel military forces). President Trump agreed that

Mossad agents could eventually assist CIA agents with the assassination of Israel's

number one menace- Iranian government official, Mr. Soleimani. They have been trying

to kill him for fifteen years, according to numerous articles published in Ha'aretz.

254. What these Defendants EFCC and Trump had in common is that they all viewed

Palestinians as worthless human beings who, according to Defendants Gingrich, Giuliani,

and Huckabee, terrorized law-abiding Jewish settlers in the OPT. PMN had actually

proclaimed they were "bloodthirsty Palestinians." *See* Third stage of genocide, Exhibit B.

PMN, on a recent tour in America, had even suggested to his frightened American

audience that if the Palestinian population was not wiped out, US cities could face rocket

attacks. *"It's only a matter of time before Palestinian suicide bombers will strike your*

*cities, blow up your buses, your supermarkets, your pizza parlors and French cafes." See*

Israeli Lobby, pg. 61-63. AIPAC officials and Defendants Gingrich, Giuliani, and

Huckabee have been repeating that vile line of propaganda for at least twenty years

(Third stage of genocide as referenced in Department of State's Genocide Manual) and it

obviously works.

255. As alleged herein, to further crush the spirit of the Palestinian people in his effort to

dehumanize them, Candidate Trump agreed with the Adelson family and PMN to appoint

his close friend, David Friedman, to be the U.S. Ambassador to Israel. His claim to fame

is that he built the first illegal settlement in 1980, i.e. the Beit El settlement, hardly a

neutral ambassador. Candidate Trump liked the fact that Defendant Friedman actually

owned an illegal settlement in the OPT (Beit-El) where PMN's brother-in-law now lives

with his family. Ambassador Friedman had convinced Beit El settlement leaders who

served on the "absorption committee" to accept the Netanyahu family as qualified "Jewish-only" purchasers. Infidels, i.e. non-Jews need not apply, of course, for cheap, three-bedroom condominiums.

256. Candidate Trump was more intrigued once he learned that Defendant Friedman took a large tax write off for sending $2.2 million every year to his own settlement. He was told that he could also secure similar, substantial tax write-offs if settlement leaders used his donation to purchase Kalashnikovs, sniper scopes, and body armor- "charitable" expenditures, according to Ambassador Friedman's accountant. Ambassador Friedman informed his friend about the Younan settlers who were seeking money to purchase military jeeps, body armor, and stun grenades. They even advertised on the settlement website that "these donations were tax deductible." That settlement, like every other settlement in the OPT, had a militia unit that needed expensive military hardware (night vision goggles cost $9,000 a piece) in addition to mobile, armored jeeps which cost $35,000, to monitor, maim and murder their Palestinian neighbors and destroy their 300 year old olive groves.

257. As part of his plan to make Palestinians a stateless, irrelevant people, Candidate Trump agreed with PMN and Sheldon Adelson to order his son-in-law, Defendant Kushner, to work up a one-sided peace plan. Steve Bannon boasted about the particulars of the peace plan.  Palestinians: a) would not be able to live together as a family; b) would be able to keep a limited number of villages ("Bantustans") in the OPT; c) be required to give up their right of return to their home land, i.e., Palestine; d) receive no compensation for theft of real property (4,400 square miles counting the barrier wall) stolen or destroyed by belligerent settlers and the Israeli army;

258. e) Palestinians would continue to live under a permanent occupation in "Open Air Prisons"; f) not have a capital in East Jerusalem; g) any Palestinians then remaining in the OPT would be forcibly removed and sent to Jordon or Egypt, which was the plan of Defendants Giuliani, Gingrich and Huckabee. *See* <u>Last Genocide Stage</u>–Denial. Neither Trump nor Kushner realized that was essentially the identical peace proposal made at Camp David eighteen years ago which PM Barak's senior foreign minister admitted "If I was a Palestinian, I wouldn't accept that either." *See* <u>Israeli Lobby</u>, pg. 424; *See* also <u>WIP</u>, pg. 388.

259. Candidate Trump, intent on punishing the Palestinian people further and making sure they had not a single shred of self-esteem left, told his advisors that once he was inaugurated, he and non-party Haley would cut off all financial aid: (a) to the UN Refugee Agency in charge of humanitarian services which refugees like the huge Palestinian population in Jordan depended on to survive; and ( b) the same with respect to Palestinian hospitals and emergency clinics in the OPT. They knew that these substantial cuts would result in Palestinian cancer and kidney patients being deprived of critical care including chemotherapy and dialysis. *See* PIO, pg. 51-52 and *See* <u>WIP</u>, pg. 292. That's only one reason why Haley and Trump will eventually be tried as war criminals.

260. That constitutes classic genocide, i.e. *See* <u>International Genocide Convention</u>, i.e. fostering conditions which imperil the lives of an occupied people. Such conduct also violates the Law of Nations Clause contained in the U.S. Constitution, Universal Declaration of Human Rights, President Lincoln's 1863 Lieber Code (the world's first war manual), the UN Charter (Article 73) and the U.S. State Department's Manual on Genocide. Unfortunately for Trump, Steve Miller, and non-party Haley, they fit the

definition of "collaboration" perfectly, which was created by U.S. Army attorneys involved in the Nuremberg trials in order to indict someone for "aiding and abetting" a war crime.

261. Candidate Trump also agreed with the Adelson family and PMN that once he was inaugurated to ignore and condone the extrajudicial killings of Palestinian demonstrators and medics, which had been ordered by Defendants PMN and Weissglas. That is simply another reason to label him a war criminal. For example, at least 300 unarmed Palestinian civilians, medics, and journalists have been murdered during the last two years by Israeli army snipers and belligerent settlers at the Gaza border who were simply following PMN's orders to shoot on sight. Their crime–they were peacefully demonstrating against the occupation. This is not an unusual occurrence. Plaintiff Ahed Al-Tamimi lost both her aunt and uncle who were murdered while demonstrating against settlement encroachment.

262. To destroy the BDS movement in America, Defendant Trump has instructed his son-in-law Defendant Kushner to coordinate activities with the twenty-seven companies located in downtown Tel Aviv which specialize in global cyber warfare. These companies are all funded by the Israeli government and specialize, *inter alia,* in cyber warfare directed at U.S. citizens who either support a two-state solution or the BDS movement. The reason–cause havoc with their computer network and disrupt their fundraising efforts. That conduct violates the <u>Computer Fraud and Abuse Act </u> 18 U.S.C. § 1030.

263. While waiting on the inauguration, Candidate Trump became outraged when he learned that the PLO still had an office in Georgetown, D.C. He instructed aides to prepare an emergency order to immediately shut down the office to intimidate Palestinian leadership

and to further convince the Palestinian people that they were worthless human beings. That conduct on his part violated the <u>Vienna Convention on Diplomatic Principles</u>. He formally closed the PLO office days into his presidency.

264. Unfortunately, there is clear evidence that Defendant Trump still harbors animus for Palestinians and Palestinian Americans and will continue to deny them the privileges and rights provided in the US Constitution (Law of Nations clause), the UN Charter and the Universal Declaration of Human Rights. The reason- he agreed per the $50 million Adelson family bribe accepted during the campaign that he would work to secure PMN's reelection and have Ambassador Friedman take total control of the city of Jerusalem on behalf of Israel.

265. Such unilateral conduct appears to be "null and void" under international law. See: (a) UN Resolutions 446 and 478; (b) the _1948 Actum Separatum Doctrine_ and the _Corpus Separatum Doctrine_; and (c) the <u>1948 Truman Jerusalem Doctrine</u> (doctrines which the inexperienced UN Ambassador Haley was unfamiliar with). They declared sixty years ago that Jerusalem was and always would be a free and independent international city, i.e. no country including Israel could exercise any dominion over it. Hence, a petition will probably be filed by Palestinian leadership with the UN Human Rights Committee to declare that Israel cannot engage in unilateral conduct to take over control of Jerusalem. A simple General Assembly majority vote would afford Palestinians the right to file such a petition, and non-party Haley and Secretary of State Pompeo, and Ambassador Friedman could not block that vote.

266. In a similar manner, Defendant Trump's recent declaration that settlements are legal is null and void. International case law is clear that if certain results are achieved because of

a bribe, all of those results are null and void. The <u>Foreign Corrupt Practices Act</u> (15 U.S.C. § 78dd-1) was specifically enacted by the US Congress to prevent bribery of foreign officials and to address bribes of any kind involving foreign citizens or foreign governments. Defendants Trump and Adelson are U.S. citizens along with Defendant Kushner, and Adelson is also an Israeli citizen.

267. Evidence that his pro-Israel announcements, including a declaration that all settlements are legal was procured by means of a bribe is obvious: (a) the State Department departed from its traditional policy and did not publish a white paper justifying the sea change in US foreign policy and soliciting comments before the policy became permanent; (b) the announcement came at a critical time in terms of Israeli elections; (c) it boosted the stature of candidate Netanyahu; and (d) the U.S. government, vis a vis the individual, candidate Trump, received absolutely nothing in return from the Israeli government for these extraordinary concessions. This, of course, is Defendant Trump's standard "modus operandi." He tried to achieve the identical outcome when he bribed the president of Ukraine not to advance U.S. national security policy, but to ensure his reelection. The reason- he's only in office to make as much money as possible for he and family members, not to protect U.S. national security interests.

## G. DEFENDANT WEISSGLAS' ROLE IN THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE

268. **Defendant Dov Weissglas**, close friend and confidante of former PM Sharon, the Adelson family, White House Advisor Greenblatt, and current PMN, has worked tirelessly with those individuals and Israeli government officials to denigrate and remove from discussion the concept of establishing a Palestinian homeland next to Israel, courtesy of the two-state solution. That's only one of the standing orders that AIPAC

officials received from PMN. He has also made sure, working with PMN, that Israeli leadership would provide the necessary formaldehyde (his words) to make sure that the two-state solution, the issue of a Palestinian homeland, and the right of return are all permanently taken off the table as discussion points on final peace talks.

269. He worked with PMN and former PMs Sharon and Olmert, to destroy the Palestinian economy, including the olive oil industry, the fishing, textile, construction, and pottery industries. See PIO, pg. 168. The pottery industry goes back eight hundred years. His goal was to crush the self-esteem of the Palestinian population and deprive them of viable work opportunities, independent of Israel. He has worked with PM Netanyahu to extract $1.6 billion dollars every year from the Palestinian leadership requiring them to import Israeli-only grown food necessities at exorbitant prices into the OPT. When asked about an adequate food supply for Palestinian children, he joked that "We don't want to see them starve, but we want to keep them on a strict diet."  He didn't state the obvious, but should have added, "we hope the snakes will eventually die off." "Snakes" is PMN's term for Palestinian children.

270. Since 1998, when PMN gave his famous speech at a local university during the Tiananmen Square massacre, Defendant Weissglas embraced his hero's racist agenda that all non-Jews had to be forcefully expelled from the OPT. His other hero is Mr. Weitz, the head of the first Israeli Transfer Committee whose job was to remove all Palestinians from the OPT.  Mr. Weitz is famous for his pro-genocide statements– "is this not the time to be rid of them (Palestinians)?" and "*The only solution is a land of Israel without Arabs.*" He candidly admitted that "the only way to…absorb 1.5 million European Jews into Palestine was to seize all Palestinian villages and ethnically cleanse them."

271. Mr. Weitz (Director of National Jewish Fund) openly started largescale ethnic cleansing operations. JNF's objectives were: a) destruction of villages as much as possible during military operations; b) prevention of any cultivation of land by them (i.e., the Arabs), including reaping, collection (of crops), picking olives and so on; c) settlement of Jews in a number of villages and towns so that no "vacuum" is created; d) enacting legislation (geared to barring a return); and e) making propaganda aimed at non-return.

272. In order to absorb 1.5 million European Jews into Palestine, he used AIPAC officials, corrupt IDF senior officials (bribe takers) in the OPT, Adelson and Kushner family money, and a close connection to Israeli based pro-settlement companies like AMANA which prepares forged deeds in order to sell homes in the OPT to naïve Jewish-American buyers in New Jersey. Like his fellow Defendants EFC, he relies on belligerent settlers to do his dirty work (ethnic cleansing and genocide) who are assisted by rogue Israeli army soldiers.

