# EXHIBIT A

# CRIMINAL ACTIVITY

1. Money Laundering (18 U.S.C. § 1956)

2. Funding a Foreign Army (18 U.S.C. § 960)

3. Conspiracy to Defraud the U.S. Government (18 U.S.C. § 371)

4. Perjury (18 U.S.C. § 1621)

5. Mail Fraud (18 U.S.C. § 1341)

6. Honest Service Mail Fraud (18 U.S.C. §§ 1341, 1346)

7. Wire Fraud (18 U.S.C. § 1343)

8. Honest Services Wire Fraud (18 U.S.C. §§ 1343, 1346)

9. Income Tax Evasion (26 U.S.C. § 7201)

10. Travel Act (18 U.S.C. § 1952)