UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DAWABSHEH FAMILY, ET AL. | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | )<br>) Case No. 1:20-cv-00555<br>) |
| NETANYAHU, ET AL. | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**Status of Service of Process**

COMES NOW the Plaintiffs named herein and explain to the Court the issues that counsel has had to deal with re service of process. Early on in the COVID-19 pandemic, our senior associate told undersigned counsel he was afraid of working at the office. Shortly thereafter, our senior paralegal left for home in Athens, Ohio. Their departure has significantly affected the firm's production including taking care of service in this case.

Plaintiffs have made progress, however. At this time, sixteen Defendants have been served. They are Miriam Adelson, AIPAC, Brian Shankman, Howard Kohr, Daniel Gilbert, Newt Gingrich, Jason Greenblat, Donald Hikind, Michael Huckabee, Susan Levin-Abir, Walid Shoebat, Andrew Cuomo, David Friedman, Rudolph Giuliani, Jared Kushner, and Donalid Trump. An affidavit of service will be filed shortly. That leaves three overseas Defendants. Plaintiffs' counsel has determined that the Hague Convention applies to Israel and is in the process of complying with that convention. Plaintiffs' counsel is also examining the options for serving Swedish Defendant Gustaf Cardelius.

Plaintiffs ask that the summonses for Defendants Benjamin Netanyahu, Gustaf Cardelius, and Dov Weissglas be reauthorized for another 60 days. An order is attached and a short memo of points and authorities.

Respectfully submitted,

/s/ *Martin F. McMahon, Esq.*
D.C. Bar Number: 196642
Managing Partner, Transnational Business Attorneys Group
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343