UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DAWABSHEH FAMILY, ET AL.<br><br>    Plaintiffs,<br><br>    v.<br><br>NETANYAHU, ET AL.<br><br>    Defendants. | Case No. 1:20-cv-00555 |

**MEMORANDUM REQUESTING THE COURT TO REISSUE SUMMONSES**

1. Fed. R. Civ. P. 1

2. Fed. R. Civ. P. 4

3. The complaint filed herein

4. The Hague Convention re international service of process on three Israeli and Swedish citizens living abroad

Martin F. McMahon, Esq.
Bar# 196642
Martin McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006