UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DAWABSHEH FAMILY, ET AL.<br><br>  Plaintiffs,<br><br>v.<br><br>NETANYAHU, ET AL.<br><br>  Defendants. | Case No. 1:20-cv-00555 |

## PROPOSED ORDER

The Plaintiffs have filed their status report re progress made on serving defendants. They explain for good cause shown why they need the summonses for the three foreign defendants to be reissued.

The Court this _____ day of June, 2020 hereby orders that Plaintiffs' memorandum to reissue summonses for international defendants is GRANTED.

_____
Hon. Judge Dabney L. Friedrich
UNITED STATES
DISTRICT JUDGE

-