# USPS Tracking®

**FAQs ›**

**Track Another Package  +**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?
app=U' psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

### Michael Huckabee
**Tracking Number:** 70191640000110044419

**Remove ✕**

Your item is out for delivery on June 3, 2020 at 10:08 am in WASHINGTON, DC 20037.

## Out for Delivery

June 3, 2020 at 10:08 am
Out for Delivery
WASHINGTON, DC 20037

**Get Updates ⌄**

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌃ |
|---|---|

**June 3, 2020, 10:08 am**
Out for Delivery
WASHINGTON, DC 20037
Your item is out for delivery on June 3, 2020 at 10:08 am in WASHINGTON, DC 20037.

**June 3, 2020, 9:57 am**

Arrived at Unit
WASHINGTON, DC 20037

**June 2, 2020, 12:10 am**
Departed USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**June 2, 2020, 12:09 am**
Arrived at USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**June 1, 2020**
In Transit to Next Facility

**May 31, 2020, 10:46 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**May 30, 2020, 12:53 am**
Departed USPS Regional Facility
LITTLE ROCK AR DISTRIBUTION CENTER ANNEX

**May 29, 2020, 1:45 pm**
Moved, Left no Address
NORTH LITTLE ROCK, AR 72116

**May 29, 2020, 2:31 am**
Arrived at USPS Regional Facility
LITTLE ROCK AR DISTRIBUTION CENTER ANNEX

**May 27, 2020, 9:04 pm**
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

**Product Information**                                             ⌄

**See Less** ⌃

Feedbac

# USPS Tracking®

FAQs >

**Track Another Package** +

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?**
**app=U‹ psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

**Miriam Adelson**

**Tracking Number:** 70191640000110044259

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:06 am on May 29,
2020 in LAS VEGAS, NV 89109.

## ⊘ **Delivered**

May 29, 2020 at 10:06 am
Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89109

**Get Updates** ∨

**Text & Email Updates** ∨

**Tracking History** ∧

**May 29, 2020, 10:06 am**
Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89109
Your item was delivered to the front desk, reception area, or mail room at 10:06 am on May 29, 2020 in
LAS VEGAS, NV 89109.



**May 29, 2020, 12:15 am**
Arrived at USPS Regional Facility
LAS VEGAS NV DISTRIBUTION CENTER

**May 28, 2020**
In Transit to Next Facility

**May 27, 2020, 9:06 pm**
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

**Product Information** ⌄

Feedback

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

**FAQs ❯**

## Track Another Package  ✛

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?**
**app=U‚ psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

### Andrew Cuomo
**Tracking Number:** 70191640000110044341

Remove ✕

Your item arrived at the Post Office at 7:48 am on June 2, 2020 in ALBANY, NY 12210.

## In-Transit

June 2, 2020 at 7:48 am
Arrived at Unit
ALBANY, NY 12210

**Get Updates** ⌄

---

**Text & Email Updates**    ⌄

---

**Tracking History**    ⌃

**June 2, 2020, 7:48 am**
Arrived at Unit
ALBANY, NY 12210
Your item arrived at the Post Office at 7:48 am on June 2, 2020 in ALBANY, NY 12210.

---

**May 30, 2020, 9:37 am**

Delivery Attempted - No Access to Delivery Location
ALBANY, NY 12202

---

**May 29, 2020, 7:45 pm**
Arrived at USPS Regional Facility
ALBANY NY DISTRIBUTION CENTER

---

**May 29, 2020**
In Transit to Next Facility

---

**May 27, 2020, 9:05 pm**
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

---

**Product Information** ⌄

**See Less ⌃**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

**FAQs ›**

## Track Another Package **+**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=U¹ psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

### Daniel Gilbert

**Tracking Number:** 70191640000110044440

Remove **✕**

Your item arrived at the CLEVELAND, OH 44101 post office at 9:13 am on June 8, 2020 and is
ready for pickup.

