**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Israel Public Affairs Comm
251 H. St. NW
Washington, D.C. 20001

9590 9402 4875 9032 3531 24

2. Article Number (Transfer from service label)
7019 1640 0001 1004 4297

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
FORD   5/29/20

D. Is delivery address different from item 1?  ☐ Yes  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brian Shankman
AIPAC
251 H St. NW
Washington, D.C. 20001

9590 9402 4875 9032 3529 29

2. Article Number (Transfer from service label)
7019 1640 0001 1004 4457

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
FORD   5/29/20

D. Is delivery address different from item 1?  ☐ Yes  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail
☐ Registered
☐ Registered Delivery
☐ Return Receipt Merchandise
☐ Signature
☐ Signature Restricted

Domestic

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Susan Levin-Abir
Friends of Israeli Defense Forces
2815 N. Flagler Dr.
West Palm Beach, FL 33401

9590 9402 4875 9032 3529 67

2. Article Number (Transfer from service label)

7019 1640 0001 1004 4426

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below.       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Miriam Adelson
201 Sands Avenue
Las Vegas, NV 89169

9590 9402 4875 9032 3528 82

2. Article Number (Transfer from service label)

7019 1640 0001 1004 4259

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
B. Received by (Printed Name)   C.
D. Is delivery address different from item 1?
   If YES, enter delivery address below.

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NEWT GINGRICH
GINGRICH FOUNDATION
4501 Fairfax Rd, Ste 900
ARLINGTON, VA 22203

9590 9402 4875 9032 3531 48

2. Article Number (Transfer from service label)

7019 1640 0001 1004 4273

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  NEWT

B. Received by (Printed Name)
TM ICYE 519 c

D. Is delivery address different from item
If YES, enter delivery address

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Del
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053