# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**
(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

Remove ✕

**Tracking Number:** 70191640000110044273

Your item was delivered in or at the mailbox at 12:05 pm on May 29, 2020 in ARLINGTON, VA 22203.

## ⊘ Delivered

May 29, 2020 at 12:05 pm
Delivered, In/At Mailbox
ARLINGTON, VA 22203

Get Updates ∨

---

Text & Email Updates  ∨

Tracking History  ∧

**May 29, 2020, 12:05 pm**
Delivered, In/At Mailbox
ARLINGTON, VA 22203
Your item was delivered in or at the mailbox at 12:05 pm on May 29, 2020 in ARLINGTON, VA 22203.

**May 29, 2020, 6:52 am**
Arrived at Unit
ARLINGTON, VA 22201

**May 28, 2020, 9:34 pm**
Departed USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

**May 28, 2020, 7:37 pm**
Arrived at USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

**May 28, 2020, 6:49 pm**
Departed USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

**May 28, 2020, 4:20 pm**
Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

**May 28, 2020, 3:23 pm**
Departed USPS Facility
HYATTSVILLE, MD 20785

**May 28, 2020, 12:39 pm**
Arrived at USPS Facility
HYATTSVILLE, MD 20785

**May 28, 2020, 2:26 am**
Departed USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

**May 28, 2020, 2:19 am**
Arrived at USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

**May 27, 2020, 9:06 pm**
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

Feedback

**Product Information**  ⌄

---

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**