**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NEWT GINGRICH
GINGRICH FOUNDATION
4501 Fairfax Rd, Ste 900
ARLINGTON, NA 22203

9590 9402 4875 9032 3531 48

2. Article Number *(Transfer from service label)*

7019 1640 0001 1004 4273

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  NEWT

B. Received by (Printed Name)

M  GTE 513 c

D. Is delivery address different from item
   If YES, enter delivery address

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Del
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery
   (over $500)

PS Form **3811**, July 2015 PSN 7530-02-000-9053