# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

**Tracking Number:** 70191640000110044426

Remove ✕

Your item was delivered to an individual at the address at 4:15 pm on May 29, 2020 in WEST PALM BEACH, FL 33407.

## ⊘ Delivered

May 29, 2020 at 4:15 pm
Delivered, Left with Individual
WEST PALM BEACH, FL 33407

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

**May 29, 2020, 4:15 pm**
Delivered, Left with Individual
WEST PALM BEACH, FL 33407
Your item was delivered to an individual at the address at 4:15 pm on May 29, 2020 in WEST PALM BEACH, FL 33407.

**May 29, 2020**
In Transit to Next Facility

**May 28, 2020, 9:18 pm**
Departed USPS Regional Facility
WEST PALM BEACH FL DISTRIBUTION CENTER

**May 28, 2020, 1:46 pm**
Arrived at USPS Regional Facility
WEST PALM BEACH FL DISTRIBUTION CENTER

**May 28, 2020, 4:54 am**
Departed USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

**May 28, 2020, 1:45 am**
Arrived at USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

**May 28, 2020, 12:01 am**
Departed USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

**May 27, 2020, 9:06 pm**
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

Feedback

**Product Information**     ˅

See Less  ˄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**