# USPS Tracking®

FAQs ›

**Track Another Package +**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**
(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

Remove ✕

**Tracking Number:** 70191640000110044471

Your item was delivered at 4:59 am on June 1, 2020 in WASHINGTON, DC 20530.

## ✓ Delivered

June 1, 2020 at 4:59 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**June 1, 2020, 4:59 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:59 am on June 1, 2020 in WASHINGTON, DC 20530.

**May 30, 2020, 11:12 am**

Available for Pickup
WASHINGTON, DC 20530

**May 30, 2020, 7:07 am**
Arrived at Unit
WASHINGTON, DC 20018

**May 29, 2020, 6:55 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**May 29, 2020**
In Transit to Next Facility

**May 27, 2020, 9:04 pm**
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

**Product Information** ⌄

See Less ⌃

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**