# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**
(https://reg.usps.com/xsell?app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

Remove ✕

**Tracking Number:** 70191640000110044297

Your item was delivered to the front desk, reception area, or mail room at 6:06 pm on May 29, 2020 in WASHINGTON, DC 20001.



## Delivered

May 29, 2020 at 6:06 pm
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20001

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

May 29, 2020, 6:06 pm
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20001
Your item was delivered to the front desk, reception area, or mail room at 6:06 pm on May 29, 2020 in WASHINGTON, DC 20001.

**May 29, 2020, 4:17 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**May 29, 2020, 3:11 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**May 29, 2020, 2:30 am**
Departed USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**May 28, 2020, 5:26 pm**
Arrived at USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**May 28, 2020, 12:39 pm**
Arrived at USPS Facility
HYATTSVILLE, MD 20785

**May 28, 2020, 2:26 am**
Departed USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

**May 28, 2020, 2:19 am**
Arrived at USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

**May 27, 2020, 9:06 pm**
Arrived at USPS Regional Origin Facility
CHARLESTON SC PROCESSING CENTER

**May 27, 2020, 1:51 pm**
Departed Post Office
JOHNS ISLAND, SC 29455

**May 27, 2020, 1:37 pm**
USPS picked up item
JOHNS ISLAND, SC 29455

**Product Information** ⌄

Feedback

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**