# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**
(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

**Tracking Number:** 70191640000110044440                                                                                    Remove ✕

Your item arrived at the CLEVELAND, OH 44101 post office at 9:13 am on June 8, 2020 and is ready for pickup.

## Available for Pickup

June 8, 2020 at 9:13 am
Available for Pickup
CLEVELAND, OH 44101

Get Updates ⌄

---

**Text & Email Updates**                                                                              ⌄

---

**Tracking History**                                                                                  ⌃

**June 8, 2020, 9:13 am**
Available for Pickup
CLEVELAND, OH 44101
Your item arrived at the CLEVELAND, OH 44101 post office at 9:13 am on June 8, 2020 and is ready for pickup.

Reminder to Schedule Redelivery of your item

**June 1, 2020, 10:53 am**
Available for Pickup
CLEVELAND, OH 44115

**June 1, 2020, 10:48 am**
Arrived at Unit
CLEVELAND, OH 44101

**May 31, 2020**
In Transit to Next Facility

**May 29, 2020, 1:42 am**
Departed USPS Regional Facility
CLEVELAND OH DISTRIBUTION CENTER

**May 28, 2020, 11:09 pm**
Arrived at USPS Regional Facility
CLEVELAND OH DISTRIBUTION CENTER

**May 28, 2020, 10:11 pm**
Departed USPS Regional Facility
AKRON OH DISTRIBUTION CENTER

**May 28, 2020, 8:47 pm**
Arrived at USPS Regional Facility
AKRON OH DISTRIBUTION CENTER

**May 28, 2020, 12:35 pm**
Departed USPS Regional Facility
MID CAROLINA-CHARLOTTE NC DISTRIBUTION CENTER

**May 28, 2020, 6:15 am**
Arrived at USPS Regional Facility
MID CAROLINA-CHARLOTTE NC DISTRIBUTION CENTER

**May 28, 2020, 4:01 am**
Departed USPS Regional Facility

Feedback

COLUMBIA SC PROCESSING CENTER

**May 28, 2020, 1:45 am**
Arrived at USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

**May 28, 2020, 12:01 am**
Departed USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

**May 27, 2020, 9:06 pm**
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**