# USPS Tracking®

FAQs ›

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

Remove ✕

**Tracking Number:** 70191640000110044334

Your item was delivered to the front desk, reception area, or mail room at 5:30 pm on June 1, 2020 in WASHINGTON, DC 20001.

## ⊘ Delivered

June 1, 2020 at 5:30 pm
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20001

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

**June 1, 2020, 5:30 pm**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20001
Your item was delivered to the front desk, reception area, or mail room at 5:30 pm on June 1, 2020 in WASHINGTON, DC 20001.

**May 30, 2020, 11:54 am**
Delivery Attempted - No Access to Delivery Location
WASHINGTON, DC 20001

**May 30, 2020, 7:10 am**
Out for Delivery
WASHINGTON, DC 20001

**May 30, 2020, 3:51 am**
Arrived at Unit
WASHINGTON, DC 20018

**May 29, 2020**
In Transit to Next Facility

**May 28, 2020, 12:39 pm**
Arrived at USPS Facility
HYATTSVILLE, MD 20785

**May 28, 2020, 2:26 am**
Departed USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

**May 28, 2020, 2:19 am**
Arrived at USPS Regional Facility
COLUMBIA SC PROCESSING CENTER

**May 27, 2020, 9:07 pm**
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

Feedback

**Product Information** 

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**