UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **THE DAWABSHEH FAMILY, ET AL.** | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:20-cv-00555 |
| **NETANYAHU, ET AL.** | ) |
| Defendants. | ) |

## AFFIDAVIT OF SERVICE

I, the undersigned being duly sworn, depose and say under the penalty of perjury: I am over 18 years of age and reside at 1530 16th St. NW, apt. 808, Washington D.C. 20036.

That on May 26, 2020 with respect to Defendants that are not federal employees they are Andrew Cuomo, Miriam Adelson, AIPAC, Brian Shankman, Howard Kohr, Newt Gingrich, Rudloph Giuliani, Donald Hikind, Michael Huckabee, Susan Levin-Abir, and Walid Shoebat and were mailed copies of the Court Summons and complaint, satisfying Fed. R. Civ. P. 4.

With respect to Defendants David Friedman, Donald Trump, Jared Kushner, and Jason Greenblat they are federal employees whose copies of the Court summons and complaint were mailed to the office of the United States Attorney General. The returned certified mail slips will be filed upon receipt.

The remaining Defendants Benjamin Netanyahu, Dov Weissglas, and Gustaf Cardelius are foreign defendants and a separate affidavit of service will be filed once they are properly served pursuant to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, also known as the Hague Service Convention.

Defendants were served by Mail: by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope at a post office or official depository under the exclusive care and custody of United States Postal Service.

_____
Signature

 Tess Rose_____
Name