# USPS Tracking®

FAQs ›

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**
(https://reg.usps.com/xsell?app=UpsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

Remove ✕

**Tracking Number:** 70191640000110044433

Your item was delivered to the front desk, reception area, or mail room at 9:50 am on May 29, 2020 in SAN ANTONIO, TX 78248.

## ⊘ Delivered

May 29, 2020 at 9:50 am
Delivered, Front Desk/Reception/Mail Room
SAN ANTONIO, TX 78248

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

**May 29, 2020, 9:50 am**
Delivered, Front Desk/Reception/Mail Room
SAN ANTONIO, TX 78248
Your item was delivered to the front desk, reception area, or mail room at 9:50 am on May 29, 2020 in SAN ANTONIO, TX 78248.

**May 29, 2020, 2:57 am**
Arrived at USPS Regional Facility
SAN ANTONIO TX DISTRIBUTION CENTER ANNEX

**May 28, 2020**
In Transit to Next Facility

Feedback

**May 27, 2020, 9:06 pm**
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**