# USPS Tracking®

FAQs ›

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

### Jason Greenblat

**Tracking Number:** 70191640000110044266                Remove ✕

Your item was delivered at 4:59 am on June 1, 2020 in WASHINGTON, DC 20530.

## ⊘ Delivered

June 1, 2020 at 4:59 am  
Delivered  
WASHINGTON, DC 20530

Get Updates ⌄

---

**Text & Email Updates**                                                ⌄

---

**Tracking History**                                                    ⌃

**June 1, 2020, 4:59 am**  
Delivered  
WASHINGTON, DC 20530  
Your item was delivered at 4:59 am on June 1, 2020 in WASHINGTON, DC 20530.

**May 30, 2020, 11:12 am**

Available for Pickup
WASHINGTON, DC 20530

**May 30, 2020, 7:07 am**
Arrived at Unit
WASHINGTON, DC 20018

**May 29, 2020, 6:55 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**May 29, 2020**
In Transit to Next Facility

**May 27, 2020, 11:10 pm**
Departed USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

**May 27, 2020, 9:05 pm**
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

Feedback

**Product Information** ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**