UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DAWABSHEH FAMILY, ET AL. ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) Case No. 1:20-cv-00555 <br> ) <br> NETANYAHU, ET AL. ) <br> ) <br> Defendants. ) <br> ) <br> ) | |

## Status of Service of Process

COMES NOW the Plaintiffs named herein and explain to the Court the issues surrounding serving four defendants: Andrew Cuomo, Rudolph Giuliani, Dov Hikind, and Michael Huckabee. The defendants were mailed summonses and complaints on May 26, 2020. For whatever reason, the complaints and summonses have not yet been delivered.

Regarding the service on Andrew Cuomo, the summons and complaint has been in transit and waiting in Albany, New York since June 2, 2020. Regarding the service on Rudolph Giuliani, the summons and complaint was returned to sender because, after delivery to the initially stated addressee, the forwarding address was no longer valid. Regarding the service on Dov Hikind, delivery of the summons and complaint was attempted, and a notice was left because an authorized recipient was not available. Regarding the service on Michael Huckabee, the summons and complaint was returned to sender because his address changed, and no forwarding address was provided.

We will work with the United States Postal Service to complete service on these four defendants as soon as possible.

Respectfully submitted,

/s/ *Martin F. McMahon, Esq.*
D.C. Bar Number: 196642
Managing Partner, Transnational Business Attorneys Group
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343