AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Personal Representative of the Dawabsheh Family et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:20-cv-00555-DLF |
| Benjamin Netanyahu et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Miriam Adelson                                                                                                       .

Date:   06/17/2020

*/s/ Barry G. Felder*
*Attorney's signature*

Barry G. Felder - Bar No. 30776
*Printed name and bar number*

Foley & Lardner
90 Park Avenue
New York, NY 10016
*Address*

bgfelder@foley.com
*E-mail address*

(212) 338-3540
*Telephone number*

(212) 687-2329
*FAX number*