AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| <u>Personal Representative of the Dawabsheh Family et al.</u> ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-00555-DLF |
| <u>Benjamin Netanyahu et al.</u> ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

<u>Miriam Adelson</u>.

Date: <u>06/17/2020</u>

<u>/s/ Michael J. Tuteur</u>
*Attorney's signature*

<u>Michael J. Tuteur - Bar No. D00202</u>
*Printed name and bar number*
Foley & Lardner
111 Huntington Avenue
Suite 2500
Boston, MA 02199

*Address*

<u>mtuteur@foley.com</u>
*E-mail address*

<u>(617) 342-4016</u>
*Telephone number*

<u>(617) 342-4001</u>
*FAX number*