UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DAWABSHEH FAMILY, et al.,<br><br>       Plaintiffs,<br><br>-against-<br><br>NETANYAHU, et al.,<br><br>       Defendants. | Case No. 1:20-cv-00555 |

**MOTION ON CONSENT
FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

  Plaintiffs and defendant Miriam Adelson, by their undersigned counsel, respectfully request that the Court extend the time for defendant Adelson to respond to the Complaint through and including August 18, 2020.

  Plaintiffs contend that they completed service on Defendant Adelson on May 29, 2019 making the current deadline to respond to the complaint June 19, 2020.

  The parties have met and conferred and agree that the time for Defendant Adelson to respond to the complaint should be enlarged by 60 days, through and including August 18, 2020. The parties further agree that all of Defendant Adelson's defenses, including defenses with respect to the adequacy of service of process and this Court's personal jurisdiction over Defendant Adelson, are preserved.

  This motion is being filed for good cause and before the expiration of any of the current deadlines.  The parties seek the extensions above in the interest of justice and not for the purpose of delay.

Dated: June 17, 2020 　　　　　　　　　　　　　Respectfully Submitted,

| | |
|---|---|
| TRANSNATIONAL BUSINESS ATTORNEYS GROUP<br>*Attorneys for Plaintiffs* | FOLEY & LARDNER LLP<br>*Attorneys for Defendant Miriam Adelson* |
| By: */s/ Martin F. McMahon*<br>Martin F. McMahon (D.C. Bar No. 196642)<br>1717 K St. NW, Suite 900<br>Washington, D.C. 20006<br>(202) 862-4343<br>mm@martinmcmahonlaw.com | By: */s/ Barry G. Felder*<br>Barry G. Felder (D.C. Bar No. 307736)<br>90 Park Avenue<br>New York, New York 10016<br>(212) 338-3540<br>bgfelder@foley.com<br><br>Michael J. Tuteur (Bar No. D00202)<br>111 Huntington Avenue, Suite 2500<br>Boston, Massachussetts 02199<br>(617) 342-4016<br>mtuteur@foley.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the June 17, 2020, a true copy of the foregoing was served via ECF on all counsel of record herein.

Dated: June 17, 2020

　　　　　　　　　　　　　　　　　　　　　　　*s/ Barry G. Felder*
　　　　　　　　　　　　　　　　　　　　　　　Barry G. Felder