**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE DAWABSHEH FAMILY, et al.,<br><br>           Plaintiffs,<br>    -against-<br><br>NETANYAHU, et al.,<br><br>           Defendants. | Case No. 1:20-cv-00555 |

**ORDER**

On the consent motion of Plaintiffs and defendant Miriam Adelson, Defendant Miriam Adelson's time to respond to the Complaint is extended through and including August 18, 2020.

_____
DABNEY L. FRIEDRICH
United States District Judge

4815-1890-3744.1