AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Personal Rep. of the Dawabsheh Family, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-555 |
| Netanyahu, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant Walid Shoebat  .

Date:   06/17/2020

/s/ Robert J. Tolchin
*Attorney's signature*

Robert J. Tolchin NY0088
*Printed name and bar number*

The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
*Address*

rtolchin@berkmanlaw.com
*E-mail address*

(718) 855-3627
*Telephone number*

*FAX number*