AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Personal Rep. of the Dawabsheh Family, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00555-DLF |
| Benjamin Netanyahu, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Israel Public Affairs Committee (AIPAC), Howard Kohr, Brian Shankman   .

Date:   06/18/2020

/s/ Rachel Hirsch
*Attorney's signature*

Rachel Hirsch - 991122
*Printed name and bar number*
251 H St. NW
Washington, DC 20001

*Address*

rhirsch@aipac.org
*E-mail address*

(202) 639-5248
*Telephone number*

(202) 638-6349
*FAX number*