IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------X

PERSONAL REPRESENTATIVE OF THE
DAWABSHEH FAMILY, *et al.*,

                         Plaintiffs,

            -against-

NETANYAHU, *et al.*,

                         Defendants.

Docket No: 20-cv-555 (DLF)

---------------------------------------------------------------------X

## MOTION ON CONSENT
## FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

The undersigned have been retained as counsel for the defendant Walid Shoebat and have filed appearances on the docket herein. The docket reflects that the deadline for Shoebat to respond to the complaint is June 19, 2020, although the defendant may actually have more time based on the method of service used by plaintiffs.

The complaint is 175 pages long. The undersigned was just retained yesterday. The undersigned has not had sufficient time to study the complaint, determine the appropriate defense strategy, and prepare the necessary responsive documents.

The undersigned has met and conferred with Martin McMahon, Esq., counsel for plaintiffs. Plaintiffs have agreed that the time for the defendant Shoebat to respond to the complaint should be enlarged by 60 days, through and including August 18, 2020. Moving defendant Shoebat respectfully requests that the Court enter an order enlarging his time to respond to the complaint to that date.

-2-

At present only one other defendant, Miriam Adelson, has appeared. Defendant Adelson filed a similar motion for an extension of time also seeking to enlarge her time to respond to the complaint to August 18, 2020. Coordinating the deadlines for the various defendants to respond to the complaint serves the interests of efficiency and judicial economy.

Defendant Shoebat respectfully preserves all defenses, including defenses with respect to the adequacy of service of process and the Court's personal jurisdiction over him.

This motion is being filed for good cause and before the expiration of any of the current deadlines. The parties seek this extension in the interests of justice and not for the purpose of delay.

We thank the Court for its efforts in this matter.

Dated:   Brooklyn, New York
         June 18, 2020

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Defendant Shoebat*

by:  _____
     Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627


RIVKIN LAW GROUP
*Attorneys for the Defendant Shoebat*
Oleg Rivkin, Esq.
800 Third Avenue, 27th floor
New York, New York 10022

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated:    Brooklyn, New York
           June 18, 2020

                                            Robert J. Tolchin