# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------X

PERSONAL REPRESENTATIVE OF THE
DAWABSHEH FAMILY, *et al.*,

                Plaintiffs,

      -against-

NETANYAHU, *et al.*,

                Defendants.

------------------------------------------------------------------X

Docket No: 20-cv-555 (DLF)

## ORDER

It is hereby ordered that the motion of defendant Walid Shoebat for an extension of time to respond to the complaint is granted. Defendant Shoebat's time to respond to the complaint is and shall be extended to August 18, 2020. All defenses are preserved.

Dated: June ___, 2020

_____

U.S.D.J.