# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHE FAMILY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BENJAMIN NETANYAHU, et al.<br>SOLUTIONS, LLC, et al.<br><br>Defendants. | CASE NO.: 1:20-cv-00555-DLF |

## CONSENT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

COME NOW Defendants American Israel Public Affairs Committee (AIPAC), Howard Kohr, and Brian Shankman (collectively "Defendants"), along with Plaintiffs, by and through their respective undersigned counsel, and hereby move to extend the time for Defendants to file their response to the Complaint in the above-captioned case and state as follows:

1. On June 5, 2020, this Court ordered Plaintiffs to file proof of service with the Court by June 12, 2020 for 16 defendants, which Plaintiffs purported to have served in their First Status Report [Dkt. No. 8]. *See Court's Minute Order*.

2. On June 12, 2020, Plaintiffs filed a Return of Service and Affidavit with the Court, purporting to have served Defendants Brian Shankman and AIPAC by mail on May 29, 2020. *See Dkt. Nos. 14 and 15, respectively.* As such, the Court automatically generated a response date of June 19, 2020.

3. On June 12, 2020, Plaintiffs also filed a Return of Service and Affidavit, purporting to have served Defendant Howard Kohr by mail on June 1, 2020. *See Dkt. No. 17*. As such, the Court automatically generated a response date of June 22, 2020.

4. The parties have met and conferred and agreed that the time for Defendants to respond to the Complaint shall be extended by 60 days, through and including August 18, 2020. The parties further agree that all of Defendants' defenses, including, without limitation, defenses with respect to the sufficiency of service of process, are preserved.

5. This motion is being filed for good cause and before the expiration of any deadlines. The parties seek this extension of time in the interest of justice and not for the purpose of delay.

WHEREFORE, for the foregoing reasons, the parties, by consent, move this Court to extend the deadline for Defendants AIPAC, Howard Kohr, and Brian Shankman to respond to the Complaint through and including August 18, 2020.

Dated: June 18, 2020                                Respectfully submitted,

                                                                  /s/  Rachel Hirsch
                                                    Rachel Hirsch (D.C. Bar No. 991122)
                                                    AIPAC
                                                    251 H Street, NW
                                                    Washington, D.C. 20001
                                                    Tel: (202) 639-5248
                                                    Fax: (202) 638-6349
                                                    rhirsch@aipac.org

        Philip Friedman (D.C. Bar No. 421854)
        Friedman Law Offices PLLC
        2001 L Street NW, Suite 400
        Washington, DC 20036
        Tel: (202) 293-4175
        Fax: (202) 381-0395
        psf@consumerlawhelp.com


*Attorneys for Defendants,*
AIPAC, Howard Kohr, and Brian Shankman

- 4 -

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 18th day of June, 2020, I electronically submitted the foregoing document to the Clerk of the Court using the CM/ECF system for filing on all counsel of record herein.

                                  */s/ Rachel Hirsch*
                                  Rachel Hirsch