IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHE FAMILY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BENJAMIN NETANYAHU, et al. SOLUTIONS, LLC, et al.<br><br>Defendants. | CASE NO.: 1:20-cv-00555-DLF |

**[PROPOSED] ORDER**

UPON CONSIDERATION OF the Parties' Consent Motion to Extend Time to Respond to the Complaint, it is this _____ day of _____, 2020, by the District Court for the District of Columbia, hereby ORDERED:

1. that the Consent Motion is GRANTED; and

2. that the deadline for Defendants American Israel Public Affairs Committee (AIPAC), Howard Kohr, and Brian Shankman to respond to the Complaint shall extend through and including August 18, 2020.

_____
THE HONORABLE DABNEY L. FRIEDRICH
United States District Judge