IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHE FAMILY, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO.: 1:20-cv-00555-DLF |
| v. | ) ) | |
| BENJAMIN NETANYAHU, et al. SOLUTIONS, LLC, et al. | ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANT AIPAC'S CORPORATE DISCLOSURE STATEMENT**

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for the American Israel Public Affairs Committee (AIPAC), certify that to the best of my knowledge and belief, AIPAC does not have a parent company, any subsidiaries, affiliates or companies which own at least 10% its stock.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: June 18, 2020                                            Respectfully submitted,

                                                                               /s/  Rachel Hirsch
                                                                Rachel Hirsch (D.C. Bar No. 991122)
                                                                AIPAC
                                                                251 H Street, NW
                                                                Washington, D.C. 20001
                                                                Tel: (202) 639-5248
                                                                Fax: (202) 638-6349
                                                                rhirsch@aipac.org

- 2 -

        Philip Friedman (D.C. Bar No. 421854)
        Friedman Law Offices PLLC
        2001 L Street NW, Suite 400
        Washington, DC 20036
        Tel: (202) 293-4175
        Fax: (202) 381-0395
        psf@consumerlawhelp.com


*Attorneys for Defendants,*
AIPAC, Howard Kohr, and Brian Shankman