AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Personal Rep. of the Dawabsheh Family, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-555 |
| Netanyahu, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant Walid Shoebat                                                                                              .

Date:   06/17/2020

/s/ Oleg Rivkin
*Attorney's signature*

Oleg Rivkin NY236
*Printed name and bar number*

Rivkin Law Group
800 Third Avenue, 27th floor
New York, New York 10022
*Address*

or@rivkinlawgroup.com
*E-mail address*

212-231-9776
*Telephone number*

*FAX number*