UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DAWABSHEH FAMILY, ET AL.<br><br>    Plaintiffs,<br><br>    v.<br><br>NETANYAHU, ET AL.<br><br>    Defendants. | Case No. 1:20-cv-00555 |

## MOTION FOR A FORTY-FIVE DAY EXTENSION TO SERVE DEFENDANTS ANDREW CUOMO, RUDOLPH GIULIANI, DOV HIKIND, AND MICHAEL HUCKABEE

Come now the Plaintiffs, by and through undersigned counsel, who respectfully request this Court to authorize an extension of forty-five days to serve four defendants, Andrew Cuomo, Rudolph Giuliani, Dov Hikind, and Michael Huckabee. Plaintiffs are hiring process servers to complete service on these four defendants because service by mail was unsuccessful. The relief Plaintiffs seek is justified as explained herein because the Plaintiffs have acted in a diligent manner once learning initial service was unsuccessful.

These defendants were mailed summonses and complaints through United States Postal Service (USPS) certified mail on May 26, 2020. For various reasons, the complaints and summonses have not yet been served on the defendants. Plaintiffs' counsel has spoken to USPS agents on the phone and it has been determined that the summonses and complaints will not be served by the deadline of June 19, 2020 and are deemed undeliverable.

1

According to the USPS, Michael Huckabee moved from his residence in North Little Rock, Arkansas and no forwarding address was left with the USPS. Because no forwarding address was provided at the time of his move, the summons and complaint were returned to sender. Records show that the defendant's new residence is located at 756 Blue Mountain Rd, Santa Rosa Beach, FL 32495. Plaintiffs are hiring a process server in the state of Florida to serve Michael Huckabee at his new residence.

Dov Hikind was unable to be served by USPS certified mail because an "authorized recipient" was not present at the time of the attempted delivery at 11:47AM on June 1, 2020 in Brooklyn, NY 11219. Plaintiffs will hire a process server to hand deliver Defendant Hikind's summons and complaint in order to avoid the issue of an authorized recipient being present at the time of service.

The USPS also attempted service upon Andrew Cuomo, but at the time of delivery, the USPS had "no access to delivery location." Plaintiffs rescheduled another delivery attempt, but according to USPS tracking information, the summons and complaint remains at the post office in Albany, NY. Plaintiffs will overcome this issue by hiring a process server.

Rudolph Giuliani's summons and complaint were unable to be delivered because the "forwarding order expired." Defendant Giuliani's address listed in the complaint is the known location of Giuliani Partners LLC. Plaintiffs do not know why a new forwarding order was not in place. Plaintiffs will hire a process server to deliver the summons and complaint to Defendant Giuliani.

Plaintiffs ask the Court to authorize an extension of forty-five days and re-issue these defendants' summonses to complete service on the four defendants, Andrew Cuomo, Rudolph

Giuliani, Dov Hikind, and Michael Huckabee. An Order and short memorandum of points and authorities is attached.

Respectfully submitted,

/s/ *Martin F. McMahon, Esq.*
D.C. Bar Number: 196642
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343