UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE DAWABSHEH FAMILY, ET AL.** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**NETANYAHU, ET AL.** )<br>)<br>**Defendants.** )<br>) | Case No. 1:20-cv-00555 |

## ORDER

Pending before the Court is Plaintiffs' Motion for a forty-five day extension to serve Defendants Andrew Cuomo, Rudolph Giuliani, Dov Hikind, and Michael Huckabee through a process server.

Having considered the Motion, and for the reasons set forth therein, the Court is of the opinion and finds that the Motion should be granted for good cause shown.

Accordingly, it is this _____ day of _____, 2020,

ORDERED that Plaintiffs' Motion is hereby GRANTED.

Date: _____                    _____
                                          Hon. Dabney L. Friedrich
                                          UNITED STATES
                                          DISTRICT JUDGE