UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE DAWABSHEH FAMILY, ET AL.** <br><br> **Plaintiffs,** <br><br> v. <br><br> **NETANYAHU, ET AL.** <br><br> **Defendants.** | Case No. 1:20-cv-00555 |

### PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION FOR A FORTY-FIVE DAY EXTENSION TO SERVE DEFENDANTS ANDREW CUOMO, RUDOLPH GIULIANI, DOV HIKIND, AND MICHAEL HUCKABEE

In support of their motion seeking a forty-five-day extension to serve defendants Andrew Cuomo, Rudolph Giuliani, Dov Hikind, and Michael Huckabee, Plaintiffs refer to:

1. Fed. R. Civ. P. 1.
2. Fed. R. Civ. P. 4.
3. Efforts to effectuate service of process.
4. The record herein.