**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANDREW CUOMO
138 EAGLE St.
ALBANY, NY 12202



9590 9402 4875 9032 3529 50

2. Article Number (Transfer from service label)



7019 1640 0001 1004 4341

PS Form 3811, July 2015 PSN 7530-02-000-9053