5443047
UNDISPUTED LEGAL INC
590 MADISON AVENUE, 21 FL.
NEW YORK, NY 10022
212-203-8001

Term ID: 002

## Sale - Approved

| | | |
|---|---|---|
| Date | 06/29/20 | Time 21:25:07 |
| Method of Payment | MasterCard | |
| Entry Method | Manual | |
| Account # | XXXXXXXXXXXX9482 | |
| | | |
| Order ID | MARTIN MCMAHON | |
| Order Description: | RUSH: DOV HIKIND + PRINT FEE | |
| Approval Code | 005973 | |
| **Amount** | **$222.00** | |

Customer Copy

**From:** INFO info@undisputedlegal.com
**Subject:** Re: Service of process: Times Square, Brooklyn
**Date:** July 2, 2020 at 3:53 PM
**To:** Tess Rose tr@martinmcmahonlaw.com

Hello

Personal service has been made, affidavit is being issued

> On Jul 2, 2020, at 3:45 PM, Tess Rose <tr@martinmcmahonlaw.com> wrote:
>
> Hello there,
>
> Is there any update on serving Dov Hikind? Thank you.
>
> Best,
> Tess
>
> On Mon, Jun 29, 2020 at 9:26 PM INFO <info@undisputedlegal.com> wrote:
>> Please see receipt