UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE DAWABSHEH FAMILY,** *et al.*<br><br>    **Plaintiffs,**<br><br>v.<br><br>**NETANYAHU,** *et al.*<br><br>    **Defendants.** | Case No. 1:20-cv-00555 |

### AFFIDAVIT OF SERVICE

I, the undersigned being duly sworn, depose and say under the penalty of perjury: I am over 18 years of age and reside at 1530 16th St. NW, apt. 808, Washington D.C. 20036.

That on June 12, 2020 with respect to Defendant Andrew Cuomo, his PS Form 3811 green card was signed and returned to the office of Martin McMahon and Associates.

With respect to Defendant Dov Hikind, he was successfully served at the address 411 Avenue L, Brooklyn, NY, 11230 by a process server employed by Undisputed Legal. The company confirmed by email that he was successfully served the week of June 29, 2020. However, because of the long holiday weekend, the affidavit was not sent to us and the company failed to comply with the terms set forth in our agreement.

With respect to Defendant Rudolph Giuliani, despite our efforts, we have not been able to serve him. Another summons and complaint were sent by USPS Certified Mail to the address currently registered with the New York State Bar Association. The United States Postal Service attempted to access the address on July 2, 2020, but they were unable to access the delivery location.

_____
Signature

 Tess Rose_____
Name