AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Personal Rep. of the Dawabsheh Family, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20-cv-555 |
| Benjamin Netanyahu, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Susan Levin-Abir .

Date: 07/14/2020

/s/ Mark D. Harris
*Attorney's signature*

Mark D. Harris, DC Bar No. 445900
*Printed name and bar number*

Proskauer Rose LLP
11 Times Square
New York, NY 10036
*Address*

mharris@proskauer.com
*E-mail address*

(212) 969-3000
*Telephone number*

(212) 969-2900
*FAX number*