AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Personal Rep. of the Dawabsheh Family, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-555 |
| Benjamin Netanyahu, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Susan Levin-Abir.

Date: 07/14/2020

/s/ Jennifer E. Tarr
*Attorney's signature*

Jennifer E. Tarr, DDC Bar No. IL0028
*Printed name and bar number*

Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
*Address*

jtarr@proskauer.com
*E-mail address*

(202) 416-6846
*Telephone number*

(202) 416-6899
*FAX number*