UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BENJAMIN NETANYAHU, et al.,<br><br>Defendants. | No. 1:20-cv-00555-DLF |

**CONSENT MOTION OF DEFENDANT SUSAN LEVIN-ABIR
FOR AN EXTENSION OF TIME TO RESPOND TO
PLAINTIFFS' COMPLAINT**

Defendant Susan Levin-Abir, by and through her undersigned counsel, hereby moves this Court for an extension of time to file her response to the Complaint in the above-captioned case until August 14, 2020 for the reasons discussed below.  Plaintiffs' counsel consents to this request.

1. Plaintiffs commenced this litigation by filing a Complaint against Ms. Levin-Abir and eighteen other defendants including President Donald Trump, New York Governor Andrew Cuomo, and Israeli Prime Minister Benjamin Netanyahu on February 25, 2020.  *See* Dkt. No. 1.

2. On April 28, 2020, this Court entered a minute order noting that Plaintiffs had not filed proof of service on the docket and ordering Plaintiffs to "cause process to be served upon the defendants and proof of service to be filed with the Court or establish good cause for the failure to do so" by May 25, 2020.  The Court further stated that failure to do so would "result in dismissal of this case."

3. On May 26, 2020, Plaintiffs filed a status report claiming to have served sixteen

defendants, including Ms. Levin-Abir and attaching a photograph of a Certified Mail receipt purportedly addressed to Ms. Levin-Abir.  *See* Dkt. No. 8.

4. On June 5, 2020, this Court entered a minute order requiring Plaintiffs to file proof of service with the Court by June 12, 2020 for the sixteen whom Plaintiffs purported to have served in their May 26 status report.

5. On June 12, 2020, Plaintiffs filed a Return of Service and Affidavit with the Court, purporting to have served Ms. Levin-Abir by mail on May 29, 2020.  *See* Dkt. No. 13.

6. On June 24, 2020, this Court entered a minute order extending the deadline for all domestic defendants to respond to the Complaint until July 31, 2020.

7. To date, only five other defendants have appeared in this case—Miriam Adelson, Walid Shoebat, American Israel Public Affairs Committee (AIPAC), Howard Kohr, and Brian Shankmanand.  *See generally* Docket.

8. As Ms. Levin-Abir will detail in her planned motion to dismiss the Complaint, she was not properly served with the Complaint, which was mailed to an address at which she does not reside.  As such, undersigned counsel was only retained on approximately July 9, 2020.

9. In addition to moving to dismiss on jurisdictional grounds due to failure of service and other reasons, Ms. Levin-Abir expects to move to dismiss the Complaint on multiple additional grounds under Rule 12(b) of the Federal Rules of Civil Procedure.  However, given that the Complaint is 175 pages long and counsel was just retained, counsel has not yet had sufficient time to study the Complaint, determine the appropriate defense strategy, and prepare the necessary responsive documents.  Ms. Levin-Abir would be prejudiced if she had to file her motion to dismiss on July 31, 2020.  Accordingly, counsel

requests that the deadline to respond be extended to August 14, 2020.

10. Counsel for Ms. Levin-Abir has met and conferred with Plaintiffs' counsel, who consents to this motion.

11. In addition, counsel for Ms. Levin-Abir has met and conferred with counsel for the five Defendants who have appeared in this case, who also consent to this motion.

12. As part of the consultation process, counsel for Ms. Levin-Abir and the Defendants who have appeared agreed that the filing an omnibus motion to dismiss as to issues common to all defendants would to promote efficiency and judicial economy. Should the Court agree that an omnibus brief is desirable, counsel for Ms. Levin-Abir respectfully suggests that the Court also extend the deadlines for the other defendants to respond to the Complaint until August 14, 2020, to enable them to coordinate. Doing so would also avoid the inefficiency of having multiple motions to dismiss on staggered schedules.

13. This motion is being filed for good cause and not inexcusable neglect. Ms. Levin-Abir seeks this extension of time in the interest of justice and not for the purpose of delay.

For the foregoing reasons, Ms. Levin-Abir, by consent of Plaintiffs and the other Defendants who have appeared in this case, moves this Court to extend the deadline to respond to the Complaint through and including August 14, 2020.

Dated: July 14, 2020

Respectfully submitted,

/s/ *Mark D. Harris*

Mark D. Harris (D.C. Bar No. 445900)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

mharris@proskauer.com

Jennifer E. Tarr (D.D.C. Bar No. IL0028)
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004-2533
Tel: (202) 416-6846
Fax: (202) 416-6899
jtarr@proskauer.com

*Counsel for Defendant Susan Levin-Abir*

4