UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BENJAMIN NETANYAHU, *et al.*, <br><br> Defendants. | No. 20-cv-0555 (DLF) |

**[PROPOSED] ORDER**

On consideration the Consent Motion of Defendant Susan Levin-Abir for an Extension of Time to Respond to Plaintiffs' Complaint, the Court hereby orders that the Motion is **GRANTED**. The deadline for Defendant Levin-Abir to move or otherwise respond to the Complaint is hereby extended to August 14, 2020.

In the interests of judicial efficiency, the Court further extends the deadline for all private defendants to respond to the Complaint through and including August 14, 2020, so that private defendants may coordinate omnibus briefing on common issues.

Dated: _____      _____
DABNEY L. FRIEDRICH
United States District Judge