AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DAWABSHE FAMILY, et al.

*Plaintiff(s)*

v.

NETANYAHU, et al.

*Defendant(s)*

Civil Action No. 1:20-cv-00555-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Benjamin Netanyahu
Prime Minister's Office
Punlic Enquiries Department
Kiryat Ben Gurion I
Building C
Jerusalem, Israel 91950

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/09/2020

/s/ Erica Garmendez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DAWABSHE FAMILY, et al.

*Plaintiff(s)*

v.

NETANYAHU, et al.

*Defendant(s)*

Civil Action No. 1:20-cv-00555-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gustaf Cardelius, Attorney at Law
Advokatfirman Carthiel AB
Master Samuelsgatan 1
SE-111 44 Stockholm, Sweden

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/09/2020



/s/ Erica Garmendez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DAWABSHE FAMILY, et al.

*Plaintiff(s)*

v.

NETANYAHU, et al.

*Defendant(s)*

Civil Action No. 1:20-cv-00555-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dov Weissglas
Chairman of the Executive Committee
University of Haifa
199 Aba Khoushy Ave.
Mount Carmel, Haifa, Israel

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/09/2020

/s/ Erica Garmendez

*Signature of Clerk or Deputy Clerk*