AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Personal Rep. of the Dawabsheh Family, et. al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20-cv-555 (DLF) |
| Benjamin Netanyahu ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Israel Public Affairs Committee (AIPAC), Howard Kohr, Brian Shankman                            .

Date:    07/22/2020

/s/Philip Friedman
*Attorney's signature*

Philip Friedman 421854
*Printed name and bar number*
Friedman Law Offices, PLLC
2001 L Street, NW, Suite 400
Washington, DC 20036

*Address*

psf@consumerlawhelp.com
*E-mail address*

(202) 293-4175
*Telephone number*

(202) 318-0395
*FAX number*