AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Personal Rep. of the Dawabsheh Family, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-555-DLF |
| Benjamin Netanyahu, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andrew M. Cuomo.

Date: 07/31/2020

/s/ Owen T. Conroy
*Attorney's signature*

Owen T. Conroy (D.C. Bar No. 991097)
*Printed name and bar number*

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
*Address*

owen.conroy@ag.ny.gov
*E-mail address*

(212) 416-6382
*Telephone number*

(212) 416-6009
*FAX number*