UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY, *et al.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>BENJAMIN NETANYAHU, *et al.*,<br><br>       *Defendants*. | Case No. 1:20-cv-00555-DLF |

**DEFENDANT ANDREW M. CUOMO'S**
**<u>MOTION TO DISMISS</u>**

  Defendant Andrew M. Cuomo, through his undersigned counsel, moves pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Complaint against him for insufficient service of process, lack of personal jurisdiction, lack of standing, sovereign immunity, and failure to state a claim. The grounds supporting this motion are set forth in the accompanying memorandum of law. A proposed order is attached.

Dated: New York, New York
July 31, 2020

                                          Respectfully submitted,

LETITIA JAMES
Attorney General
State of New York
*Attorney for Governor Cuomo*

By: /s/ Owen T. Conroy
Owen T. Conroy (D.C. Bar No. 991097)
Assistant Attorney General
28 Liberty Street
New York, New York 10005
Tel.: (212) 416-6382
Email: Owen.Conroy@ag.ny.gov