**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY, *et al.*,<br><br>         *Plaintiffs*,<br><br>   v.<br><br>BENJAMIN NETANYAHU, *et al.*,<br><br>         *Defendants*. | Case No. 1:20-cv-00555-DLF |

**[PROPOSED] ORDER GRANTING DEFENDANT ANDREW M. CUOMO'S**
**MOTION TO DISMISS**

After considering the motion filed by Defendant Andrew M. Cuomo to dismiss this action against him for insufficient service of process, lack of personal jurisdiction, lack of standing, sovereign immunity, and failure to state a claim pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure, and upon consideration of the motion, the arguments, authorities and points of law presented by the parties, the motion is **GRANTED**.

It is hereby **ORDERED** that the Complaint is dismissed with prejudice against Andrew M. Cuomo.

Dated: _____

                                             _____
                                           Hon. Dabney L. Friedrich
                                           United States District Judge