UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE DAWABSHEH FAMILY, ET AL.**<br><br>   **Plaintiffs,**<br><br>   v.<br><br>**NETANYAHU, ET AL.**<br><br>   **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:20-cv-00555<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S CONSENT MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT CUOMO'S MOTION TO DISMISS**

Plaintiffs, through undersigned counsel, respectfully move the Court to grant Plaintiffs an extension of time under F.R.C.P. 6(b)(1) to respond to the Motion to Dismiss filed by Defendant Andrew M. Cuomo (ECF 42-1) which was filed on July 31, 2020.

In support of the motion, the parties show the Court the following:

1. On July 31, 2020 Defendant Cuomo filed his Memorandum in support of his Motion to dismiss the complaint in this action.

2. Under LCvR7(b), Plaintiffs have 14 days to respond to the Defendant Cuomo's motion.

3. Plaintiff's counsel needs additional time to confer with Plaintiffs to develop a proper response to the Motion To Dismiss.

4. Defendant Counsel, attorney Owen Conroy of the office of the Attorney General of the State of New York has consented to Plaintiff's request foe extension of time to respond to the Motion to Dismiss

5. Accordingly, Plaintiffs request an additional 20 days to respond to the Defendant

1

Cuomo's Motion To Dismiss. The opposition will be due on September 3, 2020.

Respectfully submitted,

/s/ *Martin F. McMahon*
Martin F. McMahon, Esquire
D.C. Bar Number: 196642
Managing Partner, Transnational Business Attorneys Group
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

## CERTIFICATE OF SERVICE

      I certify that on August 6, 2020, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice, including defense counsel.

                                              */s/ Martin F. McMahon*
                                              Martin F. McMahon, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE DAWABSHEH FAMILY, ET AL. ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 1:20-cv-00555 |
| ) | |
| **NETANYAHU, ET AL.** ) | |
| ) | |
| **Defendants.** ) | |

**PROPOSED ORDER**

Upon consideration of Plaintiffs' motion for an extension of time to respond to the Defendant Cuomo's Motion to Dismiss it is

Hereby **ORDERED** that the motion is GRANTED and,

Plaintiffs have 20 additional days to respond to the Motion To Dismiss filed by Defendant Andrew M. Cuomo. Plaintiff's opposition will be due September 3, 2020.

DATED this _____ day of August 2020.

_____

United States District Judge