UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE DAWABSHEH FAMILY, ET AL.** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **NETANYAHU, ET AL.** ) <br> ) <br> **Defendants.** ) | Case No. 1:20-cv-00555 |

**PROPOSED ORDER**

Upon consideration of Plaintiffs' motion for an extension of time to respond to the Defendant Cuomo's Motion to Dismiss it is

Hereby **ORDERED** that the motion is GRANTED and,

Plaintiffs have 20 additional days to respond to the Motion To Dismiss filed by Defendant Andrew M. Cuomo. Plaintiff's opposition will be due September 3, 2020.

DATED this _____ day of August 2020.

_____

United States District Judge

4