STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

August 7, 2020

**By ECF**
Hon. Dabney L. Friedrich
United States District Judge
United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001

    Re:    *Dawabsheh, et al., v. Netanyahu, et al.,* **20-cv-555 (DLF)**

Dear Judge Friedrich:

    The New York State Office of the Attorney General represents defendant Andrew M. Cuomo ("Governor Cuomo") in this matter. I write in response to the Court's Order dated July 23, 2020, directing the parties to provide their positions on Plaintiffs' Notice of Related Case. ECF No. 3.

    Governor Cuomo takes no position on Plaintiffs' notice. Both cases appear to involve accusations that various individuals aided and abetted crimes against humanity in the Middle East. Except as addressed in Governor Cuomo's motion to dismiss, (ECF No. 42), none of the allegations in either case relate in any way to Governor Cuomo. For the reasons stated in Governor Cuomo's motion to dismiss, the Court should dismiss him from this action because he has not been served with the complaint and summons, this Court does not have personal jurisdiction over him, the plaintiffs lack standing to pursue a claim against him, any official capacity claims are barred by sovereign immunity, and the complaint fails to state a claim against him.

                            Respectfully submitted,

                            /s/ Owen T. Conroy
                            Owen T. Conroy (D.C. Bar No. 991097)
                            Assistant Attorney General

cc: All counsel of record (via ECF)