IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHE FAMILY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BENJAMIN NETANYAHU, et al.<br>SOLUTIONS, LLC, et al.<br><br>Defendants. | CASE NO.: 1:20-cv-00555-DLF |

**CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS**

COME NOW Defendants American Israel Public Affairs Committee (AIPAC), Howard Kohr, and Brian Shankman, with the consent of, and on behalf of, Defendants Miriam Adelson, Dov Hikind, Susan Levin-Abir, and Walid Shoebat (collectively "Defendants"), along with Plaintiff's consent, and hereby move for leave to exceed the briefing page limitation of 45 pages set forth in Local Rule 7(e) for the omnibus brief in support of Defendants' Rule 12 motions, which, by order of this Court, will be filed on or before August 14, 2020 (*See* 7/23/2020 Minute Order).

1. On July 23, 2020, this Court directed Defendants to file an omnibus brief in response to the Complaint on or before August 14, 2020.

2. The purpose of an omnibus brief is to promote efficiency and judicial economy by allowing the Defendants to submit one brief—instead of five separate briefs of 45 pages each—on issues common to all Defendants in response to the 175-page long Complaint filed by Plaintiffs.

3. Defendants are working diligently to coordinate their briefing to ensure that issues common to all Defendants can be briefed efficiently and cohesively in a single, omnibus motion. To the extent there are facts or defenses individual to a particular Defendant or group of Defendants, such issues will be briefed separately in individual submissions, which will be appended to the omnibus brief.

4. In order to fully and comprehensively present all legal issues in support of their consolidated omnibus brief in support of their Rule 12 motion, Defendants respectfully request an enlargement of the 45- page limitation as follows:

   a. For the omnibus brief, Defendants request an enlargement of the page limitation for the memorandum of points and authorities to no more than 75 pages;

   b. For the appendices, Defendants request an enlargement of the page limitation to allow for individual submissions of no more than 10 pages for each Defendant, or group of Defendants, joining the omnibus brief.

5. The page limitation enlargement will facilitate coordination of the briefing and result in fewer total briefs and fewer total pages being filed with the Court.

6. Pursuant to Local Rule 7(m), undersigned counsel conferred with Plaintiffs' counsel on the relief sought in this Motion, and Plaintiffs' counsel has provided his consent.

WHEREFORE, for the foregoing reasons, Defendants move this Court to enlarge the page limitations of 45 pages set forth in Local Rule 7(e) for the omnibus brief in support of Defendants' Rule 12 motions, to allow for an omnibus brief containing a memorandum of points and authorities of no more than 75 pages and attached appendices of no more than 10 pages for each Defendant, or group of Defendants, joining in on this Motion.

Dated: August 7, 2020 Respectfully submitted,

_/s/ Rachel Hirsch_
Rachel Hirsch (D.C. Bar No. 991122)
AIPAC
251 H Street, NW
Washington, D.C. 20001
Tel: (202) 639-5248
Fax: (202) 638-6349
rhirsch@aipac.org


Philip Friedman (D.C. Bar No. 421854)
Friedman Law Offices PLLC
2001 L Street NW, Suite 400
Washington, DC 20036
Tel: (202) 293-4175
Fax: (202) 381-0395
psf@consumerlawhelp.com


*Attorneys for Defendants,*
AIPAC, Howard Kohr, and Brian Shankman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August, 2020, I electronically submitted the foregoing document to the Clerk of the Court using the CM/ECF system for filing on all counsel of record herein.

                                         */s/ Rachel Hirsch*
                                         Rachel Hirsch