IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHE FAMILY, et al. <br><br> Plaintiffs, <br><br> v. <br><br> BENJAMIN NETANYAHU, et al. SOLUTIONS, LLC, et al. <br><br> Defendants. | CASE NO.: 1:20-cv-00555-DLF |

### [PROPOSED] ORDER

UPON CONSIDERATION OF Defendants' Consent Motion for Leave to Exceed Page Limitations ("Motion"), it is this _____ day of _____, 2020, by the District Court for the District of Columbia, hereby ORDERED:

1. that the Motion is GRANTED; and

2. that the page limitation for the Rule 12 omnibus brief in response to Plaintiffs' Complaint by Defendants American Israel Public Affairs Committee, Howard Kohr, Brian Shankman, Miriam Adelson, Dov Hikind, Susan Levin-Abir, and Walid Shoebat ("Defendants") shall be enlarged as follows:

    a. An omnibus brief containing a memorandum of points and authorities of no more than 75 pages; and

    b. Attached appendices of no more than 10 pages for each individual submission appended to the omnibus brief.

- 2 -

_____
THE HONORABLE DABNEY L. FRIEDRICH
United States District Judge

- 2 -