# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )    Case Action No. 1:20-cv-555-DLF ) |
| NETANYAHU, et al., | ) ) |
| Defendants. | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Defendant Dov Hikind.

Please note that Plaintiffs errantly identified Defendant Dov Hikind as "Donald Hikind" in their Complaint and on the Court's ECF docket. Plaintiffs' correctly identified Defendant Dov Hikind in their Summons. *See* Doc. # 34 and 34-1.

Dated: August 10, 2020                Respectfully submitted,

/s/ *Benjamin P. Sisney*
BENJAMIN P. SISNEY (D.C. Bar # 1044721)
THE AMERICAN CENTER FOR LAW AND JUSTICE
201 Maryland Avenue, N.E.
Washington, D.C.  20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
Email: bsisney@aclj.org

*Counsel for Defendant*