IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY, et al., ) ) ) Plaintiffs, ) ) vs. ) ) NETANYAHU, et al., ) ) Defendants. ) | Case Action No. 1:20-cv-555-DLF |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendant Dov Hikind.

Please note that Plaintiffs errantly identified Defendant Dov Hikind as "Donald Hikind" in their Complaint and on the Court's ECF docket. Plaintiffs correctly identified Defendant Dov Hikind in their Summons. *See* Doc. # 34 and 34-1.

Dated: August 13, 2020          Respectfully submitted,

                                    /s/ *Stuart J. Roth*
                                    STUART J. ROTH (D.C. Bar No. 475937)
                                    THE AMERICAN CENTER FOR LAW AND JUSTICE
                                    201 Maryland Avenue, N.E.
                                    Washington, D.C.  20002
                                    Telephone: (202) 546-8890
                                    Facsimile: (202) 546-9309
                                    Email: sroth@aclj.org

                                    *Counsel for Defendant*