# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Case No. 20-cv-555 (DLF) |
| v. | ) ) ) **DECLARATION OF BARRY G. FELDER** |
| BENJAMIN NETANYAHU *et al.*, | ) ) |
| Defendants. | ) |

BARRY G. FELDER declares as follows under penalty of perjury:

1. I am a partner at Foley & Lardner LLP, attorneys for defendant Miriam Adelson. I am familiar with the facts set forth herein. I submit this declaration in support of the motion to dismiss the Complaint by Dr. Adelson and other defendants.

2. True and correct copies of printouts from the Google Maps and Mapquest websites, showing that the address of the Sands Expo & Convention Center is 201 Sands Avenue, Las Vegas, Nevada, are annexed hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2020

                                                         *s/Barry G. Felder*
                                                           Barry G. Felder

# EXHIBIT A



