UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BENJAMIN NETANYAHU, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-00555-DLF<br><br>**DECLARATION OF MARK D. HARRIS** |

MARK D. HARRIS declares as follows under penalty of perjury:

　　1.　　I am a partner at Proskauer Rose LLP, attorneys for defendant Susan Levin-Abir.  I am familiar with the facts set forth herein, and I submit this declaration in support of Ms. Levin-Abir's appendices to the motion to dismiss Plaintiffs' complaint.

　　2.　　A true and correct copy of the Declaration of Susan Levin-Abir, dated August 13, 2020, is annexed hereto as **Exhibit A**.

　　3.　　A true and correct copy of the "Contact Us" page of Temple Beth El's website is annexed hereto as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2020

　　　　　　　　　　　　　　　　　　　　　　　　*Mark Harris*
　　　　　　　　　　　　　　　　　　　　　　　　Mark D. Harris

<u>**EXHIBIT A**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BENJAMIN NETANYAHU, et al., <br><br> Defendants. | No. 1:20-cv-00555-DLF |

**<u>DECLARATION OF DEFENDANT SUSAN LEVIN-ABIR IN SUPPORT OF DEFENDANTS' OMNIBUS MOTION TO DISMISS PLAINTIFFS' COMPLAINT</u>**

I, Susan Levin-Abir, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a resident of Boca Raton, Florida and have been a resident of Boca Raton, Florida for the past three years. I have no secondary residences.

2. I do not reside at 2815 N. Flagler Drive in West Palm Beach, Florida, nor is it my usual place of abode.

3. Prior to moving to Florida three years ago, I was domiciled in Illinois.

4. I have never lived in the District of Columbia.

5. I do not own property in the District of Columbia.

6. I do not conduct business in the District of Columbia.

7. I do not have personal contacts in the District of Columbia.

8. I do not regularly travel to the District of Columbia.

9. I am employed by Friends of the Israel Defense Forces ("FIDF") as the Executive Director for the South Palm Beach/Broward Region. I have been employed by FIDF since July 1, 2018.

10. FIDF's office for the South Palm Beach/Broward Region is located in Boynton Beach, Florida.

1

11. Executive Director is the title that FIDF gives to its fundraisers. As Executive Director for the South Palm Beach/Broward Region, I am responsible for fundraising for FIDF in South Palm Beach, Florida and Broward County, Florida. I am not responsible for FIDF's policy decisions.

12. My fundraising activities are specific to Florida. I do not fundraise in the District of Columbia.

13. I did not receive the Summons and Complaint in this action from Plaintiffs or Plaintiffs' counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 13, 2020 in Boca Raton, Florida.

*Susan Levin-Abir*
———————————
*Susan Levin-Abir*

MENU

**EXHIBIT B**



# Temple Beth El WPB

"And let them make me a sanctuary, that I may dwell among them."

## TEMPLE BETH EL

ZOOM SERVICES AND CLASSES    ASK THE RABBI    FRIDAY NIGHT HAPPENING

# Contact Us

If you have any questions or concerns, please feel free to contact us using the form below. Fill in your contact and message information and we will get back to you as soon as possible.

**Temple Beth El**

**2815 North Flagler Drive**

**West Palm Beach, Florida 33407**

**Phone: 561-833-0339**

**Fax: 561-584-6969**

**General Emails: office@bethelwpb.com**

**Follow us on Instagram: @bethelwpb**

**Like us on Facebook: Temple Beth-El Wpb**

**Follow us on Twitter: @BethEl_WPB**

Donate Now









Rabbi Feldman's Adult Education









Gatsby Purim 2020   Women's League: Challah Happening 2019





Rabbi Feldman's Adult Education   Hanukkah at Rosemary Square 2019   Rabbi Feldman with Dennis Prager





Gala 2018   Volunteer Lucheon 2019   Women's League: Tea Party 2019


Hanukkah at Rosemary Square 2019


50s Purim Vodka Drinking Class


Craig Taubman


50s Purim 2019


Beth El's got Talent 2019


Friday Night Happening


Guatemala 2018


Comedian Robert Klein 2018


Comedian Rita Rudner 2020


AIPAC 2018






Friday Night Happening


Friday Night Happening


Friday Night Happening


Friday Night Happening



T E M P L E   B E T H   E L   W P B

Powered by WordPress | Theme: Britt by theme.blue