**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BENJAMIN NETANYAHU *et al.*, <br><br> Defendants. | Case No. 20-cv-555 (DLF) |

**[PROPOSED] ORDER**

Upon consideration of the Motion to Dismiss the Complaint filed by Defendants Miriam Adelson, AIPAC, Brian Shankman, Howard Kohr, Dov Hikind, Susan Levin-Abir, and Walid Shoebat (collectively "Defendants"), the Court hereby ORDERS that Defendants' Motion is GRANTED. The Complaint is dismissed pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(5) and 12(b)(6).

Dated: _____

_____
DABNEY L. FRIEDRICH
United States District Judge