IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BENJAMIN NETANYAHU *et al.*, <br><br> Defendants. | Case No. 20-cv-555 (DLF) |

**PLAINTIFF'S OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS FILED BY DEFENDANTS MIRIAM ADELSON, AIPAC, BRIAN SHANKMAN, HOWARD KOHR, DOV HIKIND, SUSAN LEVIN-ABIR, AND WALID SHOEBAT**

Come now Plaintiffs in the above captioned case and hereby ask the court for an extension of time to file a response to the Motion to Dismiss filed by Miriam Adelson, AIPAC, Brian Shankman, Howard Kohr, Dov Hikind, Susan Levin-Abir, And Walid Shoebat.

Defendants' Motion (ECF 51) was filed on August 14, 2020. Defendants motion was on behalf of seven different defendants, was filed with Plaintiff's consent to extension of time to file (ECF 44) and Plaintiff's consent to file excess pages (ECF 46) waiver of page limits. The Motion is 90 pages long.

This is an unusual Motion to Dismiss in that it has been filed by seven different defendants and there are alternative arguments advanced for dismissal. Hence, Plaintiff is responding to 8 different arguments.

Plaintiffs mistakenly believed response to that motion was due on September 4, 2020. Plaintiffs discovered their mistake on August 31, 2020 when they conferred

with Defendants' counsel for consent for a two-week extension of time to file their response.

While two of the Defendants' counsel initially agreed to the extension, the remaining counsel noted that the response was due on August 28, 2020—one business day before.

Plaintiff respectfully as this court for a two-week extension of time to file a response. Plaintiffs will also agree to a two-week extension for Defendants to reply to Plaintiff's memorandum in opposition to their Motion to Dismiss.

Respectfully submitted,
*/s/ Martin F. McMahon*
Martin F. McMahon, Esquire
1717 K Street NW – Suite 900
Washington, DC 20006
202-862-4343

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

PERSONAL REPRESENTATIVE OF THE
DAWABSHEH FAMILY *et al.*,

                      Plaintiffs,

      v.

BENJAMIN NETANYAHU *et al.*,

                      Defendants.

Case No. 20-cv-555 (DLF)

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE MOTION TO DISMISS FILED BY DEFENDANTS MIRIAM ADELSON, AIPAC, BRIAN SHANKMAN, HOWARD KOHR, DOV HIKIND, SUSAN LEVIN-ABIR, AND WALID SHOEBAT**

Come now Plaintiffs herein and offer these points and authorities in support of their Motion for an Extension of Time to respond.

1. The record herein including the extension granted in Minute order of August 7, 2020; and Minute Order allowing excess pages filed on August 10, 2020.

2. Federal Rule of Civ. P. 1 which states that the Federal Rules of Civil Procedure "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." Definition of "Just: "Right; in accordance with law and justice." Black's Online Law Dictionary 2nd Ed.

3. *Stevo v. Frasor*, 662 F.3d 880, 887 (7th Cir. 2011): "Local rules, like the Federal Rules of Civil Procedure that they supplement, should be construed to provide for the 'just, speedy, and inexpensive determination of every

action' on its merits.' Fed. R. Civ. P. 1. These rules were not intended to provide a maze of technical traps to complicate and delay litigation without advancing the merits…"

4. There is no prejudice to Defendants as they expected an opposition to their motion.

5. Plaintiffs have not opposed Defendants' motions to extend the local rules.

Respectfully submitted,

*/s/ Martin F. McMahon*
Martin F. McMahon, Esquire
1717 K Street NW – Suite 900
Washington, DC 20006
202-862-4343

**CERTIFICATE OF SERVICE**

I certify that on August 31, 2020, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice, including defense counsel.

*/s/ Martin F. McMahon*
Martin F. McMahon, Esq.

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

PERSONAL REPRESENTATIVE OF THE
DAWABSHEH FAMILY *et al.*,

    Plaintiffs,

v.

BENJAMIN NETANYAHU *et al.*,

    Defendants.

Case No. 20-cv-555 (DLF)

**PROPOSED ORDER**

In consideration of Plaintiffs' Opposed Motion for Extension of Time to file a Memorandum of Opposition to the Motion to Dismiss filed by Defendants Miriam Adelson, AIPAC, Brian Shankman, Howard Kohr, Dov Hikind, Susan Levin-Abir, and Walid Shoebat and the Memorandum of points and authorities in support of that motion,

    It is hereby ORDERED That Plaintiffs Motion for Extension of Time to Respond is GRANTED.

    Plaintiff response will be due on September 11, 2020.

    _____

    Judge Dabney L. Fredrich