UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERSONAL REPRESENTATIVE OF THE
DAWABSHEH FAMILY, et al.,

                      Plaintiffs,

    v.

BENJAMIN NETANYAHU, et al.,

                      Defendants.

Case No. 1:20-cv-00555-DLF

**DECLARATION OF OWEN T. CONROY**

       OWEN T. CONROY, declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

       1.       I am an Assistant Attorney General in the Office of Letitia James, Attorney General of the State of New York, counsel for Defendant Andrew M. Cuomo, the Governor of the State of New York. I submit this declaration in support of Governor Cuomo's motion to dismiss.

       2.       The New York State Office of the Attorney General has not been served with the Summons and Complaint in this action.

       3.       I inquired with the Office of Governor Cuomo about whether Governor Cuomo has been served with the Summons and Complaint. Plaintiffs mailed the Summons and Complaint via United States Postal Service Priority Mail to the New York State Executive Mansion. The front of the envelope containing the Summons and Complaint did not bear the legend "URGENT LEGAL MAIL." A true and accurate photocopy of the envelope is attached as

2

Exhibit 1.

Dated: September 9, 2020 /s/ Owen T. Conroy
OWEN T. CONROY

# EXHIBIT 1



```
US POSTAGE & FEES PAID
1 LB PRIORITY MAIL RATE
ZONE 5 NO SURCHARGE
ComBasPrice
```

062S0012348240
10748133
FROM 29455

stamps
endicia
05/27/2020

PRIORITY MAIL 2-DAY™

C010

Post and Computer Center
Post and Computer Center
130 Gardners Circle
Johns Island SC 29455

SHIP TO:
Andrew Cuomo
138 Eagle St
New York State Executive Mansion
Albany NY 12202-1719

USPS REGISTERED MAIL™

9410 0118 9956 3893 3026 61

Andrew Cuomo
New York State Executive Mansio
138 Eagle Street
Albany, NY 12202

7019 1640 0001 1004 4341

Martin McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006