**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BENJAMIN NETANYAHU *et al.*, <br><br> Defendants. | Case No. 20-cv-555 (DLF) |

**CONSENT MOTION**
**FOR EXTENSION OF TIME TO FILE REPLY**

Defendants Miriam Adelson, AIPAC, Brian Shankman, Howard Kohr, Dov Hikind, Susan Levin-Abir, and Walid Shoebat (collectively, the "Defendants") hereby move for an extension of time – until October 20, 2020 – to file a reply in support of their motion to dismiss Plaintiffs' Amended Complaint (ECF No. 51).

Plaintiffs filed their opposition to the motion on September 11, 2020.  Under the local rules, Defendants' current deadline to reply is Friday, September 18.

The extension is necessary in order to provide sufficient time for the seven Defendants, represented by five sets of counsel, to coordinate a combined reply in further support of their motion.  Additional time is also necessary in light of the intervening Jewish holidays, which occur on various dates between September 18th and October 11th.

Plaintiffs consent to the requested extension.

This motion is being filed for good cause and before the expiration of the current deadline. The parties seek this extension in the interests of justice and not for the purpose of delay.

Accordingly, Defendants respectfully request an extension of their time to file a reply on their motion to dismiss through and including October 20, 2020.

Dated: September 15, 2020   Respectfully submitted,

     By: */s/ Barry G. Felder*
     Barry G. Felder (Bar No. 307736)
     FOLEY & LARDNER LLP
     90 Park Avenue
     New York, New York 10016
     Tel: (212) 338-3540
     bgfelder@foley.com

     Michael J. Tuteur (D.D.C. Bar No. D00202)
     FOLEY & LARDNER LLP
     111 Huntington Avenue, Suite 2500
     Boston, Massachusetts 02199
     Tel: (617) 342-4016
     Fax: (617) 342-4001
     mtuteur@foley.com

     *Counsel for Miriam Adelson*

     By: */s/ Rachel Hirsch*
     /Signature with Permission
     Rachel Hirsch (Bar No. 991122)
     AIPAC
     251 H Street, NW
     Washington, D.C. 20001
     Tel: (202) 639-5248
     Fax: (202) 638-6349
     rhirsch@aipac.org

     Philip Friedman (Bar No. 421854)
     FRIEDMAN LAW OFFICES PLLC
     2001 L Street NW, Suite 400
     Washington, DC 20036
     Tel: (202) 293-4175
     Fax: (202) 381-0395
     psf@consumerlawhelp.com

     *Counsel for AIPAC, Howard Kohr, and Brian Shankman*

By: _/s/ Stuart J. Roth_____
/Signature with Permission
Stuart J. Roth (Bar No. 475937)
Mark Goldfeder (D.D.C. Bar No. NY0273)
Benjamin Sisney (Bar No. 1044721)
THE AMERICAN CENTER FOR LAW AND JUSTICE
201 Maryland Avenue, N.E.
Washington, D.C. 20002
Tel: (202) 546-8890
Fax: (202) 546-9309
goldfed@gmail.com
bsisney@aclj.org

*Counsel for Dov Hikind*

By: _/s/Mark D. Harris_____
/Signature with Permission
Mark D. Harris (Bar No. 445900)
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
mharris@proskauer.com

Jennifer E. Tarr (D.D.C. Bar No. IL0028)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave. NW  Ste. 600 South
Washington, DC 20004-2533
Tel: (202) 416-6846
Fax: (202) 416-6899
jtarr@proskauer.com

*Counsel for Susan Levin-Abir*

By: _/s/Robert J. Tolchin_____
*/Signature with Permission*
Robert J. Tolchin (Bar No. NY0088)
THE BERKMAN LAW OFFICE, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
Tel: (718)855-3627
Fax: (718) 504-4943
rtolchin@berkmanlaw.com

Oleg Rivkin, Esq. (D.D.C. Bar No. NY236)
RIVKIN LAW GROUP PLLC
800 Third Avenue, Suite 2800
New York, New York 10022
Tel: (212) 231-9776
or@rivkinlawgroup.com

*Counsel for Walid Shoebat*