UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE DAWABSHEH FAMILY, ET AL.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| v. | ) |
| | ) Case No. 1:20-cv-00555 DLF |
| **NETANYAHU, ET AL.** | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

### NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF JOHN HEALY

COME NOW the Plaintiffs herein, and hereby dismiss the following Plaintiff from the above-captioned case: Plaintiff John Healy.

Plaintiffs ask the Court to dismiss Plaintiff John Healy from the case. Plaintiff Healy will be removed from the Parties section as well as all mentions in the body of the Complaint.

Respectfully submitted,

/s/ Martin F. McMahon
Martin F. McMahon
Martin F. McMahon & Associates
1717 K St. N.W., Suite 900
Washington, DC 20006
Tel: (202) 862-4343
*Counsel for Plaintiffs*

Dated: September 25, 2020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE DAWABSHEH FAMILY, ET AL.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| v. | ) |
| | ) Case No. 1:20-cv-00555 DLF |
| **NETANYAHU, ET AL.** | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF JOHN HEALY**

COME NOW Plaintiffs herein and hereby file this Memorandum of Points and Authorities in support of their Motion to Dismiss Plaintiff John Healy.

The following authorities support this Motion:

1. Fed. R. Civ. P. 4
2. Fed. R. Civ. P. 41(a)(1)(a).
3. Judicial economy.
4. The record herein.

Respectfully submitted,

                                            */s/ Martin F. McMahon*
                                            Martin F. McMahon
                                            Martin F. McMahon & Associates
                                            1717 K St. N.W., Suite 900
                                            Washington, DC 20006
                                            Tel: (202) 862-4343

## CERTIFICATE OF SERVICE

I certify that on September 25, 2020, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice, including defense counsel.

/s/ Martin F. McMahon
Martin F. McMahon, Esq.