UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE DAWABSHEH FAMILY, ET AL.** )<br>)<br>    **Plaintiffs,** )<br>)<br>)<br>v. )<br>) Case No. 1:20-cv-00555<br>)<br>**NETANYAHU, ET AL.** )<br>)<br>    **Defendants.** )<br>)<br>) | |

**PROPOSED ORDER**

The Plaintiffs have filed a Notice of Voluntary Dismissal of Plaintiff John Healy with a Memorandum of Points and Authorities in support thereof.

The Court this _____ day of September, 2020 hereby orders that the request made in the Plaintiffs' Memorandum is GRANTED.

Plaintiff John Healy is dismissed from the case and his name will be removed from the Parties section as will all mentions in the body of the Complaint.

_____
Hon. Judge Dabney L. Friedrich
UNITED STATES
DISTRICT JUDGE