IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BENJAMIN NETANYAHU *et al.*,<br><br>Defendants. | Case No. 20-cv-555 (DLF) |

**CONSENT MOTION
FOR LEAVE TO EXCEED PAGE LIMITATIONS**

Defendants Miriam Adelson, AIPAC, Brian Shankman, Howard Kohr, Dov Hikind, Susan Levin-Abir, and Walid Shoebat (collectively, the "Defendants") hereby move for leave to exceed the briefing page limitation of 25 pages set forth in Local Rules for the omnibus reply brief in support of their motion to dismiss Plaintiffs' Amended Complaint (ECF No. 51).

On August 10, 2020, the Court permitted the seven Defendants, represented by five sets of counsel, to submit combined briefing totaling up to 125 pages. Defendants submitted 86 pages of briefing in support of their motion.

In order to respond fully to the arguments in Plaintiffs' opposition brief on behalf of each of the seven Defendants, Defendants require additional pages above the 25-page limit.

Plaintiffs consent to the requested relief.

Accordingly, Defendants respectfully request leave to exceed the the 25-page limit for their reply brief by up to an additional 15 pages, for a total of no more than 40 pages.

Dated: October 14, 2020    Respectfully submitted,

By: /s/ Barry G. Felder
Barry G. Felder (Bar No. 307736)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 338-3540
bgfelder@foley.com

Michael J. Tuteur (D.D.C. Bar No. D00202)
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, Massachusetts 02199
Tel: (617) 342-4016
Fax: (617) 342-4001
mtuteur@foley.com

*Counsel for Miriam Adelson*

By: /s/ Rachel Hirsch
/Signature with Permission
Rachel Hirsch (Bar No. 991122)
AIPAC
251 H Street, NW
Washington, D.C. 20001
Tel: (202) 639-5248
Fax: (202) 638-6349
rhirsch@aipac.org

Philip Friedman (Bar No. 421854)
FRIEDMAN LAW OFFICES PLLC
2001 L Street NW, Suite 400
Washington, DC 20036
Tel: (202) 293-4175
Fax: (202) 381-0395
psf@consumerlawhelp.com

*Counsel for AIPAC, Howard Kohr, and Brian Shankman*

By: /s/ Stuart J. Roth
/Signature with Permission
Stuart J. Roth (Bar No. 475937)

Mark Goldfeder (D.D.C. Bar No. NY0273)
Benjamin Sisney (Bar No. 1044721)
THE AMERICAN CENTER FOR LAW AND JUSTICE
201 Maryland Avenue, N.E.
Washington, D.C. 20002
Tel: (202) 546-8890
Fax: (202) 546-9309
goldfed@gmail.com
bsisney@aclj.org

*Counsel for Dov Hikind*

By: */s/Mark D. Harris*_____
/Signature with Permission
Mark D. Harris (Bar No. 445900)
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
mharris@proskauer.com

Jennifer E. Tarr (D.D.C. Bar No. IL0028)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave. NW  Ste. 600 South
Washington, DC 20004-2533
Tel: (202) 416-6846
Fax: (202) 416-6899
jtarr@proskauer.com

*Counsel for Susan Levin-Abir*

By: */s/Robert J. Tolchin*_____
*/Signature with Permission*
Robert J. Tolchin (Bar No. NY0088)
THE BERKMAN LAW OFFICE, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
Tel: (718)855-3627
Fax: (718) 504-4943
rtolchin@berkmanlaw.com

Oleg Rivkin, Esq. (D.D.C. Bar No. NY236)
RIVKIN LAW GROUP PLLC
800 Third Avenue, Suite 2800

New York, New York 10022
Tel: (212) 231-9776
or@rivkinlawgroup.com

*Counsel for Walid Shoebat*