# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>BENJAMIN NETANYAHU *et al.*,<br><br>        Defendants. | Case No. 20-cv-555 (DLF) |

## [PROPOSED] ORDER

Upon consideration of the Motion by Defendants Miriam Adelson, AIPAC, Brian Shankman, Howard Kohr, Dov Hikind, Susan Levin-Abir, and Walid Shoebat (collectively "Defendants") for leave to exceed the briefing page limitation for their reply in further support of their motion to dismiss the Complaint, the Court hereby ORDERS that Defendants' Motion is GRANTED. Defendants shall file a reply brief not to exceed 40 pages.

Dated: _____

_____
DABNEY L. FRIEDRICH
United States District Judge