## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE DAWABSHEH FAMILY, ET AL. | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:20-cv-00555 |
| | ) | |
| NETANYAHU, ET AL. | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## PLAINTIFFS' RESPONSE TO COURT ORDER OF JANUARY 19, 2020

Come now Plaintiffs in the above captioned case and file this response to the Courts Minute Order of January 19, 2021 requiring Plaintiffs to "either cause process to be served upon these defendants and proof of service to be filed with the Court or establish good cause for the failure to do so."

1. According to Fed. R. Civ. P. 4(f)(1) service on a foreign persons or entities in Israel and Sweden must be done in accordance with the Hague convention.

2. Plaintiffs made a good faith effort to comply with the service requires detailed in FRCP 4(f)(1).

3. There is no reason to dismiss Defendants Netanyahu, Weissglas and Cardelius. Service upon each of them has been carried out pursuant to FRCP 4(f)(1)  and in accordance with the requirements of the Hague convention.

4. Plaintiff on August 5, 2020 executed the paperwork prescribed by the Hague convention. (See exhibit A) and sent the documents to the designated parties in Israel (for Defendants Netanyahu and Weissglas), and Sweden (for Defendant Cardelius.)

5. USPS tracking data (Exhibit B) shows that the documents sent to Israel reached the destinations required by the Hague rules.

6. But the documents never reached Defendants Netanyahu and Weissglas:

    a. The documents were delivered to the office of Courts Administration, where Judge Dr. Yigal Mersel, Director, District Court President decided *sua sponte* that the documents would never reach Defendant Netanyahu and Weissglas.

    b. "I hereby declare, pursuant to Article 13 of the 1965 Hague convention….that your request cannot be granted," he wrote Plaintiffs' counsel in an October 15, 2020 letter.

    c. "[C]compliance with the execution of the service request in this matter would infringe upon the sovereignty or security of the state of Israel…"Consequently, the enclosed documents have not been served upon the designated addresses and are being returned to you at this time" (See Exhibit C)

7. Re: Defendant Cardelius:

    a. The documents were mailed through the U.S. Postal Service (USPS) to the proper Swedish authority but were never received.

    b. They were returned by USPS to Plaintiffs' counsel. (Exhibit D)

    c. Plaintiffs' counsel contacted the Swedish authority on February 2, 2021 to inquire about the documents and learned that they had never been received by the Swedish Hague processing office.

    d. The Swedish Hague processing office told Plaintiffs' counsel to email the documents, which was done on February 2, 2021. The office acknowledged receipt and said the documents would be processed according to Hague and Swedish rules. (Exhibit E)

    e. As a result, the service on Defendant Cardelius is still being processed in Sweden.

8. It may be possible that Defendants Netanyahu and Weissglas are immune from suit under some international, U.S. or Israeli law.

9. However, under U.S. law, Defendants Netanyahu and Weissglas have to file a motion to dismiss with this Court—not a letter to Plaintiffs' counsel.

10. At that point, this Court will decide that issue.

11. Plaintiffs ask the court to grant Defendants Netanyahu and Weissglas 60 days to file a motion to

dismiss the case and 30 days for the Swedish authorities to process the Cardelius service...

Respectfully submitted,

*/s/ Martin F. McMahon*

Martin F. McMahon, Esquire
Martin McMahon & Associates PLLC
1717 K Street NW – Suite 900
Washington, DC 20006
202-862-4343
mm@martinmcmahonlaw.com

