# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PERSONAL REPRESENTATIVE OF** | ) |
| **THE DAWABSHEH FAMILY** | ) |
| **HEBRON VILLAGE** | ) |
| **PALESTINE** | ) |
| | ) |
| **PERSONAL REPRESENTATIVE OF** | ) |
| **AHMED DAWABSHEH** | ) |
| **HEBRON VILLAGE** | ) |
| **PALESTINE** | ) |
| | ) |
| **ALI HASSAN ALI** | ) |
| **4201 DON DIABLO DRIVE** | ) |
| **LOS ANGELES, CALIFORNIA** | ) |
| | ) |
| **AHED AL TAMIMI** | ) |
| **NABI SALEH** | ) |
| **RAMALLAH GOVERNORATE** | ) |
| **PALESTINE** | ) |
| | ) |
| **BASSIM AL TAMIMI** | ) |
| **NABI SALEH** | ) |
| **RAMALLAH GOVERNORATE** | ) |
| **PALESTINE** | ) |
| | ) |
| **HIBA BARGHOUTHI** | ) |
| **AS NEXT OF KIN** | ) |
| **ABDELRAHMAN BARGHOUTHI;** | ) |
| **Home next to the big mosque of Abood** | ) |
| **MAIN ROAD, ABOOD VILLAGE** | ) |
| **RAMALLAH, PALESTINE** | ) |
| | ) |
| **TY EBRIGHT** | ) |
| **46 LIME ROCK STREET** | ) |
| **ROCK PORT, MAINE 04856** | ) |
| | ) |
| **RAY GORDON** | ) |
| **440 DERBYSHIRE DR.** | ) |
| **VENICE, FL 34285** | ) |
| | ) |
| **LINDA KHATEEB** | ) |
| **8933 BEACON COURT** | ) |
| **ORLAND HILLS, IL 6048** | ) |
| | ) |
| **TAMARA JONES** | ) |

**712 H STREET NE**                                          )
**WASHINGTON, DC 20002**                                     )
                                                             )
**HOMER LANGE**                                              )
**FORMERLY WASHINGTON, DC**                                  )
**CURRENTLY AYVALIK VILLAGE, TURKEY**                        )
                                                             )
**RICH SIEGEL**                                              )
**26 ELM AVENUE**                                            )
**TEANECK, NEW JERSEY 07666**                                )
                                                             )
                                                             )
     Plaintiffs,                    )
                                                             )   **Civil Action No.**
                                                             )   **20-cv-0555 (DLF)**
     v.                              )
                                                             )
                                                             )
**MIRIAM ADELSON**                                           )
**201 SANDS AVENUE**                                         )
**LAS VEGAS, NV 89169**                                      )
                                                             )
**AIPAC**                                                    )
**251 H STREET NW**                                          )
**WASHINGTON, D.C. 20001**                                   )
                                                             )
**BRIAN SHANKMAN**                                           )
**AIPAC DIRECTOR OF REGIONAL AFFAIRS &**                     )
**DEVELOPMENT**                                              )
**251 H STREET NW**                                          )
**WASHINGTON, D.C. 20001**                                   )
                                                             )
**HOWARD KOHR,**                                             )
**AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE**                 )
**251 H STREET NW**                                          )
**WASHINGTON, D.C. 20001**                                   )
                                                             )
**GUSTAF CARDELIUS, ATTORNEY AT LAW**                        )
**ADVOKATFIRMAN CARTHIEL AB**                                )
**BOX 7212**                                                 )
**SE-103 88 STOCKHOLM**                                      )
                                                             )
**AMBASSADOR DAVID FRIEDMAN**                                )
**U.S. STATE DEPARTMENT**                                    )
**2201 C STREET NW**                                         )
**WASHINGTON, D.C. 20520**                                   )
                                                             )
**DANIEL GILBERT**                                           )

ROCKET MORTGAGE FIELDHOUSE )
1 CENTER COURT )
CLEVELAND, OH 44115 )
)
NEWT GINGRICH )
GINGRICH FOUNDATION )
4501 FAIRFAX DR STE 900 )
ARLINGTON, VA 22203 )
)
JASON GREENBLATT )
THE WHITE HOUSE )
1600 PENNSYLVANIA AVE. NW )
WASHINGTON, D.C. )
)
NEW YORK STATE ASSEMBLYMAN DONALD HIKIND )
47TH DISTRICT BOROUGH PARK OFFICE )
BROOKLYN, NY 11204 )
)
JARED KUSHNER )
THE WHITE HOUSE )
1600 PENNSYLVANIA AVE. NW )
WASHINGTON, D.C. )
)
SUSAN LEVIN-ABIR )
FRIENDS OF ISRAELI DEFENSE FORCES )
2815 N. FLAGLER DRIVE )
WEST PALM BEACH/ BROWARD, FL 33407 )
)
            Defendants. )
                                        )

## AMENDED COMPLAINT FOR AIDING AND ABETTING (1) THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE, (2) THE INSTALLATION OF AN APARTHEID REGIME IN THE OPT

COME NOW the Plaintiffs named herein, Palestinian nationals, Palestinian Americans, and average U.S. citizens, and relying on the Alien Tort Statute 18 U.S.C. § 1350 (hereinafter "ATS"), and the Torture Victim Protection Act 28 U.S.C. § 1350 ("TVPA") and hereby file this Amended Complaint pursuant to the Court's order of March 3, 2021 (ECF 62 ).[1]

Plaintiffs complain of the Defendants as follows. As alleged in the first and second causes of

---

[1] Plaintiffs respectfully ask the Court for leave to serve the Defendants according to F. R.C. P. 4.

action, they have aided and abetted the commission of numerous war crimes and crimes against humanity i.e., the denationalization and dehumanization of the Palestinian people and aiding and abetting the establishment of an apartheid regime in the OPT.

As defined in the Nuremburg Charter, war crimes are: "violations of the laws or customs of war which include, but are not limited to, murder, ill-treatment or deportation to slave labor orfor any other purpose of civilian population of or in occupied territory, murder or ill-treatment ofprisoners of war or persons on the seas, killing of hostages, plunder of public or private property,wanton destruction of cities, towns, or villages, or devastation not justified by military necessity." Belligerent settlers financed by Defendants like Adelson, Gilbert, and Levin-Abir, and other Defendants and protected by rogue Israeli soldiers, have been engaging in this type of criminal activity for atleast 30 years in the OPT.

As also alleged in those causes of action, the Defendants have financed the theft of real property owned by Palestinian-Americans Ali and Khateeb. Their combined property holdings are worth $3 million (based on Remax values) and they seek a separate monetary judgment in that amount against the Defendants for financing the trespass, pillage, and the conversion of theirreal property in the OPT. Pillage is a separate war crime in and of itself and is only one war crime that has been implemented by Defendant PMN in Palestine.

The Defendants named herein are U.S. and Israeli-based entities and individuals who have each played a role in the denationalization and dehumanization of the Palestinian population in the OPT. These individuals and entities include AIPAC officials, donors Adelson and Gilbert, Attorney Gustav Cardelius, U.S. Ambassador Friedman, White House Advisor Jason Greenblatt, Former U.S. House leader Newt Gingrich, Donald  Hikind, Jared Kushner, Susan Levin-Abir [Executive Director Friends of the Israeli Army].

All of these Defendants have encouraged, financed, ratified, approved, or otherwise aidedand

abetted the commission of war crimes. *See Halberstam v. Welch* 705 F. 2 d 472 (DC Cir. 1983). As cited by Judge Scheindlin in *In Re Apartheid Litigation*, see *infra,* individuals who provide financial and practical assistance to tortfeasors can be accused of aiding and abetting the commission of war crimes. Without the incredible financial and practical assistance provided by donors like Adelson, Gilbert, and FIDF Executive Director Defendant Levin-Abir, and the immunity granted to settlers by Israeli Prime Minister Benjamin Netanyahu (hereinafter PMN) regarding criminal acts committed against Palestinians and encouraged by PMN policies, the war crimes detailed herein would not have occurred.

To solve the problem of Palestinians who choose to remain in the OPT, every year Defendants, except for Cardelius and Shoebat (herein after "EFCS"), send $2 billion in tax deductible, charitable contributions to finance arms trafficking, settlement expansion,property theft, ethnic cleansing, and genocide in the OPT.  *See* 2010 New York Times Investigative report - "these tax-deductible gifts, besides benefitting Jewish settlements, pay for legally questionable commodities such as *bullet proof vests, rifle scopes, and vehicles used to patrol settlements."* In the case of the Yanoun settlement, "they ask for donations because theyneed armored Jeeps and trained guard dogs," which settlement officials claim on their website,are "tax deductible" contributions. *See* Witness in Palestine, (WIP)  pg. 197.

The reason they can do that is because AIPAC officials set up a bogus nationwide charitable network composed of phony, pro-Israel 501(c)(3)s [like Friends of the Israeli Army]who are dedicated to the ethnic cleansing of Palestine. They are not your classic non-profit organizations, which operate soup kitchens or homeless shelters- they are "funnels." They raisemoney on U.S. soil and ship it overseas for illegal purposes. Sending charitable donations overseas to intend to, or actually intimidate a civilian population violates the U.S. Army War Manual, President Lincoln's 1863 Lieber Code (the world's first war crimes statute), the US Constitution (Law of Nations Clause),

the Fourth Geneva Convention, Israel's War Crimes Statute, its money laundering statute, and also the U.S. money laundering statute (18 U.S.C. § 1956), and at least eight federal criminal statutes. *See* Exhibit A.

As a direct result of the criminal conduct encouraged, financed, authorized, promoted, or engaged in, directly or indirectly, by the Defendants, massive ethnic cleansing has occurred. Half a million (500,000) Palestinians (the number keeps growing) have been removed from the OPT and approximately 49,000 Palestinian homes have either been demolished or confiscated. That's the equivalent of destroying the city of Berkeley in California, and such activity has been deemed tobe genocide. *See Simon v. Republic of Hungary*, 812 F.3d 127 (D.C. Cir. 2016).

All Defendants except Cardelius have also violated 18 U.S.C. § 2339C, Prohibitions Against the Financing of Terrorism, which codified U.S. law based upon the UN Convention against Terrorist Financing.  That statute prohibits U.S. nationals from directly or indirectly, by any means, raising funds on U.S. soil and sending those funds abroad, (i.e., the Middle East) which are used to intimidate a civilian population (poisoning livestock and water wells, burning olive groves, terrorizing children and live target practice). Live target practice has resulted in Palestinian kids being murdered on their way to school because shooting ranges in settlements have no safety features to protect people [non-Jews] living outside the settlement.

Allegations made herein are sourced from the following: reports, books, studies, and four official Israeli government reports concerning settlements, two reports on massacres inflicted by  the Israeli Army on innocent Palestinian civilians, and the Israeli government Spitzer database, which referenced the "scandalous theft of Palestinian property." The books relied on are Memoirs of Moshe Dayan, Our Harsh Logic, The General's Son, (Jewish American) Witness in Palestine (WIP), Israeli Lobby, Palestine Inside Out (PIO), and Lords of the Land (LOL). Plaintiffs also cite herein Amnesty International reports (which confirm that Palestinian children must eat sand and kiss the boots of

settlers to clear security checkpoints), Human Rights reports, UN Rapporteur reports, U.S. State

Department Annual Reports, UN resolutions, The Gaza Diary in a 1990 Vanity Fair article by Pulitzer

Prize winner Chris Hedges, articles in the *New York Times* and the *Washington Post*, and editorials in

the Ha'aretz newspaper. For example, "Get Aboard the Apartheid Bus," *See* Second Cause of Action.

