UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY, et. al.** )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**MIRIAM ADELSON, et. al.** )<br>)<br>Defendants. )<br>) | Civil Action No. 20-cv-00555-DLF |

**PLAINTIFFS' OPPOSED MOTION FOR JUDICIAL ASSISTANCE**

COME NOW the Plaintiffs in the above captioned case and ask this Court to assist them in moving the case forward.

As ordered in the March 3, 2021 Court order (ECF 62) Plaintiffs filed an Amended Complaint on April 2, 2021. Because the original summonses have lapsed, Plaintiffs have requested summonses in order to serve the Amended Complaint upon Defendants.

The March 3, 2021 order also required Plaintiffs to submit to the Court proof of service for all Defendants named in the Amended Complaint. Plaintiffs were unable to comply with that part of the Order due to the impossibility of serving a complaint at the same time it is filed. In a footnote to the Amended Complaint Plaintiffs asked the Court to allow them the statutory time to serve the named Defendants.

Defendants have refused to waive service of process. Defendants also oppose this Motion. WHEREFORE the Plaintiffs ask the Court's assistance by setting appropriate deadlines to serve the Defendants in the case.

*/s/ Martin F. McMahon*
Martin F. McMahon, Esquire
Martin McMahon & Associates
1717 K Street NW – Suite 900
Washington, DC 20036
202-862-4343

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Plaintiff's Motion has been made through the Court's electronic transmission facilities on the 9th day of April 2021.

        Respectfully Submitted,

        <u>/s/ Martin F. McMahon</u>