UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MIRIAM ADELSON, *et al.*, <br><br> *Defendants*. | No. 20-cv-0555 (DLF) |

**[PROPOSED] ORDER**

Upon consideration of the Motion of Defendants Miriam Adelson, AIPAC, Brian Shankman, Howard Kohr, Dov Hikind, Susan Levin-Abir, and Walid Shoebat for Status Conference, it is hereby ORDERED that Defendants' motion is GRANTED.

The Parties shall appear for a status conference on April __, 2021 at _____ Eastern Standard Time.

Dated: April __, 2021                              _____
                                                                    DABNEY L. FRIEDRICH
                                                                    United States District Judge