AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| DAWABSHE<br><br>*Plaintiff(s)*<br>v.<br>ADELSON ET AL.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:20-cv-00555-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BRIAN SHANKMAN
AIPAC DIRECTOR OF REGIONAL AFFAIRS & DEVELOPMENT
251 H STREET NW
WASHINGTON, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 4/22/2021

/s/ Erica Garmendez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| DAWABSHE | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:20-cv-00555-DLF |
| ADELSON ET AL. | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MIRIAM ADELSON
201 SANDS AVENUE
LAS VEGAS, NV 89169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 4/21/202/20214

/s/ Erica Garmendez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DAWABSHE

*Plaintiff(s)*

v.  Civil Action No. 1:20-cv-00555-DLF

ADELSON ET AL.

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

SUSAN LEVIN-ABIR
FRIENDS OF ISRAELI DEFENSE FORCES
2815 N. FLAGLER DRIVE
WEST PALM BEACH/ BROWARD, FL 33407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 4/22/2021

/s/ Erica Garmendez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DAWABSHE

*Plaintiff(s)*

v.

ADELSON ET AL.

*Defendant(s)*

Civil Action No. 1:20-cv-00555-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JARED KUSHNER
THE WHITE HOUSE
1600 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 4/22/2021

/s/ Erica Garmendez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DAWABSHE

*Plaintiff(s)*

v.

ADELSON ET AL.

*Defendant(s)*

Civil Action No. 1:20-cv-00555-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> HOWARD KOHR
> AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE
> 251 H STREET NW
> WASHINGTON, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Martin McMahon & Associates
> 1717 K St. NW, Suite 900
> Washington, D.C. 20006
> 202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 4/22/2021

/s/ Erica Garmendez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| DAWABSHE *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. 1:20-cv-00555-DLF |
| ADELSON ET AL. *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dov Hikind
1310 48th Street
Brooklyn, NY 11219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 4/22/2021

/s/ Erica Garmendez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DAWABSHE

*Plaintiff(s)*

v.

ADELSON ET AL.

*Defendant(s)*

Civil Action No. 1:20-cv-00555-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JASON GREENBLATT
THE WHITE HOUSE
1600 PENNSYLVANIA AVE. NW
WASHINGTON, D.C.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 4/22/2021

/s/ Erica Garmendez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| DAWABSHE <br><br> *Plaintiff(s)* <br><br> v. <br><br> ADELSON ET AL. <br><br> *Defendant(s)* | Civil Action No. 1:20-cv-00555-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NEWT GINGRICH
GINGRICH FOUNDATION
4501 FAIRFAX DR STE 900
ARLINGTON, VA 22203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 4/22/2021

/s/ Erica Garmendez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| DAWABSHE<br><br>*Plaintiff(s)*<br>v.<br>ADELSON ET AL.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:20-cv-00555-DLF |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

DANIEL GILBERT
ROCKET MORTGAGE FIELDHOUSE
1 CENTER COURT
CLEVELAND, OH 44115

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 4/22/2021

/s/ Erica Garmendez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| DAWABSHE <br><br> *Plaintiff(s)* <br> v. <br> ADELSON ET AL. <br><br> *Defendant(s)* | Civil Action No. 1:20-cv-00555-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

　　　　　　　AMBASSADOR DAVID FRIEDMAN
　　　　　　　U.S. STATE DEPARTMENT
　　　　　　　2201 C STREET NW
　　　　　　　WASHINGTON, D.C. 20520

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　　Martin McMahon & Associates
　　　　　　　1717 K St. NW, Suite 900
　　　　　　　Washington, D.C. 20006
　　　　　　　202-862-4343

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 4/22/2021　　　　　　　　　　　　　　　　　　　　　　/s/ Erica Garmendez
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| DAWABSHE <br><br> *Plaintiff(s)* <br> v. <br><br> ADELSON ET AL. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:20-cv-00555-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GUSTAF CARDELIUS, ATTORNEY AT LAW
ADVOKATFIRMAN CARTHIEL AB
BOX 7212
SE-103 88 STOCKHOLM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 4/22/2021

/s/ Erica Garmendez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DAWABSHE

*Plaintiff(s)*

v.

NETANYAHU ET AL.

*Defendant(s)*

Civil Action No. 1:20-cv-00555-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WALID SHOEBAT
RESCUE CHRISTIANS
FORUM FOR MIDDLE EAST UNDERSTANDING
1150 N. LOOP 1604 W. #108-270

SAN ANTONIO, TX 78248

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 4/22/2021

/s/ Erica Garmendez
*Signature of Clerk or Deputy Clerk*