IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **MIRIAM ADELSON,** *et al.*, <br><br> Defendants. | Civil Action No. 1:20-cv-555 (DLF) |

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Anthony J. Dick on behalf of Defendant Daniel Gilbert as counsel herein for all purposes in this matter. Mr. Dick is an attorney with the law firm of Jones Day, 51 Louisiana Avenue, NW, Washington, DC 20001, (202) 879-3939, and is a member in good standing of the Bar of this Court.

Dated: June 7, 2021

Respectfully Submitted,

*/s/ Anthony J. Dick*
Anthony J. Dick (D.C. Bar No. 1015585)
JONES DAY
51 Louisiana Ave NW
Washington DC 20001-2113
Telephone: (202) 879-7679
Facsimile: (202) 626-1700
ajdick@jonesday.com

*Counsel for Defendant Daniel Gilbert*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

*/s/ Anthony J. Dick*
Anthony J. Dick

*Counsel for Defendant Daniel Gilbert*