**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY**, *et al.*,<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**MIRIAM ADELSON**, *et al.*,<br><br>    **Defendants.** | **Civil Action No. 1:20-cv-555 (DLF)** |

**DEFENDANT DANIEL GILBERT'S MOTION TO DISMISS**
**FOR INSUFFICIENT SERVICE OF PROCESS AND**
**LACK OF PERSONAL JURISDICTION**

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5), Defendant Daniel Gilbert ("Gilbert") respectfully moves to dismiss with prejudice the Amended Complaint (ECF 63) as to Gilbert due to insufficient service of process and lack of personal jurisdiction. The grounds for this motion are set forth in the accompanying statement of points and authorities, and a proposed order is attached.

Date: June 7, 2021

Respectfully submitted,

JONES DAY

*/s/ Kevyn Orr*
Kevyn Orr (D.C. Bar No. 443074)
Anthony J. Dick (D.C. Bar No. 1015585)
Joseph P. Falvey (D.C. Bar No. 241247)
JONES DAY
51 Louisiana Ave NW
Washington DC 20001-2113
Telephone: (202) 879-7679
Facsimile: (202) 626-1700
korr@jonesday.com
ajdick@jonesday.com
jfalvey@jonesday.com

*Counsel for Defendant Daniel Gilbert*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 7, 2021, a true and correct copy of the foregoing motion, the statement of points and authorities in support thereof, and the proposed order were electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Kevyn Orr*
Kevyn Orr

*Counsel for Defendant Daniel Gilbert*