IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PERSONAL REPRESENTATIVE OF THE DAWABSHEH FAMILY,** *et al.*,<br><br>    **Plaintiffs,**<br><br>v.<br><br>**MIRIAM ADELSON,** *et al.*,<br><br>    **Defendants.** | Civil Action No. 1:20-cv-555 (DLF) |

## [PROPOSED] ORDER

Upon consideration of Defendant Daniel Gilbert's Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisidction, as well as the Statement of Points of Authorities in support thereof, it is hereby:

ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Amended Complaint (ECF 63) is DISMISSED WITH PREJUDICE as to Defendant Daniel Gilbert pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5).

SO ORDERED.


Date: June __, 2021                    */s/*_____
                                        Judge Dabney L. Friedrich
                                        U.S. District Court for the District of Columbia

**LIST OF PARTIES TO BE NOTIFIED OF ENTRY OF ORDER**

Pursuant to Local Civil Rule 7(k), the following is a list of the names and addresses of all parties to be notified of the entry of the order:

Martin F. McMahon
McMahon & Associates
1717 K Street NW
Suite 900
Washington, DC 20006
*Counsel for Plaintiffs*

Kevyn Orr
Anthony J. Dick
Joseph P. Falvey
Jones Day
51 Louisiana Ave NW
Washington, DC 20001
*Counsel for Defendant Daniel Gilbert*