# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PERSONAL REPRESENTATIVE OF** | * | |
| **THE DAWABSHEH FAMILY, et. al.** | * | |
| Plaintiffs, | * | |
| | * | Civil Action No. 20-cv-00555-DLF |
| v. | * | |
| | * | |
| **MIRIAM ADELSON, et. al.** | | |
| Defendants. | * | |

## PRAECIPE

Attn. Clerk:

Please withdraw the appearance previously entered by Alfred L. Scanlan on June 16, 2021. Counsel entered his appearance solely for the limited purpose of informing the Court, parties and opposing counsel that Martin F. McMahon, passed away on June 6, 2021. Having served that purpose my appearance should thereby be stricken. Furthermore, Counsel has neither sought nor been asked by any party to represent them in this matter

SCHLOSSBERG MASTRO & SCANLAN

/s/ Alfred L. Scanlan Jr.
Alfred L. Scanlan, Jr.
D.C. Bar No. 395048
18421 Henson Boulevard, Suite 201
Hagerstown, MD 21742
Telephone: 301-739-8610
Facsimile: 301-791-6302
Email: ascanlan@schlosslaw.com
*Counsel for Claimants*

## **CERTIFICATE OF SERVICE**

I certify that on July 13, 2021, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice, including counsel of record.

Dated July 13, 2021

SCHLOSSBERG MASTRO & SCANLAN

 /s/ Alfred L. Scanlan Jr.
Alfred L. Scanlan, Jr.
D.C. Bar No. 395048
18421 Henson Boulevard, Suite 201
Hagerstown, MD 21742
Telephone: 301-739-8610
Facsimile: 301-791-6302
Email: ascanlan@schlosslaw.com
*Counsel for Claimants*