273. He has not only worked closely with the AMANA group, he has been working with the Jewish National Fund for some thirty-years, whose mission statement is to "acquire any lands, forests, and rights of purchase…in Palestine (for Jews only)." To crush the spirit of Palestinian parents, he along with PMN, ordered that 3,000 expensive hearing aid batteries being shipped to hearing impaired Palestinian children (students) be seized and locked up indefinitely in a warehouse as a form of "collective punishment."  *See* PIO, pg. 167. That conduct blatantly violates, *inter alia*, President Lincoln's Lieber Code, the Fourth Geneva Convention, the UN Charter and the Law of Nations clause in the U.S. Constitution.

274. In 2002, with Defendant Attorney Cardelius's assistance and The Moskowitz Family Foundation and Adelson family's financial resources, he saw to it that 8,269 Palestinians were removed from East Jerusalem and 580 Palestinian elementary schools were closed. He was and is a dedicated advocate for inflicting collective punishment on the Palestinian people, i.e., destroy airports, electric grids, vegetable markets, and water purification plants. *See* PIO, pg. 176.  Collective punishment is only one of the war crimes inflicted by Defendant Weissglas on the Palestinian civilian population.

275. *Defendant Weissglas had four significant achievements in terms of denationalizing the Palestinian people*. First, working with former PM Sharon, he devised the concept of a "temporary" apartheid wall which swallowed up at least 2,000 square miles of Palestinian property and hundreds of Palestinian villages–classic genocide. He instructed the architect to design the wall in such a way that would place as many Jews as possible inside the wall and as many Palestinians outside the wall.

276. His second achievement was to make sure all Palestinian issues were deemed to be off the table in terms of future Palestinian-Israeli peace negotiations. As PM Sharon's Senior Advisor, he boasted to the Israel newspaper, Ha'aretz, that the new Israeli government policy (which he and PM Netanyahu were architects of) supplies "the formaldehyde that is necessary so that there will not be a political process with the Palestinians" (his words). He explained that when you freeze the political process "you prevent the establishment of the Palestinian state and you prevent a discussion about the refugees, the borders, and Jerusalem. Effectively, *this whole package that is called the Palestinian state has been removed from our agenda indefinitely*." *See* PIO pg. 91-92. That is and has been PMN's,

the Adelson Family's, the Kushner family's, the Giuliani's and AIPAC's agenda for the past twenty years. It has now become President Trump's agenda.

277. Defendant Weissglas' <u>third</u> achievement was to make sure that the American public with the assistance of AIPAC's propaganda team [Defendants Gingrich, Giuliani, and Huckabee], would understand that Israel has no effective peace partner to engage in meaningful peace talks. According to Henry Siedman, former head of the <u>American-Jewish Congress</u>, "The Middle East peace process may well be the most spectacular deception in modern diplomatic history." He explained that "Israel's interest in a peace process – other than for the purpose of obtaining international acceptance of the status quo – *has been a fiction that has served primarily to provide cover for the systematic confiscation of Palestinian Land*." *See* <u>PIO</u> pg. 92. That is exactly what 700 Israeli Army veterans confirmed was their mission in the OPT. "Help the settlers steal as much Palestinian private property as they can." *See* <u>Our Harsh Logic</u>, pg 1.

278. The reason that this false notion has had such an impact on our Congress is AIPAC's ability to flood Congress with pro-Israel supporters (Defendants Giuliani, Gingrich, and Huckabee and non-party Senator McConnell) who deliver that message every day to congressional staff members, i.e., it's the Palestinians that are preventing comprehensive peace talks from taking place.

279. For his <u>fourth</u> achievement, Defendant Weissglas made it possible that the occupied territory's economic and cultural hub, i.e. East Jerusalem would be isolated from the rest of the territory through residence and movement restrictions. The goal was to further the explicit strategy of "Judaizing" the city and incorporating it fully into Israel. Palestinian

residents while subjected to Israeli jurisdiction and taxation, have been excluded from citizenship entitlements courtesy of Defendant Weissglas's activity.

280. He has been targeting Palestinians living in the Silwan area in East Jerusalem for expulsion for approximately twenty years. He works with the Jewish National Fund to Judaize East Jerusalem. Seth Morrison resigned from the JNF board because the expulsion of these families was a violation of human rights, he confessed that this was not an isolated case by any means. During that period, over 10,000 Palestinian/Jerusalem resident ID's have been revoked with tens of thousands more at risk. In December 2011, at Defendant Weissglas' request, the mayor of Jerusalem re-drew the city's municipal boundary in order to strip 70,000 Palestinians living on the eastern side of the apartheid wall of their Jerusalem resident status. That's called "ethnic cleansing" as defined by the U.S. State Department.

281. *His conduct can be understood in the context of Israel's famous master plan, i.e. the Allon plan (this is PMN's critical path methodology), which detailed visions of a greater Jewish Jerusalem*. This is no different than the criminal activity that Defendant Weissglas oversaw in the Jordan valley, i.e. he denied Palestinians access and development. After five decades of settlement and construction and illegal confiscation of Palestinian property, Israel remains in full control of 70% of the Jordan valley. Two-hundred thousand Palestinian residents used to live in the Jordan Valley, i.e. ethnic cleansing coordinated by Defendant Weissglas.

282. There are other Defendants named herein whose anti-Palestinian activities mirror the activities of the aforementioned individuals, e.g. donors Adelson and Gilbert. They have: (a) funded the Israeli Army which violates 18 US Code 960; (b) provided settlers with

funds necessary to buy body armor and M16s, sniper scopes, stun grenades, armored

military jeeps, which also violates 18 U.S.C. § 960, See Exhibit A; (c) they

enthusiastically support AIPAC's mission to rid the OPT of all non-Jews; (d) Mrs.

Adelson helped to negotiate the bribe agreed to by Defendant Trump; (e) they financed

settlers, giving $50 million a year from the Adelson family to Ariel and $5 million a year

from Gilbert;

283.  (f) every year they committed income tax fraud taking charitable deductions for buying

m16's and sniper scopes; (g) as loyal Zionists, they have pursued an Israeli-first agenda

justifying maiming, intimidating and killing Palestinians- a war crime; (h) helped

Defendant Gingrich and Limbaugh in spreading propaganda that there never was a

country known as Palestine; and (i) financed anti-BDS activities. Engaging in this

conduct had one purpose in mind- steal enough property so that a 2-state solution became

impossible to achieve PMN's ultimate goal.

## H. SUSAN LEVIN-ABIR'S ("SLA") ROLE IN THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE

284.  Defendant SLA has played an extraordinary role in the denationalization of the

Palestinian people for a number of reasons. Before she accepted the Executive Director

position with FIDF, Defendant Levin-Abir made no attempt to ascertain what the Israeli

Army actually does in the OPT. She also never talked with or met members of Breaking

the Silence Movement. In their book, 700 soldiers who actually served in the OPT shared

and apologized for the hideous conduct they engaged in in the OPT. They admitted they

watched settlers maim and murder Palestinians, destroy their olive groves, and destroy

their livestock.

285.  Because she never read "Our Harsh Logic" she failed to learn: a) 16 year old, new

recruits told by commanding officers, "fill Palestinian bodies with bullets" and "listen up,

moving up in the ranks depends on the number of Palestinians kills you notch on your

rifles."; b) veterans swore "fellow soldiers laughed at traumatized Palestinian children

defecating in their pants while seeing their parents brutally assaulted"; c) young recruits

just out of high school were instructed to "put the rifle barrel between the teeth of

wounded Palestinians and then blow their brains out."; d) they were "observed

slaughtering plow horses and sheep for the fun of it"; e) recruits were told to "delay, and

if possible, prevent emergency vehicles and ambulances from clearing checkpoints"; f)

they were ordered to "throw grenades and then shoot Palestinians in the head"; and g)

they were told to "inflict serious bodily harm, including loss of eyesight- aim for the

eyes" *See* <u>Our Harsh Logic,</u> pgs. 40, 77, 79, 102, 186, 228, 324, and 344.

286.  She has raised significant funds on U.S. soil which violates 18 U.S.C. §1956,

subsection G, and sending money overseas to support a foreign militia unit violates 18

U.S.C. § 1960. If she signed annual nonprofit tax returns, she has committed income tax

fraud. The funds she raises on U.S. soil are part of the financial resources the Israeli

Army relies on to maintain the brutal occupation and to murder innocent demonstrators at

the Gaza border. *See* <u>Boim v. Holy Land Found. for Relief & Dev</u>., 549 F.3d 685 (7th

Cir. 2008). Moreover, as Judge Scheindlin observed in Re Apartheid Litigation, an

individual aids and abets a tortfeasor when he or she renders "practical assistance" for

example, giving lots of money money, or "encouragement" hosting fundraising dinners in

south Florida featuring IDF heros.

287.  Without the support of the Israeli Army, settlers couldn't kill livestock, couldn't deposit severed goat heads on the lawns of farmers, couldn't feel up Palestinian women at checkpoints or molest them, couldn't burn down olive groves and mosques, and couldn't block the delivery of daily water supplies. As discovery will show, she raises millions of dollars for rouge members of a ruthless military unit that views Palestinians as "lice," "scum," and "beasts." Murdering them is easy because they are protecting the great homeland which Ben-Gurion stole from the Palestinians 75 years ago. There's also an economic consideration, i.e. a lot of army personnel bought cheap property in the OPT and have relatives who bought homes dirt cheap in the settlements. Thus, intimidating and killing Palestinians not only maintains the status quo in the OPT and minimizes Jewish casualties, it protects significant real estate investments.

288.  In the final analysis, it may be the case that Defendant Levin did not know the extent of the brutal criminal conduct she was endorsing, praising, financing, and/or sponsoring. However, ignorance of the law is no excuse. In fact, that specific defense was offered by Nazi war criminals at the Nuremberg trials and promptly rejected. Bottom line- Defendant Levin should have known better than to eagerly embrace the challenge of representing a military unit immersed in a never-ending conflict which kills innocent Jews, Christians, and Muslims on a daily basis. The real tragedy is that she may have to face a criminal charge in the future of being a war crime collaborator. The reason – anyone who aids and abets the commission of war crimes is a criminal himself. See Also, article 6 the Nuremberg Principles.  *See* UN Genocide Convention.

289. **THE OTHER DEFENDANTS NAMED HEREIN** have similarly financed, advocated, encouraged, and implemented on U.S. soil and in Palestine PMN's strategy to

rid the West Bank of all non-Jews and permanently colonize it with Jewish-only settlers. They support the organization "Honenu"–the U.S. based 501(c)(3) entity that pays for the defense of settler terrorists who have been convicted of maiming and murdering Palestinian civilians. Honenu officials raise millions of dollars on U.S. soil to: (a) have the best attorneys available to represent Jewish terrorists; and (b) pay a stipend every month to support the families of convicted settlers while incarcerated. For example, Honenu officials have been paying the family of the Jewish terrorist (with U.S. tax-payer money) who assassinated peacemaker PM Rabin $2,500 a month for the last twenty years.

290. This is terrorist financing banned by U.S. laws (18 U.S. Code § 2339 (C)) and such conduct has been condemned by the U.S. Congress, *but only when engaged in by the Palestinian leadership Jewish leadership gets a pass.* The only Jewish individual who has had the nerve to condemn Honenu's practice of subsidizing Jewish terrorists is Rabbi Jill Jacobs of the T'ruah organization. She compared such activity to the identical activity engaged in by Hamas.

291. Defendant Shoebat is in a separate category, of course. He is a terrorism profiteer who has misrepresented his status as an expert on Palestinian terrorism and has made thousands of dollars convincing first responders in North and South Dakota and Iowa that they need to be on the alert for Muslim terrorists. Like Defendant Giuliani, he is in favor of racial profiling for Muslims, and the way he makes money is to scare U.S. citizens located in the heartland, i.e. the Muslims are coming to take over your town and install Sharia law.