## Available for Pickup

June 8, 2020 at 9:13 am
Available for Pickup
CLEVELAND, OH 44101

**Get Updates** ⌄

---

| **Text & Email Updates** | ⌄ |
|---|---|

---

| **Tracking History** | ⌃ |
|---|---|

**June 8, 2020, 9:13 am**
Available for Pickup
CLEVELAND, OH 44101
Your item arrived at the CLEVELAND, OH 44101 post office at 9:13 am on June 8, 2020 and is ready for
pickup.

6/11/20, 1:45 PM

Reminder to Schedule Redelivery of your item

**June 1, 2020, 10:53 am**
Available for Pickup
CLEVELAND, OH 44115

**June 1, 2020, 10:48 am**
Arrived at Unit
CLEVELAND, OH 44101

**May 31, 2020**
In Transit to Next Facility

**May 29, 2020, 1:42 am**
Departed USPS Regional Facility
CLEVELAND OH DISTRIBUTION CENTER

**May 28, 2020, 11:09 pm**
Arrived at USPS Regional Facility
CLEVELAND OH DISTRIBUTION CENTER

**May 28, 2020, 10:11 pm**
Departed USPS Regional Facility
AKRON OH DISTRIBUTION CENTER

**May 28, 2020, 8:47 pm**
Arrived at USPS Regional Facility
AKRON OH DISTRIBUTION CENTER

**May 28, 2020, 12:35 pm**
Departed USPS Regional Facility
MID CAROLINA-CHARLOTTE NC DISTRIBUTION CENTER

**May 28, 2020, 6:15 am**
Arrived at USPS Regional Facility
MID CAROLINA-CHARLOTTE NC DISTRIBUTION CENTER

**May 28, 2020, 4:01 am**
Departed USPS Regional Facility

Feedback

COLUMBIA SC PROCESSING CENTER

---

**May 28, 2020, 1:45 am**
Arrived at USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

---

**May 28, 2020, 12:01 am**
Departed USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

---

**May 27, 2020, 9:06 pm**
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

---

**Product Information**                                              ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

**Track Another Package  +**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=U' psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

## Susan Levin-Abir

**Tracking Number:** 70191640000110044426

Remove ✕

Your item was delivered to an individual at the address at 4:15 pm on May 29, 2020 in WEST
PALM BEACH, FL 33407.

## ✓ **Delivered**

May 29, 2020 at 4:15 pm
Delivered, Left with Individual
WEST PALM BEACH, FL 33407

**Get Updates** ⌄

**Text & Email Updates** ⌄

**Tracking History** ⌃

**May 29, 2020, 4:15 pm**
Delivered, Left with Individual
WEST PALM BEACH, FL 33407
Your item was delivered to an individual at the address at 4:15 pm on May 29, 2020 in WEST PALM
BEACH, FL 33407.

**May 29, 2020**
In Transit to Next Facility

---

**May 28, 2020, 9:18 pm**
Departed USPS Regional Facility
WEST PALM BEACH FL DISTRIBUTION CENTER

---

**May 28, 2020, 1:46 pm**
Arrived at USPS Regional Facility
WEST PALM BEACH FL DISTRIBUTION CENTER

---

**May 28, 2020, 4:54 am**
Departed USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

---

**May 28, 2020, 1:45 am**
Arrived at USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

---

**May 28, 2020, 12:01 am**
Departed USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

---

**May 27, 2020, 9:06 pm**
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

---

Feedback

**Product Information**                                                                    ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking®

**FAQs** >

**Track Another Package  +**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?
app=U: psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

### American Israel Public Affairs Committee

### Tracking Number: 70191640000110044297

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 6:06 pm on May 29,
2020 in WASHINGTON, DC 20001.

## ☑ Delivered

May 29, 2020 at 6:06 pm
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20001

**Get Updates** ⌄

---

**Text & Email Updates**                                                                      ⌄

---

**Tracking History**                                                                           ⌃

**May 29, 2020, 6:06 pm**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20001
Your item was delivered to the front desk, reception area, or mail room at 6:06 pm on May 29, 2020 in
WASHINGTON, DC 20001.