**EXHIBIT A**

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR
# EXTRAJUDICIAL DOCUMENTS
## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
## D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| | |
|---|---|
| **Identity and address of the applicant**<br>Identité et adresse du requérant<br><br>**Martin McMahon & Associates<br>1717 K St. NW, Suite 900<br>Washington, D.C. 20006<br>United States of America<br>mm@martinmcmahonlaw.com , +1 202 862 4343** | **Address of receiving authority**<br>Adresse de l'autorité destinataire<br><br>**Administration of Courts<br>Legal Assistance to Foreign Countries<br>22 Kanfei Nesharin St.<br>Jerusalem, Israel 9546435** |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed
below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt
service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les
documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire
remettre sans retard un exemplaire au destinataire, à savoir :

| |
|---|
| **(identity and address)**<br>(identité et adresse)<br><br>**Benjamin Netanyahu<br>Prime Minister's Office<br>Public Enquiries Department<br>Kiryat Ben Gurion 1<br>Building C<br>Jerusalem, Israel 91950**<br>Date of birth: October 21, 1949 |

| | | |
|---|---|---|
| [x] | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre a))\* |
| [ ] | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| [ ] | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\***<br>le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents -
and of the annexes\* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* -
avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

| |
|---|
| 1. Civil cover sheet<br>2. Civil summons issued by the Clerk of Court<br>3. Civil complaint<br>4. Exhibit A<br>5. Exhibit B |

\*  if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at / Fait à**<br><br>**District of Columbia, United States of America**<br><br>**The / le**<br><br>**July 27, 2020** | **Signature and/or stamp**<br>Signature et / ou cachet |

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
que la demande a été exécutée*

| | |
|---|---|
| **— the (date)** / le (date): | |
| **— at (place, street, number):** à (localité, rue, numéro) : | |

| | |
|---|---|
| **— in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : | |
| ☐ *a)* **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*** selon les formes légales (article 5, alinéa premier, lettre *a*))* | |
| ☐ *b)* **in accordance with the following particular method*:** selon la forme particulière suivante* : | |
| ☐ *c)* **by delivery to the addressee, if he accepts it voluntarily*** par remise simple* | |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:** Identité et qualité de la personne : | |
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants*:

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes* / Annexes

| | |
|---|---|
| **Documents returned:** Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

\* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à<br><br>**The** / le | **Signature and/or stamp** Signature et / ou cachet |

# WARNING
## AVERTISSEMENT

| **Identity and address of the addressee** | Benjamin Netanyahu |
|---|---|
| Identité et adresse du destinataire | Prime Minister's Office |
| | Public Enquiries Department |
| | Kiryat Ben Gurion 1 |
| | Building C |
| | Jerusalem, Israel 91950 |

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

| The Legal Aid Department, Ministry of Justice |
|---|
| The Jerusalem Bureau |
| 1 HaSoreg St. |
| Mitzpe House |
| Jerusalem, P.O.B. 1777, Zipcode 9414501 |

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:** <br> Nom et adresse de l'autorité requérante : | **Martin McMahon & Associates** <br> **1717 K St. NW, Suite 900** <br> **Washington, D.C. 20006** <br> **United States of America** <br> **mm@martinmcmahonlaw.com , +1 202 862 4343** |
| **Particulars of the parties\*:** <br> Identité des parties\* : <br> **Plaintiffs: Representative of the Dawabsheh family, Representative of Ahmed Dawabsheh, Ali Hassan Ali, Ahed Al Tamimi, Bassim Al Tamimi, Hiba Barghouthi, Ty Ebright, John Healy, Ray Gordon, Linda Khateeb, Tamara Jones, Homer Lange, Rich Siegel** <br> \* If appropriate, identity and address of the person interested in the transmission of the document <br> S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte | v. | **Defendants: Benjamin Netanyahu, Andrew Cuomo, Miriam Adelson, AIPAC, Brian Shankman, Howard Kohr, Gustaf Cardelius, David Friedman, Daniel Gilbert, Newt Gingrich, Rudolph Giuliani, Jason Greenblat, Dov Hikind, Jared Kushner, Susan Levin-Abir, Walid Shoebat, Donald Trump, Dov Weissglas** |