Plaintiffs also rely on: (a) U.S. State Department's Genocidal Manual, known as "The Ten Stages of

Genocide" (Exhibit B); and (b) the psychological study known as "The Five Steps of

Dehumanization."


## JURISDICTION

1. 28 U.S.C. § 1331 (Federal Question) is invoked on behalf of the Plaintiffs against all

   Defendants.

2. Based on 28 U.S.C. § 1332 (Diversity of Citizenship), jurisdiction is invoked on behalf of the

   Plaintiffs against all Defendants. The Defendants are U.S. citizens, Israeli citizens, and a

   Swedish citizen. If any of the U.S. Plaintiffs named herein are domiciled in states where the

   Defendants reside, the Plaintiffs will drop that Plaintiff if it becomes necessary to preserve

   diversity jurisdiction.

3. The causes of action alleged herein fall under the Alien Tort Claims Act, 28 U.S.C. § 1350

   ("Alien Tort Statute" or "ATS"). This Court has jurisdiction under the ATS to adjudicate

   Plaintiffs' claims because they: (i) are aliens; (ii) the case involves violations of well-

   established Customary International Law; and (iii) *touch and concern* the territory of theUnited

   States. *See Doe v. Exxon Mobil Corp.*, 69 F. Supp. 3d 75, 94 (D.D.C. 2014) (Lamberth, J.). (iv)

   Sent large sums of money at least 1.7 billion dollars on an annual basis to settlements owned by

   Israeli Ambassador Freidman For example, U.S. citizens are prohibited from planning or

   financing on U.S. soil the commission of war crimes abroad, including arms trafficking, ethnic

cleansing, and genocide.

4.  Re the Jurisdictional Issue:

   a)  Defendants Adelson, Friedman, Gilbert, Gingrich, Greenblatt, Hikind, Kushner, Levin-Abir, are all U.S. citizens;

   b)  Based upon information and belief, Brian Shankman and Mr. Kohr (AIPAC employees) are either American citizens or have joint Israeli American citizenship;

   c)  Depending on discovery, all defendants except Cardelius conspired and collaborated with U.S.-based, tax-exempt, pro-occupation entities and donors and AIPAC officials to commit war crimes in the OPT including aiding and abetting denationalization and dehumanization establishing an apartheid regime and promotion genocide. As a direct result of engaging in such criminal activity on U.S. soil, they had participated in or financed the commission of war crimes and crimes against humanity, including denationalization, establishing an apartheid regime, genocide, and ethnic cleansing inthe OPT;

   d)  All Defendants herein, while in the United States formulated their plan to conspire, fund wholesale violenceand arms trafficking, and otherwise collaborate in the commission of war crimes including denationalization of the Palestinian population in the OPT while in the United States. Since the Moskovitz family is located in Los Angeles and based on information and belief defendant  since the Moskowitz family was one of his major clients  Cardelius made various trips to and from America to promote the specialty of his law firm i.e., performing real estate closings in the OPT and disregarding religious land covenants.  This resulted in the theft of thousands of acres of Palestinian

property. ;

e) All Defendants by engaging in various activities here in the U.S. with respect to aiding and abetting the denationalization and dehumanization of the Palestinian population. They: (1) funded and participated in National Basketball Association ("NBA") fundraising events, sponsored by the Adelson family for the Israeli army and illegal settlements; (2) held meetings with settlement leaders, IDF (Israeli army) representatives, and international conglomerate representatives in this judicial district and elsewhere within the United States; (3) sent money to settlements and the IDF from the United States; and/or (4) from their different locations in America, they established and maintained regular telephone, email, fax, telegraph, mail, and other communications with overseas settlement officials, including security coordinators paid for by U.S. donors by U.S. donors to purchase weapons for belligerent settlers.  After ethnic cleansing insert at least 400,000 Palestinians have been ethnically cleansed from the OPT and 49,000 homes either confiscated or destroyed based on filings with the UN.

5. The U.S. citizen Plaintiffs who own private property in the OPT are non-Jews, like the Palestinian Plaintiffs, and therefore have no potential remedies to exhaust in Israel because:

a)   The remedies sought by the Plaintiffs herein are not available in the OPT or Israel. To the extent a Palestinian family (see, for example, the Dawabsheh family) wanted to sue individuals and entities in Israel for intentional murder, they could not do so. Recently, members of the Dawabsheh family tried to secure monetary redress in connection with the intentional burning down of their house, which cost three lives. Israeli Deputy Defense Minister Eli Ben-Dahan refused them access to

Israel's courts.

b) The Plaintiffs are filing this suit in Federal District Court for another reason—the warcrimes and atrocities alleged herein cannot be adjudicated in Israel. The Israeli High Court of Justice (HCJ) has consistently rejected judicial disposition of these claims.

6. Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over "all other claims that are so related to claims in the action within such original jurisdiction that theyform part of the same case or controversy under Article III of the United States Constitution." Thus, this Court will have supplemental jurisdiction over the Plaintiffs' state claims for real estate trespass and conversion brought herein.

7. Fed. R. Civ. P. 4(k)(2) provides this Court with personal jurisdiction over international Defendants who have transacted any business or contracted to provide services in this judicial district pursuant to the District of Columbia Long-Arm Statute, D.C. Code Ann. §13-423. Foreign Defendant Cardelius have transacted some business or contracted to provide some services in thisjurisdictional district during the last 20 years.

8. Jurisdiction is invoked also on the basis of the allegations made herein, consistent with Amnesty International's Principles on Jurisdiction. The District Court of Jerusalem in 1961 decided the case of *Attorney-General of the Government of Israel v. Eichmann*, 36 I.L.R. 5 (1961). The Court's jurisdiction was founded upon paragraph 12 of Israel's Nazi and Nazi Collaborators (Punishment) Act 5710-1950, which statute contains the same provisions that the Nuremberg Charter and the U.S. war crimes statute contains.

9. Former Ambassador Friedman, AIPAC's senior leadership, the Kushner and Adelson families, former politician Gingrich launched a twenty-year propaganda efforts (e.g., a country known as Palestine never existed) have been engaged in on U.S. soil including attacking U.S. citizens as

anti-Semitics who have criticizedIsraeli policies and its racist, 60-year-old occupation of the

OPT. As a result, American citizens are now afraid of exercising their First Amendment

freedoms and their freedom to associate to complain about Israel's racist policies and its 60-

year-old occupation and the ethnic cleansing of 400,000 Palestinians. The reason– the Anti-

BDS[2] Executive Orders signedby at least thirty different governors and the new federal anti-

BDS legislation compel ordinary Americans to sign loyalty oaths to Israel or keep their anti-

occupation views to themselves.

## **VENUE**

10.  Plaintiffs hereby repeat and reallege the allegations made in the Jurisdiction Section regarding

the extensive criminal activities engaged in by the Defendants on U.S. soil, including raising

funds to denationalize and dehumanize the Palestinian population and aidand abet the

establishment of an apartheid regime in the OPT. All Defendants, except Defendant Cardelius

have:

   a)   filed fraudulent tax returns (both 1040s and 990s) with the IRSby sending in returns to

   the IRS main office in Washington, D.C. and IRS regional offices;

   b)  planned on U.S. soil their campaign to have Jewish-only settlers permanently occupy

   the OPT; and (c) raised funds on U.S. Soil so that settlement leaders could oversee the

   process toforcibly remove all Palestinians, even Christians, from the OPT.

   c)  AIPAC officials built their headquarters in this judicial district many years ago and

   everyyear host an annual party celebrating the occupation and the ethnic cleansing and

   genocide ofthe civilian Palestinian population. All of the Defendants named herein

   including Cuomo have attended one or more of these functions in the past 20 years.

---

[2] BDS stands for Boycott Disinvestment, Sanctions of Israel.

They typically show up to either offer financing for settlement expansion and ethnic cleansing and genocide (the donors) or seek (non-profits) financing for this criminal activity, which is why approximately fifty pro-occupation 501(c)(3)s show up at that event every year.  They get a chance to mingle with pro-occupation advocates like Adelson, Gingrich, Hikind, and senior Israeli army leadership looking for additional funding.

## PARTIES
### THE PLAINTIFFS

11. All Plaintiffs have sustained injuries as a result of the permanent occupation of the OPT, funded, directly or indirectly, by all Defendants herein, except Cardelius and Shoebat, and the deliberate attempt by the Defendants to denationalize and dehumanize the Palestinian population and aid and abet the establishment of an apartheid regime in the OPT. These injuries include but are not limited to: (a) siblings and parents maimed and murdered (*see* the Dawabsheh family, *see* Barghouthi family); (b) outright theft of private property (Plaintiffs Khateeb and Ali Ali); (c) arrest, torture and incarceration (*see* both Ahed and Bassem Al-Tamimi). *See* WIP, pg. 210, 211, 212.

12. The Palestinian Plaintiffs named herein have suffered extreme emotional distress, loss of livelihood, loss of family heritage, loss of family property, loss of Palestinian culture and inability due to Israeli government regulations to live as a family unit in the OPT and other indignities like having to eat sand or kiss boots of Israeli soldiers or settlers if they forget their national ID card.  This is a direct result of having an apartheid regime established in the  OPT which the Defendants except Cardelius and Shoebat have financed for the last 30 years. Palestinian kids have been, for example, hearing aids paid for by European NGOs- classic collective punishment.

13. There may be John Doe Plaintiffs who will want to join this case. They will need protection of

this court for a number of reasons. <u>First</u>, they know that undersigned counsel's life was threatened simply because he filed a lawsuit before, alleging genocidal behavior onpart of the settlement population. See *Al-Tamimi v. Adelson,* 916 F.3d 1, (D.C. Cir. 2019)*.* <u>Second</u>, they all know that the lead plaintiff in that case had his visa revoked when he was attempting to travel to the states to confer with counsel. <u>Third</u>, they also know that his daughter was arrested and incarcerated.

### DEFENDANTS

14. There are three classes of individuals named herein who aided and abetted dehumanization and denationalization of the Plaintiffs. They are: financiers, facilitators and supporters. Some defendants fall into more than one category.

| | |
|---|---|
| Miriam Adelson | financier |
| AIPAC | financier |
| Brian Shankman | financier |
| Howard Kohr, | financier |
| Gustaf Cardelius | facilitator, supporter |
| Amb. David Friedman | financier |
| Daniel Gilbert | financier |
| Newt Gingrich | supporter |
| Jared Kushner | financier |
| Assemblyman Donald Hikind | supporter |
| Susan Levin-Abir | financier |
| Walid Shoebat | supporter |

15. The financiers are those who provide the means to effectuate dehumanization and denationalization through various means. They provide the funds for the settlers to acquire weapons of war to use against the Palestinians in the OPT. They give them the money to acquire jeeps, stun grenades, guard dogs,  Kalashnikovs, sniper equipment. In 2007 they financed settlers with $2.2 million. This is accomplished through a funding network of phony non- profits which match mostly U.S. based donors and  with settlers. They also look for U.S.

donors who will fund the illegal confiscation of Palestinian property. These senior military officers give settlement leaders bogus affidavits which justify the destruction of and confiscation of Palestinian villages. They work with attorneys like Cardelius to cleanse the OPT of all non-Jews.

16. Their money is also used to bribe military brass in the OPT. Settlers need money to bribe army officers to accept bogus affidavits, re: settlement needs x parcels of land for constructing protective works then they build an open parking lot. It also assists in the theft of real property, i.e., creating phony affidavits justifying takings of Palestinian land like the Dallah church property. The closing on that property as handled by facilitator Defendant Cardelius.

17. The facilitators are who facilitated these war crimes e.g., Hikind, Cardelius, AIPAC and others by encouraging genocide, pillage, creating dangerous and unreasonable conditions for Palestinians, e.g., wife and husband can't live together. The desired result? No new Palestinian babies in the OPT.