292. The funds that he has misappropriated originated with Homeland Security, the agency which sets a policy goal of assisting local communities, in terms of their efforts to combat international terrorism. Defendant Shoebat has been taking advantage of this situation for at least ten years. Other than his Palestinian heritage, he is a complete fraud.

293. All of these other Defendants adored Ben-Gurion, the founder of Israel. They agreed with his plan to take over all of Palestine and ignore the 1948 UN Partition Plan. *See* WIP, pg. 396.  They also embraced PMN's goal stated in 1989 as reported in the Jerusalem Post – i.e., large scale forced deportation of Palestinians from the OPT while the world media was focused on the developments in Tiananmen Square.

294.  They shared PMN's tourist minister's view of Palestinians as being "lice" and "carcinogen agents." *See* second stage of genocide and the fourth step of dehumanization. They also embraced the mission statement of the first ZOA conference which was to populate the state of Palestine with Jewish only settlers by military force.

295. All Defendants EFCC have repeatedly violated Executive Orders prepared by the Treasury Department and signed by Presidents Clinton and Bush, which prohibit the promotion or financing of violence in the Middle East. They actually believe that until the OPT becomes a pure sterile Jewish-only territory, accessed by Jewish-only "sterile" highways, they have a religious obligation to fund war crimes because it results in further ethnic cleansing of Palestinians. *See* eighth and ninth stages of genocide and steps three and four of dehumanization.

296. To this day, they have continued to fund illegal settlements and the Israeli army. They have no intention of ending their participation in AIPAC's annual $2 billion money

laundering scheme that they are involved in. They have no desire to see the Palestinians establish a separate state, adjacent to the state of Israel.

297. Defendants like Gingrich, Huckabee, Giuliani, and Shoebat, are peas in a pod. They have all labeled Palestinians as terrorists, have worked to frustrate the two-state solution, and believe that all non-Jews should be forcibly removed from the OPT. Just like Defendant Giuliani, Defendant Shoebat even advocates racial profiling. They all claim that Palestinians are not human beings, but "beasts" and have played a significant role in the denationalization of the Palestinian civilian population. They accuse the Palestinians of not having a culture, a history, a language, an identity, or any entitlement to a separate county.

298. Defendant Gingrich started the "back to Jerusalem" movement in 1994 and was responsible for sending Defendants Friedman and Greenblatt to Cleveland, Ohio to remove the plank in the Republican platform that called for a two-state solution. Shoebat is in a separate category because he functions as a profiteer and lectures first responders about the need to profile members of the Muslim community and monitor their activities. Like Defendant Guiliani, he supports the wholesale deportation of Muslims and refugees. He even advocates deportation where appropriate. He has abused the discretion afforded to Homeland Security to give out grants to individuals who are fighting the war against terrorism.

WHEREFORE, Plaintiffs ask for entry of a judgment in the amount of $1 billion dollars against each Defendant, based on the Defendants' intentional and criminal efforts to denationalize and dehumanize the Palestinian people, and prevent them from having their own country to live in. The Plaintiffs, like all Palestinians, as a direct result of the conduct engaged in by these

defendants are now considered to be terrorists by the U.S. public. They have had their homes and olive groves confiscated and destroyed, have seen their livestock and water wells poisoned with oat pellets soaked in rat poison (See <u>WIP</u>, pg. 158), have had siblings and children maimed and murdered, have been unlawfully detained, have had their homes (sometimes while still occupied) and mosques burned down, have not been able to live as a family unit, have been denied equal access to a potable water supply (*See* <u>WIP</u>, pg. 371), have been forced to live in overcrowded refugee camps on a two dollar a day stipend provided by the U.N. refugee agency (which Defendant U.N. Ambassador Haley recently eliminated), have had their religious freedom abridged, have been denied basic medical care, are on the verge of starvation which is the goal of Defendant Weissglas (*See* Defendant Weissglas's agenda), have seen their children stunted in growth, and  have been maimed and murdered when trying to demonstrate against the occupation as a direct result of PMN's racist policies. This is not speculation on Plaintiffs' part - lead Plaintiff Al-Tamimi's sister and brother-in-law were murdered by belligerent settlers for publicly opposing the occupation.

### SECOND CAUSE OF ACTION: ALL DEFENDANTS HAVE AIDED AND ABETTED RAMPANT GENOCIDE AND THE INSTALLATION OF AN APARTHEID REGIME IN THE OPT

299. Plaintiffs repeat and reallege paragraphs 1 through 276 as if fully stated herein.

300. An apartheid regime does not all of a sudden appear out of nowhere. Early signs of an emerging apartheid regime, for example discriminatory laws (right of return) ethnic cleansing or genocide, need some time to develop and take hold in the territory where the oppressed population lives. At an early stage of an emerging apartheid regime, the U.S. State Department's Manual on Genocide advises what steps leaders should take to ensure an apartheid regime is not established in the territory under their control. *See* <u>Exhibit B</u>.

301. Former PM's Sharon and Golda Meir and current PMN and members of the Kushner and Adelson families were not at all interested in halting the development of an apartheid regime in the OPT.  Working with their fellow defendants they were actually promoting, financing, and encouraging an apartheid regime in the OPT- "We must destroy any vestige of the Palestinians presence" -former PM Golda Meir. This was made possible by the funding coming from their pro-Israel partners in the U.S., i.e., phony pro-Israel 501(c)(3) charities which have been funding ethnic cleansing, genocide, apartheid, and theft of private property in the OPT for at least thirty years. They are "funnels" who do not operate soup kitchens or homeless shelters for deprived populations of urban centers.

302. There are classic signs that: (a) rampant genocide is already in place in the OPT, i.e. 49,000 Palestinian homes have been either confiscated or destroyed, (b) ethnic cleansing has occurred on a grand scale, i.e. 400,000 – 500,000 Palestinians have been forcibly removed from the OPT, and (c) an organized apartheid regime with a Jewish only population now exists in the OPT funded by pro-settlement donors and 501(c)(3)s based in the U.S., e.g., the Friends of the Israeli Army (Defendant's SLA's phony 501(c)3 funnel) or Friends of the Beit-El settlement (the first illegal settlement set up by Defendant Friedman).

303. There is abundant evidence today of a thriving apartheid regime in the OPT, i.e., there are two sets of laws, two penial systems, two transportation systems, two healthcare systems, and segregation and isolation of the Palestinian population into ghettos, refugee camps, and remote, unconnected villages. The exact condition imposed on Blacks in South Africa. There is a reason why only the Jewish settlements are linked up with super Jewish-only expressways the Palestinians on the other hand have to drive their cars on

sheep and donkey paths. This is identical to the Bantustan situation, which was prevalent in South Africa, i.e. isolated black population clusters are intentionally bypassed by the white racist rulers.

304. As a direct consequence of apartheid, discriminatory policies and practices, torture (securing a sewing thread to a male prisoner's scrotum and pulling on it), extended incarceration for kids so they can't see their attorneys until after they plead guilty) and other inhumane practices were crafted by PMN and Defendant Weissglas to intimidate Palestinians every day. For example, pregnant Palestinian prisoners have to deliver their babies with handcuffs on and kids have to eat sand and function as ash trays (burnt scalps) if they forget their national ID card. *See* WIP pg. 211-212. Also, possession of a Palestinian flag could mean 3 months in jail. *See* WIP, pg. 245.

305. They can't use public transportation or drive on "Jewish only highways," aka, "sterile" highways (*See* PIO, pg. 32), which link up Jewish only suburban communities, like the one owned by Ambassador Friedman, *The Beit-El Settlement*. Palestinians cannot secure the necessary yellow license plates which evidence state approved vehicle ownership. *See* PIO, pg. 201. The reason they are a distinctive yellow shade is because that enables settlers to shoot at any vehicle without those distinctive license plates and not worry about killing fellow Jews, just "beasts," as Palestinians are known as in the OPT.

306. If a Palestinian child has an emergency condition like appendicitis, it would take his father at least ten hours to prove to border security personnel that his son needed an ambulance. As a result, lots of kids die at checkpoints. *See* WIP, pg. 292. If he wants to live with his wife and kids, he faces a backlog of a hundred thousand applications for permission to do so. *See* PIO, pgs. 115-116. PMN is afraid that if Palestinian parents live

together, they will bring more "snakes" into the world–that's his term for Palestinian children, a sure sign of genocide. *See* <u>fifth stage of genocide as recited in the U.S. State Department's Manual.</u> This only one reason by PMN should be considered a war criminal.

307. If a Palestinian woman approaching a border crossing is pregnant and trying to get to a hospital, belligerent armed settlers will forcefully remove her from her vehicle or a taxicab and force her to deliver her child flat on her back on a dusty access road near a border crossing. As detailed in the book, "Witness (An American Jewish Woman) in Palestine," this is not a rare occasion. *See* also <u>PIO</u>, pgs. 49 and 179. The reason–settlers don't view Palestinians as human beings. They are "vermin and lice," "cockroaches in a bottle," "rats," and "beasts." *See* <u>PIO</u>, pg. 11. That is evidence that the second and third steps in the Denationalization campaign have been achieved.

308. These inhumane incidents are made possible because of: (a) the availability of numerous killing machines i.e., approximately 50-60 local settler militia units located all over the OPT and rogue elements of the IDF who train racist settlers and supervise their conduct and (b) the blanket immunity granted by PMN and Defendant Weissglas to rogue soldiers and settlers who enjoy maiming and murdering Palestinians. *See* <u>Lords of the Land</u> pg. 447. The result of that immunity policy according to senior IDF officials is that it removes any fear on the part of belligerent settlers from maiming and murdering Palestinians. *See* <u>Lords of the Land</u>, pg. 447. That is only one of PMN's racist policies.

309. The U.S. State Department has adopted and is guided by its Policy Manual on Genocide, a paper prepared by Dr. Gregory H. Stanton in 1998 who is a professor in genocide studies and prevention and is the President of Genocide Watch (when the U.S. State

Department initially adopted his manual on genocide, there were eight stages of genocide). Every U.S. agency, even the White House, is bound by the terms incorporated in the policy manual on genocide. Unfortunately, Defendants PMN and Weissglas, because of the massive financial support received from their U.S. based, phony 501(c)(3) partners (see Friends of the Israeli Army for example) and pro-settlement donors (Adelson and Kushner family members and donor Gilbert) have been able to achieve every stage in this Manual i.e., clear evidence of rampant genocide.

310. The Manual explains why Defendants like Defendants Gilbert and Hikind view Palestinians as being irrelevant. In their mind, Palestinians are not human beings and that justifies extra judicial killing, another indication of an apartheid regime and clear evidence of rampant genocide. The ability to view Palestinians or any civilian population controlled by an occupied army as irrelevant trespassers justifies maiming and murdering them, forcing Palestinian women to undress in public, delivering babies with handcuffs on, confiscating or burning down their places of worship, homes, and olive groves, and also poisoning water wells and livestock with rat poison. Palestinians are told every day that, "You are not human enough for Israeli leadership to care about you." *See* PIO, pg. 159.

311. Defendants PMN and Weissglas adopted and implemented all of these measures and use terrorist settlers to do their dirty work. They make sure that Palestinians can't rebuild homes on their own property or repair a water well or greenhouse, nor can they secure access to civil courts for their damages. The sole judicial remedy is to file a complaint in a military court. Palestinian homeowners e.g. can't complain if belligerent settlers come by and dump severed goat heads (their calling cards) in their front yard as part of a

campaign of intimidation. Intimidating a civilian population is classic international terrorism. *See* 18 U.S. Code § 2339 (C). Directly or indirectly, every Defendant has encouraged, financed, or intimidated non-Jews into leaving the OPT. For example, Defendant Levin-Abir has funded rouge IDF military forces and that funding has resulted in at least 100 extrajudicial killings of Palestinians and theft of thousands of acres of private Palestinian property.

312. Palestinians know based upon first-hand experience that military units are stationed in the OPT to protect settlers who look the other way when settlers murder livestock or poison water wells. As a consequence, Palestinian civilians know they have no remedy to pursue. Not only do Palestinian farmers see severed goat heads in their front yards on occasion, when target practice starts for settlers with no firearm experience, all Palestinians remain in their homes in case an errant bullet kills one of them. *See* General's Son, pg. 186. Her sister broke down crying and screamed, "her head just flew off and fell to the ground."