**May 29, 2020, 4:17 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**May 29, 2020, 3:11 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**May 29, 2020, 2:30 am**
Departed USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

---

**May 28, 2020, 5:26 pm**
Arrived at USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

---

**May 28, 2020, 12:39 pm**
Arrived at USPS Facility
HYATTSVILLE, MD 20785

---

**May 28, 2020, 2:26 am**
Departed USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

---

**May 28, 2020, 2:19 am**
Arrived at USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

---

**May 27, 2020, 9:06 pm**
Arrived at USPS Regional Origin Facility
CHARLESTON SC PROCESSING CENTER

---

**May 27, 2020, 1:51 pm**
Departed Post Office
JOHNS ISLAND, SC 29455

---

**May 27, 2020, 1:37 pm**
USPS picked up item
JOHNS ISLAND, SC 29455

---

**Product Information**    ∨

Feedback

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

**Track Another Package  +**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?**
**app=U¡ psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

### Newt Gingrich
**Tracking Number:** 70191640000110044273

Remove ✕

Your item was delivered in or at the mailbox at 12:05 pm on May 29, 2020 in ARLINGTON, VA
22203.

 **Delivered**

May 29, 2020 at 12:05 pm
Delivered, In/At Mailbox
ARLINGTON, VA 22203

**Get Updates** ⌄

---

| Text & Email Updates | ⌄ |
| --- | --- |

---

| Tracking History | ⌃ |
| --- | --- |

**May 29, 2020, 12:05 pm**
Delivered, In/At Mailbox
ARLINGTON, VA 22203
Your item was delivered in or at the mailbox at 12:05 pm on May 29, 2020 in ARLINGTON, VA 22203.

---

**May 29, 2020, 6:52 am**
Arrived at Unit
ARLINGTON, VA 22201

---

**May 28, 2020, 9:34 pm**
Departed USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

---

**May 28, 2020, 7:37 pm**
Arrived at USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

---

**May 28, 2020, 6:49 pm**
Departed USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

---

**May 28, 2020, 4:20 pm**
Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

---

**May 28, 2020, 3:23 pm**
Departed USPS Facility
HYATTSVILLE, MD 20785

---

**May 28, 2020, 12:39 pm**
Arrived at USPS Facility
HYATTSVILLE, MD 20785

---

**May 28, 2020, 2:26 am**
Departed USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

---

**May 28, 2020, 2:19 am**
Arrived at USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

---

**May 27, 2020, 9:06 pm**
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

---

Feedback

**Product Information** ∨

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

## Track Another Package  +

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=U<sup>,</sup>psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

## Howard Kohr

**Tracking Number:** 70191640000110044334

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 5:30 pm on June 1,
2020 in WASHINGTON, DC 20001.

## ✅ **Delivered**

June 1, 2020 at 5:30 pm
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20001

**Get Updates** ⌄

---

| **Text & Email Updates** | ⌄ |
|---|---|

---

| **Tracking History** | ⌃ |
|---|---|

**June 1, 2020, 5:30 pm**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20001
Your item was delivered to the front desk, reception area, or mail room at 5:30 pm on June 1, 2020 in
WASHINGTON, DC 20001.

**May 30, 2020, 11:54 am**
Delivery Attempted - No Access to Delivery Location
WASHINGTON, DC 20001

---

**May 30, 2020, 7:10 am**
Out for Delivery
WASHINGTON, DC 20001

---

**May 30, 2020, 3:51 am**
Arrived at Unit
WASHINGTON, DC 20018

---

**May 29, 2020**
In Transit to Next Facility

---

**May 28, 2020, 12:39 pm**
Arrived at USPS Facility
HYATTSVILLE, MD 20785

---

**May 28, 2020, 2:26 am**
Departed USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

---

**May 28, 2020, 2:19 am**
Arrived at USPS Regional Facility
COLUMBIA SC PROCESSING CENTER



---

**May 27, 2020, 9:07 pm**
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

---

**Product Information** ⌄

---

**See Less** ⌃

# USPS Tracking®

FAQs  ›

**Track Another Package  +**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?**
**app=USPSTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

## Walid Shoebat
### Tracking Number: 70191640000110044433

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:50 am on May 29,
2020 in SAN ANTONIO, TX 78248.