**☒ JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | **The purpose of this document is to make you aware that claims have been brought against you in the federal district court of the District of Columbia. Your response must be received within 21 days after you received the summons, excluding the day you were served.** |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:** <br> Nature et objet de l'instance, le cas échéant, le montant du litige : | **Aiding and abetting the denationalization and dehumanization of Palestinian people** |
| **Date and Place for entering appearance\*\*:** <br> Date et lieu de la comparution\*\* : | **United States District Court for the District of Columbia (Washington, D.C.) 333 Constitution Ave., NW Washington, DC 20001 United States of America**    **Deadline: 21 days after you received this summons, excluding the day it was received** |
| **Court which has given judgment\*\*:** <br> Juridiction qui a rendu la décision\*\* : | **N/A** |
| **Date of judgment\*\*:** <br> Date de la décision\*\* : | **Ibid.** |
| **Time limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte\*\* : | **Deadline to enter appearance: 21 days after you received this summons, excluding the day it was received** |

\*\* if appropriate / s'il y a lieu

**☐ EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | **N/A** |
| **Time-limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte\*\* : | **N/A** |

\*\* if appropriate / s'il y a lieu

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identity and address of the applicant**<br>Identité et adresse du requérant<br><br>**Martin McMahon & Associates**<br>**1717 K St. NW, Suite 900**<br>**Washington, D.C. 20006**<br>**United States of America**<br>**mm@martinmcmahonlaw.com , +1 202 862 4343** | **Address of receiving authority**<br>Adresse de l'autorité destinataire<br><br>**Administration of Courts**<br>**Legal Assistance to Foreign Countries**<br>**22 Kanfei Nesharin St.**<br>**Jerusalem, Israel 9546435** |
|---|---|

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed
below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt
service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les
documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire
remettre sans retard un exemplaire au destinataire, à savoir :

| **(identity and address)**<br>(identité et adresse) | **Dov Weissglas**<br>**Chairman of the Executive Committee**<br>**University of Haifa**<br>**199 Aba Khoushy Ave.**<br>**Mount Carmel, Haifa, Israel** |
|---|---|

| [x] | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre a))\* |
|---|---|---|
| [ ] | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| [ ] | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\***<br>le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents -
and of the annexes\* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* -
avec l'attestation ci-jointe.

*List of documents* / *Énumération des pièces*

| 1. Civil cover sheet<br>2. Civil summons issued by the Clerk of Court<br>3. Civil complaint<br>4. Exhibit A<br>5. Exhibit B |
|---|

\* if appropriate / s'il y a lieu

| **Done at** / Fait à<br><br>**District of Columbia, United States of America**<br><br>**The** / le<br><br>**July 27, 2020** | **Signature and/or stamp**<br>Signature et / ou cachet |
|---|---|

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
   que la demande a été exécutée*

| — the (date) / le (date): | |
|---|---|
| — at (place, street, number):<br>à (localité, rue, numéro) : | |

| — in one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : | |
|---|---|
| ☐ *a)* **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre *a*))* | |
| ☐ *b)* **in accordance with the following particular method***<br>selon la forme particulière suivante* : | |
| ☐ *c)* **by delivery to the addressee, if he accepts it voluntarily***<br>par remise simple* : | |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:**<br>Identité et qualité de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts***:
   que la demande n'a pas été exécutée, en raison des faits suivants*:

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
   Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

***Annexes** / Annexes*

| **Documents returned:**<br>Pièces renvoyées : | |
|---|---|
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | |

\* if appropriate / s'il y a lieu

| **Done at** / Fait à<br><br>**The** / le | **Signature and/or stamp**<br>Signature et / ou cachet |
|---|---|

# WARNING
## AVERTISSEMENT

| **Identity and address of the addressee**<br>Identité et adresse du destinataire | **Dov Weissglas**<br>**Chairman of the Executive**<br>**Committee**<br>**University of Haifa**<br>**199 Aba Khoushy Ave.**<br>**Mount Carmel, Haifa, Israel** |
|---|---|

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

| |
|---|
| **The Legal Aid Department, Ministry of Justice**<br>**The Jerusalem Bureau**<br>**1 HaSoreg St.**<br>**Mitzpe House**<br>**Jerusalem, P.O.B. 1777, Zipcode 9414501** |