18. The third category are those like Defendant Shoebat who encourages violence against Palestinians. in public lectures Shoebat *Inter alia* he calls the Palestinians savages and terrorists and wants them all deported—*from their own homeland*.. Those statements alone constitute slander per se which is an element of denationalization--a war crime.

19. Each activity engaged on by these Defendants is referenced the Five Stages of Denationalization and Dehumanization and in reporting by the New York Times.[3] (See manual attached at Exhibit A.)

20. Their actions amount to genocide, the expulsion of more than 400,000 Palestinians from the OPT, the destruction of more than 50,000 Palestinian homes to make room for Jewish settlers.

---

[3] The N.Y. Times reported that these charitable entities also bought bullet-proof vests and M-16s with charitable donations. N.Y. Times July 5, 2010: Tax-Exempt Funds Aid Settlements in West Bank.

21. These actions are examples of the type of activity referenced by Judge Shira A. Scheindlin in the historic holding in *In Re S. African Apartheid Litig. v. Daimler AG, 617 F.Supp. 2d 228 (S.D.N.Y. 2009),* where the Court stated: "the Second Circuit has recognized tort liability for torture, genocide, and war crimes committed by  both state and non-state actors. Moreover, a state actor may be held liable for the tort of "large-scale, nonconsensual drug testing on humans…The Ninth Circuit has recognized additional causes of action against state actors for summary execution and prolonged and arbitrary detention and against non-state actors for forced labor." *In Re S. African Apartheid Litig. v. Daimler AG*, 617 F. Supp. 2d 228, 248-49 (S.D.N.Y. 2009).

22. Home confiscation is genocide see *Republic of Hungary v. Simon*, 139 S. Ct. 1474 (2019). See also UN regulations on terrorist financing, as cited in *Boim*[4] in that they provided "material support" to those engaging in terrorism.

**The financiers:**

23. **American Israeli Political Action Committee (AIPAC)** is a unique lobbying organization located in Washington, DC. It is unique because: a) its power derives from a clandestine political campaign financing network and b) it represents a foreign country (Israel) even though it has failed to register as an agent of that country. It is a 501(c)(4) entity that specializes in protecting Israeli interests in the U.S. and is the reason why a $2 billion money laundering scheme currently operates on U.S. soil. AIPAC officials have made it possible for pro-Israeli donors to send $2 billion every year into the OPT to finance the Israeli army, belligerent settlers, and promote the theft of private Palestinian property. It is one of the top lobbying firms inWashington, DC. AIPAC writes all the legislation and the Congressional anti-Palestinian resolutions pertaining to the Middle East. It supports war crimes, i.e., AIPAC officials have

---

[4] *Boim v Holy Land Found. For Relief & Dev..*, 549 F.3d 685 (7th Cir. 2008)

encouraged the use of cluster bombs in the OPT to maximize Palestinian civilian deaths.

24. A New York Times article[5] implicates donors AIPAC as the organizer of 501( c) (3)

submissions and the organization that puts donors and settlers together through a huge office in

Tel Aviv which coordinates the funding of settlements. The cash is used to isolate Palestinian

villages just like the Bantustans in South Africa under apartheid which Provide jeeps which

Judge Scheindlin commented on in In Re Apartheid, re support for apartheid.[6] AIPAC also

killed U.S. Senate resolution re: dropping cluster bombs is a war crime.

25.  **Defendant Miriam Adelson** is an Israeli army veteran, dedicated to financing the criminal activity in

the OPT. As a dedicated IDF veteran, just like Defendant Levin-Abir he despises members of "Breaking

the Silence Movement" see discussion infra, becausethey have admitted to committing war crimes

ordered by their superiors. For diversity purposes she is domiciled in Las Vegas, Nevada, is a dedicated

Zionist. She is an Israeli and U.S. citizen and is the wife of the late Sheldon Adelson. She and her family

have donated millions of dollars to support AIPAC's mission which isto forcibly remove all non-Jews

from the OPT.

26. **Defendant former U.S. Israeli Ambassador David Friedman** is domiciled in New York City

and maintains a law firm partnership there. He is a proud Zionist who has funded the Israeli

army and his own illegal settlement (Beit-El) for forty years. It was the first illegalsettlement

built in the OPT. He has funded the Israeli army and the settlement enterprise, and he has

espoused the forcible removal of all non-Jews from the OPT. *See* fifth stage in a Genocidal

Manual, *see also* Exhibit B. At all relevant times herein, he was not an employee of the United

States. He only became an employee when he was sworn in as the Israeli ambassador. The

criminal conduct that is alleged against him herein was engaged in during the last forty years up

---

[5] N.Y. Times July 5, 2010: Tax-Exempt Funds Aid Settlements in West Bank.

[6] Plaintiffs will produce  experts re: apartheid and denationalization, including Professor
Ronald Reggio, author of the treatise:  "The Five Steps of Dehumanization." Psychology Today,
Nov. 9. 2018.

to and including early 2017. As a result, plaintiffs do not have to pursue any remedies they have against him through the Federal Tort Claims Act, with respect to any conduct he engaged in while not a U.S. employee. He has definitely provided practical assistance (lots of money) and encouraged violent settlers in the OPTto continue maiming and murdering Palestinians and stealing their private property.

27. **Defendant Gilbert** is domiciled in Cleveland, Ohio for diversity purposes. He is also a huge supporter of AIPAC and its mission to cleanse the OPT of all non-Jews. He attends all their conferences, and espouses the ethnic cleansing/genocide of all non-Jews from theOPT. The only difference between him and Defendant Adelson is that he only has a $6 billion-dollar fortune. There is no doubt that Defendant Gilbert has provided practical assistance (lots of money) and encouragement (hosting fundraising dinners for the army) to both the Israeli army and to belligerent settlers in violation of 18 U.S.C. § 960. *See* Exhibit A. He has thoroughly embraced Ben-Gurion's goal–take over all of Palestine.

28. **Defendant Hikind** has been a New York State Assemblyman (District 48) for over twenty years. At all relevant times, he has pursued an Israeli-first agenda. That agenda isconsistent with PMN's plan to forcibly remove or exterminate all non-Jews from Palestine. He has taken upon himself an obligation to secure termination of New York state employees who have criticized Israel. Recently, he has stepped into the forefront ofthe anti-BDS battle. Along with N.Y. Governor Andrew Cuomo, he has convinced Secretary of State Pompeo to expand the definition of anti-Semitism.

29. At all relevant times, Defendant Hikind was more than a cheerleader for apartheid and was an unofficial Israeli spokesperson whose job was to killthe BDS movement and promote the disingenuous message that the sixty-year occupationis legitimate.

30. **Defendant Jared Kushner** is domiciled in Florida and served as a White House Senior

Advisor. His agenda is three-fold: continue the forcible removal of all non-Jews from the OPT, establish Jerusalem as the capital of Israel, and aid and abet the installation of an apartheid regime in the OPT. He doesn't think that Palestinians are human beings and therefore they can be exterminated during the last stage of the genocide campaign. *See* <u>Exhibit B.</u> His goal is to finance belligerent settlers who will do his family's dirty work and that of PMN i.e., threaten and intimidate the Palestinian civilian population so that they will leave the OPT. *See* <u>18 U.S.C § 2339C</u> i.e., classic international terrorism.

31. **Defendant Susan Levin-Abir** is domiciled in Florida and is the Executive Director of Friends of the Israeli Defense Forces for the Palm Beach/Broward community in Florida.Her main job is to raise lots of money every year and ship $104 million overseas to the Israeli Army so they can continue to maim and murder Palestinians. She has adopted a pro-settlement agenda and an attitude that the Israeli Army is the most moral military entity in the world. She doesn't hide the respect and affection she has for the Israeli Army. For the Court's edification, the Army's name was cleverly changed by PMN so that they could stress the defensive nature of the occupation. It is intended to convey the impression it is defending the homeland against roving Palestinian gangs, armed with butter knives or pitchforks, who are raping female Jewish settlers and shooting innocent Jewish homeowners trying to eke out a living on barren land.

**The enablers:**

32. **Other Defendants** including Defendants Cardelius and Gingrich, have all rendered **practical assistance** to belligerent settlers and rogue Israeli army soldiers. They have all labeled Palestinians as terrorists, have workedto frustrate the two-state solution, and believe that all non-Jews should be forcibly removed from the OPT. Defendant Shoebat even advocates racial profiling. They all claim that Palestinians are not human beings, but "beasts" and have played a significant role in the denationalization of the Palestinian civilian population.

33. **Defendant Gustav Cardelius** is domiciled in Sweden and is an international attorney who specializes in real estate closings in the OPT. He has intentionally maintained a lowprofile, but has played an important role in the denationalization of the Palestinian peopleand in the establishment of an apartheid regime in the OPT.  He has been on the payroll of the Moskowitz Family Foundation for at least ten years and has worked with Ateret Cohanim and The Everest Foundation, two U.S. based, phony 501(c)(3) entities desirous of ethnically cleansing the Silwan area in East Jerusalem of all non-Jews. As detailed herein, he has played an instrumental role in the denationalization of the Palestinian people by making sure hundreds of Palestinian individuals, homeowners in East Jerusalem, have been forcibly removed from the Silwan area, in order to accommodate new Jewish settlers. He knowingly records forged deeds and when necessary to promote settlement expansion, ignores religious Christian-only land covenants. He and Ambassador Friedman are the reasons why the Israeli government used the term "scandalous land theft" in the OPT in its <u>Spitzer Report.</u>

34. **Defendant Gingrich**, for purposes of diversity jurisdiction, is domiciled in Georgia and is a huge supporter of AIPAC and its mission i.e., to rid the OPT of all non-Jews. Since 1994, when he introduced and enacted the first legislation to move the U.S. Embassy to Jerusalem, he has been adamant on punishing Palestinians because in his opinion they arenot human beings. He has advocated the total occupation of the OPT by Jewish-only settlers. Since 1998, he has been on the Adelson family payroll and has been used to prepare and disseminate anti-Palestinian propaganda by telling his fellow Americans that there never was a country known as Palestine and the Palestinians are an invented people. He does this even though Israeli's first President Ben-Gurion has opined that, "once we have a viable army, we'll take overall of Palestine" and that we "stole their country, Palestine" and that "Jews must recognize that we stole their country." He has, like all Defendants, rendered practical assistance (lots of money) and

encouraged belligerent settlers to continue maiming and murdering innocent Palestinians and stealing thousands of acres of private property.

## RELEVANT CASE LAW

35. Three cases are relied on extensively by the Plaintiffs in terms of advancing their claim that the Defendants had been instrumental in aiding and abetting the commission of warcrimes. The first case is *Simon v. Hungary,* 812 F.3d 127 (D.C. Cir. 2016). That case stands for the proposition that intentional destruction of homes can be deemed to be an act of genocide. Plaintiffs claim herein that 49,000 homes have been either confiscatedor demolished in an effort to cleanse the OPT of all non-Jews.

36. The second case is the *In re South African Apartheid Litigation*, 617 F. Supp. 2d 228 (S.D.N.Y. 2009). That case stands for the proposition that it has been recognized by various international conventions and hundreds of countries that the tort of denationalization and dehumanization is a war crime and that aggrieved plaintiffs can advance aiding and abetting the commission of war crimes and Plaintiffs can allege thoseclaims in an ATS case.