313. When armed settlers show up with IDF personnel and irate rabbis like Rabbi Saadya Grama waving a forged deed, homeowners are told to evacuate their homes, or they will be crushed to death while their home is being razed. This is a real concern because of the prevalence of forged deeds. *See* Israeli Government Report known as The Spitzer Database RE: "Scandalous Land Theft."  And for the right exorbitant price, a settler can procure and produce an original fraudulent deed in Hebrew. After a settler bought a new home, he proudly showed an author, Miko Peled, his deed; the response from the village elder was, "I know the mayor of this town and he didn't sign this deed." *See* General's Son, pg. 148.

314. Besides ethnic cleansing, another major component of an apartheid regime is genocide. Unfortunately, there is abundant evidence that PMN and Friedman have made genocide an everyday occurrence in the OPT and their conduct specifically fits into the criteria listed in the U.S. State Department Genocide Manual. That conduct also fits within the parameters of the genocide complaint filed recently by the country of Gambia. *See* ICJ Gambia Genocide Complaint. The first stage is known as "classification" and it involves labeling the Palestinians as "beasts," "lice," "carcinogens," "cockroaches in a bottle," "snakes," and "bloodthirsty savages"; that's pretty common and serves to affirm the occupier's belief that the occupied people are not really human beings. *See* PIO, pg. 11.

315. Rabbi Yaccon Perron, summed up the situation perfectly, "One million Arabs are not worth a single fingernail of an Israeli soldier." And according to a prominent settlement advocate, if they wanted to preserve their property, belligerent settlers will have to "Kill, kill, kill them all." (See earlier citation). Settlers and young recruits are constantly reminded that Jews are superior to all other people in the world, especially Palestinians. *See* Step 1 in Dehumanization. "Arabs and Orientals are not as valuable as Zionists and don't deserve their own country." *See* PIO pg. 242. Israeli Air Force Pilot Shapiro (author of the "Pilot's Letter") after complaining about dropping three-thousand-pound cluster bombs on innocent Palestinians, was told by his commanding officer that "Don't worry-Jews are superior to dirty Arabs."

316. As this Court is probably aware, there are numerous conventions, domestic and international, that reference apartheid and genocide. One concept that Americans hold near and dear for example is the "Law of Nations" doctrine which appears in the U.S. Constitution. That is the only Human Rights Convention that appears in the Constitution.

All of the criminal activities engaged in by the Defendants named herein EFC have violated the Law of Nations Convention directly or indirectly.

317. *Genocide is a process that develops in stages that are predictable but not guaranteed to happen* according to Dr. Stanton because at each stage, preventive measures can stop the spread of genocide. However, PMN and Defendant Weissglas and their financial partners in the U.S., like donor Gilbert, the Adelson and Kushner families never had any interest in doing so.  Nor did former PM Sharon or Golda Meir -"We must wipe out every trace of Palestinian villages." *See* <u>PIO</u>, pg. 253. Analysis of genocide starts with the assumption that all cultures have categories to distinguish other people from "us"–by ethnicity, race, religion, or nationality. For example, Nazis and Jews, Hutu and Tutsi, Slaves and Plantation owners, and Dutch property owners and Darkies.

318. The preventive measure necessary to counter the first stage of classification is to develop universalistic institutions (interfaith conferences, "we are all God's people, "we can all live under the same tent)" that transcend ethnic or racial division and promote tolerance and understanding. This search for common ground is vital to the early prevention of genocide. The Defendants, EFC, have encouraged, promoted, and financed polarization of the Jewish and Palestinian ethnic groups, consistent with settlement advocate's advice, "We must kill, kill and kill all Palestinians." See earlier citation. <u>Query</u>: what kind of message does that send to 14-year-old children growing up and raised by belligerent settlers?

319. <u>The next stage is symbolization,</u> when symbols are attached to the classification categories. Leaders like PMN and Defendant Weissglas label Palestinians as "terrorists" and "savages."  Classification and symbolization, however, do not necessarily result in

genocide, unless they lead to the devastating stage of dehumanization which is now the case in the OPT.

320. When combined with hatred, symbols will be forced upon unwilling members of the victim groups, i.e., national ID cards for Palestinians, the yellow star for Jews of the Nazi rule and the blue star for the eastern people of Cambodia. To combat symbolization, hate symbols can and should be legally forbidden by government leadership as well as hate speech. PMN and Defendant Weissglas have made no attempt to outlaw hate speech or symbols. They rely on 150 check points and on the national ID registration program. To the contrary, they and their financial partners located in the U.S. (donor Gilbert, Kushner and Adelson families) admire the progress that PMN's genocidal campaign has accomplished in the OPT and are willing to fund the campaign until every non-Jew has been forcibly removed from the OPT. Defendant Gilbert like Sheldon Adelson has made it clear that his net worth ($6 billion) is available to fund that criminal activity.

321. A dangerous stage of genocide is discrimination. The dominant group enacts new legislation, laws and customs and exercises political power to deny the rights of another ethnic group. For example, Israel passed the Right of Return law, which means a Palestinian who was born in Jerusalem has no right to visit his home since he is not Jewish. Another example is the Nuremberg laws of 1935 in Germany, which stripped Jews of their citizenship and prohibited their employment by government and universities. This identical practice was employed by the South African apartheid regime.

322. According to the State Department, discrimination on the basis of nationality and ethnicity, race and religion, should be outlawed at this stage and individuals should have the right to sue the state, corporations, and individuals if their human rights have been

violated. That is an impossibility for Palestinians living in the OPT due to the restrictions imposed on them by PMN's apartheid regime. That's the way PMN and Defendant Weissglas have structured the apartheid system in the OPT made possible by the substantial financial support and practical assistance and encouragement rendered by their U.S. partners- the Defendants named herein.

323. The "no going back" stage in genocide is the stage of dehumanization. This occurs when one group denies the humanity of another group which is the case today in the OPT. Palestinians are equated with "animals," "lice and vermin" *See* PIO pg. 11, "drugged roahces in a bottle", "insects" or even life-threatening diseases like "cancer." *See* Israeli Lobby, pg. 89. Dehumanization plays a vital role- it overcomes the normal human revulsion against murder. At this stage, hate propaganda is in print and on the radio.

324. *See* Defendant Newt Gingrich's section in this lawsuit and the nature of his buddy's (Rush Limbaugh) propaganda. They claim that there was no country known as Palestine, that Palestinians are not human beings and don't deserve their own State. Every day they portray Palestinians as "savages" intent on murdering their peaceful Jewish neighbors. They even repeat on a daily basis PMN's warning that Palestinian terrorists will eventually be bombing U.S. shopping malls, cafes, and pizza parlors. *See* The Israeli Lobby, pg. 61. That is the classic "beware the Muslims are coming to impose Sharia Law."

325. Today, the victims happen to be the female "squad" representatives (Congresswoman Omar and colleagues) recently elected to the House who president Trump basically has labeled "traitors." He has accused them of harboring an anti-Semitic agenda because they disagree with Israel's occupation and exposed AIPAC's covert national political

campaign funding network. *It's important to note, that according to former Israeli Education Minister Shualmit Aloni, labeling a US-based Israeli critic as an anti-Semite is a "trick"*, devised by PMN and AIPAC officials years ago. In Europe, AIPAC officials call them "Holocaust deniers." In either case, the purpose is the same- to discredit them as religious bigots. The strategy has been very successful- just ask former CNN commentator Mark Lamont Hill.

326. Dehumanization at this time should not be confused with protected speech-a defense that Defendants named herein will undoubtedly assert. *Genocidal societies lack constitutional protection* for countervailing speech and need to be treated differently than democracies if full blown genocide is not to develop. Unfortunately, that is the case today in the OPT. All Defendants, EFC, are elated that this particular stage of genocide has been achieved and stand ready to fund all future stages of genocide, courtesy of the US-based phony 501(C)(3)s that they have set up.  The Adelson family's phony non-profit is called "Friends of Ariel." There are approximately 150 "Friends of XYZ settlement" organizations now operating on U.S. soil and funding ethnic cleansing and genocide in the OPT. For example, the Adelson family has sent $50 million to the illegal settlement known as Ariel in charitable donations to promote theft of private property, genocide and ethnic cleansing in the surrounding areas.

327. At this stage, international human rights agencies (The UN and Amnesty International) typically condemn the use of hate speech and make it culturally unacceptable, a concept that PMN, AIPAC officials, Defendant Weissglas, and Defendant Trump obviously reject. They don't think that leaders who incite genocide should be banned from international travel and have their finances frozen, even though PMN has authorized

young Israeli soldiers: (a)  to tell the local Palestinian population, "we have come to annihilate you;" and (b) blow the brains out of injured Palestinians while still alive. *See* <u>PIO</u> pg. 306.

328. Also at this stage, hate radio stations should be shut down and hate literature banned. Hate crimes should be punished because otherwise there will be no deterrence and genocide will flourish- "the army goes through all the procedures. We arrest a Jew (who murdered a Palestinian kid). He goes to court and the judge releases him "and when Justice is not exacted there is no deterrence." *See* <u>Lord's of the Land,</u> pgs. 380-381.

329. <u>The next stage is organization</u> with the state using local militia units to do their dirty work, i.e., maim and murder Palestinians and provide deniability of state responsibility. *See* <u>The Janjaweed Movement in Darfur</u>. Sometimes the organization is informal (Hindu mobs led by local RSS militants or decentralized terrorist groups). A special army unit (in our case local settlement militia units) is often trained to provide state leaders deniability of responsibility. If things get out of control, which according to 700 Israeli veterans based on their sworn statements is the case in the OPT, ("we can't control the settlers-- they do anything they want") plans are made for random extrajudicial killings of civilian demonstrators. That is what has been occurring at the Gaza border for the last three years.

330. At this stage, membership in these militia units should be outlawed, something that PMN, Defendant Weissglas and AIPAC officials would never tolerate. The settlers are encouraged by extremist Israel-based Rabbis who condone the killings of Palestinian civilians. For example, "a million Palestinian lives are not worth a single fingernail of an Israeli soldier." According to these Rabbis, it is a religious duty to kill Palestinians. These Rabbis should be denied visas for foreign travel and the UN should impose arms and

travel embargoes on governments and citizens (who are involved in genocidal massacres). Commissions should be set up to investigate serious human rights violations as was done in post-genocide Rwanda in 1994.

331. However, Defendants PMN and Weissglas, protected by AIPAC officials, the Israeli Ambassador, and Senator McConnell, have rejected every suggestion that an independent panel or commission be set up to investigate war crimes.  Senator McConnell has been instrumental in making sure that such commissions are not set up. His reward- an instant $20 million in campaign contributions show up mysteriously every two years from the Adelson family. PMN, the Adelson family and AIPAC officials have made sure that Senator McConnell does not allow any bills to be voted upon, which authorize the UN or Amnesty International inspectors to enter Israel and assess whether war crimes have occurred. *See* "denial" stage in the State Department's genocide manual.

332.  Eventually genocide reaches to the stage of polarization. In the case of the OPT, extremist Rabbis who suggest killing Palestinians is a religious duty drive the groups apart and literally encourage slaughtering members of the other faith. Hate groups broadcast polarizing propaganda and hope that leads to a break down in societal values. The last stage in the genocide campaign to set up an apartheid regime- the final solution.

333. Leaders like PMN and Defendant Weissglas often try to cover up their real intentions by referring to their goals as ethnic cleansing, purification, or counter terrorism efforts. When asked about the $5 billion subsidy given to Israel each year, PMN has repeatedly told President Trump that those moneys support expensive counter terrorism measures which are necessary to cleanse the OPT of all terrorists, i.e. non-Jews. Defendant Trump

only applies these types of restrictions to countries like South Korea who have to pay for U.S. defense support. Israel secures blanket U.S. protection for free.