## ✅ Delivered

May 29, 2020 at 9:50 am
Delivered, Front Desk/Reception/Mail Room
SAN ANTONIO, TX 78248

**Get Updates** ⌄

---

**Text & Email Updates**                                                           ⌄

---

**Tracking History**                                                               ⌃

**May 29, 2020, 9:50 am**
Delivered, Front Desk/Reception/Mail Room
SAN ANTONIO, TX 78248
Your item was delivered to the front desk, reception area, or mail room at 9:50 am on May 29, 2020 in
SAN ANTONIO, TX 78248.

**May 29, 2020, 2:57 am**
Arrived at USPS Regional Facility
SAN ANTONIO TX DISTRIBUTION CENTER ANNEX

---

**May 28, 2020**
In Transit to Next Facility

---

**May 27, 2020, 9:06 pm**
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

---

**Product Information**                                              ⌄

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

**Track Another Package  +**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=U: psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

## Dov Hikind
**Tracking Number:** 70191640000110044310

Remove ✕

We attempted to deliver your item at 11:47 am on June 1, 2020 in BROOKLYN, NY 11219 and a
notice was left because an authorized recipient was not available. You may arrange redelivery by
using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office
indicated on the notice beginning June 2, 2020. If this item is unclaimed by June 16, 2020 then it
will be returned to sender.

## Delivery Attempt: Action Needed

June 1, 2020 at 11:47 am
Notice Left (No Authorized Recipient Available)
BROOKLYN, NY 11219

**Schedule Redelivery** ⌄

---

**Text & Email Updates**                                                                                      ⌄

---

**Schedule Redelivery**                                                                                       ⌄

---

**Tracking History**                                                                                          ⌃

**June 1, 2020, 11:47 am**
Notice Left (No Authorized Recipient Available)
BROOKLYN, NY 11219
We attempted to deliver your item at 11:47 am on June 1, 2020 in BROOKLYN, NY 11219 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning June 2, 2020. If this item is unclaimed by June 16, 2020 then it will be returned to sender.

---

**June 1, 2020, 3:22 am**
Arrived at Unit
BROOKLYN, NY 11219

---

**May 31, 2020**
In Transit to Next Facility

---

**May 30, 2020, 5:31 am**
Departed USPS Regional Facility
QUEENS NY DISTRIBUTION CENTER

---

**May 30, 2020, 3:55 am**
Arrived at USPS Regional Facility
QUEENS NY DISTRIBUTION CENTER

---

**May 28, 2020, 10:37 pm**
Arrived at USPS Regional Facility
METRO NY DISTRIBUTION CENTER

---

**May 28, 2020, 6:23 am**
Departed USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

---

**May 28, 2020, 1:45 am**
Arrived at USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

---

**May 28, 2020, 12:01 am**
Departed USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

---

**May 27, 2020, 9:07 pm**

Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

**Product Information** ∨

Feedback

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

## Track Another Package  +

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?
app=U¹ psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

### Rudolph Giuliani

**Tracking Number:** 70191640000110044303

Remove ✕

Your item was returned to the sender at 9:49 am on May 30, 2020 in NEW YORK, NY 10036
because the forwarding order for this address is no longer valid.

## Alert

May 30, 2020 at 9:49 am
Forward Expired
NEW YORK, NY 10036

**Get Updates** ∨

---

**Text & Email Updates**                                                                                      ∨

---

**Tracking History**                                                                                          ∧

**May 30, 2020, 9:49 am**
Forward Expired
NEW YORK, NY 10036
Your item was returned to the sender at 9:49 am on May 30, 2020 in NEW YORK, NY 10036 because
the forwarding order for this address is no longer valid.

---

**May 29, 2020, 4:53 pm**
Departed USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

**May 29, 2020, 12:26 am**
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

**May 28, 2020, 11:46 pm**
Departed USPS Regional Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

**May 28, 2020, 8:22 pm**
Arrived at USPS Regional Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

**May 28, 2020, 1:45 am**
Arrived at USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

**May 28, 2020, 12:01 am**
Departed USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

**May 27, 2020, 9:07 pm**
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

Feedback

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.