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:** Nom et adresse de l'autorité requérante : | **Martin McMahon & Associates 1717 K St. NW, Suite 900 Washington, D.C. 20006 United States of America mm@martinmcmahonlaw.com , +1 202 862 4343** |
| **Particulars of the parties\*:** Identité des parties\* : **Plaintiffs: Representative of the Dawabsheh family, Representative of Ahmed Dawabsheh, Ali Hassan Ali, Ahed Al Tamimi, Bassim Al Tamimi, Hiba Barghouthi, Ty Ebright, John Healy, Ray Gordon, Linda Khateeb, Tamara Jones, Homer Lange, Rich Siegel** v. | **Defendants: Benjamin Netanyahu, Andrew Cuomo, Miriam Adelson, AIPAC, Brian Shankman, Howard Kohr, Gustaf Cardelius, David Friedman, Daniel Gilbert, Newt Gingrich, Rudolph Giuliani, Jason Greenblat, Dov Hikind, Jared Kushner, Susan Levin-Abir, Walid Shoebat, Donald Trump, Dov Weissglas** |

\*  If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

**[x] JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** Nature et objet de l'acte : | The purpose of this document is to make you aware that claims have been brought against you in the federal district court of the District of Columbia. Your response must be received within 21 days after you received the summons, excluding the day you were served. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:** Nature et objet de l'instance, le cas échéant, le montant du litige : | Aiding and abetting the denationalization and dehumanization of Palestinian people |
| **Date and Place for entering appearance\*\*:** Date et lieu de la comparution\*\* : | United States District Court for the District of Columbia (Washington, D.C.) 333 Constitution Ave., NW Washington, DC 20001 United States of America  —  Deadline: 21 days after you received this summons, excluding the day it was received |
| **Court which has given judgment\*\*:** Juridiction qui a rendu la décision\*\* : | N/A |
| **Date of judgment\*\*:** Date de la décision\*\* : | Ibid. |
| **Time limits stated in the document\*\*:** Indication des délais figurant dans l'acte\*\* : | Deadline to enter appearance: 21 days after you received this summons, excluding the day it was received |

\*\* if appropriate / s'il y a lieu

**[ ] EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** Nature et objet de l'acte : | N/A |
| **Time-limits stated in the document\*\*:** Indication des délais figurant dans l'acte\*\* : | N/A |

\*\* if appropriate / s'il y a lieu

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR
# EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identity and address of the applicant**<br>Identité et adresse du requérant<br><br>**Martin McMahon & Associates**<br>**1717 K St. NW, Suite 900**<br>**Washington, D.C. 20006**<br>**United States of America**<br>**mm@martinmcmahonlaw.com , +1 202 862 4343** | **Address of receiving authority**<br>Adresse de l'autorité destinataire<br>**Länsstyrelsen i Stockholms län**<br>**(County Administrative Board of Stockholm)**<br>**Centralmyndigheten för internationell delgivning**<br>**Box 22067**<br>**SE-104 22 STOCKHOLM, Sweden** |
|---|---|

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed
below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt
service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les
documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire
remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
> **GUSTAF CARDELIUS, ATTORNEY AT LAW**
> **ADVOKATFIRMAN CARTHIEL AB**
> **Mäster Samuelsgatan 1**
> **SE-111 44 Stockholm, Sweden**

| [x] | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre a))\* |
|---|---|---|
| [ ] | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| [ ] | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\***<br>le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents -
and of the annexes\* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* -
avec l'attestation ci-jointe.

*List of documents* / Énumération des pièces

> **1. Civil cover sheet**
> **2. Civil summons issued by the Clerk of Court**
> **3. Civil complaint**
> **4. Exhibit A**
> **5. Exhibit B**

\* if appropriate / s'il y a lieu

| **Done at** / Fait à<br><br>**District of Columbia, United States of America**<br><br>**The** / le<br><br>**July 27, 2020** | **Signature and/or stamp**<br>Signature et / ou cachet |
|---|---|