37. The Honorable Judge Shira A. Scheindlin discussed extensively why she held that *"in short, I conclude that [the tort of arbitrarydenationalization including racial, ethnic, religious or political beliefs] satisfies the Second Circuit's test for recognition of a tort in violation of the Law of Nations." See In  re South African Apartheid Litigation*, 617 F. Supp. 2d 228 (S.D.N.Y. 2009). She explained her rationale as follows--"this prohibition is defined with specificity is based upon an accepted universal norm and is nearly universally accepted out of both legal obligation and mutual concern." That is the same test employed by the D.C. Circuit and  most other federal circuits.

38. In *Simon*, *supra,* the Court relied on The Convention on the Prevention of the Crime of Genocide, adopted by the United Nations in the immediate aftermath of World War II and

ratified or acceded to by nearly 150 nations (including the United States). TheCourt concluded that the Defendants had committed acts with intent to destroy, in whole or in part, a national, ethnical, racial or religious group. The acts included killing members of the group; causing serious bodily or mental harm to members of the group; deliberately inflicting on the group conditions of life calculated to bring about its physicaldestruction in whole or in part. For example, Defendants have supported and advanced the PMN policy which bannedPalestinian husbands and wives from living together, out of fear that they will procreate- classic ethnic cleansing.

39. *There is one other specific act, which when committed with the intent to destroy a national ethically racial or religious group constitutes genocide*, which has application on our facts. PMN and Defendant Weissglas have been violating the subsection (d) for years because it prohibits an occupying army from imposing measures on the civilian population which are intended to interfere with or prevent births within the victim group.The other Defendants named herein knew that was their intention and funded that policy i.e., zero growth in the Palestinian population.

40. With respect to subsection (c) there are a number of genocidal stages that Defendants financed through U.S.-based pro-Israel 501(c)(3)s, which affected the conditions of life of the Palestinians.

41. The third case is *Boim v. Holy Land Found. for Relief & Dev.*, 549 F.3d 685 (7th Cir. 2008) which held that "whoever provides material support or resources knowing or intending that they are to be used in preparation for, or in carrying out, a violation of 18 U.S.C.S. § 2332, shall be guilty of a federal crime." While this was a terrorism case, the principle applies to the facts cited herein and to the defendants charged herein as they have repeatedly and consistently provided material support of war crimes in the OPT and the establishment and expansion of an

apartheid regime in the OPT.

42. Plaintiffs also rely on the U.S. State Department's Manual on Genocide and A Guide to How
the Dehumanization Process develops and operates. As detailed herein, the Defendants have
financed, encouraged, and enabled PMN to achieve every stage of genocide listed in the U.S.
State Department's Manual on Genocide. Thus, they have aided and abetted the commission of
war crimes, a separate crime itself. They have also been instrumental in aiding and abetting the
successful operation of a comprehensive denationalization program which is the fifth stage in a
genocide campaign. *See* Exhibit B.

## **INTERNATIONAL LAW CONVENTIONS**

43. Most international scholars view the 1907 Hague Regulations as a mere codification of existing,
customary international law. *See* U.S. Judge Advocate Generals School Text Number 11 "Law
of Belligerent Occupation" (1944). As stated therein, the principles contained in Section 3 of
The Hague Regulations, "are binding on signatories and non- signatories alike." The
contracting states to the 1899 Hague Convention also recognized that they were codifying
existing customary international law.

44. The Commission on the Responsibility of the Authors of War and Enforcement o Penalties
convened a meeting at the Paris Peace Conference in 1919. The goal of the commission was to
investigate the allegations of war crimes committed during WWI and recommended the
individuals who should be prosecuted. *The commission identified thirty-two separate war
crimes*, two of which are applicable to the facts alleged herein, i.e., "usurpation of sovereignty
during military occupation" and "attempts to denationalize the inhabitants of occupied
territories."

45. The Restatement (Third) of the Foreign Relations Law of the U.S. notes "denationalization can
be an instrument of racial, religious, ethnic…or of political beliefs." The plaintiffs herein have

specifically alleged that Israeli actors going back to Ben-Gurion[7] and followed by Sharon have used denationalization as an instrument of racial (isolated "Bantustans" like Gaza and two sets of laws) religious (mosques and Palestinian churches burnt down, Korans burned and mutilated, shooting up mosques) and political beliefs "all vestiges of Palestinian villages must be destroyed" consistentwith former PM Golda Meir's specific instruction and also Palestinian culture and heritage, including the ubiquitous olive tree. According to veteran war hero, Moshe Dayan, beneath every settlement in the OPT are the ruins of a Palestinian village. *See*Israeli Lobby, pg. 96.

**FIRST CAUSE OF ACTION**

**AIDING AND ABETTING THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE BY ALL DEFENDANTS**

46. Plaintiffs repeat and reallege paragraphs 1 through 45 as if fully stated herein.

47. As part of their campaign to denationalize and dehumanize the Palestinian people, commit extrajudicial killings, force expansion of settlements, violently subjugate the civilian population, and ethnically cleanse the new Jewish homeland (the country of Palestine) of all non-Jews, Defendants relied on a collection of wealthy individuals and U.S.-based Zionists to finance the objectives of PMN's ethnic cleansing and genocide programs.

48. Wealthy Zionists (Kushner and Adelson and Defendant Gilbert,owner of the Cleveland Cavaliers) eagerly provided that funding. Every year, Ambassador Friedman, along with other pro- settlement advocates send $2 billion dollars to approximately 60 settlements and the Israeli army and deduct these monies as "charitable" donations on their tax returns. *That's income tax fraud. See* Exhibit A.

49. In the process these Defendants, Adelson, AIPAC, Shankman, Kohr, Friedman, Gilbert

---

[7] David Ben-Gurion served as the first Prime Minister of Israel.

Kushner and Levin-Abir have played a significant role in the denationalization of the Palestinian people, carrying out the five steps of a dehumanization program which are examined herein in the context of the ongoing occupation of the OPT. The <u>first step</u> is suggesting that the occupied people are subpar on an intelligence level to the occupier. Numerous PMN associates have referred to Palestinians as "apes" and "beasts." The author of the Pilot's Letter (Jonatan Shapira) was told by his commanding officer that "you have to remember, we are superior to dirty Arabs." A similar refrain is that, "Zionists are superior to your typical Arab." *See* <u>PIO</u>, pg. 242. The <u>second step</u> in the process is the use of an "infestation" analogy. We have numerous statements made byIsraeli leadership accusing Palestinians of infesting Israel. For example, Palestinians are "rats" and "cockroaches in a bottle" and their children are "snakes" who are currently infesting the state of Israel. *See* <u>The Israeli Lobby</u>, pg. 89.

50. The <u>third step</u> in a dehumanization program makes comparisons to animals. As pled herein already, Palestinians are routinely referred to "beasts" and thus not deserving of their own state. *See* <u>The Israeli Lobby</u>, pg. 89. The <u>fourth step</u> in a dehumanization program concerns threats of violence made against the occupied people. Palestinian fathers are threatened every day if they don't pack up and leave the OPT and take all family members with them. The <u>last step</u> in a dehumanization program concerns the removal of oppressed groups from society. They are typically sent to ghettos, Bantustans a la South Africa, or in the words of PM Olmstead, "open air prisons" in Hebron and Gaza. The result- 600 settlers live in Hebron and control the physical movements of 220,000 Palestinians who are basically locked up in large cages.

51. Based upon the allegations made herein it is obvious that Defendants have carried out all of the steps included in the in the U.S. State Department's Policy Manual on genocide. They have also been able to implement the five steps of the dehumanization process in the OPT. Thus, the campaign to denationalize and dehumanize the Palestinian people is relatively complete.

52. All Defendants except Cardelius, Gingrich and Greenblatt (ECGG) enabled and encouraged the inhumane treatment that Palestinians have to endure on a daily basis at the 150 plus checkpoints scattered throughout the OPT. Jewish-American author, Anna Balzar, cites numerous examples inher book. *See* <u>WIP</u> pgs. 49 and 104.

53. The out-of-control settlers that sponsored by Defendants have been accused of murdering the family of lead plaintiff Dawabsheh- a war crime.

### <u>DESCRIPTION OF DEFENDANTS' RESPECTIVE ROLES IN THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE</u>

### THE AIPAC ORGANIZATION, ITS OFFICIALS (DEFENDANTS SHANKMAN AND KOHR) PLAYED A HUGE ROLE IN THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE

54. AIPAC is dedicated to establishing an apartheid regime overseas and a "Jewish only" enclave located on private Palestinian property in the OPT through a number of means:

   a) It has promoted and financed ethnic cleansing and genocide overseas in violation of the U.S. State Department Manual on Genocide;

   b) it has aided and abetted the violation of eight separate federal criminal statutes; See Exhibit A;

   c) AIPAC officials have implemented a unique $2 billion money laundering scheme involving phony 501(c)(3)s and wealthy pro-Israel individuals, which deprives the IRS of approximately $500 million a year in tax revenues.

   d) AIPAC officials have conspired with state governors, like Israeli spokesperson Governor Cuomo, in 30 to 40 states to enact anti-BDS laws which deprive Americans of their fundamental First Amendment rights and freedom to associate;

   e) AIPAC officials wrote every piece of the anti-BDS legislation;

   f) AIPAC officials used the U.S. Congress to cover up Israeli Airforce war crimes i.e., due to

extensive lobbying work done by AIPAC officials, a Senate resolution was passed reciting that Israeli Airforce pilots dropping cluster bombson civilians has been endorsed by U.S. senior military officials as a legitimate military operation. *See* WIP, The Israeli Lobby pg. 157.

55.  Having written the regulations, AIPAC officials advise 501(c)(3) officials, like Friends ofBeit-El, to state the destination as the "Middle East." The reason- there is a total of 18 different countries in the "Middle East." As a result, Treasury Department officials don'tknow that 98% of the funds originating from U.S. based, pro-Israel 501 (c)(3)s, like the Friends of the Israeli Defense Forces (FIDF) will end up in the OPT and promote wholesale violence, ethnic cleansing, and genocide.

56. During the past thirty years, AIPAC officials have developed and perfected a $2 billion money laundering scheme which allows wealthy Jewish donors and Evangelical Christians to fund war crimes in the OPT.That activity, *inter alia*, violates eight federal criminal statutes including 18 U.S. Code §960 (which prohibits funding a foreign army) and 18 U.S. Code § 1956 (which prohibits ending funds overseas to promote ethnic cleansing and genocide). *See* Exhibit A.

57. Because of AIPAC's successful lobbying efforts, there are now approximately 50-60 militia units operating inthe OPT maiming and murdering their Palestinian neighbors and engaging in arms trafficking everyday with the blessing of the Treasury Department. *See* fourth stage of genocide.

58. AIPAC officials have also played a major role in the denationalization and dehumanization of the Palestinian people in the OPT by protecting Israel's image in the U.S. when it comes to explaining how innocent American citizens were maimed and murdered. For example, the young college student from Connecticut, Brian Avery, was shot point blank in his left eye and can no longer see out of that eye. *See* PIO, pg. 35, and Democracy Now article "U.S. Peace

Activist Brian Avery Returns to Israel Two Years After Being Shot in the Face."

### DEFENDANT ATTORNEY CARDELIUS' ROLE IN THE DENATIONALIZATION  AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE

59. **Attorney Gustav Cardelius** has maintained a low profile in the OPT, but has, in a  unique and significant way, aided and abetted the commission of property theft and violated the rights of Christian and Muslim Palestinians who regularly attended mosques and Christian facilities in the OPT for religious purposes and social gatherings. In the process, Cardelius enabled PMN to achieve the third and fourth stages of genocide and the third and fourth steps of dehumanization. For example, Cardelius knew about the Al Baraka Christian compound, located near Bethlehem.