334. PMN and his colleagues indoctrinate the local Jewish population with fear of the victim group i.e. Palestinians are "murderous thugs," who want to kill innocent Jews and rape Israeli women. AIPAC officials, Defendants Gingrich, Giuliani, Huckabee and Shoebat have been spreading this vile message in the U.S.A. for at least twenty years. *They shouldn't be dismissed as mere cheerleaders*. They have intentionally financed or implemented PMN's plan to install an apartheid regime in the OPT, which meant extensive ethnic cleansing and genocide and they serve as role models to young, angry 14-year-old settlers who feel justified in maiming and murdering Palestinian neighbors. Pouring wine over Palestinian women is a daily occurrence and a defilement in the Muslim faith. (See picture of young settler doing just that in attachment to the lawsuit Abulawa v. Treasury Department, DDC US District Court).

335. As the State Department has explained, the victims of genocide are segregated into ghettos or confined to a famine struck region and starved to death. *See the Open-Air Prisons located in Gaza*, (Former PM Olmstead's words). Genocidal killings are common because they destroy part of the targeted group. At this late stage a genocidal emergency must be declared by State officials. Something of course that PMN and AIPAC officials will not allow.  That's another indication of a genocidal pattern being played out with the approval of Defendant Trump- he is a "collaborator".

336. At this time, humanitarian assistance should be organized by the UN and private relief groups for the inevitable onslaught of refugees to come. Of course, former UN representative Haley (Israel's second ambassador), a non-party, AIPAC officials,

Ambassador Friedman, and Defendant Kushner will make sure that these private relief groups are not funded. These individuals are not interested in protecting the civilian population in the OPT which is their affirmative obligation as a fiduciary under Article 73 of the UN Charter (a document which non-party Haley apparently has never read). Their rationale- who cares? Palestinians do not warrant protection because they are not human beings and deserve to be expelled from the OPT. They believe, "a good Arab is a dead Arab." *See* <u>The Israeli Lobby,</u> pg. 89.

337. Not protecting the civilian Palestinian population is the reason why the massacre of the Dawabsheh Family (the lead Plaintiff herein) occurred. Young settlers, funded by a number of phony U.S. based 501(c)(3)'s, received sufficient funds to purchase first class night vision goggles ($9,500 a piece) which enable them to operate in the dark. Rabbi Jill Jacobs, with the T'ruah organization, has condemned this atrocity, comparing it to international terrorism. At this stage only rapid and overwhelming armed intervention can stop genocide which AIPAC officials and Senator McConnell would not allow.

338.  The standing <u>UN High Readiness Brigade</u>, or the <u>EU Rapid Response Force</u> should be authorized to act by the UN Security Council. If the UN is paralyzed, which AIPAC officials, PMN, Defendant Friedman, and Kushner will make sure is the case, regional alliances must act. <u>The last stage in the genocide cycle is denial</u>- the surest indication that massacres have occurred. Covering up such evidence is a good way to advance deniability.

339. For the court's edification, the <u>Second Apartheid Convention</u> and the <u>Rome Statute ICC</u> have clarified the crime of apartheid. It is institutionalized element involving a state sanctioned regime of law, policy, and institutions (illegal settlements) that distinguishes

the practice of apartheid from other forms of prohibited racial or ethnic discrimination involved by the state. No one disputes the fact that the OPT is controlled by a thirty-year-old state-sanctioned regime, headed up by war criminal PMN and funded by the Defendants, EFC.

340. Article 2 of the Apartheid Convention provides the most detailed list of practices that are discreet human rights violations in themselves which may amount to acts of apartheid when committed in a systematic fashion in order to maintain domination by one racial group over another.  Article II of the Convention lists inhumane acts which amount to apartheid assuming they are committed in order to establish and maintain domination by one racial group of persons over any other racial group of persons. For example, a separate set of laws, a separate set of judicial systems, a separate transportation network, and a separate penal/incarceration system. Congresswoman McCullum, D. Minnesota, in referring to the "Nation State of the Jewish people law" (US Ambassador Friedman's work product) stated that "*Friends, the world has a name for th*at form of government that's codified in the nation state law, and it's called apartheid."

341. In the context of UN efforts at eradicating all forms of racial discrimination, UN officials view apartheid as a pernicious manifestation of racial discrimination which is contrary to one of the most important guiding principles of The Law of Nations, i.e., respect of human rights and fundamental freedoms without distinction as to race. That concept is enshrined in the US Constitution, the Bill of Rights and in Israel's War Crimes Statute. That principle has also been set out in Article 55 UN Charter and Article 2 of the International Universal Declaration of Human Rights. That principle of equal rights for

all has never been challenged in 250 years until Donald Trump became President and non-party Haley became the U.S., UN Representative.

342. Other prima facie evidence that an apartheid regime exists in the OPT includes Israeli leadership having reserved 93% of Palestinian land for Jews only. One hundred fifty-four countries, including America, had concluded this evidence alone constituted evidence of an apartheid state. The South Africa Population Registration Act, comparable to the Israeli Law of Return, identified the "darkies" known as Palestinians in the OPT, who would be allowed to live in their reserved land area, not the white man's reserved land area. *See* WIP, pg. 364. Archbishop Tutu has provided additional evidence about the existence of the apartheid regime. *See* Article "Desmond Tutu: Israel Guilty of Apartheid in Treatment of Palestinians" by Jerusalem Post Staff, March 10, 2014.

343. There is abundant evidence that an apartheid regime has taken hold in the OPT which has had enormous consequences for the Palestinian population. Number one, as part of a collective punishment campaign barred by the Fourth Geneva Convention, hearing impaired Palestinian children are denied the use of expensive hearing aids already paid for by European countries specifically for Palestinian kids. *See* PIO, pg. 167. Number two, Palestinians, if they're lucky, receive 17% of the daily water supply provided to settlers and settlers protected by IDF soldiers block water company deliveries to aggravate that problem. *See* PIO, pg. 176. As a result, Palestinian kids have the highest rate of dysentery in the world. *See* PIO, pg. 176. That's a vital component of Defendant Weissglas' agenda to put all Palestinians on a strict low protein intake diet. The result-stunted physical growth in Palestinian children. *See* PIO, pg. 204.

344. Number three, collective punishment (a war crime) is meted out to Palestinians on a

daily basis, i.e., destruction of airports, electric grids, water purification plants, vegetable

markets, greenhouses, and emergency clinics. That's the fabric of Palestinian everyday

life. Former PM Barak has encouraged maximum destruction of the Gaza infrastructure.

*"We must destroy as much infrastructure as we can in the next 24 hours." See* The Israeli

Lobby, pg X. Despite this admission, Defendant Trump sees no need to require Israel to

pay for the rebuilding of the OPT infrastructure.

345. Number four, Palestinians cannot access Israeli civil courts. As a result, they cannot

challenge forged deeds or illegal military orders, confiscating their homes and olive

groves. Number five, at checkpoints they are subject to cruel and unusual treatment (*See*

PIO pg. 49, 179), i.e., females are forced to undress, are felt up by young settlers, and

kids have to kiss the boots of settlers and Israeli soldiers.  Kids also have to eat sand if

they forget their national ID cards or are covered with bleach or urine as punishment. *See*

WIP, pg. 308. Thirteen babies have died at such checkpoints while their mothers sought

transit permission unsuccessfully. *See* WIP, pg. 78.

346. Number six, Palestinian farmers are not allowed access to their olive groves, which

overnight are deemed to be in a "closed" military zone. Number seven, former UN

Ambassador Haley and US Ambassador Friedman have denied Palestinians the financial

assistance to buy modern first-class dialysis units, MRI equipment, and chemotherapy

facilities, a clear indication of genocidal intent. *See* WIP, pg 292. President Trump,

months before he was inaugurated, aided and abetted by Gingrich, Huckabee, Giuliani,

and non-party Haley, decided to make that a reality.

347. <u>Number eight</u>, Palestinian hospitals, including the Nasser facility, are routinely denied the right to import essential medicine like penicillin and antibiotics and set up reserves. See <u>PIO</u> pg. 167.  <u>Number nine</u>, fifty to one hundred days a year, Palestinians are locked down due to twenty-four-hour curfews, sometimes imposed with a 1-hour notice.  No school, no hospital care, no cars, no commerce at all and no warnings so that the civilians can prepare for this catastrophe.  <u>Number ten</u>, Palestinians receive limited food rations. Defendant Weissglas has admitted he put them on a survival regimen.  They can't even secure a permit to start a vegetable garden. <u>Number eleven</u>, because of Prime Minister Netanyahu and Weissglas' policies, settlers or their children cannot be arrested or prosecuted for murdering Palestinians.  *See* the article, <u>"Settlers Can Get Away with Murder,"</u> written by Asa Win Stanley.

348. <u>Number twelve</u>, Palestinians can't travel on Jewish-only highways, attend Jewish-only schools, be admitted to Jewish-only hospitals, or live in Jewish-only settlements. *Each settlement has an absorption committee whose members will choose which Jewish family (infidels need not apply) will be allowed to purchase a home in the settlement.* That's how PMN's family was approved by Defendant Ambassador Friedman for buying a cheap home in the Beit-El settlement. <u>Number thirteen</u>, Palestinians are not allowed to pull building permits to construct a new home on their property. Settlers will report that activity and their home will immediately be destroyed, sometimes with family members inside.

349. <u>Number fourteen</u>, the local Israeli water authorities do not provide a sufficient clean water supply which will prevent dialysis machines from breaking down by the inevitable build-up of blood and other fluid sediment in connecting tubes–that means almost certain

death for Palestinian kidney patients, *See* WIP, pg 292. Number fifteen, Christian complexes like Beit Albaraka, located near Bethlehem, other Christian social centers, and Palestinian mosques are routinely confiscated or burned down to accommodate new settlers. The message is "God gave us this property and you are a trespasser". See the role played by Defendant Attorney Cardelius in East Jerusalem as described herein that violates the Hague Convention and the Fourth Geneva Conventions.

350. *The United States Congress, on numerous occasions, has condemned the policy of apartheid*. It has even curtailed foreign assistance to countries that adopt an apartheid regime.  The reason- Apartheid is anathema and is in direct conflict with the fundamental values that America stands for in the world- "all men are created equal."  The U.S. State Department has condemned that abhorrent practice also.  *See*, e.g., Comprehensive Anti-Apartheid Act, 22 U.S.C. § 5011, repealed by South African Democratic Transition Support Act of 1993, 22 U.S.C. §5001 note (describing apartheid policies that the United States directly opposed). *See also* 22 U.S.C. § 5020(a)(1), repealed by 22 U.S.C. § 5001 note *("The Congress finds that the policy of apartheid is abhorrent and morally repugnant.")* This, of course, means nothing to Defendant Trump or to Secretary of State Pompeo, who has been literally replaced by Ambassador Friedman in terms of dictating State Department policy in the Middle East.

351. As numerous international scholars have opined just like genocide, *ethnic cleansing is a vital component in terms of establishing a policy of apartheid*. The U.S. State Department defines "ethnic cleansing" as the "systematic and forced removal of the members of an ethnic group from communities in order to change the ethnic composition of a community in a given region." This is a restatement of the principles codified by the

Nuremberg tribunal.  At least 400,000 Palestinians have been forcibly removed by belligerent settlers from the OPT and are now stateless starving refugees living in either Gaza or Jordan. Defendant Huckabee is on record stating that all non-Jews in the OPT should be shipped over to Jordan – a violation of seven international conventions. Since he has aided and abetted in the commission of war crimes he can also be indicted as a war criminal.

352. Another vital component in terms of establishing a policy of apartheid is the infliction of cruel, inhumane, and degrading treatment on the civilian population. For example, settlers still put out their lit cigarettes on the scalps of Palestinian children, according to Amnesty International investigators and dump bleach and urine on them for throwing stones at them. The international norm forbidding CIDT is enshrined in the United Nations Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment ("CAT"), a nearly universally accepted multilateral treaty.  CAT states, "Each State Party shall undertake to prevent in any territory under its jurisdiction other acts of cruel, inhuman or degrading treatments or punishment which do not amount to torture…, when such acts are committed by or at the instigation of or with the consent or acquiescence of a public official or other person acting in an official capacity."