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée\*

| — **the (date)** / le (date): | |
| — **at (place, street, number):**<br>à (localité, rue, numéro) : | |

| — **in one of the following methods authorised by Article 5:**<br>dans une des formes suivantes prévues à l'article 5 : | |
|---|---|
| ☐ *a)* **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre *a*))\* | |
| ☐ *b)* **in accordance with the following particular method\*:**<br>selon la forme particulière suivante\* : | |
| ☐ *c)* **by delivery to the addressee, if he accepts it voluntarily\***<br>par remise simple\* | |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:**<br>Identité et qualité de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\*:

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

*Annexes* / Annexes

| **Documents returned:**<br>Pièces renvoyées : | |
|---|---|
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | |

\* if appropriate / s'il y a lieu

| **Done at** / Fait à<br><br>**The** / le | **Signature and/or stamp**<br>Signature et / ou cachet |
|---|---|

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire

GUSTAF CARDELIUS, ATTORNEY AT LAW
ADVOKATFIRMAN CARTHIEL AB
Mäster Samuelsgatan 1
SE-111 44 Stockholm, Sweden

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Länsstyrelsen i Stockholms län
(County Administrative Board of Stockholm) Centralmyndigheten för internationell delgivning
Box 22067
SE-104 22 STOCKHOLM, Sweden

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:** <br> Nom et adresse de l'autorité requérante : | **Martin McMahon & Associates** <br> **1717 K St. NW, Suite 900** <br> **Washington, D.C. 20006** <br> **United States of America** <br> mm@martinmcmahonlaw.com , +1 202 862 4343 |
| **Particulars of the parties\*:** <br> Identité des parties\* : <br> **Plaintiffs: Representative of the Dawabsheh family, Representative of Ahmed Dawabsheh, Ali Hassan Ali, Ahed Al Tamimi, Bassim Al Tamimi, Hiba Barghouthi, Ty Ebright, John Healy, Ray Gordon, Linda Khateeb, Tamara Jones, Homer Lange, Rich Siegel** v. <br> \*  If appropriate, identity and address of the person interested in the transmission of the document <br> S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte | **Defendants: Benjamin Netanyahu, Andrew Cuomo, Miriam Adelson, AIPAC, Brian Shankman, Howard Kohr, Gustaf Cardelius, David Friedman, Daniel Gilbert, Newt Gingrich, Rudolph Giuliani, Jason Greenblat, Dov Hikind, Jared Kushner, Susan Levin-Abir, Walid Shoebat, Donald Trump, Dov Weissglas** |

**☐ JUDICIAL DOCUMENT\*\***
   ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | The purpose of this document is to make you aware that claims have been brought against you in the federal district court of the District of Columbia. Your response must be received within 21 days after you received the summons, excluding the day you were served. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:** <br> Nature et objet de l'instance, le cas échéant, le montant du litige : | Aiding and abetting the denationalization and dehumanization of Palestinian people |
| **Date and Place for entering appearance\*\*:** <br> Date et lieu de la comparution\*\* : | United States District Court for the District of Columbia (Washington, D.C.) 333 Constitution Ave., NW Washington, DC 20001 United States of America <br> Deadline: 21 days after you received this summons, excluding the day it was received |
| **Court which has given judgment\*\*:** <br> Juridiction qui a rendu la décision\*\* : | N/A |
| **Date of judgment\*\*:** <br> Date de la décision\*\* : | Ibid. |
| **Time limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte\*\* : | Deadline to enter appearance: 21 days after you received this summons, excluding the day it was received |

\*\* if appropriate / s'il y a lieu

**☐ EXTRAJUDICIAL DOCUMENT\*\***
   ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | N/A |
| **Time-limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte\*\* : | N/A |

\*\* if appropriate / s'il y a lieu

**EXHIBIT B**

# USPS Tracking®

FAQs >

**Track Another Package  +**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?
app=U  psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

**Tracking Number:** EH015450978US

Remove ✕

**Scheduled Delivery by**

# SUNDAY

# 16  AUGUST
2020 ⓘ

 **Delivered**

August 16, 2020 at 11:27 am
Delivered
ISRAEL

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**August 16, 2020, 11:27 am**
Delivered
ISRAEL
Your item was delivered in ISRAEL at 11:27 am on August 16, 2020.