60. The reason that there were many concerns arising out of Defendant Cardelius's role in the takeover of the Al Baraka compound include:

   a)   after registering the purchase with the Civil Administration in 2012, the Swedish company *set up by Attorney Cardelius* had announced its dissolution. Why? - to hide his involvement in the transaction. He was the liquidator of the company and declined to provide details on the liquidation process; and

   b)   in 2012, the Swedish company transferred the Al Baraka property, as expected, to new ownership, the non-profit organization <u>American Friends of the Everest Foundation</u> (AFEF) which reported on its American tax return, that it now owned the Swedish group. The reason for the transfer- AFEF was notorious for stealing Palestinian propertyin East Jerusalem. It was simply another shell corporation set up by the Moskowitz Family Foundation to hide the acquisition of private Palestinian property in East Jerusalem; the other entity that is used as an anonymous purchaser is <u>Ateret Cohanim</u>.

   c)   PMN and Defendant Cardelius knew Al Baraka's location was of strategic importance

to settler's Israeli leadership, and Ambassador Freidman, since there is only one settlement made up of numerous Arab Palestinian villages between the Etzion settlement block and the Hebron settler population. A compound with Jewish only settlers located there would consolidate Israeli leadership's hold on the southern part of Palestine. Thus, confiscation of the Al Baraka compound was vital to implementing PMN's strategy to establish a Jewish only enclave in the OPT and eventually rid the OPTof all non-Jews. He was simply following PM Ben Gurion's mandate.

61. Defendant Attorney Cardelius is no stranger to "forged deeds" and knew about the Israeli Government Database, i.e., the "Spitzer Report," which specifically referenced "scandalous land theft" by belligerent settlers. He is one of the characters responsible forthis "scandalous land theft." When convenient, he ignores religious land use restrictionsif they impair the ability of Jewish settlers to acquire Palestinian property. As only one example thereof, when he did the closing on the Al Baraka Christian compound, he simply ignored the Christian land use restriction that was recorded on the property. The owner of the property thought he was selling the property to an individual or entity that would continue the exclusive Christian land use. Defendant Cardelius did not tell him otherwise- he wanted the deed to be finalized and recorded.

62. Defendant Attorney Cardelius knew that forcing Christians out of the area would be devastating to them and the Al Baraka congregation. He intended that to occur, and that'sexactly what happened when he performed the Al Baraka real estate closing and deeded over ownership of the church to a shell corporation set up by the Moskowitz Family Foundation. That was only one of the roles he played in the denationalization of the Palestinian people, i.e., remove all Palestinian people from East Jerusalem courtesy of closings he attended and supervised the creation and use of forged deeds. He has, thus, aided and abetted the commission of war crimes

by, *inter alia*, stealing acres of Palestinian property. He aided and abetted ethnic cleansing, i.e., without a mosque or church to attend and gather to discuss village activity, Palestinian families feel they have no other choice but to evacuate the area.

63. Approximately 10,000-15,000 acres of private Palestinian property in East Jerusalem  have been illegally confiscated, courtesy of attorney Cardelius' handiwork, by settlers financed by their U.S. donors, like Adelson and Gilbert. Cardelius' task was to create legal facades to cover up the illegal confiscation of that property and provide proof that settlers owned the Palestinian property which was not the case. *See* The General's Son, pg. 166- the deed in question of first quality had been forged. He has been part of a fraudulent scheme for the last ten years whereby Palestinian landowners mostly locatedin or near East Jerusalem have been deprived of their property.

64. The inevitable result–more Palestinians are forcibly removed from the Silwan area of East Jerusalem, i.e., the Judaification of Jerusalem. That is the goal of the Adelson family, the Kushner family, PMN, the Cardelius law firm, the Moskowitz Family Foundation, Ateret Cohanim, and AIPAC officials. Without the professional services performed by Defendant Cardelius, the fraudulent closings referenced herein would never have taken place and the Palestinian families forcibly removed from EastJerusalem would still be living there and the Al Baraka compound would still be available for non-Jews to visit.

65. In 2014, Defendant Cardelius learned that Sweden had announced its formal position on the Israeli-Palestinian Conflict. He realized that the conduct he was engaging in including the theft of Palestinian property violated his own country's public policy. That didn't faze him in the least, however, because of the prospect of receiving substantial legal fees for additional closing work in East Jerusalem. He continues to aid and abet the Judaification of Jerusalem and works for different pro-occupation 501(c)(3)swhose goal is to rid East Jerusalem of all non-Jews in

the Silwan area. Defendant Cardelius' only requirement in order to do the dirty work of the Adelson and Moskowitz families is the posting of a substantial retainer fee, and if a forged deed is necessary, there is a substantial additional charge.

### DEFENDANT HIKIND'S ROLE IN THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE

66. Defendant Hikind, a leading proponents of the anti-BDS movement, has aided and abetted the denationalizing and dehumanizing the Palestinian population. Defendant Hikind also played a significant role in the establishment of an apartheid regime in the OPT. He represented the country of Israel but never registered under the Federal Alien Registration Act.

67. As this Court knows, the freedom to criticize and freedom to associate are bedrock principles of the U.S. Constitution. *The idea that a well-funded* political lobbying group, in collusion with high powered lobbyists who represent a foreign country, would conspire to infringe upon the fundamental Constitutional rights of Americans is outrageous.

### DEFENDANT AMBASSADOR FRIEDMAN'S ROLE AND THAT OF DEFENDANT GREENBLATT IN THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE

68. **Defendants Friedman and Greenblatt** have shown clearly, like donors Adelson and Gilbert, Defendant Kushner, and AIPAC officials, that their first loyalty is to Israel, not to the U.S.  For example, Defendant Friedman founded his own illegal settlement named Beit-El forty years ago to make sure there would not be enough territory left in Palestine to establish a contiguous Palestinian homeland. And, Defendant Greenblatt, based on information and belief has made charitable donations to support Defendant Friedman's settlement and its militia unit as well as the Israeli Army. These donations violate 18 U.S.C. 960 (support a foreign militia) and 18 U.S.C. 1956 (send clean dollars overseas to promote ethnic cleansing and genocide). The donations have enabled PMN to achieve the first three stages of genocide listed in the State

Department's Manual and the first two steps in PMN's dehumanization program.

69. **Defendants Friedman and Greenblatt** both view legitimate Palestinian American property owners like Plaintiff Khateeb as intruding on their precious Jewish homeland and have brought about the forceful removal of non-Jews from the OPT. They have both funded settlement expansion, and that is only one way they have assisted PMN in his genocidal campaign. Such activity hasbeen cited and condemned by the U.S. State Department in its Manual on Genocide–*See* Ten Stages of Genocide as discussed *infra*. *See* Exhibit B.

70. Forty years ago, Defendant Friedman made sure his new settlement would have the finances necessary to purchase sophisticated military hardware for the settlement's militiagroup. The unit needed that hardware to engage in periodic rampages against their Palestinian neighbors in an effort to expand the settlement boundaries. He raised money on U.S. soil by setting up his own phony 501(c)(3) entity (Friends of Beit El) so that he could solicit funds on U.S. soil at fundraising gala events for the Israeli Army and for his own settlement. Defendant Greenblatt has attended these gala events held at the Waldorf Astoria in New York City and the Hollywood Bowl. He has also supported the Israeli Army and Defendant Friedman's militia unit, in violation of 18 U.S.C § 960.

71. Defendants Friedman and Greenblatt both encouraged the "hate speech" spread by extremist rabbis who wanted to promote polarization between settlers and their Palestinian neighbors. That is a specificstage described in the State Department's Genocide Manual and the 5 Stages of Dehumanization. Their views were consistent with Chief Rabbi Eli Yahu domiciled in the city of Safed, i.e., it is appropriate to maim and murder Palestinians. *See* article describing this kind of ethnic hatred which is entitled "Rabbis-Killing Palestinians is a Religious Duty" IMEC News Article, Oct. 22, 2015.

72. Both Ambassador Friedman and Defendant Greenblatt have, *inter alia,* violated a number of

protocols to be adhered to by diplomatic missions as enumerated in Article 3 of the <u>Vienna Convention on Diplomatic Relations</u>. To wit: In doing so, they have enabled PMN to achieve the third and fourth stages of genocide and the fourth and fifth steps of dehumanization. In protecting U.S. interests, Defendants Freidman, Greenblatt and Kushner knew that the U.S. diplomatic mission must adhere to the protocols proscribed by international law. *See* <u>Article 3(b).</u>

73. Article 41 Paragraph 3 of the Vienna Convention provides that "the premises of the mission must not be used in any manner incompatible with…general international law." <u>General international law</u> includes the Law of Nations listed in the U.S. Constitution, the UN Charter, Israel's War Crimes Statute, Article 73 of the UN Charter, the U.S. WarCrime Statute and the Universal Declaration of Human Rights, and Israel's own Declaration of Independence.

74. In direct violation of the <u>Vienna Convention Principles</u>, Ambassador Friedman and Defendant Greenblatt have covertly met in the new U.S. Embassy located in Jerusalem, with settlement leaders, IDF senior officials, sometimes with Defendant Gingrich. The goals of those meetings were: a) to encourage settlement expansion, especially that of Defendant Friedman's settlement Beit-El; b) to repeatedly discredit the two-state solution; c) to convince the Israeli population that the two-state solution would result in mass casualties; d) to reject out-of-hand any Palestinian claims of property theft, ethnic cleansing, tortureor brutality; and e) to work with Room 8200 (clandestine spy group) employees to commit computer fraud in the United States in connection with computer networks owned by Palestinian supporters and BDS advocates. *See* <u>11 U.S.C. 251 and 18 U.S.C. 1030</u>.

75. Defendant Friedman made his initial contribution by cutting the West Bank in half fromorders by PM Golda Meir when he established his own settlement in the OPT forty yearsago, Beit-El. Based on the 990-form filed by the 501( c) (3) entity know as Friends of Beit-El, Yeshiva, he

sends $2.2 million in "charitable" donations to his illegal Jewish-only settlement every year. The reason--to make sure belligerent settlers can continue to illegally annex their neighbors' property and ensure that no property in that area will be left to establish a contiguous Palestinian state. He has been very successful in that endeavor.

76. Ambassador Friedman and Defendant Greenblatt have both used American taxpayer money, i.e. "charitable donations" to: (a) construct Jewish-only "sterile" highways, i.e., no Palestinians allowed which link up the settlements and bypass Palestinian villages; and (b) set up target practice facilities and sniper schools in the Beit-El settlement as has been confirmed in the Israeli government's official Spitzer Report; and (c) illegally confiscate approximately 6,000 acres of Palestinian property adjacent to other settlements like Ofra and Hebron. In Hebron, 600 hardcore settlers live there and dictate curfews for the 128,000 Palestinians that live there also. Palestinians are not allowed to leave their homes after curfew. There is a good chance that if they do so they will be either maimed or murdered by belligerent settlers. This is just another indication of an apartheid regime at work. All that criminal activity enabled PMN to achieve the third and fourth stages of genocide.

77. They have also violated numerous federal criminal statutes, including 18 U.S.C. § 960,  18 U.S.C. § 1956, and the federal perjury statute. *See* Attached Exhibit A. The reason they can be accused of perjury is that they have both failed to disclose to the IRS the true purpose in setting up Friedman's phony 501(c)(3) (rid the OPT of all non-Jews). They have both taken illegal, charitable donations on their forms 1040 because buying M-16's and body armor is not a tax-deductible, "charitable" activity. They knew that when Ambassador Friedman transferred $2.2 million to his settlement every year, federal law did not allow him to engage in money laundering activity (18 U.S.C. § 1956) and funding violence abroad (President Clinton's and President Bush's Executive Orders specifically prohibited that funding).