353. Israeli state actors, protected by AIPAC officials and Senator McConnell, have taken no steps to prevent the occurrence of inhumane acts. For example, Israeli soldiers still force Palestinian children to eat sand and kiss their boots because they forgot their national ID card. In fact, using the $2 billion dollars in laundered funds sent to them every year by their U.S. financial partners, they have continued to finance ethnic cleansing, genocide, theft of private property, and wholesale violence in the OPT. State actors have convinced

belligerent settlers to do their dirty work, i.e. inflict wholesale violence on their Palestinian neighbors. This activity is financed by their partners, U.S. based Israeli settlement advocates. The goal is to exterminate or forcibly remove all non-Jews who choose to remain in the OPT consistent with PMN's genocidal campaign which started in 1998.

354. A question this Court will eventually have to address concerns whether the Defendants herein, based upon daily articles in Ha'aretz, Amnesty International reports, four official Israeli government reports on settlements, numerous visits to the OPT, the publications of Our Harsh Logic and 1990 Vanity Fair Article authored by Pulitzer Prize Mr. Hedges, should have known of the theft of private property, the poisoning of water wells and livestock, the burning down of homes and olive groves, and the extra-judicial killings authorized by Defendant PMN. In other words, did they, like Defendant Levin-Abir, in any substantial manner, encourage, aid, abet, or finance war crimes alleged herein.  It's difficult to conceive how funding the settlement enterprise with $2 billion each year is not itself prima facie evidence that they aided and abetted war crimes in the OPT. *See* Boim v Holy Land Foundation for Relief and Development.

355. Based on international criminal law, the acts of "aiding and abetting" requires practical assistance, encouragement, or moral support which has a substantial effect on the perpetration of the crime." *See* In re South African Apartheid Litigation, 617 F. Supp. 2d 228 (S.D.N.Y. 2009). As has repeatedly been alleged in this lawsuit, besides funding the settlement enterprise with $2 billion dollars every year to inflict war crimes on the Palestinian civilian population, they also send $100 million a year to the Israeli Army. They advertise fundraising galas and host them at the Waldorf Astoria in New York City

and the Hollywood Bowl in Los Angeles, where in one night they can raise $60 million

for the Israeli army and settlements looking for sponsors. Settlement leaders mingle with

the crowd and visit tables and promise "charitable deductions" for killing Palestinians

living in the OPT. Defendants like Kushner, Gilbert, and Levin-Abir distribute video

clips extolling the virtues of the IDF.

356. As Plaintiffs repeatedly allege herein, all of the Defendants, directly or indirectly, have

knowingly supported arms trafficking, the purchase of sophisticated military equipment

for use by settlement militia members and have furnished settlements with the necessary

funds to provide weapons to the local militia unit to perpetrate genocide and ethnic

cleansing and the theft of 4,400 hundred square miles of private Palestinian property.

Thus, the Defendants have rendered "practical assistance" (lots of money) to support the

settlement enterprise and the extermination or removal of all non-Jews living in the OPT.

Without the funds supplied by US donors, settlement leaders could not afford to spend

$35,000 to buy an armored military jeep to monitor the activities of surrounding

Palestinian farmers and shoot at trespassers.

357. Defendants like Gilbert and Levin-Abir knew that the practical assistance that they

rendered to rouge IDF commanders would result in serious consequences for the

Palestinian population, including ethnic cleansing, genocide, and wholesale violence in

the OPT. Query: what would stun grenades, sniper vision, and night vision goggles be

used for? PMN and his U.S. partners have been using belligerent settlers to do their dirty

work (theft of Palestinian property) in the OPT for at least twenty years. Every year when

U.S. donors visit Palestine, they meet with settlement leaders. They are given slides

showing that extensive theft of private property has occurred in the OPT.

358. This was confirmed by Israeli soldiers in the book, "Our Harsh Logic." It was also confirmed in four separate, official Israeli government reports. One report, known as the Spitzer Report, referenced the "scandalous land theft by settlers." In addition, they knew that Israel's top criminal Prosecutor, Ms. Sasson, tasked by former PM Sharon, had come to the same conclusion when she authored her report on the criminal activity engaged in by settlement leaders and pro-settlement government officials. She recommended that they be prosecuted for violating multiple Israeli criminal laws based on the practice of preparing and filing forged deeds.

359. After an extensive analysis, Judge Scheindlin concluded that customary international law requires that an aider and abettor know that his actions will substantially assist the perpetrator in the commission of a crime or tort in violation of the law of nations. *See* In re South African Apartheid Litigation, 617 F. Supp. 2d 228 (S.D.N.Y. 2009). They had to know they were aiding and abetting the commission of war crimes for a number of reasons, including the fact that the Harretz newspaper would chronicle human rights abuses in the OPT almost every day. They also knew what was going on in the OPT because, *inter alia,* Israeli army officials, during fundraising events held on U.S. soil, even showed video clips of abandoned Palestinian villages, schools and hospitals and new settlements. IDF soldiers boasted of multiple killings in order to defend greater Israel.

360. Also, most of the Defendants, if not all, have visited the OPT every year to observe how much progress settlement leaders made in terms of expanding the settlements and forcibly removing their Palestinian neighbors.  Some even have second vacation homes in the OPT. They could see how the apartheid regime was effective in terms of

controlling the growth of the Palestinian population. i.e. empty and abandoned villages, no olive groves, no commercial activity, and no children ("snakes") on the playground or in kindergarten.

361. *"Inhumane acts" are further defined as actions of a character similar to murder, extermination, enslavement, deportation, imprisonment, torture, sexual violence, persecution against any identifiable group, or enforced disappearance.* Belligerent settlers and rogue Israeli army soldiers engage in these inhumane acts almost every day in the OPT and they repeatedly enjoy, for example, destroying Palestinian homes using armed Caterpillar tractors even if they know that Palestinians are living inside. *See Sergeant Nissin's comments explaining how much he enjoyed the intentional destruction of Palestinian homes knowing there were human beings inside, which is cited in the book* Palestine Inside Out. *Pg. 183-184.* His only regret was that he did not destroy the entire village. His admission constitutes the opinion of Defendant Levin-Abir who thinks the Israeli Army is the most civilized army in the world.

362. Veteran South African anti-apartheid campaigner Archbishop Desmond Tutu, has compared the situation in Palestine with that of South Africa under apartheid, "*yesterday's South African township dwellers can tell you about today's life in the occupied territories*, to travel only blocks in his own homeland, a grandfather waits on the whim of a teenage soldier. More than an emergency is needed to get to a hospital. Less than a crime (possession of a Palestinian flag earns a trip to jail.) *See* PIO, pg. 291. The lucky ones have a permit to leave their squalor and work in Israeli cities, but their luck runs out when security closes all checkpoints, paralyzing an entire people." He concluded, like a lot of international scholars, that "the indignities, utter dependence, and

pent-up anger are all too familiar (with the South Africa apartheid condition). PIO pg. 291.

363. Apartheid results in a Palestinian teenager who had grown tired of throwing stones asking "What would you do if the walls were closing in on you, your brother is dead, your father is in jail, no job, and school is closed?  What if your olive groves were uprooted and settlers urinated and defecated in your water source?  *Would you kill yourself by intentionally attacking a border guard*?" *See* WIP, pg. 87. These are real, permanent, emotional scars which have developed and metastasized because of the apartheid regime installed by PMN, with the financial assistance provided by his US-based partners- the Defendants.

364. The fact that a regime of apartheid has been established in the OPT comes as no surprise to former Israeli Attorney General Michael Ben-Yair. Eighteen years ago, he had concluded that "with the excuse that we need to occupy the West Bank for security reasons, we have turned it into a colonial state. The West Bank has remained an occupied territory for over 47 years. *During this period, we have ignored international treaties, expropriated private property, moved Israeli settlers from Israel into the OPT, and engaged in acts of disinheritance and theft*."  This activity could not have occurred, especially ignoring international treaties, without the cooperation and financial support of the Defendants and the influence wielded by AIPAC officials in Washington, D.C., because they and the Adelson family own U.S. Senators McConnell, Cardin, and Ruben.

365. Former Attorney General Ben-Yair is not alone in that conclusion by any means. Shulamit Aloni, former Minister of Education, has opined that the "State of Israel practices its own quite violent form of apartheid with the native Palestinian population."

She stated that "through its army the government of Israel practices a brutal form of apartheid in the territory it occupies."  An example thereof is Defense Minister Ya'alon barred Palestinian laborers from using Israeli public transport.  Ha'aretz's editorial opined that "the minister's decision reeks of apartheid, typical of the Israeli occupation regime in the territories. *One of the most blatant symbols of the regime of the racial separation in South Africa was the separate bus line for whites and black.* Now Minister Ya'alon has implemented the same policy in the Occupied Territories."

366. If there was any doubt that a state of apartheid exists in the OPT, a major study published in 2009 by <u>Human Sciences Research Council of South Africa</u> dispels that doubt.  This is by far the most comprehensive apartheid project undertaken to date.  It showed that the increasingly widespread references to apartheid in the OPT are not merely rhetorical.  They have a solid foundation in the law—the <u>Apartheid Convention of 1973</u>, which builds on the <u>1965 Convention on the Elimination of All Forms of Racial Discrimination</u>.

367. The conclusion the study offered was "that of two populations living separately and unequally in the OPT with different housing provisions, separate school systems, separate transportation systems, and two completely different legal and administrative systems. *The implementation of a colonial policy* by Israel has not been piecemeal but systematic and "comprehensive."  *See* Pic. Pp S 407 308.  That is the identical opinion which will be rendered by Plaintiffs' expert in his Fed. R. Civ. P. 26(b) statement.

368. According to John Dugard, Emeritus Professor International Law at Leiden University, "There exists in the OPT an institutionalized and oppressive system of Israeli domination over the Palestinians as a group; that is a system of apartheid." *See European Journal of*

*International Law, Volume 24, Issue 3, August 2013, Pages 867–913)*. In November

2011, the <u>Russell Tribunal on Palestine</u> sitting in Cape Town found that "Israel subjects

the Palestinian people to an institutionalized regime of domination amounting to

apartheid as defined as under international law."

369.    <u>The International Convention for the Elimination of All Forms of Racial</u>

<u>Discrimination</u> declares that "*Apartheid is a crime versus humanity which is subject to*

*universal jurisdiction."*   The Convention obliges State Parties to adopt legislative

measures to suppress, discourage, and punish the crime of apartheid.  Israeli leadership,

especially Defendants Weissglas and PMN, have taken no steps to suppress or punish the

crime. The crime of apartheid is only one way to aid and abet the denationalization of

"unclean Arabs" who are not worthy of their own country and who are blood thirsty

savages. According to PMN and Defendant Shoebat, "if not destroyed, this madness will

strike in your buses, in your supermarkets, in your pizza parlors, in your cafes." *See*

<u>Israeli Lobby</u>, pg. 61.

WHEREFORE, Plaintiffs ask for entry of a judgment in the amount of $1 billion dollars against

each Defendant named herein based on the Defendant's intentional and criminal efforts to aid

and abet the establishment of an apartheid regime in the OPT. The Plaintiffs, like all Palestinians

living in the OPT, are considered to be terrorists by the U.S. public, not worthy of U.S. foreign

assistance or have their own homeland.  They have had their homes and olive groves confiscated

and destroyed and as a result of the apartheid wall, no longer have the freedom to travel, visit

relatives, or use emergency medical services clinics. They have seen their livestock and water

wells poisoned with oat pellets soaked in rat poison, have had siblings and children maimed and

murdered, have been unlawfully detained, have had their homes (sometimes while still occupied)

and mosques burned down, have not been able to live as a family unit, have been denied equal access to a potable water supply, and have been forced to live in overcrowded refugee camps on a two dollar a day stipend provided by the U.N. refugee agency (which Defendant U.N. Ambassador Haley recently eliminated).

They have also had their religious freedom abridged in violation of the Hague and Geneva Conventions, have been denied basic medical care, are on the verge of starvation, which is the goal of Defendant Weissglas, have seen their children stunted in growth, and have been maimed and murdered when trying to demonstrate against the occupation. This is not speculation on Plaintiff's part - lead Plaintiff Al-Tamimi's sister and brother-in-law were murdered by revengeful IDF soldiers and belligerent settlers for publicly opposing the occupation.