---

**August 16, 2020, 8:26 am**
Out for Delivery
ISRAEL

---

**August 14, 2020, 10:10 am**
Held at Delivery Depot/Delivery Office
ISRAEL

---

**August 13, 2020, 10:37 am**
Arrival at Post Office
ISRAEL

---

**August 12, 2020, 7:56 pm**
Processed through Facility
TEL AVIV YAFO, ISRAEL

---

**August 12, 2020, 7:54 pm**
Customs Clearance
ISRAEL

---

**August 12, 2020, 7:54 pm**
Processed Through Facility
ISRAEL

---

**August 11, 2020, 2:25 pm**
Departed
TEL AVIV YAFO, ISRAEL

---

**August 10, 2020, 8:56 pm**
Departed
NEWARK, UNITED STATES

---

**August 10, 2020, 7:16 am**
Departed
CHICAGO, UNITED STATES

---

**August 9, 2020, 10:00 pm**
Arrived
CHICAGO, UNITED STATES

---

Feedback

**August 9, 2020, 4:21 pm**
Processed Through Regional Facility
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER

**August 9, 2020, 4:19 pm**
Arrived at Regional Facility
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER

**August 5, 2020, 8:42 pm**
Arrived at USPS Regional Facility
COLUMBUS OH DISTRIBUTION CENTER

**August 5, 2020, 6:45 pm**
Departed Post Office
ATHENS, OH 45701

**August 5, 2020, 3:51 pm**
USPS in possession of item
ATHENS, OH 45701

Product Information ∨

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**EXHIBIT C**

# USPS Tracking®

FAQs >

**Track Another Package +**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=U¹ psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

**Tracking Number:** CH104230925US

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 2:16 pm on October 5,
2020 in WASHINGTON, DC 20006.

## ⊘ Delivered

October 5, 2020 at 2:16 pm
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20006

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**October 5, 2020, 2:16 pm**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20006
Your item was delivered to the front desk, reception area, or mail room at 2:16 pm on October 5, 2020 in
WASHINGTON, DC 20006.

---

**October 5, 2020, 4:48 am**

Arrived at USPS Facility
WASHINGTON, DC 20037

---

**October 5, 2020, 4:37 am**
Arrived at Unit
WASHINGTON, DC 20037

---

**October 5, 2020, 4:27 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**October 5, 2020, 3:32 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**October 5, 2020, 2:44 am**
Departed USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

---

**October 4, 2020, 5:26 pm**
Arrived at USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

---

**October 2, 2020, 6:15 pm**
Arrived at USPS Facility
HYATTSVILLE, MD 20785

---

**October 2, 2020, 6:00 pm**
Arrived at USPS Facility
DISTRICT HEIGHTS, MD 20747

---

**October 2, 2020, 2:19 am**
Departed USPS Regional Facility
ELK GROVE VILLAGE IL DISTRIBUTION CENTER

---

**October 1, 2020, 11:44 pm**
Arrived at USPS Regional Facility
ELK GROVE VILLAGE IL DISTRIBUTION CENTER

---

**September 30, 2020, 6:26 pm**

Departed USPS Regional Facility
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER

**September 30, 2020, 6:26 pm**
Inbound Out of Customs

Inbound Into Customs

**September 30, 2020, 12:21 am**
Processed Through Facility
ISC CHICAGO IL (USPS)

Origin Post is Preparing Shipment

**September 1, 2020, 8:57 am**
Collect for Pick Up
SWEDEN

**August 31, 2020, 11:52 am**
Incorrect Address - Item forwarded / redirected
SWEDEN

**August 31, 2020, 7:49 am**
Processed through Facility
STOCKHOLM UTRIKES, SWEDEN

**August 25, 2020, 10:49 am**
Processed Through Facility
SWEDEN

**August 25, 2020, 10:49 am**
Held in Customs
MALMO TOFTANAS, SWEDEN

**August 25, 2020, 10:49 am**
Customs Clearance
SWEDEN

**August 24, 2020, 10:11 am**
Departed
COPENHAGEN, DENMARK

---

**August 23, 2020, 4:00 pm**
Departed
CHICAGO, UNITED STATES

---

**August 22, 2020, 1:07 pm**
Arrived
CHICAGO, UNITED STATES

---

**August 8, 2020, 9:30 pm**
Processed Through Regional Facility
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER

---

**August 8, 2020, 2:50 pm**
Arrived at USPS Regional Facility
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER

---

**August 8, 2020, 2:50 pm**
Arrived at Regional Facility
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER

---

**August 8, 2020**
In Transit to Next Facility

---

**August 6, 2020, 1:16 am**
Arrived at USPS Regional Facility
COLUMBUS OH DISTRIBUTION CENTER

---

**August 5, 2020, 6:45 pm**
Departed Post Office
ATHENS, OH 45701

---

**August 5, 2020, 3:43 pm**
USPS in possession of item
ATHENS, OH 45701

---

**Product Information**                                                    ⌄

---

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

**EXHIBIT D**



הנהלת בתי המשפט
إدارة المحاكم
COURTS ADMINISTRATION

JUDGE DR. YIGAL MERSEL
DIRECTOR
DISTRICT COURT PRESIDENT

القاضي د. يجال مرزل
مدير المحاكم
رئيس محكمة مركزية

חשופט ר"ר יגאל מרזל
מנהל בתי המשפט
נשיא של בית משפט מחוזי

October 15, 2020

Mr. Martin McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
United States of America

Re: **Dawabsheh et al. v. Netanyahu et al.**
Case Number: 20-cv-555 (DLF)

Dear Mr. McMahon,

I write in response to your letter request dated July 27th 2020.

I hereby declare, pursuant to Article 13 of the 1965 Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, that your Request cannot be executed.

After consideration of your Request, it has been determined that compliance with the execution of the service request in this matter would infringe upon the sovereignty or security of the State of Israel.

Consequently, the enclosed documents have not been served upon the designated addressees and are being returned to you at this time.

Sincerely,

Judge Yigal Mersel
Director of Courts

רח׳ כנפי נשרים 22, ירושלים, ת"ד 34142, מיקוד 9546412.
شارع كنفي نشريم 22, أورشليم القدس, رمز بريدي 9546412, ميكود 34142.
Kanfey Nesharim st. 22, Jerusalem, 9546412, Israel
טל׳: 074-7481700 פקס: 02-6513191 – Email: Menahel@court.gov.il
עדיפות לדוא"ל

**EXHIBIT E**

**From:** AB-RB-Enheten för förvaltning <forvaltning.stockholm@lansstyrelsen.se>
**Sent:** Tuesday, February 2, 2021 9:58 AM
**To:** Richard Sandza
**Subject:** Sv: Hague Service request

Dear Richard,

Thank you for your e-mail. We will begin processing your request shortly.

Yours faithfully,

Khalid Belqaid
Desk Officer
Central Authority for International Service of Documents
County Administrative Board of Stockholm
Visitors' address: Regeringsgatan 66
Postal address: Box 22067, 104 22 Stockholm
Web: County Administrative Board of Stockholm
Email: stockholm@lansstyrelsen.se



**Från:** Richard Sandza <rs@martinmcmahonlaw.com>
**Skickat:** den 2 februari 2021 15:45
**Till:** AB-RB-Enheten för förvaltning <forvaltning.stockholm@lansstyrelsen.se>
**Ämne:** Hague Service request

# Thank you for your help.
# Please acknowledge receipt.

--
**Richard Sandza, Esquire**
**Of Counsel**
*Martin F. McMahon And Associates, PLLC*
*1717 K Street NW*
*Washington, DC 20006*
MartinMcMahonLaw.com
202-862-4341
FAX 202-776-0136

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.
*******************************************************************IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax

**advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.**

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

## **CERTIFICATE OF SERVICE**

I certify that on February 2, 2021, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice, including defense counsel.

_/s/ Martin F. McMahon_
Martin F. McMahon, Esq.