78. They also knew that when Ambassador Friedman transferred, with colleagues like Defendant Greenblatt, $104 million each year to the Israeli army, that federal law prohibited them from doing so, i.e., funding a foreign militia unit or a foreign army is prohibited by 18 U.S.C. § 960. *See* also *Boim v. Holy Land Found. for Relief & Dev.*, 549 F.3d 685 (7th Cir. 2008). Consistent with the analysis laid out in *Boim, See supra*, they both knew they were augmenting the Israeli army's ability and the settlers' ability to maim and murder their Palestinian neighbors.

79. At all relevant times herein, Defendants Friedman and Greenblatt were not employees of the United States. They only became U.S. employees when they were sworn in as the Israeli Ambassador, in the case of Defendant Friedman, and as senior White House Advisor in the case of Defendant Greenblatt. The criminal conduct that is alleged against them herein was engaged in during the last forty years up to and including early-mid 2017. As a result, Plaintiffs do not have to pursue any remedies they have against them, under the Federal Tort Claims Act, with respect to any conduct they engaged in while not U.S. employees.

## DEFENDANT KUSHNER'S ROLE IN THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE

80. Defendant Kushner, just like Ambassador Friedman, and former White House Advisor Defendant Greenblatt, played a significant role in the denationalization of the Palestinianpeople long before he became a U.S. government employee.  As a result, the plaintiffs donot have to pursue a remedy against him under the <u>Federal Tort Claims Act.</u>

81. Because of his close personal relationship with the Trump family, Defendant Kushner had a very challenging agenda to deal with once Trump won the election, based on various demands made of him by PMN. Even though he is a U.S. citizen, he thought, being Jewish, that it was perfectly appropriate to take orders from PMN, then the prime minister of Israel. PMN had discussed with his father-in-law, prior to the inauguration,the preparation of a unique peace

plan for the Middle East.

82. Palestinian leadership at all relevant times, knew that neither PMN nor Kushner want to have the OPT infrastructure rebuilt out of humanitarian concerns for Palestinian refugees.*These facilities would only be accessed by Jewish settlers*.

83. The reason–Kushner, PMN and Trump had no desire to rebuild the OPT to improve the lives of the Palestinian population, a direct violation of <u>Article 73 UN Charter</u>. That article imposed a fiduciary duty on Trump and PMN to protect the Palestinian people and their assets. Therefore, to the extent that Israel claims they did not sign up for the Fourth Geneva Convention, that is irrelevant. Luxury hotels were not something the Palestinian people needed. They needed hospitals, emergency clinics, and electric power grids.

84. Defendant Kushner recently told the world that Palestinians are ungrateful recipients of U.S. financial aid and that they have received the most financial aid handed out by the State Department. He engaged in this conduct to aid and abet PMN's campaign to vilify Palestinians as terrorists andingrates.

85. Defendant Kushner, like all Defendants, knew that with the reality of a substantial Jewish presence in the OPT, and the need to support the settlement enterprise, those conditions would always require lots of money. He knew that without the tremendous financial support of the Adelson and Kushner families and other pro-Israel 501(c)(3) donors like Defendant Gilbert, PMN's ability to achieve the last stages of genocide would be impaired. That's what motivated his and his family's generous support for the Israeli army (approximately $350,000 in 2014). He and his family are willing participants in AIPAC's $2 billion annual money laundering scheme which funds settlement expansion, ethnic cleansing, genocide, and the theft of Palestinian property in the OPT.

86. Before becoming a White House advisor, Kushner had met with settlement leaders andIsraeli

army officials here on U.S. soil and in Israel. Settlement officials tell him what financial aid they need in order to expand settlements and update militia members' military hardware so that they can continue going on rampages against Palestinian neighbors as confirmed by 700 Israeli army veterans in their book, <u>Our Harsh Logic</u>. Israeli army leadership informs him what the amount of proposed budget cuts were whichthey would have to absorb. He assures them that he will work with PMN, the Adelson family, and other pro-Israel donors like Defendant Gilbert, so they will receive at least $100 million dollars in a hidden cash subsidy each year. Not a difficult proposition--JNF's annual budget is $740 million dollars.

87. Defendant Kushner also knew that their funds would be used to construct firing ranges and set up sniper schools in the Beit-El settlement, as was confirmed by the Israeli government official "Spitzer Report database". Soldiers training belligerent settlers in the art of maiming and murdering Palestinian civilians allowed PMN to achieve the fourth and fifth stages of genocide..

88. With respect to the issue of aiding and abetting international terrorism, Defendant Kushner, before he became Senior White House Advisor, working with AIPAC officials, Defendants Friedman, Greenblatt, and Gingrich, Defendant Kushner convinced Candidate Trump to accept a $50 million bribe, made by the Adelson family. That bribe was contingent on Trump pursuing a pro-Israel agenda at the UN, moving the U.S. Embassy to Jerusalem and designating it as the capital of Israel, and removing the two-state solution as a discussion point in final peace talks.

89. Finally, like all Defendants named herein ECGG Kushner's first loyalty is to the State of Israel, not to America. His role model is Netanyahu, and he shares his vision and that of the ZOA, i.e., the insertion of 1.2 million Jews into Palestine by 2020. Ever since he was a young man, he has enthusiastically embraced Ben-Gurion's long-term goal, announced in 1948, i.e., the total takeover of Palestine and the removal of all non-Jews, including Christians, using military force

if necessary. For the last twenty years, all Defendants EFC have been doing their best to make Ben-Gurion's vision a reality, including providing settlements an annual subsidy of $2 billion dollars. They need those funds to continue maiming and murdering their Palestinian neighbors.

### SUSAN LEVIN-ABIR'S ("SLA") ROLE IN THE DENATIONALIZATION AND DEHUMANIZATION OF THE PALESTINIAN PEOPLE

90. Defendant SLA has played an extraordinary role in the denationalization of the Palestinian people for a number of reasons. She has raised significant funds on U.S. soil which violates 18 U.S.C. §1956, subsection G, and sending money overseas to support a foreign militia unit violates 18 U.S.C. § 960. If she signed annual nonprofit tax returns, she has committed income tax fraud. The funds she raises on U.S. soil are part of the financial resources the Israeli Army relies on to maintain the brutal occupation and to murder innocent demonstrators at the Gaza border. *See Boim* (supra). Moreover, as Judge Scheindlin observed in *In Re S. African Apartheid Litigation* (supra), an individual aids and abets a tortfeasor when he or she renders "practical assistance" for example, giving lots of money, or "encouragement" hosting fundraising dinners in south Florida featuring IDF heroes. Without the support of the Israeli Army, settlers couldn't kill livestock, couldn't deposit severed goat heads on the lawns of farmers, couldn't sexually assault Palestinian women at checkpoints, couldn't burn down olive groves and mosques, and couldn't block the delivery of daily water supplies. As discovery will show, SLA raises millions of dollars for rouge members of a ruthless military unit that views Palestinians as "lice," "scum," and "beasts." Murdering them is easy because they are protecting the great homeland which Ben-Gurion stole from the Palestinians 75 years ago. There's also an economic consideration, i.e., a lot of army personnel bought cheap property in the OPT and have relatives who bought homes dirt cheap in the settlements. Thus, intimidating and killing Palestinians not only maintains the status quo in the OPT and minimizes Jewish casualties, it protects significant real estate investments.

**DEFENDANTS SHOEBAT'S ROLE IN THE DENATIONALIZATION AND
DEHUMANIZATION OF THE PALESTINIAN PEOPLE**

91. One question addressed in *In Re Apartheid* is the intent of a defendants, e.g., whether they had intended to vilify Palestinians and assist PMN in his mission to rid the OPT of all non-Jews,  in our case see step 3 of denationalization.

92. PMN's statements are identical  to the conduct which occurred before when Nazis called  Jews savages and rats and  sent them to concentrations camps.  That's what allowed them to justify violence against the Palestinians. It's a gradual buildup of further hatred. Ghettos were the precursor for concentration camps another question was whether Defendant Shoebat was helping the tortfeasor with his objectives of denationalization and dehumanization. That's clear on our facts: PMN wanted Americans to despise Palestinians i.e., if not stopped Palestinian terrorists will be bombing U.S. homes and pizza shops. Shoebat's remedy: deport them and put them under surveillance. That's the theme he uses when a guest lecturer on terrorism.

93. As the Ninth Circuit stated quoting *United States v. Flick,* 6 Trials of War Criminals Before the Nuremberg Military Tribunals 1217 (1952): "One who knowingly by his influence and money contributes to the support [of a violation of the law of nations] must, under settled  [*773]  legal principles, be deemed to be, if not a principal, certainly an accessory to such crimes."; *United States v. Ohlendorf*, 4 Trials of War Criminals 4 Trials of War Criminals Before the Nuremberg Military Tribunals 569-70 (1949) (convicting for war crimes and crimes against humanity an individual who had provided a list of communists to his superiors because he was, at minimum, "aware that the people listed would be executed when found"). *Sarei v. Rio Tinto, PLC*, 671 F.3d 736, 772-73 (9th Cir. 2011).

WHEREFORE, Plaintiffs ask for entry of a judgment in the amount of $1 billion dollars against  each Defendant, based on the Defendants' intentional and criminal efforts to denationalize and dehumanize

the Palestinian people, and prevent them from having their own country to live in.

## SECOND CAUSE OF ACTION: ALL DEFENDANTS HAVE AIDED AND ABETTED RAMPANT GENOCIDE TO INSTALL AN APARTHEID REGIME INTHE OPT

94. Plaintiffs repeat and reallege paragraphs 1 through 93 as if fully stated herein.

95. An apartheid regime does not all of a sudden appear out of nowhere. Early signs of an emerging apartheid regime, for example discriminatory laws (right of return), ethnic cleansing or genocide, need some time to develop and take hold in the territory where theoppressed population lives. At an early stage of an emerging apartheid regime, the U.S. State Department's Manual on Genocide advises what steps leaders should take to ensure  an apartheid regime is not established in the territory under their control. *See* Exhibit B.

96. Former PM's Sharon and Golda Meir and current PMN and members of the Kushner and Adelson families, working with their fellow defendants, were actually promoting, financing, and encouraging an apartheid regime in the OPT. This was made possible by the funding coming from their pro-Israel partners in the U.S., i.e., phony pro-Israel 501(c)(3) charities which have been funding ethnic cleansing, genocide, apartheid, and theft of private property in the OPT for at least thirty years. They are "funnels" who do not operate soup kitchens or homeless shelters for deprived populations of urban centers.

97. There is abundant evidence today of a thriving apartheid regime in the OPT, i.e., there are two sets of laws, two penal systems, two transportation systems, two healthcare systems, and segregation and isolation of the Palestinian population into ghettos, refugee camps, and remote, unconnected villages--the exact condition once imposed on Blacks in South Africa.

98. As a direct consequence of apartheid, discriminatory policies and practices, torture (securing a sewing thread to a male prisoner's scrotum and pulling on it), extended incarceration for kids so they can't see their attorneys until after they plead guilty) and other inhumane practices were crafted by PMN to intimidate Palestinians every day. For example, pregnant Palestinian

prisoners have to deliver their babies while handcuffed and kids have to eat sand and function

as ash trays (burnt scalps) if they forget their national ID card. *See* WIP pg. 211-212. Also,

possession of a Palestinian flag could mean 3 months in jail. *See* WIP, pg. 245.

99. The U.S. State Department has adopted and is guided by its Policy Manual on Genocide, a

paper prepared by Dr. Gregory H. Stanton in 1998. Stanton is a professor in genocide studies

and prevention and is the President of Genocide Watch (when the U.S. State Department

initially adopted his manual on genocide, there were eight stages of genocide). Every U.S.

agency, even the White House, is bound by the terms incorporated in the policy manual on

genocide.