## THIRD CAUSE OF ACTION

## AN AWARD OF DECLARATORY RELIEF 28 U.S.C. § 2201 : CITIZEN NETANYAHU IS A WAR CRIMINAL

370. The Plaintiffs hereby repeat and reallege paragraphs 1 through 347 as if fully recited herein and especially the allegations pled in the First cause of action.

371. Prime Minister Bibi Netanyahu is the Defendant in this cause of action because he has (a) committed, authorized, promoted, financed, aided and abetted, and encouraged war crimes against the Palestinian civilian population during the last thirty years; (b)he has committed crimes against peace on U.S. soil; (c)  has promoted, financed and encouraged international terrorism in the OPT. *See* 18 U.S.C. § 2339 C; financing a campaign of intimidation; (d) have violated the Hague and Geneva Conventions by ordering the destruction of cultural and religious centers; (e) can properly be arrested based on the jurisdiction that the FBI's war crimes unit has based on statute; and (f) he fits the profile

of a war criminal perfectly based on policies he has articulated and implemented in the OPT, i.e. forcing pregnant Palestinian prisoners to deliver their babies with handcuffs on.

372. Jurisdiction is invoked under this Cause of action based on Diversity Jurisdiction, i.e., Defendant PMN is an Israeli citizen and Plaintiffs are Palestinians, Palestinian Americans, or American nationals. *See* 18 U.S.C. § 1332. Consistent with Amnesty International's Principles on Jurisdiction. The District Court of Jerusalem in 1961 decided the case of *Attorney-General of the Government of Israel v. Eichmann*, 36 I.L.R. 5 (1961). The Court's jurisdiction was founded upon paragraph 12 of Israel's Nazi and Nazi Collaborators (Punishment) Act 5710-1950, which statute contains the same provisions that the Nuremberg Charter and the U.S. War Crimes Statute contains.

373. The Court in *Attorney-General of the Government of Israel v. Eichmann*, 36 I.L.R. 5 (1961), held regarding jurisdiction that the universal character of the crimes in question, i.e., war crimes, which are grave offenses against the Law of Nations, grant jurisdiction to any domestic court hearing such claims. This means that any U.S. Federal District Court and any lower court in Europe could hear claims of war crimes committed by Netanyahu or President Trump.

374. As this Court probably knows, there are a number of statutes, both U.S. and international conventions that define war crimes. The general definition is contained in 28 U.S.C. § 2442 that a war crime is "a grave breach" of any of the international conventions (e.g., the Fourth Geneva Convention or the Law of Nations clause in the U.S. Constitution), which have been adopted by civilized nations as part of a worldwide international framework.

375. There are several Articles in the Fourth Geneva Convention examining the various definitions of a war crime, specifically Articles 23, 25, 27, and 28. There is also a grave breach of criminal acts listed in Article three of the Fourth Geneva Convention. There are a number of examples listed in the U.S. War Crime statute, for example, (Torture, tying sewing thread to a man's testicles. *See* WIP, pg. 211), and Cruel and Inhumane Treatment – for example, putting out lit cigarettes on the scalps of Palestinian children, forcing them to eat sand if they forget their ID cards, and kiss the boots of settlers.

376. There are a number of allegations contained in the first two causes of action that detail PMN's involvement and his authorization, conveyed to senior military leadership and settlement leaders, to commit war crimes in the OPT.  *See* WIP, pg. 110, Footnote 50. While there is no need to specifically reiterate the war crime allegations already made herein (there are so many), Plaintiffs will briefly sum up some of these acts.

377. Torture, see Plaintiff Al-Tamimi and his daughter. Defendant Netanyahu, as reported in the Jerusalem Post, ever since the Tiananmen Square (the 1989 massacre), was determined to exterminate all Palestinians living in the OPT, much like what the German Reich did to Eastern European Jews. He knew that the World media would be consumed by the events occurring in Tiananmen Square, and that, therefore, it would be a perfect time to forcibly remove 50,000 Palestinians from the OPT. Proof thereof is his adoption of criminal policies and his carrying out of those policies, i.e., (a) encouraged settlers and rogue army elements to extinguish lit cigarettes on the scalps of Palestinian children; (b) basically immunized settlers and rogue elements if they were indicted for inflicting severe bodily injury on the Palestinian civilian population (*See* Lord's of the Land, pg. 448);

378. (c) required that the Palestinian civilian population be attacked at various army checkpoints. On occasion, babies die as a result of the delay in having Palestinian cars pass through the checkpoint, *See* WIP, pg. 308; (d) ensured that Palestinian civilians only receive 1/17th of the daily water supply doled out to settlers: settlers need to fill up their pools and wash their cars, of course; (e) put the civilian population on a starvation diet, designed by Defendant Weissglas to cut down on protein intake , *See* WIP pg. 204 (his words alone are an indictment itself); f) precluded Palestinian wives and husbands from living together as a family unit. He was afraid that cohabitation would bring into the world more "snakes," one of his favorite terms for Palestinian children.

379. (g) Defendant PMN and Weissglas have maliciously and intentionally blocked up to 100,000 applications filed by Palestinian husbands and wives to live together as a family unit *See* ….pg….; (h) they caused the destruction of nine million olive trees–the lifeblood of the Palestinian culture and the essential condition for their survival (*See* General's Son, pg. 186); (i) they murdered approximately 500 Gaza fishermen, whose boats were destroyed by Israeli commandos, forcing them into the water, and watched them drown after a couple of hours of dog paddling; (*See* General's Son, pg.186 and WIP pg. 328 Footnote 57); and (j) ordered the destruction or illegal confiscation of mosques, Christian churches, and Palestinian homes and schools, in an effort to convince non-Jews to leave the OPT; *See* section herein discussing Defendant Attorney Cardelius's conduct.

380. (k) he approved the policy that Israeli soldiers could put a gun barrel in a Palestinian's mouth while he was still alive and blow his brains out, (*See* Our Harsh Logic, pg. 47); (l) encouraged the promotion of Israeli army personnel based on a number of Palestinian recorded killings – the notches on their rifles demonstrated how many Palestinians they

had killed; (m) he implemented a "shoot first" policy, which young sixteen-year-olds

religiously adhered to, to secure a promotion and gain respect from his peers. *See* WIP,

pg. 110 Footnote 50.

381. (n) encouraged Israeli military leadership in the OPT to accept and record forged deeds

(*See* the official Israeli government report Spiegel Database, the activities of development

companies like Amana and Attorney Cardelius); (o) encouraged AIPAC officials to

convince U.S. donors and pro-Israeli 501(c)(3) non-profits to send $2 billion dollars into

illegal settlements, which is classic money laundering activity and the financing of

international terrorism. *See* 18 U.S.C. § 2339C and section 18 U.S.C. § 1956; and (p)

while on trips to America he encouraged U.S. citizens to finance the Israeli army and

local militia units in violation of 18 U.S.C § 1960 and attended fundraising galas at the

Waldorf Astoria and the Hollywood Bowl. Defendant Gingrich even procured an

invitation for PMN to attend the State of the Union.

382. (q) ordered the construction of Jewish-only highways, schools, housing

accommodations, hospitals, and the local transportation system. (*See* Ha'aretz's article

*Welcome Abroad the Apartheid Bus*); (r) unlawfully seized and stored 3,000 very

expensive hearing aid battery units imported for hearing impaired students at the Al

Fauna Society for Deaf Children, *See* PIO pg. 167.; (s) PMN and Defendant Weissglas

have adopted a policy which basically is a grant of immunity to belligerent settlers and

rogue elements in the Israeli army to maim and murder Palestinian citizens; (t) PMN has

made it a policy not to address the runoff sewage and toxic waste which result in

rendering Palestinian villages uninhabitable and forcing them to work poisoned

agricultural fields., *See* WIP, pg 145; (u) they have made it a policy for the Israeli Army

to use Palestinian civilians as shields during combat missions. *See* <u>PIO, pg. 183:</u> "better

to blow up a Palestinian neighbor's son, rather than lose an IDF soldier";

383. (v) he made it a policy that 12 year old children of belligerent settlers cannot be

punished for poisoning livestock and water wells of Palestinian farmers, *See* <u>WIP, pg.</u>

<u>162</u>; (w) approximately 5 million Palestinians who were born in Jerusalem cannot visit

Jerusalem even to examine their former home, *See* <u>WIP, pg. 235</u>; and (x) he has

encouraged the policy whereby Israeli army soldiers and belligerent settlers demolish the

homes of the parents of a Palestinian child who was arrested for throwing stones at

settlers-an obvious act of terrorism. *See* <u>WIP, pg. 102</u>; and (y) he has authorized the

Israeli army to monitor BDS activities on various social networks using the Special

Intelligence unit Hatzav. *See* <u>WIP</u>, pg. 371.

384. As a direct result of PMN's racist policies, settlers and IDF soldiers have no problem

with murdering Palestinians or maiming them and watching them die courtesy of

calibrated shots lined up by their sniper scopes. *See* <u>WIP</u> pg. 168. For example, a

Palestinian civilian was shot in the face by an army sniper while he was sleeping. His

brother came to help him get to the hospital. While the brother was carrying the victim to

the car, the sniper shot him also. The sniper approached the first victim and shot him in

the chest. As it turned out, these were not the alleged terrorists that the sniper had been

assigned to murder. They were innocent civilian farmers. *See* <u>WIP</u> pg. 168. They have no

civil remedy to pursue even though they both have serious internal injuries and have been

permanently disfigured.

385. The result is that *"the army goes through all the procedures, we arrest the Jew [for*

*murder], he goes to court, and the judge releases him justice is not exacted and when*

*justice is not exacted, there is no deterrence." See* <u>Lords of the Land</u>, pgs. 380-381. A Palestinian boy of thirteen was shot and killed and the settler was charged with manslaughter. Although the maximum punishment is twenty years in prison, the judge sentenced him to three months of public service work. *See* <u>Lords of the Land</u>, pgs. 381-382.

386. Judge Ezra Hadaiya sentenced a settler to four months of public service work for murder. *See* <u>Lords of the Land</u>, pg. 383. A dozen years after the question of "how much is the killing of a Palestinian worth" was raised in an Israeli court. It turns out that the price of killing a Palestinian child is six months' public service work and approximately $15,000 in fines, which is paid for by U.S. donors like Adelson and Gilbert. *See* <u>Lords of the Land</u>, pg. 389.

387. There are other policies and procedures that war criminal Bibi Netanyahu has adopted and carried out to exterminate the Palestinian civilian population. He has ordered authorities not to investigate massacres, e.g., the beach massacre which wiped out the Ghaliya family, who were picnicking on a beach in Gaza. He has approved the promotion of IDF soldiers who threatened Palestinians farmers by telling them "we came to annihilate you and liquidate you." While in Gaza, they actually wore t-shirts with the inscription "one shot, two kills", and a soldier who imposed his sniper scope on the belly of an obviously pregnant, Muslim woman.

388. For the first time in any Palestinian-Israeli conflict, PMN authorized the unlimited use of steel darts which are dispersed flechette shell fired by IDF soldiers. Thousands of such shells were discharged in the Gaza conflict known as "Operation Cast Lead". These flechette shells  ensured that any civilian within ten yards of the explosion would be

instantly killed by a steel dart and suffer a very painful death; t) PMN did not allow UN officials to investigate these atrocities, and he has encouraged senior IDF personnel to train 16-year old high-school dropouts as to how to destroy the homes of the Palestinian civilians (with or without people inside). *See* <u>WIP</u> pg. 156. As further proof that the Israeli army is a "killing machine," one veteran's remark says it all - his only regret was "that [he] did not take out the entire village [with his bulldozer]." *See* <u>PIO,</u> pg 168.

389. From 1967 to 2006, with the assistance of Defendant Cardelius and money provided by the Moskowitz Family Foundation and other U.S. based 501(c)(3)s, Defendant Netanyahu ordered that 8,269 Palestinian citizens be stripped of their East Jerusalem citizenship ID cards. Since 1967 and with financial assistance rendered by his U.S. partners e.g. the Kushner family, 650,000 Palestinian prisoners have been transferred out of the OPT into proper Israel, which conduct condemned in the Nuremberg indictment. Netanyahu has adopted a policy to prevent the indictment of war criminals by preventing NGO personnel, including UN observers, Archbishop Tutu, U.S./UN ambassadors, and Amnesty International officials, from entering the OPT to investigate these war crimes.