100. The Manual explains why Defendants like Defendants Gilbert and Hikind view Palestinians

as being irrelevant. In their minds, Palestinians are not human beings and that justifies extra

judicial killing, another indication of an apartheid regime and clear evidence of rampant

genocide.

101. Defendants adopted and implemented all of these measures and use terrorist settlers to do their

dirty work. They make sure that Palestinians can't rebuild homes on their own property or

repair a water well or greenhouse, nor can they secure access to civil courts for their damages.

The sole judicial remedy is to file a complaint in a military court. Palestinian homeowners e.g.,

can't complain if belligerent settlers come by and dump severed goat heads (their calling cards)

in their front yard as part of a campaign of intimidation. Intimidating a civilian population is

classic international terrorism. *See* 18 U.S. Code § 2339 (C). Directly or indirectly, every

Defendant has encouraged, financed, or intimidated non-Jews into leaving the OPT. For

example, Defendant Levin-Abir has funded rouge IDF military forces, and that funding has

resulted  in at least 100 extrajudicial killings of Palestinians and theft of thousands of acres of

private Palestinian property.

102. Besides ethnic cleansing, another major component of an apartheid regime is genocide. Unfortunately, there is abundant evidence that PMN and Friedman have made genocide an everyday occurrence in the OPT and their conduct specifically fits into the criteria listed in the U.S. State Department Genocide Manual. The first stage is known as "classification" and it involves labeling the Palestinians as "beasts," "lice," "carcinogens," "cockroaches in a bottle," "snakes," and "bloodthirsty savages"; that's pretty common and serves to affirm the occupier's belief that the occupied people are not really human beings. *See* PIO, pg. 11.

103. As this Court is probably aware, there are numerous conventions, domestic and international, that reference apartheid and genocide. One concept that Americans hold near and dear for example is the "Law of Nations" doctrine which appears in the U.S. Constitution. That is the only Human Rights Convention that appears in the Constitution. All of the criminal activities engaged in by the Defendants named herein have  violated the Law of Nations Convention directly or indirectly.

104. The next stage is symbolization, when symbols are attached to the classification categories. Leaders like PMN and Defendant Weissglas label Palestinians as "terrorists"and "savages." Classification and symbolization, however, do not necessarily result in genocide, unless they lead to the devastating stage of dehumanization which is now thecase in the OPT.

105. When combined with hatred, symbols will be forced upon unwilling members of the victim groups, i.e., national ID cards for Palestinians. To combat symbolization, hate symbols can and should be legally forbidden by government leadership as well as hate speech. Defendant have made no attempt to outlaw hate speech or symbols. They rely on 150 check points and on the national ID registration program. To the contrary, they and their financial partners located in the U.S. (donor Gilbert, Kushner and Adelson families) admire the progress that PMN's genocidal campaign has accomplished in the OPT and are willing to fund the campaign until

every non-Jew has been forcibly removed from the OPT. Defendant Gilbert like Sheldon

Adelson has made it clear that his net worth ($6 billion) is available to fund that criminal

activity.

106. <u>A dangerous stage of genocide is discrimination</u>. The dominant group enacts new legislation,

laws and customs and exercises political power to deny the rights of another ethnic group. For

example, Israel passed the Right of Return law, which means a Palestinian who was born in

Jerusalem has no right to visit his home since he is not Jewish. According to the State

Department, discrimination on the basis of nationality and ethnicity, race and religion, should

be outlawed at this stage and individuals should have the right to sue the state, corporations,

and individuals if their human rights have been violated. That is an impossibility for

Palestinians living in the OPT due to the restrictions imposed on them by PMN's apartheid

regime. <u>The "no going back" stage in genocide is the stage of dehumanization.</u> This occurs

when one group denies the humanity of another group which is the case today in the OPT.

Palestinians are equated with "animals," "lice and vermin" *See* <u>PIO</u> pg. 11, "drugged roaches in

a bottle", "insects" or even life-threatening diseases like "cancer." *See* <u>Israeli Lobby</u>, pg. 89.

Dehumanization plays a vital role- <u>it overcomes the normal human revulsion against murder.</u> At

this stage, hate propaganda is in print and on the radio.

107. <u>The next stage is organization</u> with the state using local militia units to do their dirty work,

i.e., maim and murder Palestinians and provide deniability of state responsibility. *See* <u>The</u>

<u>Janjaweed Movement in Darfur</u>. Sometimes the organization is informal (Hindu mobs led by

local RSS militants or decentralized terrorist groups). A special army unit (in our case local

settlement militia units) is often trained to provide state leaders deniability of responsibility. If

things get out of control, which according to 700 Israeli veterans based on their sworn

statements is the case in the OPT, ("we can't control the settlers-- they do anything they want")

plans are made for random extrajudicial killings of civilian demonstrators. That is what has

been occurring at the Gaza border for the last three years.

108. However, Defendants protected by AIPAC officials, the then Israeli Ambassador, have

rejected every suggestion that an independent  panel or commission be set up to investigate war

crimes. Eventually genocide reaches to the stage of polarization. In the case of the OPT,

extremist Rabbis who suggest killing Palestinians is a religious duty drive the groups apart and

literally encourage slaughtering members of the other faith. Hate groups broadcast polarizing

propaganda and hope that leads to a break down in societal values. The last stage in the

genocide campaign to set up an apartheid regime- the final solution.

109. Defendants often try to cover up their real intentions by  referring to their actions as counter

terrorism efforts. When asked about the $5 billion subsidy given to Israel each year, PMN

repeatedly told former President Trump that those monies support expensive counter terrorism

measures which are necessary to cleanse the OPT of all terrorists, i.e., non-Jews.

110. As the State Department has explained, the victims of genocide are segregated into ghettos or

confined to a famine struck region and starved to death. *See the Open-Air Prisons located in*

*Gaza*, (Former PM Olmstead's words). Genocidal killings are common because they destroy

part of the targeted group. At this late stage, a genocidal emergency must be declared by State

officials. Something, of course, that PMN and AIPAC officials will not allow.  That's another

indication of a genocidal pattern being  played out with the approval of Trump- he is a

"collaborator".

111. At this time, humanitarian assistance should be organized by the UN and private reliefgroups

for the inevitable onslaught of refugees to come. Of course, former UN representative Haley

(Israel's second ambassador), a non-party, AIPAC officials, Ambassador Friedman, and

Defendant Kushner will make sure that these private relief groups are not funded. These

individuals are not interested in protecting the civilian population in the OPT which is their affirmative obligation as a fiduciary under Article 73 of the UN Charter (a document which non-party Haley apparently has never read). Their rationale- who cares? Palestinians do not warrant protection because they are not human beings and deserve to be expelled from the OPT. They believe, "a good Arab is adead Arab." *See* <u>The Israeli Lobby,</u> pg. 89.

112. Not protecting the civilian Palestinian population is the reason why the massacre of the Dawabsheh Family (the lead Plaintiff herein) occurred. Young settlers, funded by a number of phony U.S. based 501(c)(3)'s, received sufficient funds to purchase first class night vision goggles ($9,500 apiece) which enable them to operate in the dark. Rabbi Jill Jacobs, with the T'ruah organization, has condemned this atrocity, comparing it to international terrorism.

113. <u>Number three</u>, collective punishment (a war crime) is meted out to Palestinians on a daily basis, i.e., destruction of airports, electric grids, water purification plants, vegetable markets, greenhouses, and emergency clinics. That's the fabric of Palestinian everyday life. Former PM Barak has encouraged maximum destruction of the Gaza infrastructure. *"We must destroy as much infrastructure as we can in the next 24 hours." See* <u>The Israeli Lobby</u>.

114. <u>Number four</u>, Palestinians cannot access Israeli civil courts. As a result, they cannot challenge forged deeds or illegal military orders, confiscating their homes and olive groves. <u>Number five,</u> at checkpoints they are subject to cruel and unusual treatment (*See* PIO pg. 49, 179), i.e., females are forced to undress, are sexually assaulted by young settlers, and kids have to kiss the boots of settlers and Israeli soldiers. Kids also have to eat sand if they forget their national ID cards or are covered with bleach or urine as punishment. *See*<u>WIP</u>, pg. 308. Thirteen babies have died at such checkpoints while their mothers sought transit permission unsuccessfully. *See* <u>WIP,</u> pg. 78.

115. <u>Number six</u>, Palestinian farmers are not allowed access to their olive groves, which overnight

are deemed to be in a "closed" military zone. <u>Number seven</u>, former UN Ambassador Haley

and US Ambassador Friedman have denied Palestinians the financialassistance to buy modern

first-class dialysis units, MRI equipment, and chemotherapy facilities, a clear indication of

genocidal intent. *See* <u>WIP</u>, pg. 292. Former President Trump, months before he was

inaugurated, aided and abetted by Gingrich and non-party Haley, decided to make that a reality.

116. <u>Number eight</u>, Palestinian hospitals, including the Nasser facility, are routinely denied the

right to import essential medicine like penicillin and antibiotics and set up reserves. See <u>PIO</u>

pg. 167.  <u>Number nine</u>, fifty to one hundred days a year, Palestinians are locked down due to

twenty-four-hour curfews, sometimes imposed with a 1-hour notice. No school, no hospital

care, no cars, no commerce at all and no warnings so that the civilians can prepare for this

catastrophe.  <u>Number ten</u>, Palestinians receive limited food rations. Defendant Weissglas has

admitted he put them on a survival regimen.  They can't even  secure a permit to start a

vegetable garden. <u>Number eleven</u>, because of Prime Minister Netanyahu policies, settlers or

their children cannot be arrested or prosecuted for murdering Palestinians.  *See* the article,

<u>"Settlers Can Get Away with Murder,"</u> written by Asa Win Stanley.

117. <u>Number twelve</u>, Palestinians can't travel on Jewish-only highways, attend Jewish-only

schools, be admitted to Jewish-only hospitals, or live in Jewish-only settlements. *Each*

*settlement has an absorption committee whose members will choose which Jewish family*

*(infidels need not apply) will be allowed to purchase a home in the settlement.* That's how

PMN's family was approved by Defendant Ambassador Friedman for buying a cheap home in

the Beit-El settlement. <u>Number thirteen</u>, Palestinians are not allowed to pull building permits to

construct a new home on their property. Settlers will report that  activity and their home will

immediately be destroyed, sometimes with family members inside.

118. <u>Number fourteen</u>, the local Israeli water authorities do not provide a sufficient clean water

supply which will prevent dialysis machines from breaking down by the inevitable  build-up of

blood and other fluid sediment in connecting tubes–that means almost certain death for

Palestinian kidney patients, *See* WIP, pg. 292. Number fifteen, Christian complexes like Beit Al

Baraka, located near Bethlehem, other Christian social centers, and  Palestinian mosques are

routinely confiscated or burned down to accommodate new settlers. The message is "God gave

us this property and you are a trespasser". See the role  played by Defendant Attorney Cardelius

in East Jerusalem as described herein that violates the Hague Convention and the Fourth

Geneva Conventions.

119. *The United States Congress, on numerous occasions, has condemned the policy of apartheid*.