390. Netanyahu has enthusiastically carried out Ben-Gurion's plan to overthrow the 1948 UN Partition Plan and seize all of Palestine to permanently occupy the property with Jewish-only settlers. PMN knew that Ben-Gurion in 1948 had invaded and occupied  two different countries–Israel and Palestine. The UN Partition Plan had only authorized the Israeli army to seize and occupy Israel proper, not all of Palestine. Based on the Plaintiffs' 26(b) to be filed herein, Expert Statement, these criminal activities and the other allegations made herein, PMN is the poster child for war crimes. He is currently facing three separate criminal charges in Tel Aviv and will never be a sitting Prime

Minister again if he is indicted for numerous crimes. That has now occurred so Plaintiffs will keep him in the lawsuit as an ordinary Israeli citizen who has been accused of war crimes. Funded by individuals and non-profits based in America.

391. Both the FBI's and the Justice Department's war crime units have jurisdiction over PMN and can arrest him any time he visits America if he is deemed to be a war criminal. That is why he, Defendant Kushner, and senior AIPAC officials are so concerned about eliminating these offices. AIPAC officials have started an intense lobbying effort to shut these units down, because PMN has planned an extensive anti-BDS campaign in America to bolster Israel's image. Having him be arrested while attending an anti-BDS rally held by Governor Cuomo or defendant Hikind would seriously compromise the goals of that PR campaign.

WHEREFORE Plaintiffs hereby respectfully request that this Court that the ordinary citizen known as PMN is a war criminal. Assuming that this Court declares PMN to be a war criminal, Plaintiffs request the following relief.

PMN/Weissglas shall immediately, in pursuance of its undertaking in the Convention on the Prevention and Punishment of the Crime of Genocide of 9 December 1948, take all measures within its power to prevent all acts that amount to or contribute to the crime of genocide, including taking all measures within its power to prevent the following acts from being committed against member(s) of the Palestinian group: extrajudicial killings or physical abuse; rape or other forms of sexual violence; burning of homes or villages; destruction of lands and livestock, deprivation of food and other necessities of life calculated to bring about the physical destruction of the group in whole or in part.

PMN/Weissglas shall, in particular, ensure that any military, paramilitary or irregular armed units which may be directed or supported by it, as well as any organizations and persons which may be subject to its control, direction or influence, <u>do not commit any act of genocide</u>, of conspiracy to commit genocide, or direct and public incitement to commit genocide, or of complicity in genocide, against the Palestinian group, including: extrajudicial killing or physical abuse; burning of homes or villages; destruction of lands and livestock, deprivation of food and other necessities of life, or any other deliberate infliction of conditions of life calculated to bring about the physical destruction of the group in whole or in part;

PMN/Weissglas shall not destroy (spoliation) or render inaccessible any evidence related to the events described herein, including without limitation by destroying or rendering inaccessible the remains of any member of the Palestinian group who is a victim of alleged genocidal acts, or altering the physical locations where such acts are alleged to have occurred in such a manner as to render the evidence of such acts, if any, inaccessible.

## FOURTH CAUSE OF ACTION

### DEFENDANTS FRIEDMAN, GREENBLAT, KUSHNER, AND TRUMP, IN THE GUISE OF A GRANDIOSE PEACE PLAN, ARE AIDING AND ABETTING THE IMPLEMENTATION OF THE LAST STAGE [i.e. DENIAL] OF PMN'S ETHNIC CLEANSING/ GENOCIDE CAMPAIGN, INITIATED AGAINST THE PALESTINIAN POPULATION 40 YEARS AGO

392.  The Palestinian Plaintiffs and the Palestinian American Plaintiffs hereby repeat and reallege paragraphs 1 through 369 as if fully recited herein.

393. The peace plan that has recently been announced by the Trump administration is a subterfuge designed to accomplish a number of things. First, to deflect the world's attention away from PMN's ethnic cleansing/genocide campaign initiated 40 years ago against the Palestinian people. Second, save the Trump presidency and secure PMN's

reelection. Third, absolve Israel for the intentional destruction of the infrastructure in Palestine. The plan does not require Israel to compensate the American people for destruction of the infrastructure. As admitted by then General Barak, "We must destroy the Palestinian infrastructure as much as possible in the next 24 hours." See PIO, pg. 472. That is collective punishment- a war crime, simply another reason why PMN is a war criminal.

394. Other purposes of the peace plan include trying to legitimatize: a) the theft of 4,400 square miles of private Palestinian property; b) the occupation itself; c) the occupation of the Silwan area of East Jerusalem; d) forever extinguish any and all property claims held by Palestinians and Palestinian Americans with respect to the private property they own in the OPT; e) giving up the right to return without any compensation despite the fact that right of return has been articulated in at least ten United Nations Resolutions; f) coverup the ethnic cleaning of 400,000 Palestinians; g) ignore the illegal confiscation of 49,000 Palestinian homes; and h) approve the incarceration of 600,000 Palestinians in greater Israel itself, which is a violation of the Fourth Geneva Convention and Article 73 of the UN Charter.

395. Approximately three years ago, PMN was the first world leader to discover how limited the new U.S. President was because he had a lot of interaction with him. Soon after, Putin, the Chinese Premier, and the North Korean dictator made the same discovery. The result- Trump gave away the store in terms of diplomatic concessions. PMN realized he could actually steal the entire West Bank and not have to offer to stop settlement expansion in exchange. It was incredible to him that his vision of annexation of the

Jordan Valley and the Golan Heights now became a distinct possibility, with the presence of the lightweight in the Oval Office.

396. Approximately two years ago, PMN discussed with his adopted son, Kushner, how they could bring closure to PMN's ethnic cleansing/ genocide campaign and literally give away 4,400 square miles of private Palestinian and Syrian property to Israel.  That's how much total property Israel's first president Ben-Gurion and his successors stole when the Israeli Army invaded Palestine in 1948 and in 1967.

397. Both felt there was no need to have Trump present, as Mr. Ailes had warned, "I wouldn't give Donald too much to think about." *See* Fire and Fury, pg. 7. Secretary of State Pompeo was brought into the plan. He was told by Kushner, speaking for the President, to announce that settlements were legal and that a Middle East peace plan providing statehood to the Palestinians was in the works. As requested by Defendant PMN, the U.S. Embassy was immediately moved to Jerusalem in an effort by Kushner, the Adelson family, Giuliani, Pompeo and Ambassador Friedman to cement control of Jerusalem.

398. Even though he was Secretary of State, Pompeo did not know about President Truman's 1948 Jerusalem Doctrine, nor the *Actum Separatum* Doctrine or the *Corporate Separatum Doctrines.* Those doctrines specifically prohibit any nation from interfering in the government affairs of Jerusalem. At all relevant times herein, PM Sharon and PMN were well aware of these international rules governing Jerusalem and feared their application by the UN General Assembly.

399. Next came the issue of the transfer of 4,400 square miles of private Palestinian property, including the Jordan Valley and some Syrian private property to the government of Israel.

Apparently, Pompeo did not know that no nation can transfer an inch of Palestine to another country for a simple reason, i.e. 98% of that property is owned by Palestinians and even if a foreign army occupied that property for 100 years it would not able to claim any property ownership rights. The Palestinian and American Plaintiffs named herein, whose families have been occupying Palestine for at least 200 years will have their property ownership rights extinguished. The same conclusion applies to the private property in the Golan Heights.

400. For the Court's edification, Plaintiff's experts will opine in their Fed. R. Civ. P. 26B statements that: a) international law is clear, i.e. an invading country and eventual occupier does not become the lawful owner of the occupied territory, even if it occupied the territory for 100 years; b) while occupying the territory, the invading army cannot destroy the infrastructure of the territory because that would violate Article 73 of the UN Charter, Article 6 of the Nuremberg Charter (Crimes Against Peace), the Law of Nation's clause in the U.S. Constitution, and President Lincoln's 1863 Lieber Code; c) to the extent that Israel argues it is not bound by the Fourth Geneva Convention, that is an irrelevant consideration because Israel is a member of the UN and the UN Charter Article 73 imposes on any occupier a fiduciary duty to protect the occupied people and their assets including homes, olive groves, and livestock; and d) the occupying entity cannot engage in pillage (a war crime) and therefore, Israel cannot steal or trespass on Palestinian real property or exploit its natural resources including the Dead Sea minerals. The World Bank estimates that Israel makes $1 billon by doing so.

401. DENIAL, the last stage in the U.S. State Department's Manual on Genocide, is the final recognition that PMN's ethnic cleansing/genocide plan has succeeded, i.e. 400,000

Palestinians no longer can call Palestine their home and 49,000 Palestinian homes have been illegally confiscated in order to accommodate the influx of belligerent settlers. These settlers arrive in busloads every day seeking cheap real estate and a $20,000 signing bonus upon buying a home in any settlement (A PMN sales promotion using American taxpayer dollars). PMN employed various methods to ensure closure of his ethnic cleaning/genocidal campaign and discussed with Defendant Kushner his concept of a grandiose peace plan as a final measure to forever remove the possibility of a separate Palestinian state from discussion.

402. Implementation of the property transfer component of this grandiose peace plan will adversely affect the property interests of the Palestinian Plaintiffs and Palestinian Americans Plaintiffs who have joined this lawsuit. In fact, it would have far-reaching repercussions, i.e. any property owner in the OPT (Palestinian or otherwise) would have his property claims forever extinguished.  If the land transfer component of Kushner's peace plan is consummated, Palestinians and Palestinian Americans who own private property in the OPT will be irreparably harmed because their property will literally be given away by Defendant Kushner in the guise of a grandiose peace plan. They have no remedy to pursue since they are not Jewish. For example, they could not bring a complaint alleging pillage, conversion, and trespass in Israel. Because they are Palestinians, they are reduced to filing claims in a military court, i.e. cruel and inhumane behavior on the part of a soldier.

403. The relief sought by the Palestinian Plaintiffs and Palestinian American Plaintiffs is as follows: a) entry of an order to stop the land transfer component of Kushner's peace plan from occurring; b) based on the Plaintiffs' experts' opinions that it violates numerous

international law conventions, including the Israeli army's War Manual, refer the issue to

the UN General Assembly; c) declare that the issue as to whether Israel owes the state of

Palestine the sum of $50 billion for the intentional destruction of the OPT (Kushner's

estimate) shall be and is hereby referred to the UN General Assembly for resolution; and

d) refer any other disputes over the peace plan to the UN.

WHEREFORE, consistent with the opinions to be filed by the Plaintiffs' experts concerning

established principles of international law and the Law of Nations, the Plaintiffs hereby

request entry of an Order that: 1) the land transfer component of the Kushner peace plan shall

not be implemented by Defendants Kushner and Trump at this time, and shall be referred to

the UN General Assembly instead for resolution; and 2) whether the Israeli government owes

the state of Palestine the sum of $50 billion for the intentional destruction of the OPT, which

is forbidden by the Israeli War Manual, the UN Charter, President Lincoln's Lieber Code, the

Nuremberg Principles (Section VI), and the Law of Nations clause in the U.S. Constitution

shall be and hereby is referred to the UN General Assembly for resolution. It is also ordered

that any other disputed issues that arise re the peace plan shall be and hereby are referred to

the UN General Assembly for consideration and resolution.

## JURY TRIAL

A jury trial is requested on all factual matters that arise herein during this proceeding.

## PUNITIVE DAMAGES

After this Court has heard the evidence concerning the war crimes committed, financed,

promoted, encouraged by the Defendants named herein EFC, Plaintiffs would request that the

Court consider whether it is appropriate to entertain a punitive damages award against all

Defendants, especially since war crimes, wanton destruction of property, ethnic genocide are

involved.

_/s/ Martin F. McMahon, Esq._
D.C. Bar Number: 196642
Managing Partner, Transnational Business Attorneys Group
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343