It has even curtailed foreign assistance to countries that adopt an apartheid regime. The reason-

Apartheid is anathema and is in direct conflict with the fundamentalvalues that America stands

for in the world- "all men are created equal."  The U.S. State Department has condemned that

abhorrent practice also.  *See*, e.g., Comprehensive Anti-Apartheid Act, 22 U.S.C. § 5011,

repealed by South African Democratic Transition Support Act of 1993, 22 U.S.C. §5001 note

(describing apartheid policies that the United States directly opposed). *See also* 22 U.S.C. §

5020(a)(1), repealed by 22 U.S.C. § 5001 note *("The Congress finds that the policy of*

*apartheid is abhorrent and morally repugnant.")*

120.  Another vital component in terms of establishing a policy of apartheid is the infliction ofcruel,

inhumane, and degrading treatment on the civilian population. For example, settlers still put out

their lit cigarettes on the scalps of Palestinian children, according to Amnesty International

investigators and dump bleach and urine on them for throwing stones at them. The international

norm forbidding Cruel Inhumane or Degrading Treatment (CIDT)  is enshrined in the United

Nations Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or

Punishment ("CAT"), a nearly universally accepted multilateral treaty.  CAT states, "Each State

Party shall undertake to prevent in any territory under its jurisdiction other acts of cruel,

inhuman or degrading treatments or punishment which do not amount to torture…, when such

acts are committed by or at the instigation of or with the consent oracquiescence of a public

official or other person acting in an official capacity."

121. Israeli state actors, protected by AIPAC officials, have taken no steps to prevent the

occurrence of inhumane acts. For example, Israeli soldiers still force Palestinian children to eat

sand and kiss their boots because they forgot their national ID card. In fact, using the $2 billion

dollars in laundered funds sent to them every year by their U.S. financial partners, they have

continued to finance ethnic cleansing, genocide, theft of private property, and wholesale

violence in the OPT. State actors have convinced belligerent settlers to do their dirty work, i.e.,

inflict wholesale violence on their Palestinian neighbors. This activity is financed by their

partners, U.S. based Israeli settlement advocates. The goal is to exterminate or forcibly remove

all non-Jews who choose to remain in the OPT consistent with PMN's genocidal campaign

which started in1998.

122. Based on international criminal law, the acts of "aiding and abetting" requires practical

assistance, encouragement, or moral support which has a substantial effect on the perpetration

of the crime." *See* <u>In re South African Apartheid Litigation,</u> 617 F. Supp. 2d 228 (S.D.N.Y.

2009). As has repeatedly been alleged in this lawsuit, besides funding thesettlement enterprise

with $2 billion dollars every year to inflict war crimes on the Palestinian civilian population,

they also send $100 million a year to the Israeli Army. They advertise fundraising galas and

host them at the Waldorf Astoria in New York City and the Hollywood Bowl in Los Angeles,

where in one night they can raise $60 million for the Israeli army and settlements looking for

sponsors. Settlement leaders mingle with the crowd and visit tables and promise "charitable

deductions" for killing Palestinians living in the OPT. Defendants like Kushner, Gilbert, and

Levin-Abir distribute video clips extolling the virtues of the IDF.

123.  As Plaintiffs repeatedly allege herein, all of the Defendants, directly or indirectly, have

knowingly supported arms trafficking, the purchase of sophisticated military equipment for use

by settlement militia members, and have furnished settlements with the necessary funds to

provide weapons to the local militia unit to perpetrate genocide and ethnic cleansing and the

theft of 4,400 hundred square miles of private Palestinian property. Thus, the Defendants have

rendered "practical assistance" (lots of money) discussed in *Boim* and *In Re Apartheid* (supra)

to support the settlement enterprise and the extermination or removal of all non-Jews living in

the OPT.Without the funds supplied by US donors, settlement leaders could not afford to spend

$35,000 to buy an armored military jeep to monitor the activities of surroundingPalestinian

farmers and shoot at trespassers.

124.  Defendants like Gilbert and Levin-Abir knew that the practical assistance that they rendered

to rouge IDF commanders would result in serious consequences for the Palestinian population,

including ethnic cleansing, genocide, and wholesale violence in  the OPT. Query: what would

stun grenades, sniper vision, and night vision goggles be used for? PMN and his U.S. partners

have been using belligerent settlers to do their dirty work (theft of Palestinian property) in the

OPT for at least twenty years.

125.  This was confirmed by Israeli soldiers in the book, "Our Harsh Logic." It was also confirmed

in four separate, official Israeli government reports. One report, known as the Spitzer Report,

referenced the "scandalous land theft by settlers." In addition, they knew that Israel's top

criminal Prosecutor, Ms. Sasson, tasked by former PM Sharon, had come to the same

conclusion when she authored her report on the criminal activity engaged in by settlement

leaders and pro-settlement government officials. She recommended that they be prosecuted for

violating multiple Israeli criminal laws based on the practice of preparing and filing forged

deeds.

126.  After an extensive analysis, Judge Scheindlin concluded that customary international law

requires that an aider and abettor know that his actions will substantially assist the perpetrator

in the commission of a crime or tort in violation of the law of nations. *See* I*n re South African*

*Apartheid Litigation*, 617 F. Supp. 2d 228 (S.D.N.Y. 2009). They had to know they were aiding

and abetting the commission of war crimes for a number of reasons, including the fact that the

Haaretz newspaper would chronicle human rights abuses in the OPT almost every day. They

also knew what was going on in the OPT because, *inter alia,* Israeli army officials, during

fundraising events held on U.S. soil,even showed video clips of abandoned Palestinian villages,

schools and hospitals and new settlements. IDF soldiers boasted of multiple killings in order to

defend greater Israel.

127. Veteran South African anti-apartheid campaigner Archbishop Desmond Tutu has compared

the situation in Palestine with that of South Africa under apartheid, "*yesterday's South African*

*township dwellers can tell you about today's life in the occupied territories*, to travel only

blocks in his own homeland, a grandfather waits on the whim of a teenage soldier. More than

an emergency is needed to get to a hospital. Less than a crime (possession of a Palestinian flag

earns a trip to jail.)  The lucky ones have a permit to leave their squalor and work in Israeli

cities, but their luck runs out when security closes all checkpoints, paralyzing an entire people."

He concluded, like a lot of international scholars, that "the indignities, utter dependence, and

pent-up anger are all too familiar (with the South Africa apartheid condition)". PIO pg.291.

128. Apartheid results in a Palestinian teenager who had grown tired of throwing stones asking

"What would you do if the walls were closing in on you, your brother is dead,  your father is in

jail, no job, and school is closed? What if your olive groves were uprooted and settlers urinated

and defecated in your water source? *Would you kill yourself by intentionally attacking a border*

*guard*?" *See* WIP, pg. 87. These are real, permanent, emotional scars which have developed and metastasized because of the apartheid regime installed by PMN, with the financial assistance provided by his US-based partners- the Defendants.

129. The fact that a regime of apartheid has been established in the OPT comes as no surprise  to former Israeli Attorney General Michael Ben-Yair. "Over the years, the motives for the occupation have merged into the following: economic exploitation of the occupied territories for the well-being of Israeli settlers and their needs. In our eagerness to maintain control over the occupied territories, we have developed two separate legal systems: an advanced, liberal system for Israel and Israeli settlers; and a cruel, abusive system for Palestinians in the occupied territories. In effect, we imposed an apartheid regime in the occupied territories immediately after their conquest. This oppressive regime exists to this day."[8]

130. This activity could not have occurred, especially ignoring international treaties, without the cooperation and financial support ofthe Defendants and the influence wielded by AIPAC officials in Washington, D.C.

131. Former Attorney General Ben-Yair is not alone in that conclusion by any means. Shulamit Aloni, former Minister of Education, has opined that the "State of Israel practices its own quite violent form of apartheid with the native Palestinian population." She stated that "through its army the government of Israel practices a brutal form of apartheid in the territory it occupies." An example thereof is Defense Minister Ya'alon barred Palestinian laborers from using Israeli public transport. Haaretz's editorial opined that "the minister's decision reeks of apartheid, typical of the Israeli occupation regime in the territories. *One of the most blatant symbols of the regime of the racial separation in South Africa was the separate bus line for whites and black.* Now MinisterYa'alon has implemented the same policy in the Occupied Territories."

---

[8] Former Israeli law chief urges EU parliament to back Palestinian recognition, EU Observer Nov. 21, 2014

132. If there was any doubt that a state of apartheid exists in the OPT, a major study published in 2009 by <u>Human Sciences Research Council of South Africa</u> dispels that doubt. This is by far the most comprehensive apartheid project undertaken to date. It showed that the increasingly widespread references to apartheid in the OPT are not merely rhetorical.  They have a solid foundation in the law—the <u>Apartheid Convention of 1973</u>, which builds on the <u>1965 Convention on the Elimination of All Forms of Racial Discrimination</u>.

133. The conclusion the study offered was "that of two populations living separately and unequally in the OPT with different housing provisions, separate school systems, separatetransportation systems, and two completely different legal and administrative systems. *The implementation of a colonial policy* by Israel has not been piecemeal but systematic and "comprehensive."  *See* <u>Pic. Pp S 407 308.</u>  That is the identical opinion which will be rendered by Plaintiffs' expert in his Fed. R. Civ. P. 26(b) statement.

134. According to John Dugard, Emeritus Professor International Law at Leiden University, "There exists in the OPT an institutionalized and oppressive system of Israeli dominationover the Palestinians as a group; that is a system of apartheid." *See European Journal of International Law, Volume 24, Issue 3, August 2013, Pages 867–913)*. In November 2011, the <u>Russell Tribunal on Palestine</u> sitting in Cape Town found that "Israel subjects the Palestinian people to an institutionalized regime of domination amounting toapartheid as defined as under international law."

135. <u>The International Convention for the Elimination of All Forms of Racial Discrimination</u> declares that "*Apartheid is a crime versus humanity which is subject to universal jurisdiction.*" The Convention obliges State Parties to adopt legislative measures to suppress, discourage, and punish the crime of apartheid. Israeli leadership has taken no steps to suppress or punish the crime. The crime of apartheid is only one way to aid and abet the denationalization of "unclean

Arabs" who are not worthy of their own country and who are blood thirsty savages. According to PMN and Defendant Shoebat, "if not destroyed, this madness will  strike in your buses, in your supermarkets, in your pizza parlors, in your cafes." *See* <u>Israeli Lobby</u>, pg. 61.

WHEREFORE, Plaintiffs ask for entry of a judgment in the amount of $1 billion dollars against each Defendant named herein based on the Defendant's intentional and criminal efforts to aid and abet the establishment of an apartheid regime in the OPT in violation of the Law of Nations Clause, several U.N. Resolutions, U.S. and Israeli law. The Plaintiffs  have had their homes and olive groves confiscatedand destroyed and as a result of the apartheid wall, no longer have the freedom to travel, visit relatives, or use emergency medical services clinics. They have seen their livestock and water wells poisoned with oat pellets soaked in rat poison, have had siblings and children maimed and murdered, have been unlawfully detained, have had their homes (sometimes while still occupied) and mosques burned down, have not been able to live as a family unit, have been denied equal access to a potable water supply, and have been forced to live in overcrowded refugee camps ona two dollar a day stipend provided by the U.N. refugee agency.

They have also had their religious freedom abridged in violation of the Hague and Geneva Conventions, have been denied basic medical care, are on the verge of starvation, have seen their children stunted in growth, and have been maimed and murdered when trying to demonstrate against the occupation. This is not speculationon Plaintiff's part - lead Plaintiff Al-Tamimi's sister and brother-in-law were murdered by revengeful IDF soldiers and belligerent settlers for publicly opposing the occupation.

A JURY TRIAL IS REQUSESTED

Respectfully submitted,

*/s/ Martin F. McMahon*
Martin F. McMahon, Esquire

DC Bar Number 196642

Martin F. McMahon & Associates
1717 K Street NW – Suite 900
Washington, DC 20007
202-862-4343

**EXHIBIT A**

**EXHIBIT B**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing and proposed order has been made

through the Court's electronic transmission facilities on the 2ND OF April 2021.

/s/ *Martin F. McMahon*
Martin F. McMahon